**EXHIBIT B**

# United States of America
### United States Patent and Trademark Office

# TARI

**Reg. No. 6,701,730**

**Registered Apr. 12, 2022**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

TARI, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
2201 BROADWAY, SUITE 100
OAKLAND, CALIFORNIA 94612

CLASS 36: Cryptocurrency trading and exchange services, namely, providing a digital currency or digital token for use by members of an on-line community via a global computer network; cryptocurrency trading and exchange services, namely, providing a digital currency or digital token, incorporating cryptographic protocols, used to operate and build applications and blockchains on a decentralized computer platform and as a method of payment for goods and services and as a method of transfer of digital assets

FIRST USE 4-29-2020; IN COMMERCE 4-29-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-811,438, FILED 02-26-2018





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

