**EXHIBIT C**

  Login



**Coin Introduction**
1 year ago

# What is Tari Protocol (XTR) | What is XTR token | Tari Protocol (XTR) ICO

**What is Tari?**

Tari is a digital assets focused blockchain protocol that is built in Rust, private by default, open source, and is being architected as a merge-mined sidechain with Monero.

**Built for Creators**

We're building Tari for creators to have a groundbreaking level of control over their assets.

By using combinations of templates to create custom rulesets quickly and easily, creators will be able to unlock a new world of business possibilities, while delivering stunningly beautiful user experiences.

**Highly Useful**

Tari has all the right ingredients to be the most useful protocol for digital assets on earth.

High performance, easy to integrate with, stable, well documented, open-source, secure, and private by default.

**Freedom Enhancing**

Privacy is a fundamental human right.

In a world without default privacy, businesses cannot operate, our personal preferences and histories are sold to the highest bidder, and we lose the ability to conduct our lives in the manner we choose. The Tari community fundamentally believes that privacy-enhancing software should be pervasive and available to all.

**Community Driven**

The Tari community is comprised of many types of amazing collaborators.

Imagine a broad spectrum of brilliant creators, builders, advocates, and philosophers all working towards a single goal: to build the most useful decentralized platform that empowers anyone to create digitally scarce things people love.

**Learn More About the Tari Protocol and Ecosystem**



☰    Login    ⋯

18:41

RFC Docs

The Tari RFCs (request for comments) are the starting point for the Tari project. Ideas that start as discussions on IRC are formalized here before implementation by the Tari community. Have feedback about anything you see here? Please submit an issue on Github.

Tari Labs University

The goal for Tari Labs University (TLU) is to create the best free, open source educational resource for the many technologies that comprise blockchain systems. Current topics include Schnorr signatures, scriptless scripts, bulletproofs, pure-Rust elliptic curve cryptography, MimbleWimble, merged-mining, confidential assets, and more. Have feedback or think an explanation could be improved? Have ideas for new content? Please contribute to TLU on Github.

Tari Aurora

Download a community developed, reference-design mobile wallet app called Tari Aurora, to send and receive testnet Tari (tXTR). Using and contributing to Aurora is a great way to play with the Tari testnet and learn more about what makes Tari special.

Tari Base Node

Run a testnet base node to help test network stability, security, and mine testnet Tari (tXTR). Check out the Getting Started section to learn how to run a base node and start mining.

**Tari for Creators**

  Login

It can be a legendary collectible like the sword of Excalibur, shrouded in a misty forest waiting for the right person to discover it and wield it in battle. Or it can be a coveted ticket that grants access to a sold-out concert, and then access to a personal message from an iconic artist. It can also be a token that represents the economic unit for a new virtual world.

 

 

A Tari digital asset can be truly digitally scarce. Someone can prove that they own it in a verifiable manner, and trust that it cannot be easily copied. They can be as secure in their ownership of an asset as they are about any material thing they possess. And a Tari digital asset can have rules that stay with it for as long as it matters. For example, every time an asset changes hands, the creator may choose to receive a fraction of the transaction. The Tari community is designing the Tari protocol to support all of these use cases and more.

How does Tari help creators?

- Create new, permanent revenue streams around your creations. For example, earn revenue every time your creation is transferred from one party to another
- Turn your creations into programmable, evolving keys that can unlock anything now or in the future. For example, a creation issued today can unlock access, an experience, or a new creation in the future
- Build deeper connections with your fans by enabling them to truly own your creations while retaining influence and opportunity via rulesets
- Create digital things that stand the test of time. As long as the Tari blockchain exists, records of your creation will persist
- Use creations issued on Tari in any application from games, to ticketing systems, to exchanges, and beyond. Tari is permissionless and open source.

Why use Tari?

- Purpose-built for creating digitally scarce things that people love

 Login 

- Well documented and easy to integrate with many commonly used platforms and technologies. All Tari software is opensource
- An inclusive community that cares deeply about each other, freedom, our world, and what you are creating

**Would you like to earn *many tokens and cryptocurrencies* right now!** 👉 **CLICK HERE**

Visit **ICO** Website 👉 CLICK **HERE**

*Looking for more information…*

👉 **Website**
👉 **Source Code**
👉 **Social Channel**
👉 **Message Board**

**Create an Account and Trade Cryptocurrency NOW**

👉 **Binance**
👉 **Bittrex**
👉 **Poloniex**

Thank for visiting and reading this article! I'm highly appreciate your actions! Please share if you liked it!

#cryptocurrency #bitcoin #blockchain #tari protocol #xtr





5.45 GEEK

Welcome to Morioh!

Let's write, share knowledge and earn **GEEK**.

Sign up