**EXHIBIT D**

Explore

Settings

**Tari**
511 Tweets

Follow

## Tari
@tari

The mission for the Tari project is to be the most useful decentralized platform that empowers anyone to create digitally scarce things people love.

Oakland & Johannesburg  tari.com  Joined May 2018

**6** Following  **7,319** Followers

**Tweets** | Tweets & replies | Media | Likes

Pinned Tweet

**Tari** @tari · Jan 19

New Year, New Tari testnet

The Dibbler testnet will be starting on January 26, 2022.

There might be some surprises for you leading up to launch so turn notifications on 🔔🔛👀

Read more about the testnet reset here:

tari.com
Tari
The protocol for digital assets

8  8  49

Tari Retweeted

**Dan "fuserleer.eth" Hughes** @fuserleer · Oct 21

Stonking praise here from @caylesharrock @tari about what we're doing here @radixdlt with #cerberus ☺️

Search Twitter

**New to Twitter?**

Sign up now to get your own pers

Sign up with G

Sign up with A

Sign up with phone

By signing up, you agree to the Te Privacy Policy, including Cookie U

**You might like**

**Jesse Powell** @jespow

**Haveno** @HavenoDEX

**hive.one** @hivedotone

Show more

**What's happening**

NCAA Men's Basketball · Last ni
**Bulldogs at Red Raiders**

Politics · Trending
**Poland**
Trending with Russia, Article 5

Politics · Trending
**Lindell**
7,548 Tweets

US elections · LIVE
**California: Election news a updates**

NCAA Men's Bask... · Starts at
**Wildcats at Hoyas**

Show more

Terms of Service  Privacy Policy  Accessibility  Ads info  More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in  S

