**EXHIBIT E**



FEATURED        NEWS        REVIEWS        PRESS RELEASES

Search the site

Search

# What Is the Tari Protocol?

👤 JP Buntinx        📅 May 25, 2018







ME    FEATURED    NEWS    REVIEWS    PRESS RELEASES

**This new solution will enhance the digital asset experience by introducing increased convenience, security, and liquidity. It is a tall order, although the project has some significant people backing it.**



## THE PURPOSE OF THE TARI PROTOCOL

It is always interesting to see how existing cryptocurrency and [blockchain](#) developers are trying to bring major changes to these industries. In the case of Tari, the new digital asset experience protocol aims to bring positive changes in the coming months and years. This particular venture was created by a team of veterans, including the lead maintainer of Monero, the CEO of a music merchandising company, and the co-founder of Ticketfly.

The project is an open source blockchain protocol designed specifically for digital assets. Tari is not just for developers or corporations, as it targets consumers as well. Given the increasing interest in digital assets, there is a growing need for more convenient solutions when it comes to managing these assets. Tari wants to make that happen, as the project is mainly interested in [digital assets](#) outside the realm of cryptocurrency.

## PRESS RELEASES



[Holders of Filecoin (FIL) and Fantom (FTM) …](#)
November 15, 2022



[Bitcoin (BTC) price is down 21% this …](#)
November 15, 2022



[The Football World Cup Is This Year's …](#)
November 3, 2022



Do not sell my data



**FEATURED**       **NEWS**       **REVIEWS**       **PRESS RELEASES**

there are still restrictions to contend with. Corporations and service providers currently struggle to control assets after distribution, mainly because there is no adequate infrastructure in place to make this process easier.



The negative side of that approach is that it prevents companies and consumers from reselling or transferring digital assets. It leaves a potential revenue stream completely untapped and causes unnecessary friction. Tari is designed to change this by letting businesses and companies manage and transfer digital assets in a flexible manner. It should also help reduce the number of fraudulent digital assets, which is extremely important where event tickets are concerned, for example.

Tari's co-founder, Riccardo Spagni, comments:

> I'm excited to draw from my experience to build something on top of Monero, and to create a modern digital assets-focused protocol that leverages the Rust programming language. We have the resources to expand Monero's world-class developer community, and I look forward to launching and stewarding a next-generation protocol that is truly useful.

## POPULAR POSTS



[Bitcoin and Ethereum Markets Show Significant Bearish …](#)
November 8, 2022

[Crypto Market Update for Oct 18th – …](#)
October 18, 2022



FEATURED     NEWS     REVIEWS     PRESS RELEASES

projects aren't suited for this specific purpose as of right now. Whether or not Tari can make a meaningful impact in this area remains to be determined. It is good to see more competition in this regard, especially when it is an open source platform rather than a proprietary implementation.

## About The Author



### Jdebunt

JP Buntinx is a FinTech and Bitcoin enthusiast living in Belgium. His passion for finance and technology made him one of the world's leading freelance Bitcoin writers, and he aims to achieve the same level of respect in the FinTech sector.





### The Best Technical Analysis Indicators

October 18, 2022



TRANSPE
LEGAL SO

Take co
of your
e-discov
spend.
Finally

Learn M

Do not sell my data

Case 3:22-cv-07789-WHO   Document 1-5   Filed 12/08/22   Page 6 of 6

FEATURED          NEWS          REVIEWS          PRESS RELEASES

The Merkle News Copyright © 2022.

Do not sell my data