**EXHIBIT F**





# THE PROTOCOL FOR DIGITAL ASSETS

Tari enables creators to design new types of stories and experiences. Someday a **mesmerizing and digitally scarce asset or collectible** you covet will unlock new business opportunities for the creator and a new world of possibilities for you. **This asset will be issued on Tari.** Tari is built in Rust, private by default, and open source.

Learn More

## What is Tari?

Tari is a digital assets focused blockchain protocol that is built in Rust, private by default, open source, and is being architected as a merge-mined sidechain with Monero.

### Built for Creators

We're building Tari for creators to have a groundbreaking level of control over their assets.

By using combinations of templates to create custom rulesets quickly and easily, creators will be able to unlock a new world of business possibilities, while delivering stunningly beautiful user experiences.

### Highly Useful

Tari has all the right ingredients to be the most useful protocol for digital assets on earth.

High performance, easy to integrate with, stable, well documented, open-source, secure, and private by default.

Dive into how it works.



**Privacy is a fundamental human right.**

In a world without default privacy, businesses cannot operate, our personal preferences and histories are sold to the highest bidder, and we lose the ability to conduct our lives in the manner we choose. The Tari community fundamentally believes that privacy-enhancing software should be pervasive and available to all.

**The Tari community is comprised of many types of amazing collaborators.**

Imagine a broad spectrum of brilliant creators, builders, advocates, and philosophers all working towards a single goal: to build the most useful decentralized platform that empowers anyone to create digitally scarce things people love.

Want to join the party? Everyone is invited.

# Learn More About the Tari Protocol and Ecosystem

18:41



**RFC Docs**



feedback about anything you see here? Please submit an issue on Github.

RFC Docs



## Tari Labs University

The goal for Tari Labs University (TLU) is to create the best free, open source educational resource for the many technologies that comprise blockchain systems. Current topics include Schnorr signatures, scriptless scripts, bulletproofs, pure-Rust elliptic curve cryptography, MimbleWimble, merged-mining, confidential assets, and more. Have feedback or think an explanation could be improved? Have ideas for new content? Please contribute to TLU on Github.

Tari Labs University



## Tari Aurora

Download a community developed, reference-design mobile wallet app called Tari Aurora, to send and receive testnet Tari (tXTR). Using and contributing to Aurora is a great way to play with the Tari testnet and learn more about what makes Tari special.

View Tari Aurora



## Tari Base Node

Run a testnet base node to help test network stability, security, and mine testnet Tari (tXTR). Check out the Getting Started section to learn how to run a base node and start mining.



## Frequently Asked Questions

Explore a wide variety of answers for common questions asked by the Tari community.

View the FAQ

# Mobile Wallet

Meet Tari Aurora. Aurora is a simple, beautiful Tari wallet developed by the Tari community.

Aurora is being developed as a reference-design. Creators and developers can use the Aurora libraries and codebase as a starting point for developing their own Tari wallets and applications. In its production-ready state, Aurora will be a fully functional Tari wallet focused on Tari as a default-private digital currency.



The Tari Wallet of your dreams. **Beautiful. Radically Simple. Open Source.**

Learn More





# Block Explorer

Dive into the current and historical state of the Tari blockchain through the block explorer. Don't expect to look up your address or find a friend's balance, Tari is private by default so all of that information is confidential.



Tari Block Explorer

View the Block Explorer



# Run a Node

Help secure the network, and mine testnet Tari (tXTR) while you do it. The Tari base node software is designed to be easy to set up and to run silently in the background.



## Set up Your Node

Setup a Tari node quickly using one of our one-click installers for Ubuntu, Mac, Windows, or you can build from source.

[View the Binaries]

# Get Involved

The Tari community is filled with amazing contributors who care about creating new ways to tell stories, and freedom enhancing software. Join us.

## Contribute to Tari

- Contribute to the development of the Tari protocol
- Help the Tari community expand the content and reach of Tari Labs University (TLU). The goal for TLU is to become the best, free, open source resource for learning about the technologies that make up the Tari protocol

The Tari community exists on a growing number of platforms and planets.


### Discord
The primary Tari community hangout


### Substack
A curated weekly newsletter of protocol updates


### Telegram
A slightly noisier place to discuss Tari


### IRC #tari
Mirror of the Tari #dev discord channel


### Twitter
Announcements and fun


### Reddit
Conversations regarding privacy, cryptography, the Tari protocol, traditions, philosophy, and anything else that is of interest to the community

# Get Started

Tari exists because creators, entrepreneurs, and developers want it to.

A goal of the Tari community is for developers of any skill level to be able to quickly build useful applications that leverage the Tari network and contribute to the Tari project.

The best way to get started is to start running a Tari node. A Tari node is the basic building block of the Tari blockchain and network. Nodes perform the critical functions of maintaining the ledger. Without nodes, there is no network.



Every new node increases the size of the Tari network and contributes to network security. There are many things that you can do with the Tari base node client:

- Mine testnet Tari (tXTR)
- Transact using the CLI wallet
- Query and analyze chain data using your local copy of the ledger
- Build applications that leverage chain data, such as block explorers, analytics tools, and more
- Experiment with custom transaction types, and learn the fundamentals of how Tari works

## How to Run Your Own Node

It's incredibly easy to set up your own Tari base node. There are two ways to accomplish this:

1. Download the binaries and follow the installation instructions on GitHub.
2. Build your own set of binaries from the base node source code by following these instructions on the GitHub repo

Have questions? The Tari community prides itself on being open and inclusive. **There are no dumb questions**. The best places to engage with the Tari developer community are on IRC or Discord#dev.

## Spending testnet Tari (tXTR)

What can you do with tXTR besides experimenting with transactions? You can "spend" your hard-earned, infinite supply, fake Tari on exclusive one-of-a-kind items in the TTL (Tari Testnet Limited) store*. Everything in the store is denominated in tXTR (and is therefore free) except for shipping costs. Check it out here and let folks know what you think on Discord or IRC.

* tXTR has no monetary value and cannot be exchanged for cash, cash equivalent, or other tokens or cryptocurrencies.





Spend tXTR on Real **Exclusive** Stuff

Visit the Store

# Explore the Protocol

Read discussions, learn how it's built, and view our most recent updates to the Tari protocol.

## Updates

The latest updates from developers contributing to the Tari protocol.

View all Updates



DECEMBER 02, 2022

Developer Update

## Tari Base Node v0.42.0 Released

Read more



NOVEMBER 24, 2022

Developer Update

## Validator Node Registration

Read more

## Lessons

The Tari protocol is written entirely in Rust. The Tari community is a huge fan of Rust due to its performance characteristics and memory and thread safety guarantees. A great way to experiment with Tari libraries is to explore our lessons and dive into the code.

View all Lessons



## How to run a Tari Node on Windows 10

Installing and running a Tari Node on Windows 10

Read more



## Learning the Tari Codebase

We're here to help!

[ Read more ]

# Protocol Discussions

Protocol discussions are an archive of public discussions that the Tari community has over various aspects of the protocol design space along with potential applications of the Tari blockchain. Subscribe to our newsletter to learn about our latest discussion topic and time.

View all Discussions



*July 30, 2020*

## Aurora Improvement Community Discussion

- What features would make Aurora even better?



*June 12, 2020*

## Tari Proof of Work Discussion

- What does the proof-of-work algorithm for Tari mainnet look like?

Read more

# Make Tari Better

Tari will always be a work in progress.

The Tari community believes that it needs to continually improve and evolve to achieve its stated goal: to be the most useful decentralized platform that empowers anyone to create digitally scarce things people love. How does it improve? Because people choose to dedicate their time, creativity, and brilliance to working on the project.

## Why Should You Consider Contributing to a Project like Tari?

### Sharpen your skills

Sharpen your skills. Want to learn about distributed systems, cryptography, production Rust systems, web 3, decentralized finance, or digital assets? Contributing to the Tari project is a great way to improve your skills. The Tari community is open, inclusive, and helpful.

### You want to use Tari in your application



## You care about freedom enhancing software

The Tari community believes that the world is out of balance. The internet is an incredible blessing for society, but there are tradeoffs. One of those tradeoffs is privacy. The only way to solve this imbalance is to build new layers of the internet that are private by default. The Tari network will be such a layer. Unfortunately, there is no such thing as perfect privacy. Privacy is a spectrum, and a cat and mouse game. The goal of the Tari community is to strike the best possible balance between usability, usefulness, and privacy. Want to learn more about the decisions the community has made so far? Please visit the Tari GitHub repos, and connect with us on Discord or IRC. The Tari community is low ego, doesn't believe in not invented here syndrome, and believes that great ideas can come from anywhere. We'd love to hear your feedback and collaborate with you to make Tari the most useful freedom enhancing protocol in the world.

## What Makes Tari Unique?

There are many privacy-focused open source projects in the world. What sets Tari apart is the Tari community's relentless drive to create a protocol that strikes a balance between meaningful privacy, and mainstream usefulness. Through beautiful user experience patterns and reference designs that help developers obfuscate complexity, and tooling that makes it easy for developers to create successful applications, the Tari protocol is a privacy trojan horse. The Tari protocol is intended to be used for real-world, at-scale applications, not prototypes.

## Get Involved

Tari is an ecosystem of projects. Each project varies in complexity and sophistication. Some projects are easy to get started contributing to, and others have a meaningful learning curve. The common thread that runs through all Tari projects is that we (the Tari community) are united in making Tari useful, conducting ourselves in a low ego manner, and warmly welcoming everyone regardless of skill level or background. Projects that need your help and support:



### Tari Aurora

Aurora is a native reference design wallet application for iOS and Android. The core of Aurora is lib_tariwallet, a highly efficient and extensible library written in Rust with C-bindings for JNI and Swift codebases. Contributing to Aurora is a great way to learn how Rust functions in mobile environments, and to how end users will interact with the Tari digital currency, and network in the future. Contribute to Tari Aurora wallet application for iOS and Android.



## Tari Labs University

The goal for Tari Labs University (TLU) is to create the best free, open source educational resource for the many technologies that comprise blockchain systems. If you are interested in researching cryptography such as bulletproofs to scriptless scripts and blockchain technologies such as layer-2 scaling to merge mining, contributing to TLU is your calling.

Tari Labs University



## Rust Tutorials

One of the newest editions to the Tari ecosystem, the Rust tutorials, enables developers to experiment with Tari Rust libraries in a browser environment without downloading anything. Try your hand at creating something new with the Tari Rust libraries and sharpen your Rust skills.

Explore Rust Tutorials



## Tari Base Layer

The main Tari repository comprises all the main crates that make up the backbone of the Tari base Layer. It's all written in Rust and includes: the base node application, the blockchain consensus code and database, the Tari communications stack, and Tari wallet.



## Bug Hunting

Found a bug? If it's a noncritical bug, please report it as a GitHub issue here. Thank you for helping to make the Tari project more robust, and reliable.

## The Beginning of Your Journey

The Tari project is undergoing continuous evolution. As a result there are always issues to tackle and improvements to make. The Tari community makes an effort to maintain a number of open issues that are a good place to start for new contributors. These issues are labeled in Tari project repos as "good first issue" and are usually refreshed every few months. Have questions? Please feel free to ask any question you have in #tari-dev on Libera.Chat, or on Discord#dev.

## Protocol Issues

Oftentimes new contributors start with documentation related issues that tend to be quick wins and help them understand the protocol in greater detail before moving towards test writing and focusing on core protocol code. But feel free to choose your own adventure



Once you've found an issue you wish to pursue, stop by #tari-dev on Libera.Chat and someone will assign you the issue in GitHub. Before you start, please read the project contributing guidelines which includes a style guide and a useful PR template. Thank you for your contributions to the Tari project. Together we can make useful freedom enhancing software that everyone wants to use.

# Developer Community

The Tari community operates across various platforms, each with its own character and focus areas.



The primary Tari community hangout



**Substack**

A curated weekly newsletter of protocol updates

**Telegram**

A slightly noisier place to discuss Tari

**IRC #tari**

Mirror of the Tari #dev discord channel

**Twitter**

Announcements and fun

**Reddit**

Conversations regarding privacy, cryptography, the Tari protocol, traditions, philosophy, and anything else that is of interest to the community

# Documentation

The Tari RFCs (request for comments) are the starting point for the Tari project. Ideas that start as discussions on IRC are formalized here before implementation by the Tari community.



**Request For Comment Documentation**



RFC Docs

# Tari for Creators

What is a Tari digital asset? It is a programmable canvas for telling stories.

It can be a legendary collectible like the sword of Excalibur, shrouded in a misty forest waiting for the right person to discover it and wield it in battle. Or it can be a coveted ticket that grants access to a sold-out concert, and then access to a personal message from an iconic artist. It can also be a token that represents the economic unit for a new virtual world.









A Tari digital asset can be truly digitally scarce. Someone can prove that they own it in a verifiable manner, and trust that it cannot be easily copied. They can be as secure in their ownership of an asset as they are about any material thing they possess. And a Tari digital asset can have rules that stay with it for as long as it matters. For example, every time an asset changes hands, the creator may choose to receive a fraction of the transaction. The Tari community is designing the Tari protocol to support all of these use cases and more.

## How does Tari help creators?

- Create new, permanent revenue streams around your creations. For example, earn revenue every time your creation is transferred from one party to another

- Turn your creations into programmable, evolving keys that can unlock anything now or in the future. For example, a creation issued today can unlock access, an experience, or a new creation in the future

- Build deeper connections with your fans by enabling them to truly own your creations while retaining influence and opportunity via rulesets

- Create digital things that stand the test of time. As long as the Tari blockchain exists, records of your creation will persist



# Why use Tari?

- Purpose-built for creating digitally scarce things that people love

- Scalable to support many millions of users and many thousands of transactions per second

- Default-private to keep confidential business data private, and protect the privacy of your fans

- Well documented and easy to integrate with many commonly used platforms and technologies. All Tari software is opensource

- An inclusive community that cares deeply about each other, freedom, our world, and what you are creating

# Learn More

The best place to start is by engaging with the Tari community on Discord or IRC. We would love to hear about what you are working on, and how Tari can best support you.

Copyright © 2020. All Rights Reserved.
Privacy Policy.   Disclaimer.   User Agreement.