**EXHIBIT G**



## Our technology stack

### Pool

Lightning Pool connects users who need access to bitcoin liquidity to those who have capital to deploy on the Lightning Network.

Learn more about Pool ›

### Loop

Intended to help users, businesses, and routing node operators keep their channels open indefinitely by using non-custodial Bitcoin contracts to keep the liquidity flowing.

Learn more about Loop ›

## Lightning Network Daemon

Our very own implementation of a Lightning Network Node provides superior reliability, interoperability and security for global-scale financial applications.

Learn more on Github ›

## Neutrino

A light client specification that allows non-custodial Lightning wallets to verify transactions privately, trustlessly, and a full sync to the Bitcoin blockchain.

Learn more on Github ›

# Ready to get involved with Lightning Labs?

Join us on Github

# Keep in touch

## Get the latest news

Products | Lightning Labs



## The Lightning Lab

Lightning Network updates, community coverage, and, of course, memes!

| Typ | Subscribe |

✦ substack

# Contact us

🐦 @Lightning

\# Developer Slack Signup

 Lightning Network Daemon

✉ hello@lightning.engineering



**Products**

**Team**

**Join Us**

**Blog**