**EXHIBIT J**



# See what **LND Developer Community** is up to

Slack is a messaging app that brings your whole team together.



Max Fang has already joined

We suggest using **the email account you use for work**.



Continue With Apple

Continue With Email

Privacy & Terms    Contact Us    ⊕ Change region ⌄