J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Mitchell C. Stein (*pro hac vice* pending)
    stein@braunhagey.com
Kirsten Jackson (*pro hac vice* pending)
    dooley@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 829-9403

ATTORNEYS FOR PLAINTIFF
TARI LABS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARI LABS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIGHTNING LABS, INC.,<br><br>　　　　Defendant. | Case No. 3:22-cv-07789<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. RULE 7.1 AND CIVIL L.R. 3-15** |

1  Pursuant to Fed. R. Civ. P. Rule 7.1 and Civil L.R. 3-15, the undersigned counsel of record
2  for Plaintiff Tari Labs, LLC ("Tari") certifies that the following listed persons, associations of
3  persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or
4  other entities (i) have a financial interest in the subject matter in controversy or in a party to the
5  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
6  substantially affected by the outcome of this proceeding: AccessCoin, LLC; EMOJI ID, LLC; Tari
7  Labs (Pty) Ltd.

Dated:  December 16, 2022                    Respectfully submitted,

                                             BRAUNHAGEY & BORDEN LLP


                                             By:   /s/ J. Noah Hagey
                                                   J. Noah Hagey

                                             *Attorneys for Plaintiff*
                                             *Tari Labs, LLC*