| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| J. Noah Hagey SBN 262331<br>BraunHagey & Borden LLP<br>351 California St Fl 10 10th Floor<br>San Francisco, CA 94104<br>ATTORNEY FOR   Plaintiff | (415) 651-5763 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Tari Labs, LLC v. Lightning Labs, Inc. | | |
| DATE:     TIME:     DEP./DIV. | | CASE NUMBER:<br>4:22-cv-07789-SK |
| **Declaration of Service** | | Ref. No. or File No:<br>Tari Labs |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons-Federal, Complaint, Standing Order, Notice of Case Assignment, Initial Case Management Scheduling Order, Magistrate Judge Election Form**

On: **Lightning Labs, Inc.**

Registered Agent: **The Corporation Trust Company - Authorized Agent for Service of Process**

I served the summons at: **1209 N Orange St,  Wilmington, DE 19801**

On: **12/20/2022**          Time: **12:31 PM**

In the above mentioned action  by personally serving to and leaving with an authorized agent

**Chimere Brooks  - Gender: Female Age: 42 Height: 5'3 Weight: 180 Race: african american  Hair: brown  Other: Intake Specialist**

Person attempting service:
  a. Name: **Ramona Talvacchio** Registration #:  County:
  b. Company and Registration #: **Direct Legal Support, Inc. - 2015260036**
  c. Address: **1541 Wilshire Blvd Suite 550, Los Angeles, CA 90017**
  d. Telephone number: **800-675-5376**
  e. The fee for this service was: **271.00**
  f. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Ramona Talvacchio**                                           Date: **12/20/2022**

Declaration of Service                                                                      Invoice #: 6860328