UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tari Labs, LLC ,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Lightning Labs, Inc. ,<br><br>　　　　Defendant(s). | Case No. 3:22-cv-07789-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Kirsten Jackson, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Tari Labs, LLC in the above-entitled action. My local co-counsel in this case is J. Noah Hagey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 262331.

118 W. 22nd Street, 12th Floor, New York, NY 10011
MY ADDRESS OF RECORD

351 California Street, 10th Floor, San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(646) 829-9403
MY TELEPHONE # OF RECORD

(415) 599-0210
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dooley@braunhagey.com
MY EMAIL ADDRESS OF RECORD

hagey@braunhagey.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

　　　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5689336.

　　　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　　　I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2022                                            Kirsten Jackson
                                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kirsten Jackson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 28, 2022



UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge William H. Orrick