J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Mitchell C. Stein (*pro hac vice* pending)
stein@braunhagey.com
Kirsten Jackson (*pro hac vice* pending)
dooley@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 829-9403

ATTORNEYS FOR PLAINTIFF TARI LABS, LLC

Colleen Bal (State Bar No. 167637)
cbal@wsgr.com
Catherine R. Lacey (State Bar No. 291591)
clacey@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

*Attorneys For Defendant Lightning Labs, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARI LABS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIGHTNING LABS, INC.,<br><br>　　　　Defendant. | CASE NO.:  4:22-cv-07789-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |

WHEREAS, Plaintiff Tari Labs, LLC ("Tari Labs") served Defendant Lightning Labs, Inc. ("Lightning Labs") with the complaint (Dkt. 1) on December 20, 2022, Lightning Labs has agreed not to dispute the propriety of service, and, therefore, Lightning Labs' current last day to answer or otherwise respond to the complaint is January 10, 2023;

IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties that Lightning Lab's last day within which to answer or otherwise respond to the complaint (Dkt. 1) is extended to January 24, 2023. This change will not alter the date of any event or deadline already fixed by the Court.

IT IS HEREBY FURTHER STIPULATED by and between the parties that, if Lightning Labs' response to the complaint is not an answer, Tari Labs' deadline to respond to that response will be extended by 14 days. There have been no previous modifications of this deadline, and it does not affect any other currently-scheduled deadlines in the case.

Respectfully submitted,

Dated: January 6, 2023                            BRAUNHAGEY & BORDEN LLP

*/s/ J. Noah Hagey*
J. Noah Hagey

*Attorneys for Plaintiff Tari Labs, LLC*

Dated: January 6, 2023                            WILSON SONSINI GOODRICH & ROSATI

*/s/ Catherine R. Lacey*
Catherine R. Lacey

*Attorneys for Defendant Lightning Labs, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document was obtained on January 5, 2023.

Dated:  January 6, 2023                /s/ Catherine R. Lacey
                                       Catherine R. Lacey

**[PROPOSED] ORDER**

Having reviewed the foregoing Stipulation, and finding good cause therefore, this Court hereby orders that Tari Labs' response to any non-answer response to the complaint (Dkt. 1) by Lightning Labs' is extended by 14 days.

SO ORDERED.

Dated  _____

                                              HON. WILLIAM H. ORRICK
                                              UNITED STATES DISTRICT JUDGE