| | |
|---|---|
| J. Noah Hagey, Esq. (SBN: 262331) | Colleen Bal (State Bar No. 167637) |
| hagey@braunhagey.com | cbal@wsgr.com |
| BRAUNHAGEY & BORDEN LLP | Catherine R. Lacey (State Bar No. 291591) |
| 351 California Street, 10th Floor | clacey@wsgr.com |
| San Francisco, CA 94104 | WILSON SONSINI GOODRICH & ROSATI |
| Telephone: (415) 599-0210 | One Market Plaza |
| Facsimile: (415) 276-1808 | Spear Tower, Suite 3300 |
| | San Francisco, CA 94105-1126 |
| Mitchell C. Stein (*pro hac vice* pending) | Telephone: (415) 947-2000 |
| stein@braunhagey.com | Facsimile: (415) 947-2099 |
| Kirsten Jackson (*pro hac vice* pending) | |
| dooley@braunhagey.com | *Attorneys For Defendant Lightning Labs, Inc.* |
| BRAUNHAGEY & BORDEN LLP | |
| 118 W. 22nd Street, 12th Floor | |
| New York, NY 10011 | |
| Telephone: (646) 829-9403 | |
| Facsimile: (646) 829-9403 | |

ATTORNEYS FOR PLAINTIFF TARI LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARI LABS, LLC, | CASE NO.: 4:22-cv-07789-WHO |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME** |
| v. | |
| LIGHTNING LABS, INC., | |
| Defendant. | |

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

WHEREAS, Plaintiff Tari Labs, LLC ("Tari Labs") served Defendant Lightning Labs, Inc. ("Lightning Labs") with the complaint (Dkt. 1) on December 20, 2022, Lightning Labs has agreed not to dispute the propriety of service, and, therefore, Lightning Labs' current last day to answer or otherwise respond to the complaint is January 10, 2023;

IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties that Lightning Lab's last day within which to answer or otherwise respond to the complaint (Dkt. 1) is extended to January 24, 2023. This change will not alter the date of any event or deadline already fixed by the Court.

IT IS HEREBY FURTHER STIPULATED by and between the parties that, if Lightning Labs' response to the complaint is not an answer, Tari Labs' deadline to respond to that response will be extended by 14 days. There have been no previous modifications of this deadline, and it does not affect any other currently-scheduled deadlines in the case.

Respectfully submitted,

Dated: January 6, 2023                                BRAUNHAGEY & BORDEN LLP

*/s/ J. Noah Hagey*
J. Noah Hagey

*Attorneys for Plaintiff Tari Labs, LLC*

Dated: January 6, 2023                                WILSON SONSINI GOODRICH & ROSATI

*/s/ Catherine R. Lacey*
Catherine R. Lacey

*Attorneys for Defendant Lightning Labs, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document was obtained on January 5, 2023.

Dated: January 6, 2023          /s/ *Catherine R. Lacey*
                                Catherine R. Lacey

## ORDER

Having reviewed the foregoing Stipulation, and finding good cause therefore, this Court hereby orders that Tari Labs' response to any non-answer response to the complaint (Dkt. 1) by Lightning Labs' is extended by 14 days.

SO ORDERED.

Dated   January 9, 2023                              _____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE