AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Tari Labs, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:22-cv-07789-WHO |
| Lightning Labs, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lightning Labs, Inc.                                                                                            .

Date:    01/19/2023

/s/ Christopher S. Ford
*Attorney's signature*

Christopher S. Ford (Bar No. 337795)
*Printed name and bar number*
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108

*Address*

csford@debevoise.com
*E-mail address*

(415) 738-5705
*Telephone number*

(415) 644-5628
*FAX number*