1  J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
2  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
3  San Francisco, CA 94104
   Telephone: (415) 599-0210
4  Facsimile: (415) 276-1808

5  Mitchell C. Stein, Esq. (*Pro Hac Vice*)
   stein@braunhagey.com
6  Kirsten Jackson, Esq. (*Pro Hac Vice*)
   dooley@braunhagey.com
7  BRAUNHAGEY & BORDEN LLP
   118 W. 22nd Street, 12th Floor
8  New York, NY 10011
   Telephone: (646) 829-9403
9  Facsimile: (646) 403-4089

10 ATTORNEYS FOR PLAINTIFF
   TARI LABS, LLC
11

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15
                                    | Case No. 3:22-cv-07789-WHO
16 TARI LABS, LLC,                  |
                                    | **PLAINTIFF TARI LABS, LLC'S**
17              Plaintiff,          | **NOTICE OF EX PARTE APPLICATION**
                                    | **FOR TEMPORARY RESTRAINING**
18         v.                       | **ORDER TO PRESERVE THE STATUS**
                                    | **QUO AND MOTION FOR**
19 LIGHTNING LABS, INC.,            | **PRELIMINARY INJUNCTION**
20              Defendant.          |
                                    | Date:
21                                  | Time:
                                    | Judge:      Hon. William H. Orrick
22                                  | Courtroom:  Via Zoom videoconference

23

24

25

26

27

28
                                               Case No. 3:22-cv-07789-WHO
   PLAINTIFF'S NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO
      PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as this the matter may be heard before the Honorable William H. Orrick, Plaintiff Tari Labs, LLC ("Tari Labs") will and hereby does respectfully move this Court *ex parte* for a temporary restraining order and order to show cause temporarily enjoining Defendant Lightning Labs Inc. ("Defendant") from further infringement of Plaintiff's registered TARI® trademark and requiring Defendant to appear and show cause why a preliminary injunction should not issue enjoining such infringement during the pendency of this action.

This Motion is made pursuant to Rule 65 of the Federal Rules of Civil Procedure and is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Naveen Jain, the Declaration of Dr. Robert Palmatier, and the Declaration of J. Noah Hagey, all filed concurrently herewith, the Court's files and records in this action, and upon any further evidence and argument that the Court may receive at or before the hearing.

Dated:  February 21, 2023                                              Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   */s/ J. Noah Hagey*
           J. Noah Hagey

*Attorneys for Plaintiff*
*Tari Labs, LLC*