# EXHIBIT 1

# TARI LABS

Elizabeth Stark
CEO
Lightning Labs
720 University Ave 200
Palo Alto, California, 94301

September 12, 2022

Dear Elizabeth:

We've reached out to you regarding your use of "Taro" on a few occasions and haven't yet received a response, but we do wish to progress towards resolving this matter.

As you know, Tari Labs is a significant contributor to the development of the Tari blockchain protocol and the holder of U.S. Trademark No. 87811438 for "TARI" (the "Mark"), and other trademark registrations pertaining thereto. Tari Labs uses the Mark in connection with the Tari protocol. We have used the Mark in commerce for several years, and our federal registration and recognition has been in effect since April 12, 2022. As a trademark holder, it is crucial for us to protect the Mark from dilution and infringement for fear of losing it.

We love what you are building at Lightning Labs and deeply respect your vision for Taro. That being said, we believe strongly that Tari and Taro will be easily confused by consumers, and such confusion may lead to harm or loss to such individuals. Accordingly, we respectfully request that you select a different, dissimilar name to use in connection with your protocol to address these very real concerns. As builders ourselves, we understand how important a resonant brand can be, and we truly appreciate your understanding that it behooves us all as industry participants to take steps to minimize the risks to consumers wherever we can to further the acceptance and broad adoption of this important technology. If we can help in any way with the identification of a new name for Taro, we stand by ready to assist.

Thank you for your prompt attention to this matter. If you have any questions regarding this letter, please feel free to contact me via email to gc@tari.com.

Sincerely,

*[signature]*

Louis Willacy
Chief Operating Officer