# EXHIBIT 5

| | |
|---|---|
| **From:** | Noah Hagey |
| **Sent:** | Tuesday, February 21, 2023 10:49 AM |
| **To:** | Bannigan, Megan K. |
| **Cc:** | Mitchell Stein; Kirsten Dooley; Toby Rowe; Cuffman, Timothy; McLaughlin, Grace; Ford, Christopher S. |
| **Subject:** | Tari v Lightning Labs - [Proposed] Order re. Ex Parte Motion for Status Quo Order and OSC for Preliminary Injunction |
| **Attachments:** | Proposed Order - Tari Labs LLC v Lightning Labs Inc.pdf |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel:

In view of defendant Lightning Labs' recent public announcements and comments that it imminently intends to launch its infringing TARO protocol, we are providing notice that Tari Labs will be filing an ex parte motion today to preserve the status quo pending a hearing on a motion for preliminary injunction.

Attached is the form of [Proposed] Order that Tari will be presenting to the Court. We obviously would prefer to negotiate a stipulated interim injunction to avoid burdening the Court with an emergency application, and look forward to discussing that on today's call. We do note, of course, that in light of your client's persistent refusals to engage in a discussion around a cessation of its development of a trade name that will directly infringe TARI®, we will have no choice to proceed with seeking relief absent consent to the modest protections set forth in the [Proposed] Order.

Talk to all of you soon,

Noah


J. Noah Hagey
Managing Partner
BRAUN**HAGEY** & BORDEN LLP
Direct: (415) 599-0211
Cell: (510) 332-7823