# EXHIBIT 6

| | |
|---|---|
| **From:** | Noah Hagey |
| **Sent:** | Tuesday, February 21, 2023 12:24 PM |
| **To:** | 'Bannigan, Megan K.' |
| **Cc:** | Mitchell Stein; Kirsten Dooley; Toby Rowe; 'Cuffman, Timothy'; 'McLaughlin, Grace'; 'Ford, Christopher S.' |
| **Subject:** | RE: Tari v Lightning Labs - [Proposed] Order re. Ex Parte Motion for Status Quo Order and OSC for Preliminary Injunction |

Megan,

Further to our discussion, you requested information around your client Lightning Labs' accelerating plans to imminently launch TARO.  Some of those recent instances are identified below.  We would encourage your client to agree to the [Proposed] Order, viz, that it will refrain from issuing any further release or launching TARO until the PI can be heard.

- On February 5, 2023, Defendant's Chief Technology Officer and Co-Founder, Olaoluwa Osuntokun promoted Taro's upcoming release during his featured speech at a popular developer conference Starkware Sessions, announcing that "the next version 0.2" is "coming out in like a month or so."

- On February 6, 2023, Mr. Osuntokun confirmed on Twitter that the "next release will have just about everything needed to fully get off the ground . . ."

- On January 26, 2023, Defendant held a second "Taro Community Call" event two days after its deadline to answer.

- On January 26, 2023, Defendant issued a press release promoting a "Taro startup accelerator," as well as an updated test version of Taro based on community feedback and available on GitHub.

- On December 13, 2022, the week *after* Tari filed its Complaint, Defendant held its first "Taro Community Call," an event aimed at promoting TARO to users and soliciting user input on the forthcoming product.

Best,

Noah

J. Noah Hagey
Managing Partner
B R A U N H A G E Y & B O R D E N LLP
Direct:  (415) 599-0211
Cell:  (510) 332-7823

---

**From:** Noah Hagey
**Sent:** Tuesday, February 21, 2023 10:49 AM
**To:** Bannigan, Megan K. <mkbannigan@debevoise.com>
**Cc:** Mitchell Stein <Stein@braunhagey.com>; Kirsten Dooley <Dooley@braunhagey.com>; Toby Rowe <rowe@braunhagey.com>; Cuffman, Timothy <tcuffman@debevoise.com>; McLaughlin, Grace <gmclaughlin@debevoise.com>; Ford, Christopher S. <csford@debevoise.com>
**Subject:** Tari v Lightning Labs - [Proposed] Order re. Ex Parte Motion for Status Quo Order and OSC for Preliminary

Injunction
**Importance:** High

Counsel:

In view of defendant Lightning Labs' recent public announcements and comments that it imminently intends to launch its infringing TARO protocol, we are providing notice that Tari Labs will be filing an ex parte motion today to preserve the status quo pending a hearing on a motion for preliminary injunction.

Attached is the form of [Proposed] Order that Tari will be presenting to the Court.  We obviously would prefer to negotiate a stipulated interim injunction to avoid burdening the Court with an emergency application, and look forward to discussing that on today's call.  We do note, of course, that in light of your client's persistent refusals to engage in a discussion around a cessation of its development of a trade name that will directly infringe TARI®, we will have no choice to proceed with seeking relief absent consent to the modest protections set forth in the [Proposed] Order.

Talk to all of you soon,

Noah

J. Noah Hagey
Managing Partner
B R A U N H A G E Y & B O R D E N LLP
Direct:  (415) 599-0211
Cell:  (510) 332-7823