# EXHIBIT 1

# Robert W. Palmatier

(February 2023)

**Office:**  University of Washington        **Home:**   80 Vine Street, #401
418 Paccar Hall, 353226                              Seattle, WA 98121
Seattle, WA 98195-3226                               palmatrw@uw.edu
+1 (206) 913-3388

## EDUCATION

| | | |
|---|---|---|
| **Post-Doctoral** | Northwestern University, Evanston, IL | 2005 |
| **Ph.D.** | Marketing, University of Missouri, Columbia, MO | 2004 |
| **M.B.A.** | Georgia State University, Atlanta, GA | 1992 |
| **M.S.E.E.** | Electrical Eng., Georgia Institute of Technology, Atlanta, GA | 1984 |
| **B.S.E.E.** | Electrical Eng., Georgia Institute of Technology, Atlanta, GA | 1983 |

## RESEARCH PROGRAM

**Research Interests:** Marketing strategy, relationship marketing, data analytics, branding and trademark, misleading advertising, and marketing channel theory and practice with an emphasis on customer relationships, loyalty, and privacy in the business-to-business, online, technology, service, healthcare, and retail markets.

**Impact and Productivity:** 5th most productive scholar in top marketing strategy (JM/JMR) journals in past 10 yrs; 1% cited researcher Clarivate Analytics; 19,861 citations Google Scholar.

## SELECT HONORS AND AWARDS

**Sheth Journal of Marketing Award (2016, 2022) and Finalist (2022)** for the *Journal of Marketing* article that has "made a long-term contribution to the discipline of marketing." One paper selected each year.

**JMR Paul E. Green Award Finalist (2022)** for the paper in the *Journal of Marketing Research* that demonstrates the greatest potential to contribute to the theory, methods and practice of marketing.

**AMA Berry Book Award (2021)** for innovative ideas published in a book within the last three years that have had a significant impact on marketing. One book selected per year.

**Excellence in Global Marketing Research Award (2021)** for outstanding article that has made a significant contribution to the literature on global marketing in the previous 10 years. One paper selected each year.

**Interorganizational Research Award for Lifetime Contributions (2020)** for lifetime contributions to the field of channels/interorganizational marketing research. One person selected each year.

**Mahajan Award for Lifetime Contributions to Marketing Strategy (2019)** for lifetime contributions to the field of marketing strategy research. One person selected each year.

**Harold H. Maynard Awards (2008, 2017) and Finalists (2014, 2017)** for "significant contribution to marketing theory and thought" in the *Journal of Marketing*. One paper selected each year.

**Robert D. Buzzell Awards (2016, 2018)** paper "that has made the most significant contribution to marketing practice and thought over previous two years." One paper selected each year.

**Louis W. Stern Awards (2011, 2014, 2015, 2017, 2019)** for "contribution to theory and practice, originality, technical competence, and impact on the field of channels of distribution." One paper

selected each year.

**Davidson Award (2018, 2020)** for the "best paper published in the *Journal of Retailing*." One paper selected each year.

**MSI/ H. Paul Root Award Finalist (2017, 2019)** for paper "that has made a significant contribution to the advancement of the practice of marketing." One paper selected each year.

**S. Tamer Cavusgil Award Finalist (2017)** for paper "published in the calendar year that has the most significant contribution to the advancement and practice of international marketing management."

**MBA Professor of the Year**, **Robert M. Bowen EMBA Excellence in Teaching (3 times), PhD Mentoring Awards (3 times) Awards**

**Varadarajan Award for Early Contribution to Marketing Strategy Research** (2012) selected by past three winners based on the quality and breadth of marketing strategy research. One person selected each year.

**Marketing Science Institute Scholar and Young Scholar Awards**

## Premier (UTD) Refereed Journals (Published or Forthcoming):

1) Zhang, Zelin, Kejia Yang, Jonathan Z. Zhang, and Robert W. Palmatier, (Forthcoming) "Uncovering Synergy and Dysergy in Consumer Reviews: A Machine Learning Approach," ***Management Science.*** (accepted 1/2022)

2) Leung, Fine F., Flora F. Gu, Li Yiwei, Jonathan Z. Zhang and Robert W. Palmatier, (2022), "Understanding Online Influencer Marketing Effectiveness," ***Journal of Marketing***. 86(6), 93-115. (accepted 9/2022)
   a. Selected for publication in ***Harvard Business Review***, "Does Influencer Marketing Really Payoff?" https://hbr.org/2022/11/does-influencer-marketing-really-pay-off

3) Moorman, C., van Heerde, H. J., Page Moreau, C., & Palmatier, R. W. (2022). From Vision to Reality: Lessons in Creating a Marketplace of Ideas. ***Journal of Marketing***, 86(6), 4–12. (accepted 7/2022)

4) Miao, Fred, Irina, V. Kozlenkova, Wang, Haizhong, Xie, Tao, and Robert W. Palmatier, (2022), "An Emerging Theory of Avatar Marketing," ***Journal of Marketing,*** 86 (1), 67-90. (accepted 1/2021)

5) Harmeling, Colleen, Martin Mende, Maura Scott, and Robert W. Palmatier, (2021), "Marketing, Through the Eyes of the Stigmatized," ***Journal of Marketing Research***, 58(2), 223-245. (accepted 11/2020)
   a. Lead Article
   b. JMR Paul E. Green Award Finalist for the paper in the *Journal of Marketing Research* that demonstrates the greatest potential to contribute to the theory, methods and practice of marketing.
   c. Selected for MSI's Working Paper Series

6) Kozlenkova, Irina, V., Ju-Yeon Lee, Diandian Xiang, and Robert W. Palmatier, (2021), "Sharing Economy: International Marketing Strategies," ***Journal of International Business Studies***, 52(8), 1445-73. (accepted 10/2020)

7) van Heerde , Harald J., Christine Moorman, C. Page Moreau, and Robert W. Palmatier, (2021), "Reality Check: Infusing Ecological Value into Academic Marketing Research," ***Journal of Marketing***, 85 (March), 1-13. (accepted 1/2020)

8) Morewedge, Carey, Ashwani Monga, Robert W. Palmatier, Suzanne Shu, and Deborah Small, (2021),

"Evolution of Consumption: A Psychological Ownership Framework," ***Journal of Marketing,*** 85 (1), 196-218. (accepted 9/2020)

9) Moorman, Christine, Harald J. van Heerde, C. Page Moreau, and Robert W. Palmatier, (2019), "Challenging the Boundaries of Marketing," ***Journal of Marketing***, 83 (September), 1-4. (accepted 5/2019)

10) Bleier, Alexander, Colleen Harmeling, and Robert W. Palmatier, (2019), "Creating Effective Online Customer Experiences," ***Journal of Marketing***, 83 (March), 98-119. (accepted 10/2018)
   a. Marketing Science Institute/H. Paul Root Award Finalist
   b. Selected for MSI's Working Paper Series
   c. Selected for publication in ***Harvard Business Review***, selected as lead article on HBR.org home page, November 14, 2019, "How to Design Product Pages that Increase Online Sales"
   d. Selected as one of few papers over the year for publication in ***Harvard Business Review Special Issue***.

11) Moorman, Christine, Harald J. van Heerde, C. Page Moreau, and Robert W. Palmatier, (2019), "JM as a Marketplace of Ideas," ***Journal of Marketing***, 83 (January), 1-7. (accepted 11/2018)

12) Harmeling, Colleen, Robert W. Palmatier, Eric Fang, and Dianwen Wang, (2017), "Group Marketing: Theory, Mechanisms, and Dynamics," ***Journal of Marketing,*** 81 (July), 1-24. (accepted 2/2017)
   a. Winner of Maynard Award from the *Journal of Marketing*
   b. Finalist for Sheth Journal of Marketing Award (2022)
   c. Finalist for MSI/ H. Paul Root Award
   d. Lead Article

13) Irina Kozlenkova, Robert W. Palmatier Eric Fang, Bangming Xiao, and Minxue Huang, (2017), "Online Relationship Formation," ***Journal of Marketing***. 81 (May), 21-40. (accepted 11/2016)

14) Martin, Kelly, Abhishek Borah, and Robert W. Palmatier, (2017) "Data Privacy: Effects on Customer and Firm Performance," ***Journal of Marketing***, 81 (January), 36-58 (accepted 7/2016)
   a. Winner of Sheth Journal of Marketing Award
   b. Winner of MSI Buzzell Award
   c. Finalist for Maynard Award
   d. Finalist for MSI/ H. Paul Root Award
   e. Top downloaded paper at MSI in 2018
   f. Featured in MSI Insights Newsletter
   g. Selected for publication in ***Harvard Business Review***
   h. Article in AMA Journal Reader," Data Privacy and the Neglected Role of the Customer", April 21, 2017
   i. Article in *Marketing News*, "How Should Marketers Manage Data Privacy", March 2017, 18-20
   j. Included in ***Harvard Business Review's book,*** *Customer Data and Privacy the Insights You Need (*HBR Insight Series), September 2020.
   k. Research Highlight in ***Nature***, Human Behavior, Adam Yeeles, "Marketing: Don't Hurt me with my data" 30 January 2017, 051.

15) Zhang, Jonathan, George Watson, Robert W. Palmatier, and Rajiv P. Dant (2016) "Dynamic Relationship Marketing," ***Journal of Marketing,*** 80 (September), 53-75. (accepted 1/2016)

16) Fang, Eric, Jongkuk Lee, Robert W. Palmatier, and Chaoyang Guo, (2016) "Understanding the Effects of Plural Marketing Structures on Alliance Performance," ***Journal of Marketing Research,***

53 (August), 628-645. (accepted 2/2016)

17) Fang, Eric, Jongkuk Lee, Robert W. Palmatier, and Shunping Han, (2016) "If It Takes a Village to Foster Innovation, Success Depends on the Neighbors: The Effects of Global and Ego Networks on New Product Launches," ***Journal of Marketing Research***, 53 (June), 319-37. (accepted 10/2015)

18) Harmeling, Colleen, Robert W. Palmatier, Mark B. Houston, Mark Arnold, and Steve Samaha, (2015), "Transformational Relationship Events," ***Journal of Marketing,*** 79 (September), 39-62. (accepted 2015)
    a. Selected as part of Marketing Science Institute's Journal Selection Series
    b. Featured on CustomerThink, Center for Service Learning, and Business2Community blogs
    c. Selected as part of the AMA Scholarly Insights series

19) Fang, Eric, Huang Minxue, Xiaoling Li, and Robert W. Palmatier, (2015), "Direct and Indirect Effects of Buyers and Sellers on Advertising Revenue in Business-to-Business Electronic Platforms," ***Journal of Marketing Research,*** 52 (3), 407-22.

20) Lee, Ju-Yeon, Shrihari Sridhar, Conor Henderson, and Robert W. Palmatier, (2015), "Effect of Customer Centric Structure on Long-term Financial Performance," ***Marketing Science***, 34 (2), 250-268. (accepted 2014)
    a. Selected for publication in ***Harvard Business Review***
    b. Included as Top 10 Journal Selections from MSI

21) Samaha, Steve, Josh Beck, and Robert W. Palmatier, (2014), "The Role of Culture in International Relationship Marketing," ***Journal of Marketing***, 78 (September), 78-98.
    a. Winner of the Excellence in Global Marketing Research Award (2021) for outstanding article that has made a significant contribution to the literature on global marketing in the previous 10 years.

22) Gonzalez, Gabriel, Daniel Claro and Robert W. Palmatier, (2014), "Synergistic Effects of Relationship Managers' Social Networks on Sales Performance" ***Journal of Marketing,*** 78 (January), 76-94.

23) Palmatier, Robert W., Mark B. Houston, Rajiv P. Dant, and Dhruv Grewal, (2013), "Relationship Velocity: Toward a Theory of Relationship Dynamics," ***Journal of Marketing***, 77 (January), 13-30. (accepted 2012)
    a. Finalist for Maynard Award
    b. Winner of Louis W. Stern Award
    c. Winner of the Emerald Citations of Excellence Award for 2016

24) Fang, Eric, Robert W. Palmatier, and Rajiv Grewal, (2011), "Effect of Customer and Innovation Asset Configuration Strategies on Firm Performance," ***Journal of Marketing Research***, 48 (June), 587-602.

25) Samaha, Stephen, Robert W. Palmatier, and Rajiv P. Dant, (2011), "Poisoning Relationships: Perceive Unfairness in Channels of Distribution," ***Journal of Marketing***, 75 (May), 99-117.

26) Palmatier, Robert W., Cheryl Jarvis, Jennifer Bechkoff, and Frank R. Kardes, (2009), "The Role of Customer Gratitude in Relationship Marketing," ***Journal of Marketing***, 73 (September), 1-18.
    a. Lead article
    b. Winner of Louis W. Stern Award
    c. 2010 Cialdini Award Nominee
    d. Highlighted in *New York Times* article; "Hyatt' Random Acts of Generosity" (2009), June 17, 2009 NYT Magazine, p. 19.

27) Fang, Eric, Robert W. Palmatier, and Jan-Benedict E. M. Steenkamp (authors listed alphabetically;

2008), "Effect of Service Transition Strategies on Firm Value," *Journal of Marketing*, 72 (September), 1-15.
   a. Lead article
   b. Received the 2009 AMA Best Services Article Award
   c. Selected for publication in *Marketing News*, September 1, 2008, 42
   d. Selected for publication in AMA *Marketing Thought Leaders Newsletter*, October 2008

28) Palmatier, Robert W., (2008), "Interfirm Relational Drivers of Customer Value," *Journal of Marketing*, 72 (July), 76-89.
   a. Winner of Harold H. Maynard Award from the *Journal of Marketing*

29) Fang, Eric, Robert W. Palmatier, Lisa Scheer, and Ning Li, (2008), "Trust at Different Organizational Levels," *Journal of Marketing*, 72 (March), 80-98.

30) Palmatier, Robert W., Rajiv P. Dant, and Dhruv Grewal, (2007), "A Comparative Longitudinal Analysis of Theoretical Perspectives of Interorganizational Relationship Performance," *Journal of Marketing*, 71 (October), 172-194.
   a. Winner of Louis W. Stern Award

31) Palmatier, Robert W., Lisa K. Scheer, and Jan-Benedict E. M. Steenkamp, (2007), "Customer Loyalty to Whom? Managing the Benefits and Risks of Salesperson-Owned Loyalty," *Journal of Marketing Research*, 44 (2) May, 185-199.
   a. Winner of Louis W. Stern Award
   b. Summarized in *Marketing News*, May 1, 2007, 30
   c. Lead article in *AMA Marketing Thought Leaders Newsletter*, June 2007, 4 (6)

32) Palmatier, Robert W., Rajiv P. Dant, Dhruv Grewal, and Kenneth R. Evans (2006), "Factors Influencing the Effectiveness of Relationship Marketing: A Meta-Analysis," *Journal of Marketing*, 70 (October), 136-153.
   a. Winner of 2015 AMA Sheth Award at *Journal of Marketing*
   b. Winner of Louis W. Stern Award
   c. Reprinted in *Recherché et Applications en Marketing* (RAM) 2007, 22, (1)
   d. Highest cited paper in *Journal of Marketing* from 2006 to 2009

33) Palmatier, Robert W., Srinath Gopalakrishna, and Mark B. Houston (2006), "Returns on Business-to-Business Relationship Marketing Investments: Strategies for Leveraging Profits," *Marketing Science*, 25 (September-October), 477-493.


## Other Refereed Journals (Published or Forthcoming):

34) Bleier, Alexander, Colleen Harmeling, and Robert W. Palmatier, (Forthcoming), "How to Design Product Pages That Increase Online Sales," *Harvard Business Review Special Issue.* (accepted 8/2022)

35) Shao, Wei, Sara Quach, Jordan Moffett, Jiraporn Surachartkumtonkun, Park Thaichon, Scott Weaven, and Robert W. Palmatier, (forthcoming), "Toward a Theory of Apology: Mechanisms, Contingencies, and Strategies," *European Journal of Marketing.* Accepted 9/2022

36) Steinhoff, Lena, Juanyi Liu, Xiaoling Li, and Robert W. Palmatier, (forthcoming), "Customer Engagement in International Markets," *Journal of International Marketing.* (accepted 8/2022)

37) Dietrich, T., Hurley, E., Carins, J., Kassirer, J., Rundle-Thiele, S., Palmatier, R., Merritt, R., Weaven, S., Lee, N., (forthcoming), 50 years of Social Marketing: Seeding Solutions for the Future, *European Journal of Marketing*, (accepted 3/2022)

38) Chisam, Natalie, Frank Germann, and Robert W. Palmatier, (forthcoming), "A Call for Research at

the Public Policy-Marketing Strategy Interface," *Journal of Public Policy and Marketing*. (accepted 3/2022)

39) Leung, Fine F., Jonathan Z. Zhang, Flora F. Gu, Li Yiwei, and Robert W. Palmatier, (2022), "Does Influencer Marketing Really Payoff?" ***Harvard Business Review***. (accepted 10/2022) https://hbr.org/2022/11/does-influencer-marketing-really-pay-off

40) Steinhoff, Lena, Robert W. Palmatier, Kelly D. Martin, Grace Fox, Conor M. Henderson, Julian K. Saint Clair, Shuai Yan, Ju-Yeon Lee, Taylor Perko, and Colleen M. Harmeling, (2022), "Commentaries on Relationship Marketing: The Present and Future of Customer Relationships in Services," *Journal of Service Management Research,* January, 6(1), 2-27. (accepted 11/2021)

41) Quach, Sara, Park Thaichon, Kelly D. Martin, Scott Weaven, and Robert W. Palmatier, (forthcoming), "Digital Technologies: Tensions in Privacy and Data," *Journal of Academy of Marketing Science*. (accepted 1/2022)

42) Leung, Fine F., Flora F. Gu, and Robert W. Palmatier, (2022), "Online Influencer Marketing," *Journal of Academy of Marketing Science*. 50 (2), 71-95 (accepted 1/2022)

43) Steinhoff, Lena and Robert W. Palmatier, (2021), "Commentary: Opportunities and Challenges of Technology in Relationship Marketing," *Australasian Marketing Journal,* 29(2), 111-117. (accepted 8/2020)

44) Kim, Jisu, Lena Steinhoff, and Robert W. Palmatier, (2021) "An Emerging Theory of Loyalty Program Dynamics," *Journal of Academy of Marketing Science,* 49 (1), 71-95. (accepted 9/2020)
   a.  Finalist for Sheth Foundation JAMS Best Papers Award

45) Henderson, Conor, Lena Steinhoff, Colleen Harmeling, and Robert W. Palmatier, (2021), "Customer Inertia Marketing," *Journal of Academy of Marketing Science*. 49(2), 350-373. (accepted 9/2020)
   a.  Selected for MSI's Working Paper Series
   b.  Winner of Robert D. Buzzell Award from Marketing Science Institute

46) Moffett, Jordan, Judith Anne Garretson-Folse, and Robert W. Palmatier, (2021), "A Theory of Multiformat Communication: Mechanisms, Dynamics, and Strategies," *Journal of Academy of Marketing Science*. 49(3), 441-461.  (Accepted 9/2020)

47) Martin, Kelly D. and Robert W. Palmatier, (2020), "Data Privacy in Retail: Navigating Tensions and Directing Future Research," *Journal of Retailing*, 96 (December), 449-457. (accepted 11/2020)

48) Martin, Kelly D., Jisu J. Kim, Robert W. Palmatier, Lena Steinhoff, David W. Stewart, Beth A. Walker, Yonggui Wang, and Scott K. Weaven (2020), "Data Privacy in Retail," 96 (December), 474-489. *Journal of Retailing*, (accepted 8/2020)
   **a.**  Davidson Award for the "best paper published in the *Journal of Retailing* in the year."
   b.  Highlighted in the *Economist*, "Servant and Masters," Print and Online "Shop Assistants and the Retail Renaissance" March 13th, 2021

49) Hilton, Bryson, Bita Hajihashemi, Conor Henderson, and Robert W. Palmatier, (2020), "Customer Success Management: The Next Evolution in Customer Management Practice?" *Industrial Marketing Management*. (90), 360-369. (Accepted 8/1/2020)

50) Quach, Sara, Park Thaichon, Ju-Yeon Lee, Scott Weaven, and Robert W. Palmatier, (2020), "Toward a Theory of Outside-In Marketing: Past, Present, and Future," *Industrial Marketing Management*. (89), 107-128. (accepted 10/2019)

51) Claro, Danny, Carla Ramos, Gabriel Gonzalez, and Robert W. Palmatier, (2020), "Dynamic Effects of Newcomer Salespersons' Peer Relational Exchanges and Structures on Salesperson Performance," *International Journal of Research in Marketing*. 37(1), 74-92. (accepted 6/2019)
   a.  Selected for MSI's Working Paper Series (17-120), Dynamic Effects of Interfirm

Relationships

52) Bleier, Alexander, Colleen Harmeling, and Robert W. Palmatier, (2019), "How to Design Product Pages that Increase Online Sale," *Harvard Business Review*, November 14, 2019. [https://hbr.org/2019/11/how-to-design-product-pages-that-increase-online-sales?ab=hero-main-text#comment-section (accepted11/2019)

53) Palmatier, Robert W. and Andrew Crecelius, (2019), "The 'First Principles' of Marketing Strategy," *Academy Marketing Science Review*, 9(1), 5-26 (accepted 3/2019)

54) Thaichon, Park, Jiraporn Surachartkumtonkun, Sara Quach, Scott Weaven, and Robert W. Palmatier, (2018), "Hybrid Sales Structures in the Age of E-Commerce," *Journal of Personal Selling & Sales Management*, 38(3), 277-302. (accepted 6/2018)
   a. Lead article

55) Lee, Ju-Yeon, Eric Fang, Jisu Kim, Xiaoling Li, and Robert W. Palmatier, (2018), "The Effect of Online Shopping Platform Strategies on Search, Display, and Membership Revenues," *Journal of Retailing*, 94 (3), 247-264. (accepted 7/2018)
   **a.** Davidson Award (2018) for the "best paper published in the *Journal of Retailing* in the year."
   b. Lead article

56) Palmatier, Robert W., (2018), "Advancing Marketing Strategy Research," *Journal of the Academy of Marketing Science*, 46 (November), 983-986. (accepted 9/2018)

57) Martin, Kelly D., Abhishek Borah, and Robert W. Palmatier, (2018), "Research: A Strong Privacy Policy Can Save You Millions," *Harvard Business Review*, February 15, 2018. [https://hbr.org/2018/02/research-a-strong-privacy-policy-can-save-your-company-millions. (accepted 2/2018)

58) Zhang, Jonathan, George Watson, and Robert W. Palmatier (2018) "Customers Relationships Evolve — So Must Your CRM Strategy," *MIT Sloan Management Review*, 59(4), 82-85. (accepted 1/2018)

59) Watson, George, Scott Weaven, Helen Perkins, Deepak Sardana, and Robert W. Palmatier, (2018), "International Market Entry Strategies: Relational, Digital, and Hybrid Approaches," *Journal of International Marketing,* 26(1) 30-60. (accepted 11/2017)
   a. S. Tamer Cavusgil Award Finalist

60) Palmatier, Robert W., Mark B. Houston, and John Hulland, (2018), "Review Articles: Purpose, Process, and Structure," *Journal of the Academy of Marketing Science*, 46 (January), 1-5. (accepted 10/2017)

61) Nezami, Mehdi, Stefan Worm, and Robert W. Palmatier, (2018), "Disentangling the Effect of Services on B2B Firm Value: Trade-offs of Sales, Profits, and Earnings Volatility" *Journal of International Research in Marketing,* 35 (June), 205-223. (accepted 12/2017)
   a. Selected for MSI's Insights Newsletter, "Is service transition a silver bullet for B2B firms?"

62) Arli, Denni, Carlos Bauer, and Robert W. Palmatier, (2018) "Relational Selling: Past, Present, and Future," *Industrial Marketing Management*, 69, 169-184. (accepted 7/2017)

63) Palmatier, Robert W., (2017), "Marketing Research Centers: Community, Productivity, and Relevance," *Journal of the Academy of Marketing Science*, 45 (July), 465-466. (accepted 3/2017)

64) Lee, Ju-Yeon, Shrihari Sridhar, and Robert W. Palmatier, (2017) "The Effect of Firms' Structural Designs on Advertising and Personal Selling Returns," *International Journal of Research in Marketing*, 34(1), 173-93 (accepted 6/2016)

65) Palmatier, Robert W., (2016), "Improving Publication Success at JAMS: Contribution and

7

Positioning," *Journal of the Academy of Marketing Science,* 6 (November), 655-659. (accepted 9/2016)

66) Palmatier, Robert W., (2016), "The Past Present and Future of JAMS," *Journal of the Academy of Marketing Science,* 44(January), 1-4. (accepted 10/2015)

67) Steinhoff, Lena and Robert W. Palmatier, (2016), "Understanding Loyalty Program Effectiveness: Managing Target and Bystander Effects," *Journal of the Academy of Marketing Science.* 44(January), 88-107. (accepted 9/2015)

68) Watson, George, Stefan Worm, Robert W. Palmatier, and Shankar Ganesan, (2015), "The Evolution of Marketing Channels: Trends and Research Directions," *Journal of Retailing*, 91 (December), 546-68. (accepted 7/2015)

69) Watson, George, Josh Beck, Conor Henderson and Robert W. Palmatier, (2015), "Building, Measuring, and Profiting from Customer Loyalty," *Journal of the Academy of Marketing Science*, 43(November), 790-825. (accepted 2015)

70) Scheer, Lisa, Fred Miao, and Robert W. Palmatier, (2015) "Dependence and Interdependence in Marketing Relationships: Meta-Analytic Insights," *Journal of the Academy of Marketing Science,* 43(November), 694-712. (accepted 2015)

71) Lee, Ju-Yeon, Shrihari Sridhar, and Robert W. Palmatier, (2015, online), "Customer-Centric Org Charts Aren't Right for Every Company," *Harvard Business Review*, 1-7, https://hbr.org/2015/06/customer-centric-org-charts-arent-right-for-every-company]. (accepted 2015)

72) Lee, Ju-Yeon, Shrihari Sridhar, and Robert W. Palmatier, (2015, print), "Customer Centricity: First, the Pain," *Harvard Business Review*, July–August, 22. (accepted 2015)

73) Beck, Josh T., Kelly Chapman, and Robert W. Palmatier, (2015), "Understanding Relationship Marketing and Loyalty Program Effectiveness in Global Markets," *Journal of International Marketing*, 23 (September), 1-21.

74) Grewal, Rajdeep, Gary L. Lilien, Sundar Bharadwaj, Pranav Jindal, Ujwal Kayande, Robert F. Lusch, Murali Mantrala, Robert W. Palmatier, Aric Rindfleisch, Lisa K. Scheer, Robert Spekman, and Shrihari Sridhar, (2015), "Business-to-Business Buying: Challenges and Opportunities," *Customer Needs and Solutions*, 2(3), 193-208.

75) Lee, Ju-Yeon, Irina V. Kozlenkova, and Robert W. Palmatier, (2015), "Structural Marketing: Using Organizational Structure to Achieve Marketing Objectives," *Journal of the Academy of Marketing Science,* 43(January), 73-99.

76) Carter, Robert, Conor Henderson, Inigo Arroniz, and Robert W. Palmatier, (2014), "Effect of Salespeople's Acquisition–Retention Trade-Off on Performance," *Journal of Personal Selling and Sales Management*, 34(2), 91-111.
   a. Most downloaded article published by Routledge Social Sciences journals in 2014

77) Kozlenkova, Irina, V., Steve Samaha, and Robert W. Palmatier, (2014), "Resource- Based Theory in Marketing," *Journal of the Academy of Marketing Science*, 42(January), 1-21.
   a. Lead article
   b. Winner of the Emerald Citations of Excellence Award
   c. Accompanying commentaries by Day, Barney, and Wernerfelt

78) Arnold, Todd, Eric Fang, and Robert W. Palmatier, (2011; authors listed alphabetically) "The Effects of Customer Acquisition and Retention Orientations on Radical and Incremental Innovation Performance," *Journal of the Academy of Marketing Science*, 39 (April), 234-251.

79) Henderson, Conor, Joshua T. Beck, and Robert W. Palmatier, (2011), "Review of the Theoretical

Underpinnings of Loyalty Programs," *Journal of Consumer Psychology*, 21(July), 256-276.

80) Bradford, Kevin, Steven Brown, Shankar Ganesan, Gary Hunter, Vincent Onyemah, Robert W, Palmatier, Dominique Rouzies, Rosann Spiro, Sujan Harish, and Barton Weitz (2010; authors listed alphabetically), "The Embedded Sales Force: Connecting Buying and Selling Organizations," *Marketing Letters*, 21 (September), 239-253.

81) Arnold, Todd, Robert W. Palmatier, Dhruv Grewal, and Arun Sharma, (2009), "Understanding Retail Managers' Role in the Sales of Products and Services," *Journal of Retailing*, 85 (June), 129-144.
   a. Received the Davison Honorable Mention Award in 2011

82) Shankar Ganesan, Morris George, Sandy Jap, Robert W. Palmatier, and Bart Weitz, (2009; authors listed alphabetically), "Supply Chain Management and Retailer Performance: Emerging Trends, Issues, and Implications for Research and Practice," *Journal of Retailing,* 85 (March), 84-94.

83) Bechkoff , Jennifer, Vijaykumar Krishnan, Mihai Niculesu, Robert W. Palmatier, and Frank R. Kardes, (2009), "The Role of Omission Neglect in Responses to Non-Gains and Non- Losses in Gasoline Price Fluctuations," *Journal of Applied Social Psychology,* 39(5), 1191-1200.

84) Fang, Eric, Robert W. Palmatier, and Kenneth R. Evans, (2008), "Influence of Customer Participation on Creating and Sharing New Product Value," *Journal of the Academy of Marketing Science*, 36 (September), 322-336.

85) Palmatier, Robert W., Lisa K. Scheer, Kenneth R. Evans, and Todd Arnold, (2008), "Achieving Relationship Marketing Effectiveness in Business-to Business Exchanges," *Journal of the Academy of Marketing Science*, 36 (June), 174-190.

86) Palmatier, Robert W., Lisa K. Scheer, Mark B. Houston, Kenneth R. Evans, and Srinath Gopalakrishna, (2007), "Use of Relationship Marketing Programs in Building Customer–Salesperson and Customer–Firm Relationships: Differential Influences on Financial Outcomes," *International Journal of Research in Marketing*, 24 (September), 210-223.

87) Palmatier, Robert W., Fred C. Ciao, and Eric Fang, (2007), "Sales Channel Integration after Mergers and Acquisitions: A Methodological Approach for Avoiding Common Pitfalls," *Industrial Marketing Management*, 36 (5) July, 589-603.

88) Fang, Eric, Robert W. Palmatier, and Kenneth R. Evans (2004), "Goal-Setting Paradoxes? Trade-Offs between Working Hard and Working Smart: The United States versus China," *Journal of the Academy of Marketing Science*, 32 (Spring), 188-202.

**Books Published and Forthcoming:**

89) Leung, Fine, and Simone Wies, and Palmatier, Robert W. (forthcoming), "*Influencer Marketing*."

90) Palmatier, Robert W., Andrew Peterson, and Frank Germann (2022), "*Marketing Analytics: Based on First Principles*."

91) Palmatier, Robert W. and Shrihari Sridhar, "*Marketing Strategy: Based on First Principles and Data Analytics*," 2nd ed., Palgrave, 2021.
   a. Selected as Amazon Top New Business Book, 2017
   b. Selected for Forbes Marketers' Reading List, 2018

92) Palmatier, Robert W., Eugene Sivadas, Louis W. Stern, and Adel I. El-Ansary, (2019), "*Marketing Channel Strategy: An Omni-channel Approach*," 9th Edition.

93) Palmatier, Robert W., Christine Moorman, and Ju-Yeon Lee, eds., (2019), "*Handbook of Customer Centricity: Strategies for Building a Customer-Centric Organization*." Edward Elgar

94) Palmatier, Robert W. and Lena Steinhoff, "*Relationship Marketing in a Digital Age*," Taylor Francis, 2019.

95) Palmatier, Robert W. and Kelly Martin, "*The Intelligent Marketer's Guide to Data Privacy*." Palgrave, 2019.
   a. ***AMA Berry Book Award*** (2021) for innovative ideas published in a book within the last three years that have had a significant impact on marketing. One book selected per year.

96) Palmatier, Robert W., V. Kumar, and Colleen Harmeling, eds., "*Customer Engagement Marketing*," Springer, 2017.

97) Palmatier, Robert W. and Shrihari Sridhar, "*Marketing Strategy: Based on First Principles and Data Analytics*," Palgrave, 2017.
   a. Selected as Amazon Top New Business Book, 2017
   b. Selected for Forbes Marketers' Reading List, 2018

98) Palmatier, Robert W., Louis W. Stern, and Adel I. El-Ansary, (2014), "*Marketing Channel Strategy*," 8th Edition, Pearson Prentice Hall, Upper Saddle River, NJ.

99) Palmatier, Robert W. (2008), "*Relationship Marketing*," Marketing Science Institute: Cambridge, MA.


**Book Chapters and Published MSI Working Papers:**

100) Samaha, Stephen, Irina Kozlenkova, Jordan Moffett, and Robert W. Palmatier, "Multichannel Onboarding Strategies," *Marketing Science Institute Working Paper Series,* (19-115-04)

101) Claro, Danny, Carla Ramos, Gabriel Gonzalez, and Robert W. Palmatier, "Dynamic Effects of Intrafirm Relational Strategies and Relational Structures on Performance," *Marketing Science Institute Working Paper Series,* (17-120)

102) Palmatier, Robert W., Christine Moorman, and Ju-Yeon Lee, eds., Introduction to the Handbook on Customer Centricity, in "*Handbook of Customer Centricity: Strategies for Building a Customer-Centric Organization*." Edward Elgar

103) Bleier, Alexander, Colleen Harmeling, and Robert W. Palmatier, "How Firms Can Shape the Customer Experience for Greater Success in Online Retailing," *Marketing Science Institute Working Paper Series,* (17-119)

104) Mende, Martin, Maura Scott, Colleen Harmeling, and Robert W. Palmatier, "Effective Customer Engagement in Healthcare: The Role of Stigma," *Marketing Science Institute Working Paper Series,* (17-105)

105) Lee, Ju-Yeon and Robert W. Palmatier, "Creating and Appropriating Alliance Value through Customer-centric Structure," *Marketing Science Institute Working Paper Series,* (16-127)

106) Nezami, Mehdi, Stefan Worm, and Robert W. Palmatier, "Decomposing the Effect of Service Transition Strategies on B2B Firm Value," *Marketing Science Institute Working Paper Series,* (16-108)

107) Martin, Kelly, Abhishek Borah, and Robert W. Palmatier, "The Dark Side of Big Data's Effect on Firm Performance," *Marketing Science Institute Working Paper Series,* (16-104). Included as an article in *Insights for MSI* newsletter summer 2016.

108) Lund, Donald J., Irina V. Kozlenkova, and Robert W. Palmatier, (2016), "Relationships: Good vs. Bad Relationship Framework", in Nguyen, B., Simkin, L., and Canhoto, A. (Eds) *The Dark Side of CRM: Customers, Relationships and Management*, Routledge.

109) Kozlenkova, Irina, V., Eric Fang, Bangming Xiao, and Robert W. Palmatier (2015), "Online Relationship Marketing," *Marketing Science Institute Working Paper Series,* (15-126).

110) Harmeling, Colleen and Robert W. Palmatier (2019), "Relationship Dynamics: Understanding Continuous and Discontinuous Relationship Change," In *Handbook of Research on Distribution Channels*, Charles A. Ingene, James Brown, and Rajiv P. Dant, (Eds), Northampton, Massachusetts: Edward Elgar Publishing.

111) Samaha, Stephen, and Robert W. Palmatier (2015), "Anti-Relationship Marketing: Understanding Relationship Destroying Behaviors," in *Handbook of Relationship Marketing,* R.M. Morgan, J.T Parish, and G.D. Deitz (eds.), Edward Elgar: London.

112) Steinhoff, Lena, and Robert W. Palmatier, (2014). "Three Perspectives for Making Loyalty Programs More Effective," in *Customer & Service Systems, Special Issue: Customer Empowerment*, Geyer-Schulz, A. and Meyer-Waarden, L. (eds.), 1 (1), Karlsruhe: KIT Scientific Publishing.

113) Henderson, Conor, Lena Steinhoff, and Robert W. Palmatier, (2014) "Consequences of Customer Engagement: How Customer Engagement Alters the Effects of Habit-, Dependence-, and Relationship-Based Intrinsic Loyalty," *Marketing Science Institute Working Paper Series*, (14-121).

114) Harmeling, Colleen, Robert W. Palmatier, Mark B. Houston, and Mark Arnold, (2014), "Effect of Transformational Relationship Events on Exchange Performance," *Marketing Science Institute Working Paper Series*, (14-104).

115) Jonathan Zhang, George Watson, Robert W. Palmatier, and Rajiv Dant, "Integrating Relationship Marketing and Lifecycle Perspectives: Strategies for Effective Relationship Migrations," *Marketing Science Institute Working Paper Series*, (13-121).

116) Watson, George, Josh Beck, Conor Henderson and Robert W. Palmatier, "Unpacking Loyalty: How Conceptual Differences Shape the Effectiveness of Customer Loyalty," *Marketing Science Institute Working Paper Series*, (13-120).

117) Samaha, Steve, Josh Beck, and Robert W. Palmatier, "International Relationship Marketing," *Marketing Science Institute Working Paper Series*, (13-117).

118) Steinhoff, Lena, and Robert W. Palmatier, "Understanding the Effectiveness of Loyalty Programs," *Marketing Science Institute Working Paper Series*, (13-105).

119) Lee, Ju-Yeon, Shrihari Sridhar, Conor Henderson, and Robert W. Palmatier, "Effect of Customer-Centric Structure on Firm Performance," *Marketing Science Institute Working Paper Series,* (12-111).
   a. MSI's top 10 most -read articles in 2012
   b. Selected for MSI's Marketing Insight's Newsletter

120) Beck, Joshua, and Robert W. Palmatier (2012), "Relationship Marketing," *in Business-to- Business Marketing Handbook,* Lilien G.L. and Grewal R. (eds.), Edward Elgar: London.

121) Arnold, Todd J., and Robert W. Palmatier (2012), "Channel Relationships," *in Marketing Strategy Handbook,* V. Shankar and G. Carpenter (eds.), Edward Elgar: London.

122) Henderson, Conor, and Robert W. Palmatier (2010), "Understanding the Relational Ecosystem in a Connected World," *The Connected Consumer: The Changing Nature of Consumer and Business Markets,* Edited by Wuyts, Dekimpe, Gijsbrechts, and Pieters, published by Routledge: NY, 37-75.

123) Palmatier, Robert W., Srinath Gopalakrishna, and Mark B. Houston (2009), "How Companies Can Measure the Success of Their Relationship Marketing Investments," *Gfk Marketing Intelligence Review*, 1.03 (January), 24-32.

124) Palmatier, Robert W. (2007), "What Drives Customer Relationship Value in Business-to- Business

Exchanges?" *Marketing Science Institute Report,* (07-118), Issue 4.

125) Palmatier, Robert W., Rajiv P. Dant, and Dhruv Grewal (2007), "Theoretical Perspectives of Interorganizational Relationship Performance," *Marketing Science Institute Special Report,* (07-200).

126) Palmatier, Robert W., Rajiv P. Dant, Dhruv Grewal, and Kenneth R. Evans (2005), "Leveraging Relationship Marketing Strategies for Better Performance: A Meta-Analysis," *Marketing Science Institute Report,* (05-115), Issue 3.

127) Palmatier, Robert W. and Srinath Gopalakrishna (2005), "Determining the Payoff from Relationship Marketing Programs," *Marketing Science Institute Report,* (05-102), Issue 1.


**Under Review, Revision, or Working Paper:**

128) Moffett, Jordan, Judith Anne Garretson-Folse, and Robert W. Palmatier, "Understanding Product Video Effectiveness With and Without Sound," ***Journal of Marketing***, under review.

129) Lee, Ju-Yeon, Justin Lawrence, and Robert W. Palmatier, "Creating and Appropriating Alliance Value through Customer-Centric Structure," revising for ***Strategic Management Journal***

130) Crecelius, Andrew, Justin Lawrence, Robert W. Palmatier, and Michael Ahearne, "Sales Channel Specialization for B2B Resellers: Cost-matching versus Relationship-driven Models," revising for 2nd round at ***Marketing Science.***

131) Lawrence, Justin, Vamsi Kanuri, Andrew Crecelius, and Robert W. Palmatier, "Transitioning to Hybrid Sales Structures: Effects on Customer and Firm Performance," revising for ***Journal of Marketing.***

132) Samaha, Stephen, Irina Kozlenkova, Jordan Moffett, and Robert W. Palmatier, "Customer Onboarding," revising for reject and resubmit at ***Journal of Marketing.***

133) Guo, Wenjun, Beibei Dong, and Robert W. Palmatier, "Understanding Surprise: Toward a Theory of Surprise Marketing," revising for *Journal of Retailing*

134) Lawrence, Justin, Andrew Crecelius, Jonathan Zhang, and Robert W. Palmatier, "Multichannel Discount Spillover in Business-to-Business Markets" revising for ***Journal of Academy of Marketing Science.***

135) Steinhoff, Lena, Vamsi Kanuri, Jisu Kim, and Robert W. Palmatier, "The Dynamic Trade-Offs of Add-On Bundling in B2B Digital Subscription Services," revising for ***Journal of Marketing Research.***

136) Bauer, Carlos, Fine F. Leung, and Robert W. Palmatier, "Relationship Marketing Investment Dynamics," under review at ***Journal of Marketing***.

137) Martin Mende, Maura Scott, Harmeling, Colleen, and Robert W. Palmatier, "Stigma and Service Sanctuaries: Toward Inclusive Engagement for Consumer Flourishing in Healthcare Services," revising for *Journal of Service Research*.

138) Chisam, Natalie and Robert W. Palmatier, "Big Data Analytics versus Privacy Regulations," under review at *Journal of Public Policy and Marketing*

139) Chisam, Natalie, Jordan Moffett, Kelly Martin, and Robert W. Palmatier, "Privacy as Strategy," revising for ***Journal of Marketing***

140) Chisam, Natalie, Frank Germann, and Robert W. Palmatier, "The Effect of Privacy Regulations on Firm Performance: Firm, Policy, and Environmental Tradeoff," revising for  ***Journal of Marketing***

141) Dong, Maggie, Xiaoling Li, Beibei Dong, W. Palmatier, and Jun Yang. "Effective Platform

Positioning of E-Sellers: Opposing Effects of Product and Service Features," under review at ***Journal of Marketing.***

142) Nezami, Mehdi, Natalie Chisam, and Robert W. Palmatier, "Network Position and Firm Performance: A Meta-Analysis," revising for ***Journal of Academy of Marketing Science.***

143) Claro, Danny P., Jiaqi Xue, Ferris Hong, Robert W. Palmatier, and Yonggui Wang. "Channel Governance Effectiveness and Global Contingencies," revising for the ***Journal of Marketing.***

144) Claro, Danny P., Carla Ramos, and Robert W. Palmatier. "Dynamic and Global Drivers of Salesperson Effectiveness," revising for the ***Journal of Academy of Marketing Science.***

**Miscellaneous Refereed Proceedings:** (not listed)

**Invited Research Presentations and Key Conference Presentations:**

ESSEC International Business School, Paris France 2022
*AMA Sheth Foundation Doctoral Consortium*, University of Texas, Austin 2022
Marketing Strategy Consortium, Texas A&M University, 2022
AMS Conference, Virtual, 2021
5th Thought Leaders' Conference of Marketing Science and Innovation, Virtual, 2021
University of Griffith, Australia, 2019
Dongbei University of Finance and Economics, Dalian, China 2019
Chonqqing University, Chongqing, China, 2019
Tongji University, Shanghai China, 2019
HEC Montreal, Canada, 2019
Insper University and Enanpad Conference, Sao Paulo, Brazil, 2019
University of Manchester, Manchester, England, 2019
Sun Yat-sen, Guangzhou China, Guangzhou China, 2019
*AMA Sheth Foundation Doctoral Consortium*, NYU, 2019
Grenoble School of Management, Grenoble France, 2019
Aston University, Birmingham England, 2019
Tongji University, Shanghai China, 2019
University of Griffith, Australia, 2019
Marketing Strategy Consortium, Indiana University, 2019
Marketing Science and Innovation Conference, Beijing China, 2019
University of International Business and Economics, Beijing China, 2019
Renmin University, Beijing China, 2019
Marketing Knowledge Innovation Conference, Guangzhou China, 2018
Massachusetts Institute of Technology, *Institute for the Study of Business Market*, 2018
*Marketing Science Institute Scholar Retreat*, Colorado, 2018
Tongji University, Shanghai China, 2018
*AMA Sheth Foundation Doctoral Consortium* (co-chair), Leeds University, 2018
BI Norwegian Business School, 2018
Portland State University, 2018
India School of Business (ISB), Hyderabad India 2018
Yonsei University, Seoul Korea, 2018
University of International Business and Economics, Beijing China, 2018
Sun Yat-sen, Guangzhou China, 2018
McMaster University, Distinguished Visiting Professor Series, Canada, 2018
Renmin University, Beijing China, 2017
Texas A&M University, 2017
*AMA Sheth Foundation Doctoral Consortium*, University of Iowa, 2017

University of International Business and Economics, Beijing China, 2017
Fudan University, Shanghai China, 2017
Shanghai Jiao Tong University, Shanghai China, 2017
Tongji University, Shanghai China, 2017
Sun Yat-sen, Guangzhou China, 2017
Hong Kong Polytechnic University, Hong Kong, 2017
Vrije Universitet (VU), Amsterdam 2017
Erasmus University, Rotterdam 2017
University of Hawaii, 2017
University of Victoria, Canada 2017
Pennsylvania State University, 2017
University of Griffith, Australia, 2016
*AMA Sheth Foundation Doctoral Consortium*, Notre Dame University, 2016
University of Illinois, 2016
University of Alabama, 2016
George Mason University, 2016
University South Carolina, Research Camp 2016
Colorado State University, 2016
Florida State University, Wachovia Distinguished Lecture Series, 2015
Brock University, Lecture Series, 2015
*AMA Sheth Foundation Doctoral Consortium*, London Business School, 2015
University of Leeds, Marketing Camp, 2015
Rice University, Jones School of Business, Marketing Camp, 2015
Boston College, Raymond F. Keyes Distinguished Scholar, 2015
Michigan State University, John W. Byington Marketing Speaker Series, 2015
B2B PhD Student Camp Counselor, San Francisco, 2014
Texas Christian University, Dyess Lecturer in Marketing, 2014
University of Münster, 2013
ICRM, International Colloquium in Relationship Marketing, Rennes France 2013
*AMA Sheth Foundation Doctoral Consortium*, University of Michigan, 2013
HEC Research Camp, Paris 2013
Georgia State University, 2012
Washington State University, 2012
Bocconi University, Italy 2012
HEC Paris, 2012
Louisiana State University, 2012
Georgia Institute of Technology, 2012
University of Oklahoma 2012
*AMA Sheth Foundation Doctoral Consortium* (co-chair), University of Washington, 2012
University of Chicago, *B2B PhD Student Camp Counselor*, 2012
University of Chicago, *Institute for the Study of Business Market*, 2012
Tilburg University, Netherlands 2011
University of Paderborn, Germany 2011
University of Arizona, 2011
University of New South Wales, Australia 2010
Harvard University, B2B PhD Student Camp Counselor, 2010
Harvard University, *Institute for the Study of Business Market,* 2010
University of Cincinnati, 2010
*AMA Sheth Foundation Doctoral Consortium*, Texas Christian University, 2010
University of Virginia, Darden School of Business, 2010
*Marketing Science Institute Board of Trustee Meeting*, 2010

    *Thought Leadership Conference*, Texas A&M, Mays Business School, 2010
    Duke University, 2009
    *AMA Sheth Foundation Doctoral Consortium*, Georgia State University, 2009
    Tilburg University European Marketing Camp, 2008
    London Business School, England 2008
    Indiana University, 2008
    University of Pennsylvania, *Erin Anderson B2B Research Conference*, 2008
    University of Wisconsin, 2008
    *INFORMS Marketing Science Conference*, 2008
    *AMA Sheth Foundation Doctoral Consortium*, University of Missouri, 2008
    *Marketing Science Institute Board of Trustee Meeting*, 2008
    Arizona State University, 2006
    University of Houston, 2006
    Ohio State University, 2005
    *INFORMS Marketing Science Conference*, 2004
    *AMA Sheth Foundation Doctoral Consortium*, Texas A&M University (student), 2004
    *The 33rd Annual Haring Symposium for Doctoral Research*, 2003

## Selected Media Publications:

"From privacy vulnerability to privacy resilience" (2022), Sponsored a joint white paper with Microsoft on B2B and B2C privacy. https://query.prod.cms.rt.microsoft.com/cms/api/am/binary/RE59ce0

"What your Small Firm Needs to Know about Influencer Marketing" (2022) U.S. Chamber of Commerce, Karen Kroll. https://www.uschamber.com/co/grow/marketing/best-practices-for-boosting-roi-with-influencer-marketing

"Masters and Servants" and "Shop Assistants and the Retail Renaissance" Research highlighted in *Economist*, March 13, 2021.

"Marketing: Don't Hurt me with my Data" Research Highlight in *Nature*, Human Behavior, 30 January 2017 1, 051.

"Why Airlines Frequent-flier Programs are Now Rewarding Big Spenders" (2016), *Los Angeles Times*, David Lazarus, February 19, 2016.

"Adapting marketing strategies: Relationships pay off 55% more in emerging markets than in the United States" (2014), Yahoo News, September 10, 2014

"Hyatt' Random Acts of Generosity" (2009), *New York Times* article based on gratitude research, June 17, 2009 NYT Magazine, p. 19.

"Enhancing Customer Loyalty through Relationship Marketing" (2008), Sponsored presentation to Cisco's Marketing Group, San Jose, CA.

"Leveraging Relationship Marketing Investments in the Financial Services Industry" (2008), Sponsored presentation at Wells Fargo, San Francisco, CA.

"Only Some Types of Relationship Marketing Enhance the Bottom Line" (2008), *Marketing*$^{NPV}$, 27 March.

"Relationship Marketing Builds Illusionary Loyalty as Salespeople Capture Customers' Hearts" (2007), *Newswise*, 6 November.

"Business-to-Business Relationship Marketing" (2007), Keynote Speech, Video Conference, at Brazilian Consortium of Businesses, November.

"Relationship Marketing Builds Illusionary Loyalty as Salespeople Capture Customers' Hearts" (2007),

*Physorg.com.*

Green, Marilyn (2007), CincyDigest article summarizing Dr. Palmatier's research, *CincyBusiness*, February/March (4), 25.

"Optimizing Sales Channel Decisions: A Supplier's Perspective" (2006), Annual conference of Electronic Distributors (NEDA) for 500 business executives, November, Chicago, IL.

"Multi-Line Sales Channels: A Strategic Perspective" (2006), Arizona State University Professional Education for Manufacturers' Representatives, February, Phoenix, AZ.

Palmatier, Robert W. (1995), "Reps Minimize Risk of Selling New Products into New Markets," *The Representor*, Electronics Representatives Association, Spring, 66.

## OTHER HONORS AND AWARDS

**Forbes Marketers' Reading List,** Marketing Strategy: Based on First Principles and Data Analytics, 2018.

**Highly Cited Researcher Award,** top 1% in business in Web of Science by Clarivate Analytics, 2017, 2018, 2019, 2020, 2021.

**DSEF Faculty Fellow**, the Direct Selling Education Foundation selects academics to work with their business members to link business with the academic community to advance the direct selling go-to-market sales channel, 2017.

**Dean's Award for Excellence in Research**, annual award given to research faculty for outstanding research contribution in previous year, 2017.

**Dean's Leadership Award,** annual award given to faculty for outstanding leadership, 2017.

**Institute for the Study of Business Markets (ISBM) Faculty Fellow,** Pennsylvania State University, 2017

**Emerald Citations of Excellence Award** for paper title, Relationship Velocity: Toward a Theory of Relationship Dynamics.

**Outstanding Area Editor Award** for *Journal of Marketing*, 2015

**PhD Mentoring Awards (2 times)** selected by PhD students for excellence in doctoral mentoring 2009/2010 and 2014/2015.

**Robert M. Bowen EMBA Excellence in Teaching Awards (3 times),** selected as top professor by EMBA students based on professor's engagement, learning, and impact

**AMA Sheth Foundation Doctoral Consortium Faculty Fellow (8 times)**

**Best Paper Award,** *AMA Winter Educators' Conference*, Services Track, for "Effect of Rewards Programs on Inherent Loyalty," 2014.

**Andrew V. Smith Award for Service,** awarded by the dean for extraordinary service to the business school (developing a strategic marketing plan for EMBA program), 2014.

**2011 Davidson Honorable Mention Award** for best article published in *Journal of Retailing* in 2009.

**Cialdini Award Nominee** for paper titled "The Role of Customer Gratitude in Relationship Marketing," 2010.

**Outstanding Reviewer at** *Journal of Retailing*, 2010.

**University of Washington, Foster School of Business PhD Mentoring Award**, each year one professor

is selected across business school by doctoral students for this award, 2010.

**2009 AMA SERVSIG Best Services Article Award** for the best article in services marketing published in 2008.

**Dean's Junior Faculty Research Award** one assistant professor is selected "in recognition of research activities during the preceding year," 2009.

**SMA Palgrave Promising Young Scholar Award**, selection criteria: "assistant professor who has made a significant research contribution to the discipline early in his/her career," 2008.

**Professor of the Year**, selected by students of evening MBA Class, University of Washington, 2008.

**Best Paper Award,** *AMA Summer Educators' Conference*, Interorganizational Track, 2007.

**Marketing Science Institute Young Scholar**, Park City UT, 2007.

**Outstanding Reviewer at** *Journal of Retailing*, 2007.

**Daniel Westerbeck Faculty Graduate Teaching Award**, Finalist, University of Cincinnati, 2006.

**AMA Sheth Foundation Doctoral Consortium Fellow**, Texas A&M University, 2004.

**INFORMS Society of Marketing Science Doctoral Consortium**, Erasmus University, 2004.

**Direct Selling Education Foundation Dissertation Proposal Award**, AMA Educators' Conference, 2004.

**Superior Graduate Student Achievement Award**, selected by fellow graduate students as sole business school recipient, University of Missouri, 2003.

**The 33rd Annual Haring Symposium Fellow**, Indiana University, 2003.

# RESEARCH GRANTS

$9,500, Marketing Science Institute (RA 4000487), "Understanding Effects of Outside and Inside Sales Channel Reassignment," 2018.

$40,000 from Microsoft, "Effects of Social Listening on Sales Performance," 2017.

$40,000 from the Everett Clinic, "Effects of Brands and Relationship in Healthcare," 2017.

$40,000 from Tableau and $5,000 from Marketing Science Institute (RA 4000189), "Decision Making Using Big Data Visualization," 2017.

$4,800, Marketing Science Institute (RA 4000085), "Effects of Customer-Centric Organizational Strategies on Firm Performance," 2016.

$16,548, Marketing Science Institute (RA 4-1963), "Optimizing Online Product Marketing for Enhanced Performance," 2015.

$3500, Center for Services Leadership award of CSL Faculty Network Leading Edge Service Research Award, "Transformational Relationship Events," 2015.

$15,500, Marketing Science Institute (RA 4-1922), "Understanding and Managing the Effects of "Big Data" on Customer Performance," 2015.

$14,000, Marketing Science Institute (RA 4-1908), "Effects of Customer-Centric Structural Elements on Marketing and R&D Alliance Performance," 2015.

$18,000, Marketing Science Institute (RA 4-1610), Primary Investigator, "Relationship Engineering: Managing Relationships for Business Success," 2010.

$5000, Marketing Science Institute (RA 4-1513), Primary Investigator, "Relationship Audit and Scorecard Approach to Measuring and Leveraging Relationship Marketing Investments," 2008.

$5000, Microsoft, Member of team that facilitated strategy session resulting in grant to UW Marketing Department, 2007.

$25,000, Fifth Third Bank, Primary Investigator for project funding Ph.D. student and two MBA students to investigate drivers of middle market commercial bank relationship performance, 2007.

$8000, Marketing Science Institute (RA 4-1388), Primary Investigator, "Drivers and Levers to Customer Relationship Valuation," 2006.

$8100, Institute for the Study of Business Markets (0647) and Direct Marketing Policy Institute, Primary Investigator, "Cross Buying Value Creation: Strategies for Leveraging Performance," 2006.

$4800, Marketing Science Institute (RA 4-1384), Primary Investigator, "Comparison of Alternative Theoretical Perspectives on Interorganizational Relationship Performance," 2006.

$2000, Marketing Science Institute (RA 4-1268), Primary Investigator, "A Meta-Analysis of the Nomological Network Surrounding Relationship Marketing," 2004.

$9500, Marketing Science Institute (RA 4-1212), Primary Investigator, "ROI of Relationship Marketing Programs: Disentangling Salesperson and Manufacturing Representative Firm Effects," 2003.

$2000, Direct Selling Education Foundation Dissertation Research Grant, "How Exchange Inefficiency and Relationship Quality Mediate the Influence of Relationship Marketing on Performance: The Critical Role of Customer Relationship Orientation," 2004.

$4800, Manufacturers' Representatives Educational Research Foundation Research Grant, "Relationship Marketing: Building Loyalty with Whom?" 2003.

$1000, Electronics Representatives Association, North American Industrial Representatives Association, National Electrical Manufacturers Representatives Association Grants, "Financial Outcomes of Relationship Marketing Programs: Higher Payoffs from Salesperson-Customer versus Firm-Customer Relationships," 2003.

$3000, University of Missouri Research Grant, "Antecedents and Consequences of Loyalty Induced Behavioral Intentions through the Integration of Satisfaction and Relationship Marketing Models: Insights into the Financial Consequences of Relationship Marketing Programs," 2002.

# TEACHING

**Teaching Interests:**
Marketing strategy, marketing analytics, channel management, sales management, business-to-business marketing, and marketing management. Interested in teaching managerially-focused courses at PhD, Executive MBA, and MBA levels.

**Teaching Experience:**
- EMBA Marketing Strategy (Marketing 542), University of Washington (developed new class added to EMBA program)
- IPSS online PhD Seminar on Relationship Marketing, Pennsylvania State University
- Ph.D. Seminar Marketing Strategy (Marketing 583), University of Washington
- Numerous executive development and custom educational programs
- MBA Marketing Strategy (Marketing 579), University of Washington
- MBA Sales Management (Marketing 732), University of Cincinnati

- MBA Marketing Strategy (Marketing 735), University of Cincinnati
- Ph.D. Seminar Marketing Strategy (Marketing 898), University of Cincinnati
- MBA Co-Instructor with Dipak Jain, Phillip Kotler, and Louis Stern, Future of Marketing, Northwestern University
- MBA Sales Management, University of Missouri

# SERVICE

**Department Service:**
- Chair Marketing Ph.D. program committee, University of Washington, 2009 to 2013, 2018
- Dean's research committee, University of Washington, 2015 to 2018, 2019
- Chair or member of the Marketing faculty recruiting committee, 2009, 2010, 2011, 2012, 2015, 2017
- Member of Ph.D. Committee
  - University of Washington, 2008 to 2013, 2017, 2019, 2020
  - University of Cincinnati, 2006
- Chaired or Co-Chaired Dissertation Committee
  - Jisu Kim
  - Jordan Moffett, University of Kentucky, (Co-Chaired from LSU)
  - Carlos Bauer, University of Alabama (Co-Chaired from UT San Antonio)
  - George Watson, Colorado State University
  - Colleen Harmeling, Florida State University (Co-Chaired from St Louis University)
  - Josh Beck (1 of 3 Finalists in MSI Clayton dissertation award and Finalist for ISBM dissertation awards), University of Cincinnati
  - Conor Henderson, University of Oregon
  - Ju-Yeon Lee, Lehigh University (Finalist for ISBM dissertation award)
  - Stephen Samaha, Wells Fargo, Director of Customer Data Analytics

**Business School Service:**
- Founder and Research Director for *Center for Sales and Marketing Strategy*
- Chair search committee for Director of Professional Sales Program 2022
- Chair or member of the Summer Research Grants Committee 2019, 2020
- Committee member for selecting next marketing department chair
- Led a strategic initiative for increasing enrollment in EMBA and Executive Education at Foster Business School, University of Washington
- Co-Chair and Organizer of Thought Leaders' Marketing Conference in Paris, Amsterdam, Beijing, France, Oslo, Hyderabad, Florence
- Co-Chair for the 47th AMA Sheth Doctoral Consortium, University of Washington 2012
- Chair Foster Business School's Ph.D. Program Committee, University of Washington 2011, 2012
- Committee member for Foster's School of Business doctoral program 2009 to 2013
- Foster School of Business Professorship and Fellowship Award Committee 2010
- One of the 5 breakout leaders for the Dean's 5-year vision and strategy session 2010
- Committee member for selecting next marketing department chair
- Set up a $50,000 PhD scholarship from local business donor

**National Service:**
- Chaired Committee for Maynard Award at *Journal of Marketing*

- Co-Editor for *Journal of Marketing*, and past Area Editor for the *Journal of Marketing* since founding of AE structure
- Past Editor-in-Chief for *Journal of Academy of Marketing Science,* 2015 to 2018
- Served on Selection Committee for 2017 *Journal of Marketing* Sheth Long-Term Impact Award Committee
- Co-Editor for special issue for *Journal of Retailing,* titled "The Past, Present, and Future of Marketing Channels"
- Editorial Review Board
    o *Journal of Marketing*
    o *Journal of the Academy of Marketing Science*
    o *Journal of Marketing and Public Policy*
    o *Journal of Retailing*
    o *Journal of Service Research*
    o *AMS Review*
    o *Journal of Business-to-Business Marketing*
    o *Journal of Personal Selling and Sales Management*
- Ad hoc Review Board or Ad hoc Reviewer:
    o *Journal of Marketing Research*
    o *Management Science*
    o *Marketing Science*
    o *International Journal of Research in Marketing*
    o *Journal of Services*
- Served on Selection Committee for 2016 JMR William O'Dell Award Committee
- Served on Senior Advisory Board to *Journal of Personal Selling and Sales Management*
- Served as chair of Sales Education Foundation Research Grant Program 2013, awarded $10,000 in grants
- Served on the committee to select the Varadarajan Award for Early Contribution to Marketing Strategy Research (twice)
- Co-chair for Interorganizational and Business-to-Business Marketing Track at AMA, August 2012 in Chicago, IL
- B2B Leadership Board Member (ISBM)
- Co-chair for Relationship Marketing and Business-to-Business Marketing Track at AMA, February 2011 in Austin, TX
- Counselor at B2B PhD Student Camp, Harvard University, 2010
- Invited to AMA Sheth Foundation Doctoral Consortium as a Faculty Fellow 2008, 2009, 2010, 2011
- Member of Seattle United soccer team's Board of Directors, 2009, 2010, 2011
- Chair of Louis W. Stern's Interorganizational Research Award selection committee, 2009
- Advisory Board of Institute for the Study of Business Markets (ISBM), BtoB Webinar Series
- Member of Louis W. Stern's Interorganizational Research Award selection committee, 2008
- Chair, Business-to-Business and Relationship Marketing Track for 2007 Academy of Marketing Science (AMS) Annual Conference, Coral Gables, FL.
- Co-chair with Rajiv Dant, Business-to-Business, Relationship Marketing, and Interorganizational Track for 2006 AMA Summer Educators' Conference, Chicago, IL.
- Past member of Board of KUOW Puget Sound Public Radio.

- Selected to chair proposal selection committee, National Research Council (NRC), National Academy of Sciences (NAS), and the Wright Centers of Innovation. Committee awarded grants of $20 million for the development of a new Wright Center of Innovation based on joint academic–industry proposals, 2004–2005, Washington, DC

- NASA's Computing, Information, and Communications Advisory Group, National Aeronautics and Space Administration (NASA), AMES Research Center. The advisory group assesses the current state of technology development within academia, governmental agencies, and industry related to NASA's information technology activities and space exploration requirements; recommends future investments areas; and outlines a sustainable process to ensure an optimal investment strategy and technology portfolio for NASA's Space Exploration Enterprise, 2004–2005, Sunnyvale, CA

- Proposal selection committee, National Research Council (NRC), National Academy of Sciences (NAS), and the Wright Centers of Innovation. Total grants of $40 million awarded, 2002–2003, Washington, DC

- Panel Moderator, OSU Executive and Professional Development Program on Customer Relationship Management (CRM), April 2003, Tulsa, OK

**Expert Witness Service:**

- ***Trade Secret.*** Sidley Austin, LLP., Motista LLC.v. Ernst and Young U.S. LLP and Ernst and Young, Arbitration. (Report, ongoing)

- ***Trademark.*** BraunHagey & Borden, LLP. Tari Labs, LLC, v. Lightning Labs, Inc, Case No. 4:22-cv-07789. (Survey, reports, ongoing)

- ***Trade Secret.*** Knobbe Martens, LLP. Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Corporation. 8:20-cv-00048-JVS-JDE. (Reports, deposition, ongoing)

- ***Trademark.*** The Marbury Law Group, PLLC. Cesiummastro Inc. v. Cesium GS Inc., 1:22-CV-128. (Survey, report)

- ***Trademark.*** BraunHagey & Borden, LLP. Stone Brewing Co., LLC, v. Millercoors, 3:18-cv-00331-BEN-LL. (Survey, reports, deposition, and trial testimony 2022)

- ***Transfer Pricing, Brand and Customer Relationship Valuation.*** Represented US Treasury (i.e., IRS commissioner) in Western Digital Corporation v. Commissioner of Internal Revenue (18984-18 U.S. Tax Court). (Reports 2022)

- ***Trademark.*** BraunHagey & Borden, LLP. Waterloo Sparkling Water Corp. v. Treaty Oak Brewing and Distilling Co, Civil Action no. 1:21-CV-161-RP. (Surveys, report 2021)

- ***Misleading Advertising-Class Action.*** BraunHagey & Borden, LLP. SABRINA SILVA and NANCY SHIER, on behalf of themselves and all others similarly situated, Plaintiffs, v. B&G FOODS, INC. and B&G FOODS NORTH AMERICA, INC. 4:15-cv-03772-JST, Rel. Case No. 3:20-cv-00137 (Survey, report 2021)

- ***Survey Rebuttal-Class Action***. Summit Law Group in Cathleen Robertson v. Valley Communications Center, 16-2-06437-0 KNT (Wash. Supr. Ct.). (Report 2019). Testimonial, "Dr. Palmatier was a very effective expert witness. His analyses and reports were impeccable. We found his knowledge of survey design and sample methodology to be especially strong." Quinn Oppenheim, Partner with Summit Law. 206-676-7106; quinno@SummitLaw.com

- ***Sales Attributed to Product Feature-Class Action.*** Akin Gump, Strauss Hauer & Feld LLP in Converse V. Vizio, Inc. in 3:17-cv-05897-BHS (W.D. Wash.) (Research 2019)

- ***Wrongful Salesperson Termination.*** Nadeau, et al., v. Wealth Counsel LLC, et al., No. 2:17-cv-00561-MCE-AC (E.D. Cal.). (Report 2018)

- ***Patent Infringement-Value of Sales and Marketing.*** Alston Bird in Kroy IP Holdings, LLC v. Autozone, Inc. in Civil Action No. 2:13-cv-888-WCB (E.D. Tex.) (Research 2015)

- ***Sales Practices and Valuation of Lost Sales.*** Value of McNaul, Ebel, Nawrot & Helgren PLLC in

Education Logistics INC. v. Datsopoulos, MacDonald & Lind, P.C. No. 15-2-11342-9 (Wash. Supr. Ct.). (Report 2016)

- ***Patent Infringement-Value Attributed to Product Feature.*** Paul Hastings in Power Integration, Inc. v. Fairchild Semiconductors International, Inc. in 09-CV-05235-MMC (N.D. Cal.). (Report, deposition 2015)

# EMPLOYMENT HISTORY

**Consulting and Expert Witness**: Alston+Bird, Paul Hastings, Akin Gump, McNaul Ebel Nawrot & Helgren, Knobbe Martens, US Treasury (IRS), Bates White, BraunHagey & Borden, Sidley Austin, Microsoft, Telstra, Amazon, Starbucks, Emerson, Fifth Third Bank, Wells Fargo, Genie, Cincom, World Vision, Belkin, Tableau, Everett Clinic, Expedia, Concur, New Innovations, Worldvision, Wells Fargo, etc.

**Professor and John C. Narver Endowed Chair in Business Administration**
Research Director, *Center for Sales and Marketing Strategy*
University of Washington, Seattle, WA
                                                                                          Ongoing

**Associate Professor and John C. Narver Endowed Chair in Business Administration**
University of Washington, Seattle, WA
                                                                                          2009–2012

**Assistant Professor and Evert McCabe Faculty Fellow**
University of Washington, Seattle, WA
                                                                                          2007–2008

**Assistant Professor**
University of Cincinnati, Cincinnati, OH
                                                                                          2005–2007

**Visiting Professor**
Northwestern University, Kellogg School of Management, Evanston, IL
                                                                                          2004–2005

**Research and Teaching Assistant**
University of Missouri, College of Business, Columbia, MO
                                                                                          2001–2004

**President and Chief Operating Officer**
C&K Components, Inc., Watertown, MA
                                                                                          1998–2001
    $110M international company developed, manufactured, and marketed electro-mechanical switches using four manufacturing locations in Boston, Raleigh, England, and Costa Rica, which sold 30% of products to international markets, focusing on communication and computer segments.

**General Manager, European PolySwitch Division/Director of European Commercial Sales**
Raychem Corporation, Swindon, England, and Paris, France
                                                                                          1996–1998
    $2 billion *Fortune* 500 Company. European responsibilities included managing R&D, pan-European customer service, marketing, and sales organizations.

**Director of Worldwide Marketing**
Raychem Corporation, Menlo Park, CA
                                                                                          1995–1996
    Led marketing efforts for $200 million technology-based business across 25 countries.

**Director of Worldwide Strategic Planning**
Raychem Corporation, Menlo Park, CA
                                                                                          1994–1995

**North American Sales and Marketing Manager**
Raychem Corporation, Atlanta, GA; Menlo Park, CA                    1991–1995

**United States Navy–Lieutenant**
Officer on Nuclear Powered Submarines                               1984–1990

**Licensed Professional Engineer, Electrical Engineering**         1989