# EXHIBIT 2



# TABLE OF CONTENTS

**02**    An Introduction to Innovate

**04**    B2B and Consumer Audiences

**05**    Testimonials

**06**    Quality Isn't Expensive...

**07**    Panel Recruitment

**08**    TV Recruitment

**09**    Basic Demographics

**10**    1,500+ Panel Attributes

**12**    Global Panel

**22**    Q&A from ESOMAR 28

**28**    Let's Work Together

# DEAR INDUSTRY FRIENDS,

**InnovateMR was born out of a simple principle:** respect the lifeblood of our industry and provide an engaging user model that revolutionizes the customer experience. Our mission has been to constantly innovate and change that experience for the better, and we're proud of the platforms we're building to make that happen.

Recently, we launched the Pegasus DIY Sampling Platform, which combines our industry-leading panel for reliability and responsiveness with the power of a sample access platform rich in user functionality. This second-generation platform provides the tools needed to deliver Faster Answers™ without sacrificing quality.

Innovate is working diligently to reshape our industry. We are excited to offer our clients a unique, efficient and innovative approach to sampling. We are ecstatic to continue challenging our industry in new ways, and we look forward to partnering with our clients to make it happen!

**Innovating for you,**



**CO-FOUNDERS**

| Gregg Lavin | George Llorens | Matt Dusig | 1 |



# AN INTRODUCTION



**InnovateMR is a fiercely independent sampling company.** Our ingenuity, reliability, and agile approach to sampling deliver ***Faster Answers***™. We find ways for quicker turnarounds and for sourcing the hard-to-reach audiences. Our panel quality builds trust and confidence with our clients. Our speed in launching projects and our sampling platform efficiency translate into lower costs and quicker decision making.

Innovate has a rich history of building specialty global panels that scale to the needs of market research companies and their studies. Innovate does research in more than 90 countries, using the native language and colloquialisms for each country to ensure relevancy and language importance. Our commitment to quality means extensive screening and validation, with profiling across a wide variety of data points specific to location and niche.

It's this global reach and commitment to quality that allows us to source panel for niche audiences specific to the needs of market research clients, including B2B, medical, parenting, gaming, and more.

We use a dynamic profiling system that captures and localizes thousands of data points.

Using our advanced digital fingerprint solution, we know where our respondents are located based on geo-data and IP address. Pairing profile information with location data ensures location and language accuracy in sample.

We employ a multipronged approach to quality with over thirty technological checks designed to test authenticity.

Our commitment to the four T's of market research — transparency, technology, traffic, and trust — mean we are consistently working to strengthen quality controls while expanding our global reach, ensuring exceptional sample for your research needs.

# B2B AND CONSUMER AUDIENCES

## Mobile Audiences

Surveying consumers on the move, we are the pioneers in mobile engagement. As you explore ways to leverage this new method of data collection, you need guidance in navigating this new frontier. Our team provides the mobile expertise, smartphone and tablet respondents, and custom solutions for capturing the mobile population. We're not talking about online surveys that require the old "pinch-and-scroll." Our formats are altered per device and screen-size detection.

## Online Audiences

When it comes to user engagement, sampling automation techniques, and panelist quality controls, we wrote the playbook. The Innovate team has a rich history in online sample management and data collection. Since 1999, we have built specialty panels for market research clients and scaled these global panels to tens of millions of registered survey respondents. While size is impressive, it does not eclipse both quality and reach.

At Innovate, the ability to target specific members of our panel on demand and the ability to deliver reliable responses and shorter project times are the foundations of our business. Clients trust us with their projects because we are innovative, reliable, and knowledgeable.

## Survey Programming

Whether your survey needs are complex or to the point, we've got you covered. Our expert teams are capable of addressing every type of project, including survey scripting, data validation and cleansing, tabulation, reporting, and open-end coding. We provide high-quality programming, detail-oriented quality assurance teams, and fast turnaround times.



**COMPLETED SURVEYS**
**10M+**



**GLOBAL PANELISTS**
**3M+**



**AUDIENCE ATTRIBUTES**
**1.5K+**

## TESTIMONIALS



Innovate is my go-to vendor on my largest client's global business-to-business tracking work. They always deliver on what they sign up for and consult on how to get things done. They are a true partner to us.



Innovate has become our company's go-to partner for both B2B and Consumer sample. Our business model requires a high level of commitment and long-term engagement among respondents; Innovate consistently delivers the highest quality I've observed in the sample industry.

InnovateMR saved us from losing a multimillion-dollar client when they helped our team transition our tracking study from a failing supplier. The team held our hand every step of the way and turned a challenging situation into a massive success.



# QUALITY ISN'T EXPENSIVE...
# IT'S PRICELESS

## Data Quality Scorecard

Our new RepScore™ methodology evaluates panel behavior at every touch point and compares this data to historic benchmarks previously collected. This scoring science helps to measure the respondent's threat potential and behavioral compliance. **Safe. Reliable. Fast.**

## What is RepScore™?

We've conducted extensive research to fine-tune our proprietary digital fraud-mitigation system. The fruits of our labor are paying off based on recent results from our research-on-research where our panel, PointClub, achieved the lowest client scrub rate when compared to five other leading sample suppliers.

### WE TEST ALL SOURCES TO MITIGATE BIAS

Over 100 Recruitment Campaigns
Diversity
Global Scale
Benchmarking Quality Testing
Attitudinal Testing
Behavioral Testing
Demographic Testing
Quality Evaluation

 ### PANEL REGISTRATION

Digital Fingerprinting
Fraud Marketers
Geo-IP Check
Red Herrings
ReCaptcha
Email Validation
Pattern Detection
Bot Traps
Double-Opt-in Validation

 ### PRE-SURVEY

Digital Fingerprinting
Fraud Marketers
Geo-IP Check
Red Herrings
ReCaptcha
Open-End Analysis
Bot Traps

### POST-SURVEY

LOI Detection
Analysis of Client Feedback
Pattern Detection
Reward Redemption Validation

# PANEL RECRUITMENT

Innovate employs a multichannel approach to build our panels, including TV ads, Facebook, affiliate networks, refer-a-friend and SEO. At Innovate, our seasoned team of panel experts have been building online and mobile panels since these modes first emerged.



# TV RECRUITMENT

TV recruitment is our most engaging and successful method of finding authentic survey respondents.

## Why Is Advertising on TV a Better Recruitment Model?

- It yields a more diverse and unique audience

- Far less overlap between online panels

- Audiences recruited off TV aren't as over used as traditional online recruitment

- Panelists recruited offline look and act differently than traditional online sourcing

- TV advertising allows for geographic market-specific recruitment



**PointClub TV Commercial** — "Meet Captain PC"

View the full commercial at www.PointClub.com

# BASIC DEMOGRAPHICS

First Name          Last Name          Age          Marital Status

State/Province      Street Address     ZIP/Postal Code
City                Country            Email

Education Level     Primary Language

Mobile Device Type  Mobile Operating System          Mobile Phone Number

Gender              Ethnicity
Number & Age of Children in Household

Employment Status   Profession         Job Title
Industry            Household Income



info@InnovateMR.com

innovate MR  9

# 1,500+ PANEL ATTRIBUTES

##  AUTOMOTIVE

Auto Insurance Provider
Automotive Usage Habits
Car Type
Color
Future Automotive Purchase Intent
GPS Navigation
Hybrid Ownership & Usage
New/Used Vehicle
Number of Vehicles in Household
Ownership/Lease
Service/Repair Location
Shopping Source Used (e.g., Internet, Trade Publications, etc.)
Specialized Vehicle Ownership
Vehicle Payment Type
Vehicle Purchase Amount
Vehicles owned in the household (make, model, year)
Years Driving
Years Owned

##  BEAUTY

Cosmetic/Plastic Surgery
Fragrance Products Used
Hair Care Products Used
Hair Removal
Makeup Products Used
Nail Care Products Used
Oral Health Products Used
Piercings
Skincare Products Used
Sunscreen Products Used
Tattoos
Teeth Whitening Used

##  BEVERAGE & FOOD

Alcohol Budget
Alcohol Categories/Brands
Alcohol Consumption Frequency
Baking Frequency
Bottled Water Categories/Brands
Bottled Water Consumption
Frequency
Coffee/Tea Categories/Brands
Coffee/Tea Consumption Frequency
Cooking Frequency
Fast Food Visitation
Food Budget
Food Categories/Brands
Grocery Shopping Habits
Organic Food Consumption
Restaurant Visitation
Soda Categories/Brands
Soda Consumption Frequency

##  ENTERTAINMENT

Cable TV
DVD Ownership
Magazine Categories
Movie Interests
Movies Purchased From TV
Number of DVDs Purchased per Year
Number of Hours of TV per Week
Number of Magazines Subscribed
Number of Movies at Theater per Year
Online TV Viewing
TV Show Categories

##  GAMING

Frequency of Play
Gaming Accessories Used
Gaming Communities
Gaming Platforms Owned
Video Game Types
Video Games Owned

##  LIFESTYLE

Appliances in Home
Method of Survey Participation
Musical Interests
News Consumption
Pet Ownership
Political Interests
Reading Habits
Religious Affiliation
Teen Hobbies and Interests

##  MOBILE USAGE

Mobile Application Usage
Mobile Brand
Mobile Operating System
Mobile Phone Activities
Mobile Phone Number
Mobile Phone Provider
Number of Household Mobile Phones
Types of Mobile Research Projects
Daily Hours Spent

##  MONEY & FINANCE

Banking Institutions Used
Credit Cards Used
Investable Assets
Type & Ownership of Residency
Years at Present Location

##  PARENTING

Number/Age of Children
Childcare
Fertility
Formula Usage
Parenting Style
Pregnancy
Shopping Preferences

##  SHOPPING

Household Products
Product Ownership
Purchase Decision-Making
Shopping Budget

##  SOCIAL MEDIA

Number of Followers/Friends
Daily Hours
Privacy Outlook
Social Media Channels Used

 **TECHNOLOGY**

Computer Ownership
Electronic Ownership
Email Usage
Frequency of Online News Consumption
Internet Connection Type at Home
Internet Usage
Online Shopping Habits
Printer Ownership
Social Media Usage
Software Usage
Tablet Usage
Webcam Ownership

 **TRAVEL**

Business Trips per Year
Car Rentals Used
Cities Visited
Countries Visited
Cruising
Hotels Visited
Leisure Trips per Year
Loyalty Programs
Vacations Taken

 **HEALTH**

Acne
Atrial Fibrillation
ADD/ADHD
Alcohol Consumption
Allergies
Alzheimer's Disease
Anxiety Disorders
Anorexia/Bulimia
Arthritis
Asthma
Autism
Back Pain
Bipolar Disorder
Blood Disorders
BMI
Botox Usage
Cancer (All types)
Chronic Pain
Colitis
COPD
Crohn's Disease

Cystic Fibrosis
Deafness
Dementia
Depression
Diabetes (Types I & II)
Dietary Habits
Emphysema
Epilepsy
Erectile Dysfunction
Exercise Habits
Fibromyalgia
Gastric Bypass Surgery
General Surgical Procedures
GERD
Glasses/Contacts Usage
Glaucoma
Gout
Gym Membership
Gynecological Disorders
Headaches (Minor)
Hepatitis (All Types)
High Blood Pressure
High Cholesterol
Hypertension
Infertility
Insurance
Irritable Bowel Syndrome
Lupus
Medication Usage
Menopause
Migraines
Multiple Sclerosis
Obesity
Osteoporosis
Parkinson's Disease
Participation in Clinical Trials
Physical Activities
Plastic Surgery
Pneumonia
Psoriasis/Eczema
Rheumatoid Arthritis
Schizophrenia
Shingles
Sinusitis/Rhinitis
Sleep Disorders
Smoking Habits
Strokes
Ulcerative Colitis

 **HISPANIC PROFILING**

Acculturation Level
Citizenship
Country of Birth
Immigration Generation
In-Community Environment
Language Usage in Home
Language Usage out of Home
Media Consumption in Home (Internet, TV, Print & TV)
Primary Language
Secondary Language
Social Media Usage
Years Lived in the US

**B2B**

Age of Company
Budget Oversight
Business Travel
Business-Related
Decision-Making
Computer Brand
Computer Operating System
Computer Usage
Income
Industry
IT-Related Decision-Making
Job Role/Title
Linkedin Usage
Mobile Phone Usage
Number of Employees
Number of Locations
Office Location Type
Total Investable Assets
Office Equipment Used
Organizational Revenue
Private/Public/Nonprofit
Profession
Years at Company

# GLOBAL PANEL MAP



| | | | |
|---|---|---|---|
| USA | Czech Republic | Malaysia | Singapore |
| UK | Denmark | Netherlands | South Africa |
| Australia | Ecuador | New Zealand | South Korea |
| Brazil | Egypt | Nigeria | Spain |
| China | Greece | Norway | Sweden |
| France | Germany | Paraguay | Switzerland |
| Japan | Hong Kong | Peru | Ukraine |
| Mexico | Hungary | Philippines | Turkey |
| Argentina | India | Poland | Uruguay |
| Belgium | Indonesia | Portugal | Venezuela |
| Canada | Ireland | Romania | Vietnam |
| Chile | Latvia | Russian Federation | |
| Colombia | Lithuania | Saudi Arabia | |

# NORTH AMERICA
## US Panel Composition

### Age

| | Census | Panel |
|---|---|---|
| 18-24 | 10% | 9% |
| 25-34 | 13% | 16% |
| 35-44 | 13% | 20% |
| 45-55 | 15% | 18% |
| 55+ | 25% | 18% |

### Gender

| | | |
|---|---|---|
| Female | 51% | 56% |
| Male | 49% | 44% |

### Territory/Region

| | | |
|---|---|---|
| Northeast | 18% | 19% |
| Midwest | 22% | 21% |
| South | 37% | 36% |
| West | 23% | 24% |

### Household Income

| | | |
|---|---|---|
| Less than $15,000 | 12% | 13% |
| $15,000-$24,999 | 11% | 13% |
| $25,000-$34,999 | 10% | 12% |
| $35,000-$49,999 | 13% | 15% |
| $50,000-$74,999 | 17% | 16% |
| $75,000-$99,999 | 12% | 11% |
| $100,000-$149,999 | 13% | 12% |
| $150,000-$199,999 | 6% | 4% |
| $200,000+ | 6% | 4% |



# NORTH AMERICA
## Canada Panel Composition

| Age | Census | Panel |
|---|---|---|
| 15-24 | 13% | 12% |
| 25-34 | 14% | 16% |
| 35-44 | 13% | 16% |
| 45-55 | 14% | 17% |
| 55-64 | 14% | 12% |
| 65+ | 20% | 13% |

## Gender

| | | |
|---|---|---|
| Female | 49% | 52% |
| Male | 51% | 48% |

## Household Income

| | | |
|---|---|---|
| Less than $10,000 | 14% | 16% |
| $10,000-$19,999 | 18% | 20% |
| $20,000-$34,999 | 21% | 22% |
| $35,000-$49,999 | 15% | 18% |
| $50,000-$74,999 | 15% | 13% |
| $75,000-$99,999 | 11% | 8% |
| $100,000-$149,999 | 3% | 2% |
| $150,000+ | 3% | 1% |

## Provinces

| | | |
|---|---|---|
| Ontario | 38% | 40% |
| Quebec | 23% | 25% |
| British Columbia | 13% | 14% |
| Alberta | 12% | 11% |
| Manitoba | 4% | 5% |
| Saskatchewan | 3% | 3% |
| Nova Scotia | 3% | 1% |
| New Brunswick | 2% | <1% |
| Newfoundland and Labrador | 1% | <1% |
| Prince Edward Island | <1% | 12% |
| Northwest Territories | <1% | 12% |
| Nunavut | <1% | <1% |
| Yukon | <1% | <1% |

# EMEA
## UK Panel Composition

### Age

| | Census | Panel |
|---|---|---|
| 18-24 | 9% | 8% |
| 25-34 | 14% | 20% |
| 35-44 | 13% | 22% |
| 45-54 | 14% | 18% |
| 55+ | 29% | 15% |

### Gender

| | | |
|---|---|---|
| Female | 49% | 55% |
| Male | 51% | 45% |

### Territory/Region

| | | |
|---|---|---|
| England | 84% | 86% |
| Scotland | 8.4% | 7.4% |
| Wales | 4.8% | 4.0% |
| Northern Ireland | 2.9% | 2.6% |

### Household Income

| | | |
|---|---|---|
| Less than £6,000 | 1% | 3% |
| £6,000-£12,999 | 3% | 4% |
| £13,000-£18,999 | 8% | 10% |
| £19,000-£25,999 | 12% | 11% |
| £26,000-£31,999 | 11% | 10% |
| £32,000-£47,999 | 24% | 23% |
| £48,000-£63,999 | 17% | 16% |
| £64,000-£95,999 | 14% | 13% |
| More than £96,000 | 9% | 10% |

SCOTLAND

NORTHERN IRELAND

ENGLAND

WALES

# EMEA
## France Panel Composition

| Age | Census | Panel |
|---|---|---|
| 15-24 | 12% | 16% |
| 25-34 | 12% | 15% |
| 35-44 | 13% | 18% |
| 45-54 | 13% | 17% |
| 55-64 | 13% | 15% |
| 64+ | 24% | 18% |

## Gender

| | Census | Panel |
|---|---|---|
| Female | 51% | 47% |
| Male | 49% | 53% |

## Administrative Regions

| | Census | Panel |
|---|---|---|
| Île-de-France | 18% | 12% |
| Auvergne-Rhône-Alpes | 12% | 10% |
| Hauts-de-France | 9% | 10% |
| Nouvelle-Aquitaine | 9% | 7% |
| Occitanie | 9% | 9% |
| Grand Est | 8% | 6% |
| Provence-Alpes-Côte d'Azur | 8% | 7% |
| Pays de la Loire | 6% | 6% |
| Normandy | 5% | 2% |
| Brittany | 5% | 5% |
| Bourgogne-Franche-Comté | 4% | 6% |
| Centre-Val de Loire | 3% | 4% |
| Réunion | 1% | 2% |
| Guadeloupe | 1% | 2% |
| Martinique | <1% | 3% |
| Corsica | <1% | 3% |
| French Guiana | <1% | 3% |
| Mayotte | <1% | 3% |

# EMEA
## Germany Panel Composition

### Age

| | Census | Panel |
|---|---|---|
| 15-24 | 13% | 12% |
| 25-34 | 13% | 12% |
| 35-44 | 12% | 14% |
| 45-54 | 17% | 20% |
| 55+ | 28% | 24% |

### Gender

| | | |
|---|---|---|
| Female | 51% | 53% |
| Male | 49% | 47% |

### Territory/Region

| | | |
|---|---|---|
| Nordrhine-Westfalen | 22% | 23% |
| Bavaria | 16% | 17% |
| Baden-Wurttemberg | 13% | 14% |
| Niedersachsen | 10% | 12% |
| Hessen | 7% | 6% |
| Sachsen | 5% | 4% |
| Rhineland-Palatinate | 5% | 4% |
| Berlin | 4% | 3% |
| Schleswig-Holstein | 3% | 3% |
| Brandenburg | 3% | 3% |
| Anhalt | 3% | 3% |
| Thuringia | 3% | 3% |
| Hamburg | 2% | 2% |
| Mecklenburg-Vorpommern | 2% | 1% |
| Saarland | 1% | 1% |
| Bremen | 1% | 1% |



# EMEA
## Spain Panel Composition

### Age

| | Census | Panel |
|---|---|---|
| 15-24 | 9% | 19% |
| 25-34 | 11% | 24% |
| 35-44 | 17% | 23% |
| 45-54 | 16% | 19% |
| 55-99 | 32% | 15% |

### Gender

| | | |
|---|---|---|
| Female | 50% | 55% |
| Male | 50% | 45% |

### Territory/Region

| | | |
|---|---|---|
| Andalusia | 18% | 15% |
| Catalonia | 16% | 16% |
| Madrid | 14% | 21% |
| Valencian Community | 11% | 12% |
| Galicia | 6% | 9% |
| Castile and Leon | 5% | 5% |
| Basque Country | 5% | 2% |
| Canary Islands | 5% | 3% |
| Castile-La Mancha | 4% | 2% |
| Region of Murcia | 3% | 2% |
| Aragon | 3% | <1% |
| Extremadura | 2% | <1% |
| Balearic Islands | 2% | <1% |
| Asturias | 2% | 1% |
| Navarre | 1% | 3% |
| Cantabria | 1% | 3% |
| La Rioja | 1% | 1% |
| Ceuta | <1% | <1% |
| Melilla | <1% | <1% |
| Unknown | | 4% |



# APAC
## Australia Panel Composition

### Age

| | Census | Panel |
|---|---|---|
| 15-24 | 13% | 12% |
| 25-34 | 14% | 13% |
| 35-44 | 14% | 15% |
| 45-55 | 13% | 14% |
| 55-64 | 12% | 11% |
| 65+ | 16% | 12% |

### Territory/Region

| | | |
|---|---|---|
| New South Wales | 32% | 35% |
| Victoria | 25% | 29% |
| Queensland | 20% | 18% |
| Western Australia | 11% | 9% |
| South Australia | 7% | 6% |
| Tasmania | 2% | 1% |
| Australian Capital Territory | 2% | 1% |
| Northern Territory | 1% | 1% |

### Gender

| | | |
|---|---|---|
| Female | 51% | 53% |
| Male | 49% | 47% |

### Household Income

| | | |
|---|---|---|
| Less than $10,000 | 16% | 17% |
| $10,000-$19,999 | 10% | 13% |
| $20,000-$29,999 | 21% | 24% |
| $30,000-$49,999 | 19% | 18% |
| $50,000-$74,999 | 13% | 12% |
| $75,000-$99,999 | 6% | 5% |
| $100,000+ | 6% | 4% |
| Not stated | 6% | 4% |



# APAC
## Japan Panel Composition

| Age | Census | Panel |
|---|---|---|
| 15-24 | 12% | 15% |
| 25-34 | 13% | 16% |
| 35-44 | 17% | 19% |
| 45-55 | 17% | 26% |
| 55-99 | 37% | 24% |

| Gender | | |
|---|---|---|
| Female | 51% | 47% |
| Male | 49% | 53% |

| Prefecture | | |
|---|---|---|
| Hokkaido | 4% | 3% |
| Tohoku | 7% | 4% |
| Kanto | 34% | 37% |
| Chuba | 17% | 15% |
| Kansai/Kinki | 18% | 22% |
| Chugoku | 6% | 6% |
| Shikoku | 3% | >1% |
| Kyushu | 11% | 8% |
| Other | | 4% |

HOKKAIDO

TOHOKU

CHUBU

CHUGOKU

KANTO

KANSAI

SHIKOKU

KYUSHU

# APAC
## India Panel Composition

### Age

| | Census | Panel |
|---|---|---|
| 15-24 | 18% | 25% |
| 25-34 | 17% | 29% |
| 35-44 | 13% | 21% |
| 45-55 | 10% | 15% |
| 55-99 | 14% | 9% |

### Gender

| | | |
|---|---|---|
| Female | 49% | 56% |
| Male | 51% | 44% |

### Provinces

| | | |
|---|---|---|
| Uttar Pradesh | 16% | 19% |
| Maharashtra | 9% | 12% |
| Bihar | 9% | 4% |
| West Bengal | 8% | 8% |
| Madhya Pradesh | 6% | 2% |
| Tamil Nadu | 6% | 4% |
| Rajasthan | 6% | 8% |
| Karnataka | 5% | 4% |
| Gujarat | 5% | 9% |
| Andhra Pradesh | 4% | 3% |
| Odisha | 3% | 1% |
| Telangana | 3% | 3% |
| Kerala | 3% | 1% |
| Jharkhand | 3% | 1% |
| Assam | 3% | >1% |
| Punjab | 2% | 4% |
| Chhattisgarh | 2% | 1% |
| Haryana | 2% | 1% |
| Jammu and Kashmir | 1% | 3% |
| Uttarakhand | 1% | 5% |
| Himachal Pradesh | 1% | 1% |
| Tripura | >1% | 1% |
| Meghalaya | >1% | >1% |
| Manipur | >1% | >1% |
| Nagaland | >1% | >1% |
| Goa | >1% | >1% |
| Arunachal Pradesh | >1% | >1% |

| | | |
|---|---|---|
| Mizoram | >1% | >1% |
| Sikkim | >1% | >1% |
| Delhi | 1% | 2% |
| Puducherry | >1% | >1% |
| Chandigarh | >1% | >1% |
| Andaman and Nicobar Islands | >1% | >1% |
| Dadra and Nagar Haveli | >1% | >1% |
| Daman and Diu | >1% | >1% |
| Lakshadweep | >1% | >1% |

 # Q&A FROM ESOMAR 28

## Q. How is your panel recruited?

**A.** The Innovate panel was built using a blend of diverse sources representing various online and offline publishers. Many of these publishers have formed an exclusive relationship with Innovate, which affords clients a truly unique sourcing strategy for online and mobile studies. Examples include large-scale advertising networks that access millions of daily banner impressions, plus hard-to-reach specialty websites that cater to key demographic groups such as young males, (un)acculturated Hispanics, mothers, technology decision-makers, and business professionals. The Innovate mobile community was built leveraging in-app banner advertising, social networks such as Facebook, and numerous web and SMS databases.

## Q. How do you blend sample?

**A.** Innovate's blending strategy was born from the company's extensive experience in online sampling and panel management. Upon joining, panel members complete a comprehensive demographic profile, and user participation metrics are carefully tracked to support various sample frame needs; all of which are predicated on client preferences. Innovate sample frames are balanced across the requested demographic distributions, source-type, panel activity levels, and tenure. Additionally,  participation and category exclusions are supported as requested.

Duplication across panels as well as within panels is a very real concern in the market research industry. With this in mind, Innovate utilizes industry-leading digital fingerprinting technology, third-party validation, and in-community algorithms. Our algorithmic approach is designed to identify uniqueness and measure respondent honesty on a longitudinal basis.

## Q. How does Innovate find hard-to-reach respondents?

**A.** Drawing on our unique panel-recruitment relationships, Innovate offers unparalleled access to hard-to-reach segments in our panel. This is demonstrated by the countless clients who rely on our team, technology, and panel asset to accomplish survey work that other companies simply cannot satisfy. Our technology allows us to remain flexible. One such example centers around the vast network of recruitment partners that supply our panel.

Our robust systems allow us to easily accommodate the various financial arrangements that many recruitment campaigns require. This flexibility allows us to recruit from a larger cross-section of online, offline, and mobile channels, yielding a diverse and more representative audience.

## Q. When asked to blend additional outside panels, how does Innovate introduce external sample?

**A.** Quality sample and transparency are of critical importance in the market research industry.

As sample industry veterans, we understand the vital role that consistent methodologies play in the overall success of a research project. As such, we carefully vet each and every partner that participates in our support network. This vetting process begins with an extensive review of a partner's recruitment methodology, sampling protocols, deduplication technology, and incentive management.

Additionally, we continually evaluate the quality of each partner by testing each source across a number of demographic, attitudinal, and behavioral benchmarks. This process helps our team achieve a balanced and blended sample outgo and avoid common pitfalls that can be present when partner sample is introduced.

Above all else, transparency is a non-negotiable tenant to our business practice. If partner sample is required, this information is provided to clients during the bid phase of a project so that a fully informed decision can be made regarding sample composition.

## Q. What steps does Innovate take to achieve a representative sample of the target population?

**A.** Leveraging our long history of sampling best practices, the Innovate project team utilizes predefined census templates that allocate sample outgo based on the required distributions needed for a study, as specified by the client. Additionally, our sample frames are blended so that a representative cross-section of the panel is balanced by such variables as activity level, tenure, and source type.

Maintaining database hygiene is an additional component in this process. We carefully monitor panelist activity and harness advanced algorithms to track members longitudinally throughout their lifetime in the panel. This proactive methodology allows our team to take quick action on members who may be demonstrating behaviors that do not align with our expectations.

## Q. How does Innovate invite respondents to surveys?

**A.** At Innovate, we maintain a library of predefined HTML invitation

templates as well as standard operating procedures related to invitation verbiage (in accordance with CAN-SPAM compliance). Our members are engaged via email invitation as well as one reminder within 24-48 hours after the initial contact. We typically send 3-5 invitations each week in order to keep members fully engaged. However, participants may elect to receive fewer invitations, if desired.

We utilize subject lines that are non-leading in nature to avoid conditioning respondents for false qualification. We maintain an extensive subject line library to ensure our projects only present approved language. All invitations are delivered in the preferred language indicated by our members during the registration process. Within the invitation, members are advised of the survey topic, length of interview, and the incentive offered. Member relations are an integral element in the panel-management process. As such, our members are presented with information related to their current membership status, our customer service help desk, and details related to unsubscribe and contact updates.

Invitations are deployed based on the predefined demographic segments needed for a representative sample. Certain groups that may respond at a lower rate are oversampled to ensure nested quotas are fulfilled

properly. Additionally, our members may also participate via our member dashboard, which is visible upon log-in to our panel website. Clients may elect to contact our members via email invitation, dashboard, or a blend of both approaches. These contact preferences are defined during the bid phase of the project, and any deviation from the sample plan must be approved by the client before changes are made.

As it relates to our mobile sample, we can engage respondents using a variety of different methodologies. Such examples include SMS text message, push notification via our mobile app, or mobile web (a shortened URL presented to members of both our online and mobile panels). Utilizing these various approaches affords Innovate deep reach among a mobile audience.

## Q. How does Innovate reward respondents?

**A.** Our staff comprises seasoned industry veterans with experience in panel management, including incentive fulfillment. We maintain a standard incentive matrix. This allows our team to maintain a consistent treatment and offering to our members throughout their lifetime in our panel community. Incentive amounts are based on the length of interview for a particular opportunity, along with the complexity of the task. We offer consistent

incentives within a survey to avoid bias as well as across our entire survey inventory. This methodology is essential in panel management and helps to avoid inadvertently generating negative panel learning effects.

Our panel earns a virtual currency for both qualifying and non-qualifying activities, which may be redeemed at various levels. Rewards levels offer a variety of online and mobile gift cards, including virtual Visa and Amazon. PayPal and charitable donations are also available for members as a redemption option. Presenting respondents with a wide variety of rewards generates a catered, positive panel experience and combats attrition.

## Q. Does Innovate measure respondent satisfaction?

**A.** Respondent satisfaction is the central focus of our business. As a result, we continually measure respondent satisfaction through various feedback channels (ongoing satisfaction surveys and our world-class help desk operations team).

## Q. What information does Innovate provide to debrief clients after a project has finished?

**A.** Project performance KPIs are shared with our clients throughout the life of a project. Prior to launch, our team shares expected performance goals as well as communication details (invitation verbiage, etc.). At the initial slow start of a project, our project management team provides visibility into a number of metrics, such as open rate, click-through rate, drop-out rate, the length of interview, incidence, and other vital statistics required for proper visibility. Communication is provided on a frequent basis to ensure our clients are advised of project performance. At the close of field, our team provides a detailed summary report of the project's execution along with any custom reporting as requested.

## Q. What quality protocols are in place at Innovate?

**A.** Innovate has assembled the best and brightest sampling professionals to oversee our quality standards. Our team harnesses the power of automated technology to closely track respondent behaviors and proactively remove members who demonstrate actions that do not align with our standards. Advanced algorithms longitudinally track member performance and automatically deactivate users who exhibit poor quality. Red-herring questions are presented to participants to test engagement and panel honesty. Straight-lining and speedy completions are also monitored and logged inside our system. Additionally, we rely on geo-IP flagging, third-party PII validation, and digital fingerprinting to prevent duplication.

## Q. How often does Innovate contact panelists?

**A.** Overutilization can threaten the quality of any panel. As such, we carefully balance our outreach through availability and contact rules programmed into our system. This approach ensures we are respecting a respondent's time and deters negative or overzealous behaviors from surfacing. Our members typically receive anywhere from 3-5 survey invitations each week, with a maximum of one reminder for each project. Additionally, user preferences are recorded on our member profile page so that we may always maintain an optimal experience for our panel community.

## Q. What procedures are in place to confirm respondent identity?

**A.** Leveraging a technological approach for quality respondent management is central to Innovate's DNA. For over a decade, our team has been developing cutting-edge solutions that thwart even the most advanced online and mobile fraud. We have implemented over two dozen quality checkpoints in our registration process alone. This approach employs a scoring methodology that allocates points for various behaviors. In isolation, a point may not be indicative of a suspicious user. However when these points begin to accumulate, it becomes quickly

apparent that a more nefarious user is attempting to join our panel.

As such, quick action is taken against the prospective panelist by silently deactivating his/her account. As it relates to our B2B sample, we recognize this segment is an especially high-demand target for malicious behavior. In response, we conduct an extensive profiling exercise that focuses on business-specific profile questions and is layered with red-herring and quality checkpoint questions. This approach has proven to be very successful in trapping fraudulent respondents who attempt to bypass our system checks and quality procedures.

## Q. What measures are in place for data protection and data security?

**A.** Data security protocols are tightly maintained by our IT administration across all areas of our business. Our internal and external systems are maintained on the Amazon Cloud with multiregion redundancy for maximum security and scalability. As it relates to our internal project management and panel database, user permissions are tightly managed using encrypted passwords. All employees and panel members must log in using an encrypted password within our secure network. All PII and client details are stored within our encrypted database with limited

permissions access. Our staff must follow standard operating procedures for handling and transferring sensitive information, and authentication must be verified before access is granted.

As noted earlier in this document, our panelists are monitored on a longitudinal basis, beginning at registration where advanced algorithms and scoring methods are used to evaluate respondent quality. Digital fingerprinting technology is used to detect the use of proxy servers and other variables indicative of fraudulent behavior (e.g., inconsistent browser and operating language use, mismatch of geography and IP address, etc.).

Our quality-monitoring system performs dynamic scans to identify suspicious patterns within and across member accounts. Quick action is taken against any panel member who demonstrates behaviors that do not align with our high quality standards.

A best-in-class panel starts with experience. At Innovate, our seasoned team of panel experts has been building online and mobile panels since these modes first emerged. Check out Innovate's ESOMAR 28.





LET'S WORK TOGETHER



**Get Started**
Info@InnovateMR.com

**Careers**
www.linkedin.com/company/innovate-mr

**Tweet or Follow Us**
twitter.com/InnovateMR

**Instagram**
https://www.instagram.com/innovate_mr/

**Socialize**
www.facebook.com/innovatemr

**Watch**
www.youtube.com/channel/
UCtho_CzC8eVl4-N-Zr4c1wg

Los Angeles     •     New York     •     London     •     New Delhi

US (+1) 888-229-6664     •     UK (+44) 020-8068-7070     •     sales@InnovateMR.com     •     InnovateMR.com



