# EXHIBIT 3

**Company Overview**

Since 1981, California Survey Research Services, Inc. (CSRS) has been a leader in the market research industry as a producer of services of the highest quality. Our data collection and data processing services add a depth of experience and a commitment to quality that exceeds industry standards. CSRS has extensive experience in public policy, consumer products and services, litigation research, customer satisfaction and business to business research, among other areas. Over the years, CSRS has gained extensive experience working with organizations that specialize in conducting research requiring Human Subjects protection respecting confidentiality and privacy. Since the implementation of the Health Insurance Probability Accountability Act of 1996, CSRS has put forth an added effort to ensure HIPAA policy compliance for all impacted studies.

CSRS works with its clients to build an easy and complete approach to gathering and processing information with fast turnaround and competitive pricing. Our rigorous techniques have proved successful for many commercial, academic and government clients, providing excellence in projects that require a high level of attention and quality standards most competitors cannot provide. CSRS uniquely retains its own professional staff of individuals on-site, most of whom have had more than a decade of experience at CSRS. Our dedicated staff allows CSRS to offer efficient service, optimal reliability, and superior responsiveness for all your research needs.



**Our Mission**
CSRS recognizes the importance and necessity for up-holding the highest standards in research. Our focus is to offer a full range of market research tools and an experienced research team to help our clients meet their research needs. Every client has different requirements, and CSRS ensures that all procedures are customized to meet the needs of each individual study.  Our strength is attention to detail and quality and our ultimate goal is to always ensure that issues of privacy and sensitivity are handled with care and attention, regardless of the procedure being used. We strive to be recognized as a firm whose core values are professionalism, integrity and ethical practices.

## Our Vision

CSRS is committed to being a trusted partner that clients can rely on for their market research needs. Our goal is to use innovative research methods that provide meaningful solutions to our client's research objectives.

## What Makes CSRS Different

CSRS is a boutique research firm that takes pride in the work delivered to clients. Because all of the work is completed in-house, CSRS maintains control over all aspects of a project. This allows for better communication, management, and execution of research projects. The majority of CSRS management staff has been a part of CSRS for over 15 years. This allows for processes to be streamlined and consistent across all departments. Regardless of the size of the project, each one is handled with the utmost care and attention by all staff members involved. Additionally, CSRS has numerous quality control systems in place to ensure that all data collected and/or processed is accurate and reliable.

## Staff Training

California Survey Research Services, Inc. (CSRS) recognizes the importance and necessity for up-holding the highest standards in research while planning and implementing each project.  Over the years, CSRS has gained extensive experience working with organizations that specialize in conducting research that requires Human Subjects protection in regards to confidentiality and privacy.  Our academic clients for the most part, have required that our staff undergo additional training prior to the start of each study to ensure that we appropriately handle issues of confidentiality, sensitivity and privacy.

Since the implementation of the Health Insurance Probability Accountability Act of 1996, CSRS has put forth an added effort to ensure that studies that are in some way or another affected by the HIPAA policy are in compliance.  Each client has different requirements and therefore, CSRS ensures that all procedures are customized to meet the needs of each study.  Yet regardless of the procedure established, CSRS' ultimate goal is to ensure that issues of privacy and sensitivity are handled with care and attention. All CSRS staff assigned to work on our academic studies are required to complete the NIH Protecting Human Research Participants

All CSRS employees have completed the National Institute of Health's Protecting Human Research Participants Certification.

The website for the on-line certification course is: https://phrp.nihtraining.com/users/login.php.

Upon request, CSRS can provide a copy of the Certificate of Completion that employees receive after completing the on-line program.

In addition, CSRS management staff members participate in an annual Information and Security Training to ensure that they securely and effectively use CSRS's information technology assets.

## Confidentiality

Confidentiality is important to CSRS.  Upon hire, all CSRS employees are required to sign a confidentiality agreement stating that the protection of confidential, sensitive, and proprietary information is of critical importance to the company, its work-force, and its clients. It is therefore essential that all employees take steps to safeguard such information.  Employees shall not use any confidential, sensitive, or proprietary information belonging to the company or its clients in any manner that is unauthorized or detrimental to the best interests of the company or its clients.

## Data Security

Access to the CSRS IT network and information systems is protected and managed by access control procedures. The CSRS IT network is designed and configured to block direct public access between external networks and any system component that stores information, including any connections from wireless networks. CSRS performs security risk assessments of its information systems. CSRS maintains a tested and repeatable backup and recovery plan. CSRS uses an automated anti-virus and malware detection solution for all information systems. Firewalls are installed at each internet connection and between a DMZ and the internal network zone, including the intranet. All databases and servers are placed in an internal secure network zone. Confidential data transmitted to client is encrypted and password protected and is only accessible to those who require it to complete their job function.

## Profiles of Key Executives

*Al Noiwangmuang (President)*
Al Noiwangmuang joined California Survey Research Services, Inc. in 1997. He oversees the Data Processing Department, CATI/Web Programming Department, Coding, and Data Entry Department. Al is a seasoned data processing spec writer, experienced CATI (CfMC) programmer and Decipher© Software web programmer.  Al is directly involved in projects and utilizes his thorough understanding of the industry to assess project viability as well as assist clients with data processing projects, web surveys, and mail surveys. He is the direct point of contact for clients conducting online surveys and works directly with them to ensure projects meet client's expectations. Al is also the CSRS Information Security Manager responsible for managing the security of all data and sensitive information used or generated by CSRS.

*Margarita Rodriguez (Chief Executive Officer)*
Margarita Rodriguez joined California Survey Research Services, Inc.in 1990 as a Research Interviewer. Prior to overseeing all operations, she established expertise in various departments throughout the organization. Margarita has in-depth knowledge in data collection and oversees the project management of complex telephone interviewing projects. Margarita leads business growth and strategy. Her experience allows her to appraise the difficulty and feasibility of clients' requests and work with clients to understand their research goals and objectives. She handles client services regarding questionnaire design, proposals, contracts, and invoicing of all projects. She is also responsible for Human Resources and all personnel related issues. Margarita has extensive experience in Spanish language translations and oversees CSRS's bilingual staff.

## Services Offered



### Online/Web Surveys

Our online survey capabilities combine our quantitative research experience with the latest in online technology. Our in-house web programmers have the knowledge of what works and what doesn't work in an online survey, and we use this knowledge to construct and test web-based questionnaires to meet your specifications.

CSRS programs online surveys utilizing industry leading Decipher© Software developed by FocusVision©. This powerful software has a variety of question types and custom screen designs allowing you to engage your respondents. It supports images, audio, and video. It is a fully mobile-optimized software allowing you to reach survey participants anywhere at any given time on the device of their choice

### Mail Surveys

CSRS has extensive experience conducting and processing mail surveys. Our staff knows mail questionnaire layout requirements and will customize your project to meet your needs. Questionnaires can be produced in a wide variety of looks and feels. From one-color printing on basic paper stock, to full color printing on any paper stock or quality, we have extensive experience in designing full color documents in both offset and electronic printing.

Questionnaires can be personalized with name, address, or any other client supplied information, and we prepare personalized cover letters as required. CSRS can also add a unique identification number to connect an individual survey respondent with information previously known about this respondent to track responses over time.

CSRS handles complex sample data files and offers consultation on the numerous ways mail surveys can be executed. We will discuss the implications of using advance or pre-alert letters, reminder postcards, incentive options and multiple waves of mailings with you so you can choose the best option for your organization's needs.

Over the many years of working with the U.S. Postal Service, CSRS has concrete experience determining the most cost-efficient way to handle your incoming/outgoing survey postage expenses and will provide you with practical recommendations about the best method to use.

All mail surveys are returned to our Van Nuys location where we open, check-in, code, input, and provide you with tabulated results.

**Telephone Data Collection**

CSRS has extensive experience in consumer and business to business telephone research including public policy research, satisfaction surveys, advertising effectiveness, brand image and positioning, competitor analysis, focus group recruiting and litigation research.

CSRS provides intensive training prior to the start of each project.  CSRS trains interviewers on basic interviewing techniques including CATI system training.  CSRS policy is to never have an interviewer practice on a respondent – interviewers only begin telephoning once they know the questionnaire.

CSRS also has a team of executive interviewers that are specialized in completing in-depth interviews.

CSRS has Spanish language interviewers as part of our usual staff. Interviewers who express a desire to conduct Spanish language interviewing are also tested to ensure that they are completely fluent in reading, writing and speaking both English and Spanish in order to be eligible to conduct Spanish language interviews. CSRS has experience conducting interviews in other languages and has access to staff that can meet this requirement if needed.

When it comes to Spanish language interviewing, CSRS works with clients to ensure that the translation of the survey uses language that is appropriate for the region of the respondent.  Additionally, only interviewers that have a strong command of the Spanish and English language are permitted to conduct interviews in Spanish.

CSRS utilizes a CATI system for interviewing.  The CATI system is programmed to automatically direct interviewers to follow the appropriate sequence of questions.  The programmed questionnaires are thoroughly tested by CSRS supervisory staff. They are rigorously checked both inside and outside the CATI programming department comparing the paper and CATI versions, and checking all skip patterns.   During the programming and testing phase, the programmed questionnaires are repeatedly run through random data generation tests to evaluate all skip patterns and questionnaire flow possibilities. The final programmed surveys will be submitted to our clients for review and approval.

The programming component also includes incorporating the calling rules for each specific survey. CSRS pays great attention to sample management to make certain every effort is made to complete an interview with all sample members.  Phone management includes scheduling call attempts, noting call back times, arranging appointments and recording the disposition of each call attempt. It is the policy of CSRS to make multiple call attempts to sample numbers on different days at different times to try to reach eligible respondents.

**Data Processing**

CSRS has an in-house data entry department and an in-house data processing department.  CSRS uses the most sophisticated tabulation package, UNCLE, version 10.20a to tabulate data collected.   Printouts are available in various styles upon request and data file deliverables can be produced in ASCII, SAS, SPSS, ACCESS, EXCEL, WORD, and other formats.

Our clients have the assurance of quality results because of our extensive knowledge of spec writing (tabulation programming) and our rigorous documentation and record-keeping.  Our staff has a sophisticated knowledge of questionnaires and put forth extraordinary efforts to do your work with accuracy, care, and speed.

CSRS also has an in-house coding department which converts verbatim responses, phrases, and ideas on open-ended questions, e.g., "What do you like about the product?"; "What about the service could be improved?", etc. into numeric symbols that can be converted into data. This process organizes and simplifies the many different answers respondents give into something that is quantifiable and understandable.

Our coding staff has a wealth of experience creating and grouping codes, clarifying ambiguous answers, and creating additional codes for those responses which appear multiple times in the "other" category.   We work with our clients and programmers to expedite the coding process and to code in the format requested by our clients.  Codes are available as Word documents and can be sent to you for your approval.

CSRS takes added steps to ensure that unqualified respondents are screened out and duplicate submissions are prevented. CSRS provides timely status reports on the progress of the study and can even provide constantly updated live data reports to our clients via the Web.

**Our Commitment**

It is important for CSRS to establish a strong working relationship with its clients.  Regardless of the length of time a client has been working with CSRS, each project that is awarded to CSRS is handled with the utmost care and attention. Every project starts with the executive team and is then assigned to other departments. The CSRS executive team directly manages all project requirements to ensure that they meet the client's expectations and are delivered in a timely manner.  CSRS strives to understand each client's policies and procedures by keeping open lines of communication between CSRS management and each client's team. A strong business relationship based on integrity and trust is of upmost important to CSRS and therefore we ensure that each staff member working on a client's project is aware of a client's policies and implements the appropriate procedures.  Given the hands-on involvement of upper management in every project, quality assurance measures are in place to inform staff of each client's needs.