# EXHIBIT 4

# PRODUCT SURVEY

**ASSURE THAT SURVEY IS ONLY COMPLETED ON A DESKTOP OR LAPTOP COMPUTER, NOT A MOBILE DEVICE**

We are conducting a short survey with customers today about products and services that people use. The survey will take about 10 minutes, and your opinion is very important to us.

**SCREENER QUESTIONNAIRE**

S.0.  What is your gender? **(Quota no less than 40% of one gender)**

   1 = Male

   2 = Female

S.1.  What is your age? (**set quotas to approximate U.S. population, +/- 10%**)

   1 = Under 21 (**TERMINATE**)

   2 = 21 to 29 (**CONTINUE**)

   3 = 30 to 54 (**CONTINUE**)

   4 = 55 or older (**CONTINUE**)

S.2.  Do you or anyone in your household work for (**ROTATE LIST EXCEPT FOR 7 & 8; "NONE OF THE ABOVE" SHOULD ALWAYS BE LAST**)

   1 = An advertising agency or public relations firm (**TERMINATE**)

   2 = A market research company (**TERMINATE**)

   3 = A company involved with financial products, NFTs, or cryptocurrency products (**TERMINATE**)

   4 = A company that offers travel related services such as a travel agent, airline, or hotel (**CONTINUE**)

   5 = A company that makes or sells hardware or lawn care products (**CONTINUE**)

   6 = A company that makes or sells computers or other devices that can access the internet, such as a smart phone or smart tablet (**CONTINUE**)

   7 = Not employed/retired (**CONTINUE**)

   8 = None of the above (**CONTINUE**)

2

S.3. In the past six (6) months, have you done any of the following? (Check all that apply) (**ROTATE ALL EXCEPT FOR #6 and #7 – "DON'T KNOW/DON'T REMEMBER" SHOULD ALWAYS BE LAST**)

    1 = Bought or considered using Bitcoin, stablecoins, cryptocurrencies, NFTs, or other digital assets

    2 = Traveled outside the United States

    3 = Bought or considered using personal security software

    4 = Bought or considered using personal wealth management services

    5 = Purchased a computer, smartphone, tablet, smart TV, or other device that can access the internet

    6 = None of the above

    7 = Don't know/don't remember


S.4. In the next six (6) months, do you plan to do any of the following? (Check all that apply) (**ROTATE ALL EXCEPT FOR #6 and #7 – "DON'T KNOW" SHOULD ALWAYS BE LAST**)

    1 = Buy or use Bitcoin, stablecoins, cryptocurrencies, NFTs, or other digital assets

    2 = Travel outside the United States

    3 = Buy or use personal security software

    4 = Buy or use personal wealth management services

    5 = Purchase a computer, smartphone, tablet, smart TV, or other device that can access the internet

    6 = None of the above

    7 = Don't know

**NOTE: QUALIFIED RESPONDENTS MUST SELECT <u>1</u> IN RESPONSE TO EITHER <u>S.3</u> <u>OR S.4</u> OR BOTH. OTHERWISE TERMINATE.**

You have qualified to take this survey. Before continuing, please carefully read these instructions:

\* Please take the survey in one session **<u>without interruption</u>**. The remainder of this survey should take no more than about 10 minutes.

\* While taking the survey, please do not consult any other websites or other electronic or written materials.

\* Please answer all questions on your own without consulting any other person.

\* If you normally wear eyeglasses or contact lenses when reading or viewing a computer screen, please have them on for the survey.

S5.  Please select one of the responses below.

1.  I understand and agree to the above instructions. (**CONTINUE**)

2.  I do not understand or do not agree to the above instructions.  (**TERMINATE**)

## PRODUCT SURVEY
## PRIMARY QUESTIONNAIRE

Today we are going to show you pictures of products. We will ask you questions about the products in the pictures.

There are no right or wrong answers.  We just want your honest thoughts, impressions and/or opinions.  If you have no idea at all, just say so.  Your responses will be completely confidential.

Take as long as you want to look at the pictures, as you would if browsing to purchase a product.

**[SHOW PRODUCT A]**

Here is the first product, which we will refer to as "**Product No. 1".**  Take as long as you wish to review.

The "Next" button will be enabled after 10 seconds. Press "Next" when you are ready.

[**PROGRAMMING NOTE: LEAVE IMAGE ON SCREEN AT LEAST 10 SECONDS BEFORE THE NEXT BUTTON APPEARS**]

**[REMOVE THE PICTURE FROM THE SCREEN]**

**[SHOW PRODUCTS B, C, D, E; RANDOMLY ROTATE ORDER OF PICTURES ON SCREEN]**

Here are four more products.  Take as long as you wish to review.  The pictures will be available as you answer the questions that follow.

The "Next" button will be enabled after 10 seconds. Press "Next" when you are ready.

[**PROGRAMMING NOTE: LEAVE IMAGE ON SCREEN AT LEAST 10 SECONDS BEFORE THE NEXT BUTTON APPEARS**]

Q1.  Now thinking back to Product No. 1 (the first product image you saw), do you think any of the products pictured on this screen is (are) **likely to be made or put out by the same company** that makes or puts out Product No. 1? If you don't know, feel free to say so.

1 = Yes (is likely) (**CONTINUE**)
2 = No (is NOT likely) (**GO TO Q.2.**)
3 = Don't know (**GO TO Q.2.**)

Q.1a.  Which Product(s) on the screen do you believe is (are) **likely to be made or**

4

**put out by** the same company that makes or puts out Product No. 1? Please indicate your answer by clicking on the applicable image(s).

**[PROGRAMMING NOTE: ASK Q1B FOR EACH PRODUCT SELECTED IN Q1A]**

Q.1b.  You indicated that the following product [show picture of product selected] is **likely to be made or put out by the <u>same</u>** company that makes or puts out Product No. 1.  Why do you think this?  Please be as complete as possible, as it will help us understand your answer.

**[PROGRAMMING NOTE: FOR THOSE THAT SELECTED "1-YES (IS LIKELY)," END SURVEY]**

Q.2.  Now again thinking back to Product No. 1 (the first product image you saw), do you think that any of the products on this screen is (are) made or put out by a company **that is likely affiliated, associated or connected with the <u>same</u>** company that makes or puts out Product No. 1? If you don't know feel free to say so.

1 = Yes (is likely) (**CONTINUE**)
2 = No (is NOT likely) (**GO TO Q.3.**)
3 = Don't know (**GO TO Q.3.**)

Q.2a.  Which product(s) on the screen do you believe is (are) made or put out by a company **that is likely affiliated, associated or connected with the <u>same</u>** company that makes or puts out Product No. 1?  Please indicate your answer(s) by clicking on the picture of the applicable product(s).

**[PROGRAMMING NOTE: ASK Q2B FOR EACH PRODUCT SELECTED IN Q2A]**

Q.2b.  You indicated that the following product [show picture of product selected] is **likely to be affiliated, associated or connected with the <u>same</u>** company that makes or puts out Product No. 1. Why do you think this?  Please be as complete as possible, as it will help us understand your answer.

**[PROGRAMMING NOTE: FOR THOSE THAT SELECTED "1-YES (IS LIKELY)," END SURVEY]**

Q.3.  Now again thinking back to Product No. 1 (the first product image that you saw), do you think that any of the companies that make or put out the products pictured on this screen is (are) **likely to have the authorization, approval or endorsement of the <u>same</u>** company that makes or puts out Product No. 1? If you don't know please feel free to say so.

1 = Yes (is likely) (**CONTINUE**)
2 = No (is NOT likely) (**GO TO END**)
3 = Don't know (**GO TO END**)

Q.3a.  Which product(s) in the pictures on the screen do you believe is (are) made or put out by a company that **likely has the authorization, approval or endorsement of the <u>same</u>** company that makes or puts out Product No. 1?  Please indicate your answer by clicking on the picture(s) of the applicable product(s).

**[PROGRAMMING NOTE: ASK Q3B FOR EACH PRODUCT SELECTED IN Q3A]**

Q.3b.  You indicated that the following product [show picture of product selected] **likely has the authorization, approval or endorsement of the <u>same</u>** company that makes or puts out Product No. 1.  Why do you think this?  Please be as complete as possible, as it will help us understand your answer.

[**PROGRAMMING NOTE: REMOVE PICTURES FROM VIEW**]

[End] **Thank you for your participation.**

**[PROGRAMMING NOTE: DISPLAY IMAGES SO THAT TEXT IN ALL IMAGES APPEARS TO BE SAME SIZE ON SCREEN. MAINTAIN ORIGINAL ASPECT RATIO FOR EACH IMAGE.]**

| Product A | TARI | Product D | polygon |
|---|---|---|---|
| Product B | Taro | Product E | Echo |
| Product C | corda | | |