# EXHIBIT 5









Do you or anyone in your household work for

- A market research company
- An advertising agency or public relations firm
- A company that offers travel related services such as a travel agent, airline, or hotel
- A company that makes or sells hardware or lawn care products
- A company involved with financial products, NFTs, or cryptocurrency products
- A company that makes or sells computers or other devices that can access the Internet, such as a smart phone or smart tablet
- Not employed/retired
- None of the above

« Back   Next »

Privacy Policy - Help







You have qualified to take this survey. Before continuing, please carefully read these instructions:

* Please take the survey in one session **without interruption**. The remainder of this survey should take no more than about 10 minutes.

* While taking the survey, please do not consult any other websites or other electronic or written materials.

* Please answer all questions on your own without consulting any other person.

* If you normally wear eyeglasses or contact lenses when reading or viewing a computer screen, please have them on for the survey.

Please select one of the responses below.

○ I understand and agree to the above instructions.

○ I do not understand or do not agree to the above instructions.

« Back   Next »









































