# EXHIBIT 7

**Table 1**

**S.0 - What is your gender?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Total sample | 200 | 100 | 100 | 32 | 89 | 79 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| Male | 100 | 100 | 0 | 15 | 65 | 20 |
|  | 50% | 100% | 0% | 47% | 73% | 25% |
| Female | 100 | 0 | 100 | 17 | 24 | 59 |
|  | 50% | 0% | 100% | 53% | 27% | 75% |

**Table 2**

**S.1 - What is your age?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Total sample | 200 | 100 | 100 | 32 | 89 | 79 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| 21 to 29 | 32 | 15 | 17 | 32 | 0 | 0 |
|  | 16% | 15% | 17% | 100% | 0% | 0% |
| 30 to 54 | 89 | 65 | 24 | 0 | 89 | 0 |
|  | 45% | 65% | 24% | 0% | 100% | 0% |
| 55 or older | 79 | 20 | 59 | 0 | 0 | 79 |
|  | 40% | 20% | 59% | 0% | 0% | 100% |
| Mean | 48.6 | 44.4 | 52.8 | 25.4 | 42.4 | 65.0 |
| Median | 49.0 | 43.4 | 58.1 | 25.4 | 42.5 | 65.0 |
| Std. Deviation | 14.5 | 11.9 | 15.5 | 0.0 | 0.0 | 0.0 |
| Std. Error | 1.0 | 1.2 | 1.6 | 0.0 | 0.0 | 0.0 |

**Table 3**

**S.2 - Do you or anyone in your household work for**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Total sample | 200 | 100 | 100 | 32 | 89 | 79 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| A company that offers travel related services such as a travel agent, airline, or hotel | 1 | 0 | 1 | 0 | 0 | 1 |
|  | 1% | 0% | 1% | 0% | 0% | 1% |
| A company that makes or sells hardware or lawn care products | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 0% | 0% | 0% | 0% | 0% | 0% |
| A company that makes or sells computers or other devices that can access the internet, such as a smart phone or smart tablet | 1 | 1 | 0 | 0 | 1 | 0 |
|  | 1% | 1% | 0% | 0% | 1% | 0% |
| Not employed/retired | 27 | 7 | 20 | 5 | 4 | 18 |
|  | 14% | 7% | 20% | 16% | 4% | 23% |
| None of the above | 171 | 92 | 79 | 27 | 84 | 60 |
|  | 86% | 92% | 79% | 84% | 94% | 76% |

**Table 4**

**S.3 - In the past six (6) months, have you done any of the following?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Total sample | 200 | 100 | 100 | 32 | 89 | 79 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| Bought or considered using Bitcoin, stablecoins, cryptocurrencies, NFTs, or other digital assets | 165 | 88 | 77 | 30 | 71 | 64 |
|  | 83% | 88% | 77% | 94% | 80% | 81% |
| Traveled outside the United States | 48 | 30 | 18 | 9 | 26 | 13 |
|  | 24% | 30% | 18% | 28% | 29% | 16% |
| Bought or considered using personal security software | 78 | 49 | 29 | 12 | 47 | 19 |
|  | 39% | 49% | 29% | 38% | 53% | 24% |
| Bought or considered using personal wealth management services | 77 | 50 | 27 | 11 | 41 | 25 |
|  | 39% | 50% | 27% | 34% | 46% | 32% |
| Purchased a computer, smartphone, tablet, smart TV, or other device that can access the internet | 137 | 74 | 63 | 21 | 66 | 50 |
|  | 69% | 74% | 63% | 66% | 74% | 63% |
| None of the above | 8 | 2 | 6 | 0 | 4 | 4 |
|  | 4% | 2% | 6% | 0% | 4% | 5% |
| Don't know/don't remember | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 0% | 0% | 0% | 0% | 0% | 0% |

**Table 5**

**S.4 - In the next six (6) months, do you plan to do any of the following?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Total sample | 200 | 100 | 100 | 32 | 89 | 79 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| Buy or use Bitcoin, stablecoins, cryptocurrencies, NFTs, or other digital assets | 165 | 87 | 78 | 26 | 77 | 62 |
|  | 83% | 87% | 78% | 81% | 87% | 78% |
| Travel outside the United States | 74 | 45 | 29 | 10 | 42 | 22 |
|  | 37% | 45% | 29% | 31% | 47% | 28% |
| Buy or use personal security software | 63 | 39 | 24 | 10 | 38 | 15 |
|  | 32% | 39% | 24% | 31% | 43% | 19% |
| Buy or use personal wealth management services | 69 | 42 | 27 | 13 | 35 | 21 |
|  | 35% | 42% | 27% | 41% | 39% | 27% |
| Purchase a computer, smartphone, tablet, smart TV, or other device that can access the internet | 110 | 60 | 50 | 15 | 56 | 39 |
|  | 55% | 60% | 50% | 47% | 63% | 49% |
| None of the above | 4 | 1 | 3 | 1 | 1 | 2 |
|  | 2% | 1% | 3% | 3% | 1% | 3% |
| Don't know | 2 | 1 | 1 | 0 | 1 | 1 |
|  | 1% | 1% | 1% | 0% | 1% | 1% |

**S.0 - What is your gender?**

**Table 6**
**Q.1 - Now thinking back to Product No. 1 (the first product image you saw), do you think any of the products pictured on this screen is (are) likely to be made or put out by the same company that makes or puts out Product No. 1?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Total sample | 200 | 100 | 100 | 32 | 89 | 79 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes (is likely) | 123 | 60 | 63 | 24 | 56 | 43 |
|  | 62% | 60% | 63% | 75% | 63% | 54% |
| No (is NOT likely) | 38 | 20 | 18 | 5 | 18 | 15 |
|  | 19% | 20% | 18% | 16% | 20% | 19% |
| Don't know | 39 | 20 | 19 | 3 | 15 | 21 |
|  | 20% | 20% | 19% | 9% | 17% | 27% |

**Table 7**
**Q.1a - Which Product(s) on the screen do you believe is (are) likely to be made or put out by the same company that makes or puts out Product No. 1?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought at least one product was likely to be made or put out by the same company | 123 | 60 | 63 | 24 | 56 | 43 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| Taro (B) | 87 | 44 | 43 | 18 | 38 | 31 |
|  | 71% | 73% | 68% | 75% | 68% | 72% |
| Corda (C) | 11 | 6 | 5 | 5 | 4 | 2 |
|  | 9% | 10% | 8% | 21% | 7% | 5% |
| Polygon (D) | 48 | 22 | 26 | 12 | 23 | 13 |
|  | 39% | 37% | 41% | 50% | 41% | 30% |
| Echo (E) | 18 | 10 | 8 | 3 | 12 | 3 |
|  | 15% | 17% | 13% | 13% | 21% | 7% |

**Table 8**
**Q.1b - You indicated that Taro (B) is likely to be made or put out by the same company that makes or puts out Product No. 1. Why do you think this?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Taro (B) was likely to be made or put out by the same company | 87 | 44 | 43 | 18 | 38 | 31 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| Similarity in Name (Net) | 58 | 26 | 32 | 11 | 26 | 21 |
|  | 67% | 59% | 74% | 61% | 68% | 68% |
|   Name is similar/the same name | 42 | 16 | 26 | 6 | 18 | 18 |
|  | 48% | 36% | 60% | 33% | 47% | 58% |
|   Starts with the same letters/Tar | 15 | 9 | 6 | 3 | 8 | 4 |
|  | 17% | 20% | 14% | 17% | 21% | 13% |
|   Font/styling of the letters is the same/similar | 7 | 6 | 1 | 1 | 4 | 2 |
|  | 8% | 14% | 2% | 6% | 11% | 6% |
|   Color of the lettering/black letters | 5 | 5 | 0 | 1 | 3 | 1 |
|  | 6% | 11% | 0% | 6% | 8% | 3% |
|   Other similarity in name comments | 1 | 0 | 1 | 0 | 1 | 0 |
|  | 1% | 0% | 2% | 0% | 3% | 0% |
| Similarity in Logo (Net) | 10 | 3 | 7 | 2 | 3 | 5 |
|  | 11% | 7% | 16% | 11% | 8% | 16% |
|   Logo is the same/similar | 8 | 2 | 6 | 2 | 2 | 4 |
|  | 9% | 5% | 14% | 11% | 5% | 13% |
|   Simple logo | 2 | 2 | 0 | 0 | 2 | 0 |
|  | 2% | 5% | 0% | 0% | 5% | 0% |
|   Shape in front of the name is the same | 1 | 0 | 1 | 0 | 0 | 1 |
|  | 1% | 0% | 2% | 0% | 0% | 3% |
| Miscellaneous (Net) | 21 | 14 | 7 | 3 | 11 | 7 |
|  | 24% | 32% | 16% | 17% | 29% | 23% |
|   Appearance/looks similar/the same image | 8 | 4 | 4 | 1 | 4 | 3 |
|  | 9% | 9% | 9% | 6% | 11% | 10% |
|   I like it/its good (NS) | 4 | 4 | 0 | 1 | 3 | 0 |
|  | 5% | 9% | 0% | 6% | 8% | 0% |
|   Offer similar/the same products/services | 4 | 3 | 1 | 1 | 2 | 1 |
|  | 5% | 7% | 2% | 6% | 5% | 3% |
|   Quality/reputable company/good brand | 1 | 1 | 0 | 0 | 1 | 0 |
|  | 1% | 2% | 0% | 0% | 3% | 0% |
|   Other comments | 4 | 2 | 2 | 0 | 1 | 3 |
|  | 5% | 5% | 5% | 0% | 3% | 10% |
| Don't know/not applicable | 5 | 2 | 3 | 4 | 0 | 1 |
|  | 6% | 5% | 7% | 22% | 0% | 3% |

**Table 9**
**Q.1b - You indicated that Corda (C) is likely to be made or put out by the same company that makes or puts out Product No. 1. Why do you think this?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Corda (C) was likely to be made or put out by the same company | 11 | 6 | 5 | 5 | 4 | 2 |
|  | 100% | 100% | 100% | 100% | 100% | 100% |
| Similarity in Logo (Net) | 3 | 2 | 1 | 3 | 0 | 0 |
|  | 27% | 33% | 20% | 60% | 0% | 0% |
|   Logo is the same/similar | 3 | 2 | 1 | 3 | 0 | 0 |
|  | 27% | 33% | 20% | 60% | 0% | 0% |
| Similarity in Name (Net) | 1 | 0 | 1 | 0 | 1 | 0 |
|  | 9% | 0% | 20% | 0% | 25% | 0% |
|   Name is similar/the same name | 1 | 0 | 1 | 0 | 1 | 0 |
|  | 9% | 0% | 20% | 0% | 25% | 0% |
| Miscellaneous (Net) | 6 | 3 | 3 | 3 | 2 | 1 |
|  | 55% | 50% | 60% | 60% | 50% | 50% |
|   I like it/its good (NS) | 2 | 2 | 0 | 1 | 1 | 0 |
|  | 18% | 33% | 0% | 20% | 25% | 0% |
|   Quality/reputable company/good brand | 1 | 0 | 1 | 0 | 1 | 0 |
|  | 9% | 0% | 20% | 0% | 25% | 0% |
|   Appearance/looks similar/the same image | 1 | 1 | 0 | 1 | 0 | 0 |
|  | 9% | 17% | 0% | 20% | 0% | 0% |
|   Offer similar/the same products/services | 1 | 0 | 1 | 1 | 0 | 0 |
|  | 9% | 0% | 20% | 20% | 0% | 0% |
|   Other comments | 1 | 0 | 1 | 0 | 0 | 1 |
|  | 9% | 0% | 20% | 0% | 0% | 50% |
| Don't know/not applicable | 3 | 2 | 1 | 1 | 1 | 1 |
|  | 27% | 33% | 20% | 20% | 25% | 50% |

**S.0 - What is your gender?**

**Table 10**
**Q.1b - You indicated that Polygon (D) is likely to be made or put out by the same company that makes or puts out Product No. 1. Why do you think this?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Polygon (D) was likely to be made or put out by the same company | 48 | 22 | 26 | 12 | 23 | 13 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Similarity in Logo (Net) | 23 | 9 | 14 | 5 | 10 | 8 |
| | 48% | 41% | 54% | 42% | 43% | 62% |
|    Logo is the same/similar | 14 | 6 | 8 | 5 | 6 | 3 |
| | 29% | 27% | 31% | 42% | 26% | 23% |
|    Shape in front of the name is the same | 10 | 3 | 7 | 0 | 5 | 5 |
| | 21% | 14% | 27% | 0% | 22% | 38% |
|    Simple logo | 1 | 1 | 0 | 1 | 0 | 0 |
| | 2% | 5% | 0% | 8% | 0% | 0% |
| Similarity in Name (Net) | 8 | 4 | 4 | 2 | 3 | 3 |
| | 17% | 18% | 15% | 17% | 13% | 23% |
|    Name is similar/the same name | 4 | 1 | 3 | 1 | 2 | 1 |
| | 8% | 5% | 12% | 8% | 9% | 8% |
|    Font/styling of the letters is the same/similar | 3 | 2 | 1 | 0 | 1 | 2 |
| | 6% | 9% | 4% | 0% | 4% | 15% |
|    Color of the lettering/black letters | 1 | 1 | 0 | 0 | 0 | 1 |
| | 2% | 5% | 0% | 0% | 0% | 8% |
|    Other similarity in name comments | 1 | 1 | 0 | 1 | 0 | 0 |
| | 2% | 5% | 0% | 8% | 0% | 0% |
| Miscellaneous (Net) | 19 | 11 | 8 | 5 | 11 | 3 |
| | 40% | 50% | 31% | 42% | 48% | 23% |
|    Quality/reputable company/good brand | 9 | 5 | 4 | 3 | 6 | 0 |
| | 19% | 23% | 15% | 25% | 26% | 0% |
|    Appearance/looks similar/the same image | 3 | 1 | 2 | 0 | 2 | 1 |
| | 6% | 5% | 8% | 0% | 9% | 8% |
|    Offer similar/the same products/services | 3 | 2 | 1 | 1 | 1 | 1 |
| | 6% | 9% | 4% | 8% | 4% | 8% |
|    Related to crypto currency/company is for crypto currency | 2 | 2 | 0 | 0 | 1 | 1 |
| | 4% | 9% | 0% | 0% | 4% | 8% |
|    I like it/its good (NS) | 2 | 2 | 0 | 1 | 1 | 0 |
| | 4% | 9% | 0% | 8% | 4% | 0% |
|    Other comments | 2 | 1 | 1 | 0 | 2 | 0 |
| | 4% | 5% | 4% | 0% | 9% | 0% |
| Don't know/not applicable | 4 | 2 | 2 | 1 | 2 | 1 |
| | 8% | 9% | 8% | 8% | 9% | 8% |

**Table 11**
**Q.1b - You indicated that Echo (E) is likely to be made or put out by the same company that makes or puts out Product No. 1. Why do you think this?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Echo (E) was likely to be made or put out by the same company | 18 | 10 | 8 | 3 | 12 | 3 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Similarity in Name (Net) | 2 | 0 | 2 | 1 | 1 | 0 |
| | 11% | 0% | 25% | 33% | 8% | 0% |
|    Name is similar/the same name | 2 | 0 | 2 | 1 | 1 | 0 |
| | 11% | 0% | 25% | 33% | 8% | 0% |
| Similarity in Logo (Net) | 1 | 0 | 1 | 1 | 0 | 0 |
| | 6% | 0% | 13% | 33% | 0% | 0% |
|    Logo is the same/similar | 1 | 0 | 1 | 1 | 0 | 0 |
| | 6% | 0% | 13% | 33% | 0% | 0% |
| Miscellaneous (Net) | 15 | 10 | 5 | 2 | 10 | 3 |
| | 83% | 100% | 63% | 67% | 83% | 100% |
|    Quality/reputable company/good brand | 6 | 4 | 2 | 0 | 6 | 0 |
| | 33% | 40% | 25% | 0% | 50% | 0% |
|    I like it/its good (NS) | 3 | 2 | 1 | 1 | 1 | 1 |
| | 17% | 20% | 13% | 33% | 8% | 33% |
|    Offer similar/the same products/services | 2 | 1 | 1 | 1 | 1 | 0 |
| | 11% | 10% | 13% | 33% | 8% | 0% |
|    Appearance/looks similar/the same image | 1 | 1 | 0 | 0 | 0 | 1 |
| | 6% | 10% | 0% | 0% | 0% | 33% |
|    Other comments | 3 | 2 | 1 | 0 | 2 | 1 |
| | 17% | 20% | 13% | 0% | 17% | 33% |
| Don't know/not applicable | 1 | 0 | 1 | 0 | 1 | 0 |
| | 6% | 0% | 13% | 0% | 8% | 0% |

**Table 12**
**Q.2 - Now again thinking back to Product No. 1 (the first product image you saw), do you think that any of the products on this screen is (are) made or put out by a company that is likely affiliated, associated or connected with the same company that makes or puts out Product No. 1?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who did not think any of the products were likely to be made or put out by the same company | 77 | 40 | 37 | 8 | 33 | 36 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes (is likely) | 20 | 8 | 12 | 2 | 10 | 8 |
| | 26% | 20% | 32% | 25% | 30% | 22% |
| No (is NOT likely) | 22 | 16 | 6 | 4 | 13 | 5 |
| | 29% | 40% | 16% | 50% | 39% | 14% |
| Don't know | 35 | 16 | 19 | 2 | 10 | 23 |
| | 45% | 40% | 51% | 25% | 30% | 64% |

**Table 13**
**Q.2a - Which product(s) on the screen do you believe is (are) made or put out by a company that is likely affiliated, associated or connected with the same company that makes or puts out Product No. 1?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought at least one product was likely affiliated, associated or connected with the same company | 20 | 8 | 12 | 2 | 10 | 8 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Taro (B) | 13 | 3 | 10 | 1 | 7 | 5 |
| | 65% | 38% | 83% | 50% | 70% | 63% |
| Corda (C) | 2 | 1 | 1 | 0 | 2 | 0 |
| | 10% | 13% | 8% | 0% | 20% | 0% |
| Polygon (D) | 6 | 3 | 3 | 1 | 2 | 3 |
| | 30% | 38% | 25% | 50% | 20% | 38% |
| Echo (E) | 5 | 2 | 3 | 0 | 4 | 1 |
| | 25% | 25% | 25% | 0% | 40% | 13% |

**S.0 - What is your gender?**

**Table 14**

**Q.2b - You indicated that Taro (B) is likely to be affiliated, associated or connected with the same company that makes or puts out Product No. 1. Why do you think this?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Taro (B) was likely affiliated, associated or connected with the same company | 13 / 100% | 3 / 100% | 10 / 100% | 1 / 100% | 7 / 100% | 5 / 100% |
| Similarity in Name (Net) | 8 / 62% | 3 / 100% | 5 / 50% | 1 / 100% | 6 / 86% | 1 / 20% |
|    Name is similar/the same name | 4 / 31% | 3 / 100% | 1 / 10% | 1 / 100% | 3 / 43% | 0 / 0% |
|    Starts with the same letters/Tar | 3 / 23% | 0 / 0% | 3 / 30% | 0 / 0% | 2 / 29% | 1 / 20% |
|    Font/styling of the letters is the same/similar | 2 / 15% | 1 / 33% | 1 / 10% | 0 / 0% | 2 / 29% | 0 / 0% |
| Similarity in Logo (Net) | 1 / 8% | 0 / 0% | 1 / 10% | 0 / 0% | 0 / 0% | 1 / 20% |
|    Logo is the same/similar | 1 / 8% | 0 / 0% | 1 / 10% | 0 / 0% | 0 / 0% | 1 / 20% |
| Miscellaneous (Net) | 4 / 31% | 0 / 0% | 4 / 40% | 0 / 0% | 2 / 29% | 2 / 40% |
|    Appearance/looks similar/the same image | 2 / 15% | 0 / 0% | 2 / 20% | 0 / 0% | 1 / 14% | 1 / 20% |
|    Related to crypto currency/company is for crypto currency | 1 / 8% | 0 / 0% | 1 / 10% | 0 / 0% | 1 / 14% | 0 / 0% |
|    Other comments | 1 / 8% | 0 / 0% | 1 / 10% | 0 / 0% | 0 / 0% | 1 / 20% |
| Don't know/not applicable | 2 / 15% | 0 / 0% | 2 / 20% | 0 / 0% | 0 / 0% | 2 / 40% |

**Table 15**

**Q.2b - You indicated that Corda (C) is likely to be affiliated, associated or connected with the same company that makes or puts out Product No. 1. Why do you think this?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Corda (C) was likely affiliated, associated or connected with the same company | 2 / 100% | 1 / 100% | 1 / 100% | 0 / 0% | 2 / 100% | 0 / 0% |
| Miscellaneous (Net) | 2 / 100% | 1 / 100% | 1 / 100% | 0 / 0% | 2 / 100% | 0 / 0% |
|    Related to crypto currency/company is for crypto currency | 2 / 100% | 1 / 100% | 1 / 100% | 0 / 0% | 2 / 100% | 0 / 0% |

**Table 16**

**Q.2b - You indicated that Polygon (D) is likely to be affiliated, associated or connected with the same company that makes or puts out Product No. 1. Why do you think this?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Polygon (D) was likely affiliated, associated or connected with the same company | 6 / 100% | 3 / 100% | 3 / 100% | 1 / 100% | 2 / 100% | 3 / 100% |
| Similarity in Logo (Net) | 1 / 17% | 0 / 0% | 1 / 33% | 0 / 0% | 0 / 0% | 1 / 33% |
|    Logo is the same/similar | 1 / 17% | 0 / 0% | 1 / 33% | 0 / 0% | 0 / 0% | 1 / 33% |
| Miscellaneous (Net) | 4 / 67% | 2 / 67% | 2 / 67% | 0 / 0% | 2 / 100% | 2 / 67% |
|    Related to crypto currency/company is for crypto currency | 2 / 33% | 1 / 33% | 1 / 33% | 0 / 0% | 1 / 50% | 1 / 33% |
|    Appearance/looks similar/the same image | 1 / 17% | 0 / 0% | 1 / 33% | 0 / 0% | 1 / 50% | 0 / 0% |
|    Other comments | 1 / 17% | 1 / 33% | 0 / 0% | 0 / 0% | 0 / 0% | 1 / 33% |
| Don't know/not applicable | 1 / 17% | 1 / 33% | 0 / 0% | 1 / 100% | 0 / 0% | 0 / 0% |

**Table 17**

**Q.2b - You indicated that Echo (E) is likely to be affiliated, associated or connected with the same company that makes or puts out Product No. 1. Why do you think this?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Echo (E) was likely affiliated, associated or connected with the same company | 5 / 100% | 2 / 100% | 3 / 100% | 0 / 0% | 4 / 100% | 1 / 100% |
| Similarity in Name (Net) | 1 / 20% | 0 / 0% | 1 / 33% | 0 / 0% | 1 / 25% | 0 / 0% |
|    Font/styling of the letters is the same/similar | 1 / 20% | 0 / 0% | 1 / 33% | 0 / 0% | 1 / 25% | 0 / 0% |
| Miscellaneous (Net) | 2 / 40% | 1 / 50% | 1 / 33% | 0 / 0% | 2 / 50% | 0 / 0% |
|    Related to crypto currency/company is for crypto currency | 2 / 40% | 1 / 50% | 1 / 33% | 0 / 0% | 2 / 50% | 0 / 0% |
| Don't know/not applicable | 2 / 40% | 1 / 50% | 1 / 33% | 0 / 0% | 1 / 25% | 1 / 100% |

**Table 18**

**Q.3 - Now again thinking back to Product No. 1 (the first product image that you saw), do you think that any of the companies that make or put out the products pictured on this screen is (are) likely to have the authorization, approval or endorsement of the same company that makes or puts out Product No. 1?**

| | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who did not think any of the products were affiliated, associated or connected with the same company | 57 / 100% | 32 / 100% | 25 / 100% | 6 / 100% | 23 / 100% | 28 / 100% |
| Yes (is likely) | 5 / 9% | 2 / 6% | 3 / 12% | 0 / 0% | 2 / 9% | 3 / 11% |
| No (is NOT likely) | 23 / 40% | 15 / 47% | 8 / 32% | 5 / 83% | 12 / 52% | 6 / 21% |
| Don't know | 29 / 51% | 15 / 47% | 14 / 56% | 1 / 17% | 9 / 39% | 19 / 68% |

**S.0 - What is your gender?**

**Table 19**

**Q.3a - Which product(s) in the pictures on the screen do you believe is (are) made or put out by a company that likely has the authorization, approval or endorsement of the same company that makes or puts out Product No. 1?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought at least one product was likely to have the authorization, approval or endorsement of the same company | 5<br>100% | 2<br>100% | 3<br>100% | 0<br>0% | 2<br>100% | 3<br>100% |
| Taro (B) | 2<br>40% | 1<br>50% | 1<br>33% | 0<br>0% | 1<br>50% | 1<br>33% |
| Corda (C) | 1<br>20% | 0<br>0% | 1<br>33% | 0<br>0% | 0<br>0% | 1<br>33% |
| Polygon (D) | 1<br>20% | 1<br>50% | 0<br>0% | 0<br>0% | 1<br>50% | 0<br>0% |
| Echo (E) | 2<br>40% | 1<br>50% | 1<br>33% | 0<br>0% | 1<br>50% | 1<br>33% |

**Table 20**

**Q.3b - You indicated that Taro (B) likely has the authorization, approval or endorsement of the same company that makes or puts out Product No. 1. Why do you think this?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Taro (B) was likely to have the authorization, approval or endorsement of the same company | 2<br>100% | 1<br>100% | 1<br>100% | 0<br>0% | 1<br>100% | 1<br>100% |
| Similarity in Name (Net) | 2<br>100% | 1<br>100% | 1<br>100% | 0<br>0% | 1<br>100% | 1<br>100% |
| Name is similar/the same name | 1<br>50% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% | 0<br>0% |
| Starts with the same letters/Tar | 1<br>50% | 0<br>0% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% |

**Table 21**

**Q.3b - You indicated that Corda (C) likely has the authorization, approval or endorsement of the same company that makes or puts out Product No. 1. Why do you think this?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Corda (C) was likely to have the authorization, approval or endorsement of the same company | 1<br>100% | 0<br>0% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% |
| Miscellaneous (Net) | 1<br>100% | 0<br>0% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% |
| Other comments | 1<br>100% | 0<br>0% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% |

**Table 22**

**Q.3b - You indicated that Polygon (D) likely has the authorization, approval or endorsement of the same company that makes or puts out Product No. 1. Why do you think this?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Polygon (D) was likely to have the authorization, approval or endorsement of the same company | 1<br>100% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% | 0<br>0% |
| Similarity in Logo (Net) | 1<br>100% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% | 0<br>0% |
| Shape in front of the name is the same | 1<br>100% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% | 0<br>0% |
| Miscellaneous (Net) | 1<br>100% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% | 0<br>0% |
| Related to crypto currency/company is for crypto currency | 1<br>100% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% | 0<br>0% |

**Table 23**

**Q.3b - You indicated that Echo (E) likely has the authorization, approval or endorsement of the same company that makes or puts out Product No. 1. Why do you think this?**

|  | Total | Male | Female | 21 to 29 | 30 to 54 | 55 or older |
|---|---|---|---|---|---|---|
| Base: Those who thought Echo (E) was likely to have the authorization, approval or endorsement of the same company | 2<br>100% | 1<br>100% | 1<br>100% | 0<br>0% | 1<br>100% | 1<br>100% |
| Miscellaneous (Net) | 1<br>50% | 0<br>0% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% |
| Offer similar/the same products/services | 1<br>50% | 0<br>0% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% |
| Don't know/not applicable | 1<br>50% | 1<br>100% | 0<br>0% | 0<br>0% | 1<br>100% | 0<br>0% |