# EXHIBIT 1



Join the Most Important Conversation - Secure Your Seat   ✕

CoinDesk

Bitcoin  $16,482.08 -1.81%   Ethereum  $1,202.01 -3.72%   Binance Coin  $270.12 -2.14%   XRP  $0.36778100 -3.57%   Binance USD  $1.00 -0.22%

Crypto Prices →          CoinDesk Market Index →

## Markets

# Monero's Lead Maintainer Is Helping Launch a Crypto Trading Protocol

Monero dev Riccardo Spagni and entrepreneurs Naveen Jain and Dan Teree are launching a new digital asset protocol on the privacy token's network.

By Nikhilesh De

May 22, 2018 at 11:59 p.m. PDT
Updated Sep 13, 2021 at 12:58 a.m. PDT



Loyalty points, concert tickets and in-game items will soon appear on a new protocol built on the monero network.

11/16/22, 11:21 AM
Monero's Lead Maintainer is Helping Launch a Crypto Trading Protocol - CoinDesk
Case 3:22-cv-07789-WHO Document 28-1 Filed 02/21/23 Page 3 of 5

Called Tari, this new digital assets protocol will help support non-fungible tokens - tokens with unique properties, such as tickets with ownership information (think CryptoKitties) - said co-founder Naveen Jain.

Monero project lead Riccardo Spagni, more commonly known as fluffypony, and entrepreneur Dan Teree are also part of the founding team, Jain told CoinDesk.



Tari's goal is to "support any kind of digital assets." For example, one use case for the protocol would be to allow digital asset issuers to participate in the secondary market - meaning resales in particular.

However, the protocol can also support items in video games or even native assets, Jain said, adding:

> *"If you have a decentralized distributed trustless system that supports non-fungible tokens that enforces the rule sets around digital assets, that changes the game because now you have an opportunity for consumers to trade those digital assets."*

Jain said he believes Tari's approach to digital assets is unique for a variety of reasons, noting that "we don't want to make a lot of future statements, we just want to prove ourselves along the way and we think that's a great way to build trust and build our community."

He continued, saying "I think what sets our token apart is we're maniacally focused on our use case. This isn't an ethereum competitor."

More broadly, he believes protocols and networks looking at specific use cases may be more useful than general-purpose ones.

"I think an important point to make in terms of how our space is evolving too -do we build a protocol that's useful for every possible use case or do we build one that's focused on one type of use case," Jain concluded.

*Riccardo Spagni, Naveen Jain and Dan Teree image courtesy of Tari*

**Read more about**

News    Monero    Riccardo Spagni    Fluffypony    use-cases-verticals

business news



| | | | |
|---|---|---|---|
| ◆ | BNB $270.12 | ▼ 2.14% | → |
| ✕ | XRP $0.36778100 | ▼ 3.57% | → |
| ◆ | BUSD $1.00 | ▼ 0.22% | → |

View All Prices

---

Sign up for Market Wrap, our daily newsletter explaining what happened today in crypto markets – and why.

Email address

Sign Up

By signing up, you will receive emails about CoinDesk product updates, events and marketing and you agree to our *terms of services* and *privacy policy*.

## DISCLOSURE

Please note that our *privacy policy*, *terms of use*, *cookies*, and *do not sell my personal information* has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a *strict set of editorial policies*. CoinDesk is an independent operating subsidiary of *Digital Currency Group*, which invests in *cryptocurrencies* and blockchain *startups*. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of *stock appreciation rights*, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

 **Nikhilesh De**

---

## Trending

**1** *Web3*
Esports Giant TSM Suspends $210M Partnership with FTX
Nov 16, 2022 

**2** *Markets Daily Crypto Roundup*
Crypto Update | How Sam Bankman-Fried's 'Effective' Altruism Blew Up FTX
Nov 16, 2022 

**3** *Policy*
US Sen. Gillibrand Says a Last-Ditch Stablecoin Bill May Still Emerge This Year
Nov 16, 2022 

**4** *Negocios*
B2C2 se ofrece a comprar préstamos de una unidad de Genesis
Nov 16, 2022 

---



**About**　　　　　　　　　　　　　**Stay Updated**

About
Masthead
Contributors
Careers
Company News

Events
Newsletters
Follow

## Get In Touch

Contact Us
Advertise
Accessibility Help
Sitemap

## The Fine Print

Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

*©2022 CoinDesk*

English

