# EXHIBIT 3



HOME    ABOUT    CATEGORIES    START LEARNING!

# Welcome to Tari Labs University (TLU)

Our mission is to be the premier destination for balanced and accessible learning material for blockchain, digital currency and digital assets learning material.

We hope to make this a learning experience for us at TLU: as a means to grow our knowledge base and internal expertise or as a refresher. We think this will also be an excellent resource for anyone interested in the myriad disciplines required to understand blockchain technology.

We would like this platform to be a place of learning accessible to anyone, irrespective of their degree of expertise. Our aim is to cover a wide range of topics that are relevant to the TLU space, starting at a beginner level and extending down a path of deeper complexity.

You are welcome to contribute to our online content by submitting a pull request or issue in GitHub. To help you get started, we've

pull request or issue in GitHub. To help you get started, we've compiled a Style Guide for TLU reports. Using this Style Guide, you can help us to ensure consistency in the content and layout of TLU reports.



## Learning Paths

With a field that is rapidly developing it is very important to stay updated with the latest trends, protocols and products that have incorporated this technology.



## Cryptography

The purpose of cryptography is to protect data transmitted in the likely presence of an adversary



## Consensus Mechanisms

Consensus mechanisms are crucial for a blockchain in order to function correctly



## Scaling

The blockchain scalability problem refers to the discussion concerning the limits on the transaction throughput.





## Mining

The blockchain scalability problem refers to the discussion concerning the limits on the transaction throughput.



## Digital Assets

All digital assets provide value, but not all digital assets are valued equally



## Blockchain-related Protocols

Users often take blockchain protocols for granted when analyzing the potential of a cryptocurrency. The different blockchain protocols used can play a prominent role in the success of a cryptocurrency.



### Network Analysis

As networks with large numbers of geographically distributed nodes evolve, issues such as processing delays and data transfers may arise, potentially creating an environment for adversarial attacks.



### TLU Labs

As networks with large numbers of geographically distributed nodes evolve, issues such as processing delays and data transfers may arise, potentially creating an environment for adversarial attacks.



## Style Guide

The purpose of this Style Guide is to provide contributors reports with standards for content and layout.



Errors, Comments and Contributions

Guiding Principles

Submission Process



## Menu

HOME

ABOUT

CATEGORIES

START LEARNING!



**Tari Labs University**

Our mission is to be the premier destination for balanced and accessible learning material for blockchain, digital currency and digital assets learning material.

2022 © **Tari Labs University**.