# EXHIBIT 4

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

Serial Number: 87811438
Filing Date: 02/26/2018

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87811438 |
| MARK INFORMATION | |
| *MARK | TARI |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TARI |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | AccessCoin, LLC |
| *STREET | 2201 Broadway, Suite 100 |
| *CITY | Oakland |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94612 |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | California |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 036 |
| *IDENTIFICATION | Cryptocurrency, namely, providing a digital currency or digital token for use by members of an on-line community via a global computer network; Cryptocurrency, namely, a digital currency or digital token, incorporating cryptographic protocols, used to operate and build applications and blockchains on a decentralized computer platform and as a method of payment for goods and services and as a method of transfer of digital assets |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 035 |
| | Providing incentive award programs for customers through the |

| | |
|---|---|
| *IDENTIFICATION | issuance and processing of loyalty cryptocurrency for frequent use of participating businesses; promoting the sale of goods and services of others through electronic provision of cryptocurrency, promotions and discounts |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Entertainment services, namely, providing a virtual environment in which users of Internet or mobile games can use or access virtual assets related to such games |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Jamie Shelden |
| FIRM NAME | Law Office of Jamie Shelden |
| STREET | 1760-F Airline Highway PMB 220 |
| CITY | Hollister |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 95023 |
| PHONE | 858-777-5545 |
| FAX | 8587775545 |
| EMAIL ADDRESS | jamie@justtrademarks.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Jamie Shelden |
| FIRM NAME | Law Office of Jamie Shelden |
| STREET | 1760-F Airline Highway PMB 220 |
| CITY | Hollister |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 95023 |
| PHONE | 858-777-5545 |
| FAX | 8587775545 |
| *EMAIL ADDRESS | jamie@justtrademarks.com; natalie@justtrademarks.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 3 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 825 |
| *TOTAL FEE PAID | 825 |

| SIGNATURE INFORMATION | |
|---|---|
| **SIGNATURE** | /Greg Weber/ |
| **SIGNATORY'S NAME** | Greg Weber |
| **SIGNATORY'S POSITION** | Attorney of Record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 510-420-0201 x330 |
| **DATE SIGNED** | 02/26/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87811438**
**Filing Date: 02/26/2018**

## To the Commissioner for Trademarks:

**MARK:** TARI (Standard Characters, see mark)
The literal element of the mark consists of TARI.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, AccessCoin, LLC, a limited liability company legally organized under the laws of California, having an address of
   2201 Broadway, Suite 100
   Oakland, California 94612
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 036:  Cryptocurrency, namely, providing a digital currency or digital token for use by members of an on-line community via a global computer network; Cryptocurrency, namely, a digital currency or digital token, incorporating cryptographic protocols, used to operate and build applications and blockchains on a decentralized computer platform and as a method of payment for goods and services and as a method of transfer of digital assets
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

   International Class 035:  Providing incentive award programs for customers through the issuance and processing of loyalty cryptocurrency for frequent use of participating businesses; promoting the sale of goods and services of others through electronic provision of cryptocurrency, promotions and discounts
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

   International Class 041:  Entertainment services, namely, providing a virtual environment in which users of Internet or mobile games can use or access virtual assets related to such games
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The applicant's current Attorney Information:
   Jamie Shelden of Law Office of Jamie Shelden      1760-F Airline Highway PMB 220
   Hollister, California 95023
   United States
   858-777-5545(phone)
   8587775545(fax)
   jamie@justtrademarks.com (authorized)

The applicant's current Correspondence Information:
   Jamie Shelden
   Law Office of Jamie Shelden
   1760-F Airline Highway PMB 220
   Hollister, California 95023
   858-777-5545(phone)
   8587775545(fax)
   jamie@justtrademarks.com;natalie@justtrademarks.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's

attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $825 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Greg Weber/   Date: 02/26/2018
Signatory's Name: Greg Weber
Signatory's Position: Attorney of Record, California bar member
Payment Sale Number: 87811438
Payment Accounting Date: 02/27/2018

Serial Number: 87811438
Internet Transmission Date: Mon Feb 26 17:35:28 EST 2018
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XX-20180226173528809
371-87811438-51083289736ce85b9784112c83f
78e9e4de5717013bab75cdaa3b3e1131685633f-
CC-5146-20180226141718506491

# TARI