# EXHIBIT 5

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 18, 2018 00:44 AM |
| **To:** | jamie@justtrademarks.com |
| **Cc:** | natalie@justtrademarks.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 87811438: TARI |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:**  87811438
**Mark:**  TARI
**International Class(es):**  035, 036, 041
**Owner:**  TARI, LLC
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Dec 18, 2018.

**To Review the Mark in the TMOG:**

   Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2018-12-18&serialNumber=87811438

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=87811438&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to
https://tsdr.uspto.gov/#caseNumber=87811438&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.