# EXHIBIT 7

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87811438 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | TARI |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | TARI, LLC |
| **MAILING ADDRESS** | 2201 BROADWAY, SUITE 100 |
| **CITY** | OAKLAND |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94612 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | TARI, LLC |
| **MAILING ADDRESS** | 2201 BROADWAY, SUITE 100 |
| **CITY** | OAKLAND |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94612 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Jamie Shelden |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | jamie@justtrademarks.com |

| | |
|---|---|
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | natalie@justtrademarks.com |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Jamie Shelden |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | jamie@justtrademarks.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | natalie@justtrademarks.com |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 036 |
| **CURRENT IDENTIFICATION** | Cryptocurrency trading and exchange services, namely, providing a digital currency or digital token for use by members of an on-line community via a global computer network; Cryptocurrency trading and exchange services, namely, providing a digital currency or digital token, incorporating cryptographic protocols, used to operate and build applications and blockchains on a decentralized computer platform and as a method of payment for goods and services and as a method of transfer of digital assets |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 04/29/2020 |
| **FIRST USE IN COMMERCE DATE** | 04/29/2020 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-2600170088103710e99c a1d57815a61-20220214194345233483_._TARI_1.pdf |
| **CONVERTED PDF FILE(S)** (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\878\114\87811438\xml11\SOU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\878\114\87811438\xml11\SOU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\878\114\87811438\xml11\SOU0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\878\114\87811438\xml11\SOU0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\878\114\87811438\xml11\SOU0006.JPG |
| **SPECIMEN DESCRIPTION** | screen print of Applicant's web page |
| **WEBPAGE URL** | https://www.tari.com/ |
| **WEBPAGE DATE OF ACCESS** | 02/07/2022 |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Jamie Shelden/ |
| **SIGNATORY'S NAME** | Jamie Shelden |

| | |
|---|---|
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **DATE SIGNED** | 02/14/2022 |
| **SIGNATORY'S PHONE NUMBER** | 831-261-5444 |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Feb 14 19:50:04 ET 2022 |
| **TEAS STAMP** | USPTO/SOU-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:XXX:XXXX-20220214195004595727-87811438-800cd5ff7c893af97f97525313db1c3fde062422bfb582471624327265b0357a63-CC-50004463-20220214194345233483 |

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** TARI(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87811438/large)
**SERIAL NUMBER:** 87811438

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** TARI, LLC, having an address of
   2201 BROADWAY, SUITE 100
   OAKLAND, California 94612
   United States
   Email: XXXX
**Proposed:** TARI, LLC, having an address of
   2201 BROADWAY, SUITE 100
   OAKLAND, California 94612
   United States
   Phone:
   Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 036:
Current identification: Cryptocurrency trading and exchange services, namely, providing a digital currency or digital token for use by members of an on-line community via a global computer network; Cryptocurrency trading and exchange services, namely, providing a digital currency or digital token, incorporating cryptographic protocols, used to operate and build applications and blockchains on a decentralized computer platform and as a method of payment for goods and services and as a method of transfer of digital assets

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/29/2020, and first used in commerce at least as early as 04/29/2020, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) screen print of Applicant's web page.

**Original PDF file:**
SPN0-2600170088103710e99c a1d57815a61-2022021419434 5233483_._TARI_1.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

Webpage URL: https://www.tari.com/
Webpage Date of Access: 02/07/2022

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
   Jamie Shelden

PRIMARY EMAIL FOR CORRESPONDENCE: jamie@justtrademarks.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): natalie@justtrademarks.com

**Correspondence Information (proposed):**
Jamie Shelden
PRIMARY EMAIL FOR CORRESPONDENCE: jamie@justtrademarks.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): natalie@justtrademarks.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

- ☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
  **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
  **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
  **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

- ☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Jamie Shelden/     Date Signed: 02/14/2022
Signatory's Name: Jamie Shelden
Signatory's Position: Attorney of record, California bar member
Signatory's Phone: 831-261-5444
Signature method: Signed directly within the form

PAYMENT: 87811438
PAYMENT DATE: 02/14/2022

Serial Number: 87811438
Internet Transmission Date: Mon Feb 14 19:50:04 ET 2022
TEAS Stamp: USPTO/SOU-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXX:XXXX-20220214195004595727-87811438-8
00cd5ff7c893af97f97525313db1c3fde062422b
fb582471624327265b0357a63-CC-50004463-20
220214194345233483



# TARI

**FOR EVERYONE**
- What is Tari?
- Mobile Wallet
- Block Explorer
- Downloads
- Get Involved

**FOR DEVELOPERS**
- Get Started
- Explore the Protocol
- Make Tari Better
- Community
- RFC Docs

**FOR CREATORS**
- Tari for Creators




JOIN THE CONVERSATION
254 PEOPLE ONLINE

## What is Tari?

Tari is a digital assets focused blockchain protocol that is built in Rust, private by default, open source, and is being architected as a merge-mined sidechain with Monero.

### Built for Creators

We're building Tari for creators to have a groundbreaking level of control over their assets.

By using combinations of templates to create custom rulesets quickly and easily, creators will be able to unlock a new world of business possibilities, while delivering stunningly beautiful user experiences.

### Highly Useful

Tari has all the right ingredients to be the most useful protocol for digital assets on earth.

High performance, easy to integrate with, stable, well documented, open-source, secure, and private by default.

Dive into how it works.

### Freedom Enhancing

Privacy is a fundamental human right.

### Community Driven

The Tari community is comprised of

Copyright © 2020 All Rights Reserved   Privacy Policy   Disclaimer   User Agreement

# TARI

**FOR EVERYONE**

— What is Tari?
Mobile Wallet
Block Explorer
Downloads
Get Involved

**FOR DEVELOPERS**

Get Started
Explore the Protocol
Make Tari Better
Community
RFC Docs

**FOR CREATORS**

Tari for Creators




JOIN THE CONVERSATION
254 PEOPLE ONLINE

## Freedom Enhancing

Privacy is a fundamental human right.

In a world without default privacy, businesses cannot operate, our personal preferences and histories are sold to the highest bidder, and we lose the ability to conduct our lives in the manner we choose. The Tari community fundamentally believes that privacy-enhancing software should be pervasive and available to all.

## Community Driven

The Tari community is comprised of many types of amazing collaborators.

Imagine a broad spectrum of brilliant creators, builders, advocates, and philosophers all working towards a single goal: to build the most useful decentralized platform that empowers anyone to create digitally scarce things people love.

Want to join the party? Everyone is invited.

## Learn More About the Tari Protocol and Ecosystem



**Tari and Monero**

Riccardo "fluffypony" Spagni talks about Tari and its relationship with Monero

Copyright © 2020 All Rights Reserved. Privacy Policy Disclaimer User Agreement





**FOR EVERYONE**

— What is Tari?
  Mobile Wallet 
  Block Explorer 
  Downloads 
  Get Involved

**FOR DEVELOPERS**

Get Started
Explore the Protocol
Make Tari Better
Community
RFC Docs

**FOR CREATORS**

Tari for Creators







**Tari Aurora**

Download a community developed, reference-design mobile wallet app called Tari Aurora, to send and receive testnet Tari (tXTR). Using and contributing to Aurora is a great way to play with the Tari testnet and learn more about what makes Tari special.

View Tari Aurora



**Tari Base Node**

Run a testnet base node to help test network stability, security, and mine testnet Tari (tXTR). Check out the Getting Started section to learn how to run a base node and start mining.

Get Started



**Frequently Asked Questions**

Explore a wide variety of answers for common questions asked by the Tari community.

View the FAQ

Copyright © 2020. All Rights Reserved.   Privacy Policy   Disclaimer   User Agreement

## FEE RECORD SHEET

**Serial Number:** 87811438

**RAM Sale Number:** 87811438

**Total Fees:** $100

**RAM Accounting Date:** 20220214

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20220214 | $100 | 1 | $100 |

**Transaction Date:** 20220214