# EXHIBIT 10



# The next generation **Lightning-based** financial infrastructure

Join us on Github

# Our technology stack

## Pool

Lightning Pool connects users who need access to bitcoin liquidity to those who have capital to deploy on the Lightning Network.

Learn more about Pool ›

## Loop

Intended to help users, businesses, and routing node operators keep their channels open indefinitely by using non-custodial Bitcoin contracts to keep the liquidity flowing.

Learn more about Loop >

## Lightning Network Daemon

Our very own implementation of a Lightning Network Node provides superior reliability, interoperability and security for global-scale financial applications.

Learn more on Github >

## Neutrino

A light client specification that allows non-custodial Lightning wallets to verify transactions privately, trustlessly, and a full sync to the Bitcoin blockchain.

Learn more on Github >

# Ready to get involved with Lightning Labs?

Join us on Github

# Keep in touch

## Get the latest news



## The Lightning Lab

Lightning Network updates, community coverage, and, of course, memes!

Type your email... **Subscribe**

*substack*

## Contact us

- @Lightning
- Developer Slack Signup
- Lightning Network Daemon
- hello@lightning.engineering



**Products**

**Team**

**Join Us**

**Blog**