# EXHIBIT 14



**FOR EVERYONE**

— What is Tari?
  Mobile Wallet
  Block Explorer
  Downloads
  Get Involved

**FOR DEVELOPERS**

Get Started
Explore the Protocol
Make Tari Better
Community
RFC Docs

**FOR CREATORS**

Tari for Creators

    



# What is Tari?

Tari is a digital assets focused blockchain protocol that is built in Rust, private by default, open source, and is being architected as a merge-mined sidechain with Monero.

## Built for Creators

We're building Tari for creators to have a groundbreaking level of control over their assets.

By using combinations of templates to create custom rulesets quickly and easily, creators will be able to unlock a new world of business possibilities, while delivering stunningly beautiful user experiences.

## Highly Useful

Tari has all the right ingredients to be the most useful protocol for digital assets on earth.

High performance, easy to integrate with, stable, well documented, open-source, secure, and private by default.

Dive into how it works.

## Freedom Enhancing

Privacy is a fundamental human right.

In a world without default privacy, businesses cannot operate, our personal preferences and histories are sold to the highest bidder, and we lose the ability to conduct our lives in the manner we choose. The Tari community fundamentally believes that privacy-enhancing software should be pervasive and available to all.

## Community Driven

The Tari community is comprised of many types of amazing collaborators.

Imagine a broad spectrum of brilliant creators, builders, advocates, and philosophers all working towards a single goal: to build the most useful decentralized platform that empowers anyone to create digitally scarce things people love.

Want to join the party? Everyone is invited.