# EXHIBIT 15

⊕ Bitcoin Insider

Latest news about Bitcoin and all cryptocurrencies. Your daily crypto news habit.

LUNA € 1.69 (-2.47 %)   DOT $ 7.23 (-3.14 %)   DOT € 6.78 (-2.05 %)   DOGE $ 0.06566 (-2.63 %)   DOGE € 0.08019 (-2.58 %)   AVAX $ 21.29 (-3.60 %)   AVAX € 19.93 (-3.71 %)   LTC $ 94.14 (-1.1...)

Home

# What Is the Tari Protocol?



Submit a guest post







TheMerkle Digital Assets WAX BitShares Verkasaun

There can never be enough competition in the world of blockchain technology. The people responsible for creating the Tari protocol certainly seem to agree. This new solution will enhance the digital asset experience by introducing increased convenience, security, and liquidity. It is a tall order, although the project has some significant people backing it.

## The Purpose of the Tari Protocol

It is always interesting to see how existing cryptocurrency and blockchain developers are trying to bring major changes to these industries. In the case of Tari, the new digital asset experience protocol aims to bring positive changes in the coming months and years. This particular version was created by a team of veterans, including the lead maintainer of Monero, the CEO of a music merchandising company, and the co-founder of Ticketfly.

The project is an open source blockchain protocol designed specifically for digital assets. Tari is not just for developers or corporations, as it targets consumers as well. Given the increasing interest in digital assets, there is a growing need for more convenient solutions when it comes to managing these assets. Tari wants to make that happen, as the project is mainly interested in digital assets outside the realm of cryptocurrency.

More specifically, the current focus ranges from event tickets to in-game items and loyalty points. Although blockchain-based solutions exist in this regard already, there are still restrictions to contend with. Corporations and service providers currently struggle to control assets after distribution, mainly because there is no adequate infrastructure in place to make this process easier.

The negative side of that approach is that it prevents companies and consumers from reselling or transferring digital assets. It leaves a potential revenue stream completely untapped and causes unnecessary friction. Tari is designed to change this by letting businesses and companies manage and transfer digital assets in a flexible manner. It should also help reduce the number of fraudulent digital assets, which is extremely important where event tickets are concerned, for example.

Tari's co-founder, Riccardo Spagni, comments:

I'm excited to draw from my experience to build something on top of Monero, and to create a modern digital assets-focused protocol that leverages the Rust programming language. We have the resources to expand Monero's world-class developer community, and I look forward to launching and stewarding a next-generation protocol that is truly useful.

It is evident that bringing blockchain technology to major industries will be challenging. It seems to be an ideal solution for digital asset management, but most existing projects aren't suited for this specific purpose as of right now. Whether or not Tari can make a meaningful impact in this area remains to be determined. It is good to see more competition in this regard, especially when it is an open source platform rather than a proprietary implementation.

Publication date: 05/29/2019 - 22:00

Author: JP Buntinx



Article source

### Related News

⏱ 5 hours ago
The Next Generation of Blockchain: LFi's Cutting-Edge Technology

⏱ 6 hours ago
Analysis of the Ethereum Markets
After the SEC Actions

⏱ 1 day ago
BREATHE! Convention Pursues ISO Certification for Environmentally Sustainable Web3 Practices

⏱ 1 day ago
OPINION: Crypto is a mess. Whatever happened to "trust, don't verify"?

⏱ 1 day ago
NFTs 101: Identity expression with PFPs

Tags:   EDUCATION,   FAQ,   BLOCKCHAIN,   DIGITAL ASSETS,   TARI

### Disclaimer

The views and opinions expressed in this article are solely those of the authors and do not reflect the views of Bitcoin Insider. Every investment and trading move involves risk - this is especially true for cryptocurrencies given their volatility. We strongly advise our readers to conduct their own research when making a decision.

### Conferences & Events









### Recent content

Strike CEO Jack Mallers: The "Central Bank Of The Internet"
⏱ 32 minutes 14 seconds ago

Ethereum (ETH), Aptos (APT), and Orbeon Protocol (ORBN) – Three Tokens Fighting Back Against the Bear Market
⏱ 1 hour ago

Tokens fraudulently using the name ChainGPT are scamming investors out of money
⏱ 1 hour ago

Should you buy Coinbase stock after Q4 results?
⏱ 1 hour 49 minutes ago

XRP, ADA, And MATIC: Which Crypto Is The Best Bet For The Next Bull Market?
⏱ 1 hour 49 minutes ago

British cities who helped North Korea evade US sanctions via crypto arrested in Moscow
⏱ 1 hour ago

Coinbase faces Q4 earnings estimates amid falling transaction volume
⏱ 2 hours ago

Coinbase saw 68% decline in transaction revenue in 2022 but remained "resilient"
⏱ 2 hours 4 minutes ago

New York state announces another upgrade to its virtual currency monitoring capacity
⏱ 2 hours ago

CryptoData Wrapped Crypto: Polygon says off 20% of staff reshuffles, cuts Solana migration date
⏱ 2 hours ago

## Bitcoin Insider

### Categories

All Crypto News
Blockchain News
Bitcoin News
Ethereum News
Cryptocurrency Charts
Mining News
NFTs News

### Guest posts

Write for us

### Follow us



Terms of use
Privacy Policy
Cookie Policy
Search
Sitemap
Archive
FAQ
Contact

© 2023 Bitcoin Insider. Latest news about Bitcoin and all cryptocurrencies. Your daily crypto news habit.
Powered by Cilkus. Created with ♥ by WeBolt.