# EXHIBIT 19



# Explore

# Settings



← **Tari**
511 Tweets

## Tari
@tari

The mission for the Tari project is to be the most useful decentralized platform that empowers anyone to create digitally scarce things people love.

📍 Oakland & Johannesburg   🔗 tari.com   📅 Joined May 2018

**6** Following   **7,319** Followers

**Tweets**   Tweets & replies   Media   Likes

**Follow**

📌 Pinned Tweet
**Tari** @tari · Jan 19
New Year, New Tari testnet

The Dibbler testnet will be starting on January 26, 2022.

There might be some surprises for you leading up to launch so turn notifications on 🔔 📢 👀

Read more about the testnet reset here:

### TARI
### THE PROTOCOL FOR DIGITAL ASSETS

tari.com
Tari
The protocol for digital assets

💬 8    🔁 8    ♡ 49

🔁 Tari Retweeted
**Dan "fuserleer.eth" Hughes** ✓ @fuserleer · Oct 21
Stonking praise here from @caylesharrock @tari about what we're doing here @radixdlt with #cerberus 😌

---

Search Twitter

### New to Twitter?
Sign up now to get your own pers

🔵 Sign up with G

 Sign up with A

Sign up with phone

By signing up, you agree to the Te
Privacy Policy, including Cookie U

### You might like



Jesse Powell ✓
@jespow



Haveno
@HavenoDEX

hive.one
@hivedotone

Show more

### What's happening

NCAA Men's Basketball · Last ni
**Bulldogs at Red Raiders**

Politics · Trending
**Poland**
Trending with Russia, Article 5

Politics · Trending
**Lindell**
7,548 Tweets

US elections · LIVE
**California: Election news a updates**

NCAA Men's Bask… · Starts at 3
**Wildcats at Hoyas**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**









Explore

Settings

Lightning Labs⚡🚀
6,036 Tweets

Follow

**Lightning Labs**⚡🚀
@lightning

Lightning scales and speeds up #bitcoin ₿ . We build lnd, lightning pool, lightning loop.⚡ Support: @lightning_help

🌎 lightning.engineering Joined May 2016

**293** Following **148.2K** Followers

Tweets | Tweets & replies | Media | Likes

Pinned Tweet

**Lightning Labs**⚡🚀 @lightning · Sep 28

Today we're excited to announce the initial code for Taro 🚀, a new protocol to issue and transfer assets on #bitcoin ₿ and Lightning 🔜.

With this release, we're one step closer to bitcoinizing the dollar, and the global financial system! 🌍💱

lightning.engineering
Hello Taro: Building the (Tap)Root of the World's Fi...
Today we're excited to announce the alpha release of the Taro daemon, enabling developers to mint, ...

242 999 2,584

Show this thread

**Lightning Labs**⚡🚀 @lightning · 1h

👋 Aviso para toda la comunidad hispanoablante de #Bitcoin ₿ y Lightning ⚡

A partir de ahora todos los video tutoriales de Lightning Labs están disponibles con subtítulos en español 👀

Visita nuestro canal en youtube.com/c/LightningLabs

¡Gracias a @erikmichaelalv1 por su ayuda!

youtube.com
Lightning Labs
The Lightning Labs channel is the place to find tutorials, interviews, and demos on Lightning ...

5 12 28

Lightning Labs⚡🚀 Retweeted

Search Twitter

**New to Twitter?**

Sign up now to get your own pers

Sign up with G

Sign up with A

Sign up with phone

By signing up, you agree to the Te Privacy Policy, including Cookie U

**You might like**

elizabeth stark 🚀 @starkness

Strike @Strike

Jameson Lopp @lopp

Show more

**What's happening**

World news · LIVE
**The latest updates from Ira protests continue across th country**

Politics · Trending
**Poland**
Trending with Russia, Article 5

Politics · Trending
**Lindell**
7,513 Tweets

US elections · LIVE
**California: Election news a updates**

NCAA Men's Basketball · Last ni
**Demons at Horned Frogs**

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

## The Private Asset

Home    Archive    About



# The Tari protocol journey begins now

We are excited to share with you that a testnet for the Tari blockchain is now live. This wouldn't be possible without the endless help and support we've received from you, the Tari community. Thank you for helping to make this important milestone happen.

TARI   APR 29, 2020     ♡ 10   ⬚   ⬚



New    Top    Community                                    🔍

### What's Cooking With Tari 🔍 🥢 💻

The Latest and Greatest Updates With Tari Tari contributors have been keeping busy pushing meaningful updates to the new Tari Stibbons Testnet. The...

TARI   APR 23, 2021     ♡ 2   ⬚   ⬚

### The New Tari Testnet is Here 👀

Say Hello to Stibbons Testnet 👀 ICYMI last week Tari contributors reset the Tari testnet, bidding adieu to Ridcully and welcoming in Stibbons testnet...

TARI   FEB 11, 2021     ♡   ⬚   ⬚

### New Year, New Tari Testnet 🎉

New Year, New Tari Testnet 🎉 January is a time for New Year's resolutions, taking down the Christmas tree, shoveling snow, and updating the Tari...

TARI   JAN 27, 2021     ♡   ⬚   ⬚





