# EXHIBIT 21

DIRECTORY › EVENTS › NEW YORK, NORTH AMERICA

 **Magical Crypto Conference**
May 11 - May 12, 2019 · New York, NY United States

---

> **This event has passed.**

MCC's aim is that everyone leaves the conference with the feeling that they've learned something new. It doesn't matter if you've been in Bitcoin since 2009 or 2019 this conference will have something for everyone.

Speakers include:

- Elizabeth Stark – CEO, Lightning Labs

- Dr. Adam Back – CEO, Blockstream

- Peter Todd – Inventor, Opentimestamps

- Charlie Lee – Founder, Litecoin

- Luke Dashjr – Blockchain Engineer, Bitcoin Core

- Meltem Demirors – CSO, CoinShares

- Riccardo Spagni – Founder, Tari

- Elaine Ou – Software Engineer, Global Financial Access

- and more

MCC2019 will feature 2 different rooms and tracks. The main stage of this cypherpunk conference will be broadcasted live on Youtube, the talks and panels on the 2nd stage will be recorded and published on Youtube later. There will always be technical and less-technical talks on at the same time so you can pick what fits you best.

## About Magical Crypto Friends

Magical Crypto Friends is a collaboration between **Charlie Lee**, **Samson Mow**, **Riccardo Spagni** and **WhalePanda**. In October 2017 they came up with the idea of doing a podcast together which turned out to be a big success. Every month since then they've released a podcast which is an interesting combination of news, technical issues explained in a way that everyone can understand it and humour.

In May 2018 the 4 friends all went to Consensus. After the initial shock of seeing so little technical content and so many scammy ICOs they came up with the idea of doing Magical Crypto Conference: an affordable, content-driven conference aimed at both technical and less-technical people.

## Details

**Start:**
May 11, 2019

**End:**
May 12, 2019

**Event Categories:**
New York, North America

**Website:**
https://magicalcryptoconference.com/

## Venue

125 W 18th St

125 West 18th Street
New York, NY 10011 United
States + Google Map



# Related Events

**Interop Summit**

February 27 - February 28

**Discover how we're combating disinformation and promoting authenticity in the age of ChatGPT and AI here.**

 qwoted

Events & Awards / Events / Magical Crypto Conference 2020



Attend  Speak  Sponsor  Request more info

### Venue



Convene

Convene, 225 Liberty St, New York, NY 10281, USA

 qwoted

## What is Qwoted?

Qwoted is a **free** expert network: we help reporters connect with experts & we help those same experts build relationships with top reporters.

Learn more

| EVENT DATE | Sat May 9 EDT - Sun May 10 EDT (almost 3 years ago) |
|---|---|
| LOCATION | Convene |
| | 225 Liberty St, New York, NY 10281, USA |
| REGION | Americas |

## Details

The Magical Crypto Conference is a fun and light-hearted conference where anyone who wants to be more immersed in the technical approaches of Bitcoin can participate, network, and learn. Technical decision makers and technical strategy influencers from all over the world are united during these two days where they mingle and listen to multifaceted talks by leaders and pioneers of the industry.

## Speakers

2020 Speakers

Charlie Lee
Creator, Litecoin

Samson Mow
CSO, Blockstream

Riccardo Spagni
Co-founder, Tari

WhalePanda
Angel Investor & Trader, Magical Crypto Friends

Dr. Adam Back
CEO, Blockstream

Meltem Demirors
CSO, CoinShares

Alex Gladstein
CSO, Human Rights Foundation

Alyse Killeen
Founding Partner, Stillmark Co

David Burkett
Litecoin Developer, Grin++

Elaine Ou
Software Engineer, Global Financial Access

Lina Seiche
Global Marketing Director, BTSE

Max Keidun
CEO, HodlHodl

Andrew Poelstra
Director of Research, Blockstream

Caitlin Long
Founder, Avanti

Jack Mallers
Founder, Zap

Will Reeves
Co-Founder & CEO, Fold

Elizabeth Stark
Co-Founder & CEO, Lightning Labs

Sergej Kotliar
CEO, Bitrefill

Greg Carson
Head of Corp Dev & Venture Capital, XBTO Ventures

## Sponsors & Partners

2020 Sponsors and Partners

GOLD SPONSORS:
• Bitstamp

SILVER SPONSORS:
• Globee
• Tari

BRONZE SPONSORS:
• BlockStream
• Litecoin Foundation
• chaincode

SPECIAL SPONSORS:
• Bitstamp

## Twitter Feed



31 E 17th St
New York, NY 10003

+1 (917) 765-9411
hello@qwoted.com

© 2015-2023 Qwoted | All Rights Reserved