# EXHIBIT 26


2/17/23, 1:58 PM    leap consult on Twitter: "#Taro könnte auf Basis des #Bitcoin- und #Lightning ⚡-Netzwerks den Austausch/Handel mit jeglicher Ar…

Case 3:22-cv-07789-WHO   Document 28-26   Filed 02/21/23   Page 2 of 12



← Tweet



leap consult
@leap_consult_



#Taro könnte auf Basis des #Bitcoin 🅱 - und #Lightning ⚡-Netzwerks den Austausch/Handel mit jeglicher Art von Anlage-Werten revolutionieren. Es wird kein neuer Layer/Netzwerk benötigt und BTC als settlement-Ebene genutzt @AdoptingBTC

Translated from German by Google

#Taro could revolutionize the exchange/trading of any kind of assets based on the #Bitcoin 🅱 and #Lightning ⚡ network. No new layer/network is required and BTC is used as a settlement level @AdoptingBTC



👤 Leo Weese 獅草地

1:33 PM · Nov 15, 2022 from San Salvador, El Salvador

5 Retweets    19 Likes

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



2/17/23, 12:37 PM  Voltage ⚡ on Twitter: "This week @iBobbyShell breaks down lightning capacity, incentives and what capacity and liquidity enabl…

Case 3:22-cv-07789-WHO   Document 28-26   Filed 02/21/23   Page 4 of 12





2/17/23, 12:58 PM
SunnySarah 🌟 on Twitter: "1/2 @lightning team has published the first alpha-release of #taroDaemon a few days ago. I'm follo…
Case 3:22-cv-07789-WHO   Document 28-26   Filed 02/21/23   Page 6 of 12

A layer 1 daemon, for the Taro protocol specification,
written in Go (golang)

| 15 | 4 | 1 | 233 | 45 |
|---|---|---|---|---|
| Contributors | Used by | Discussion | Stars | Forks |

github.com
**GitHub - lightninglabs/taro: A layer 1 daemon, for the Taro protocol s…**
A layer 1 daemon, for the Taro protocol specification, written in Go (golang) - GitHub - lightninglabs/taro: A layer 1 daemon, for the Taro …

2     2     4



Screenshot of tweet

2/17/23, 12:43 PM  Lightning Labs⚡🪁 on Twitter: "Join us on Tues 12/13 at 9am PT/12pm ET/5pm UTC for the first Taro Community Call! 🪁 We …

Case 3:22-cv-07789-WHO   Document 28-26   Filed 02/21/23   Page 7 of 12



2/17/23, 12:55 PM  Michael Saylor⚡ on Twitter: "With recent upgrades to the #Bitcoin protocol like Taproot, and new #Lightning⚡ capabilities like …

Case 3:22-cv-07789-WHO   Document 28-26   Filed 02/21/23   Page 8 of 12



# Tweet

🔁 **Lightning Labs**⚡🚀 Retweeted

**Michael Saylor**⚡ ✓
@saylor

With recent upgrades to the #Bitcoin ₿ protocol like Taproot, and new #Lightning⚡ capabilities like Taro, it will soon be possible to provide instantaneous, inexpensive, ethically sound mobile banking services to 8 billion people. youtu.be/EP0H9hus_Ms

👤 Matthew R. Kratter and Lightning Labs⚡🚀

9:28 AM · Dec 12, 2022

**1,113** Retweets   **38** Quote Tweets   **4,509** Likes

**Tweet your reply**   Reply

**LunarCrush** ✓ @LunarCrush · Dec 12, 2022
Replying to @saylor @mattkratter and @lightning
People are waking up to #Bitcoin ₿ . It's dominating conversations on Twitter and its social dominance score is up +23% this month. 🚀

💬 3   🔁 1   ♥ 26

Show replies



2/17/23, 12:54 PM
Gigi 🇫🇷⚡ on Twitter: "You watch the SBF hearing, I watch the first Taro 🥕 Community Call hosted by @RyanTheGentry @light…
Case 3:22-cv-07789-WHO   Document 28-26   Filed 02/21/23   Page 10 of 12



2/17/23, 12:54 PM — Gigi 🇫🇷⚡ on Twitter: "You watch the SBF hearing, I watch the first Taro 🥮 Community Call hosted by @RyanTheGentry @light…

Case 3:22-cv-07789-WHO Document 28-26 Filed 02/21/23 Page 11 of 12







**Gigi 🇫🇷⚡** ✓ @GuerillaV2 · Dec 13, 2022

From financial derivatives to second generation stablecoins on Taro, the people in this call all seemed pretty satisfied about the simplicity of Taro so far.

So what's next in 2023?
According to Ryan, the big focus is on Verifiability and Scalability. 🤔

💬 3     🔁 1     ♡ 7

**Gigi 🇫🇷⚡** ✓ @GuerillaV2 · Dec 13, 2022
⛓ On-chain

LL is planning to adress the following: bug fixes, Minting assets in tranches, better supply auditing (Universes), complete scripting functionality to allow multisig for Taro assets, and custom PSBT fields / RPC for interactive transfers and swaps 👀👀 🔥

💬 2     🔁     ♡ 8

**Gigi 🇫🇷⚡** ✓ @GuerillaV2 · Dec 13, 2022
🎨 Off-chain

Simple unannounced Taproot channels will go through the initial spec review as well as cross integration compatibility.

A "BLIP" (#Bitcoin ₿ Lightning Improvement Protocol) for the relevant implications of Taro assets on LN ⚡ such as Swap-Rate Sollicitation,…

💬 1     🔁     ♡ 5



