# EXHIBIT 27

♀ 1   ↻   ♡ 1   ᵢₗᵢ 35   ↑



**Olaoluwa Osuntokun** @roasbeef · Feb 6

Replying to @vazertuche

last release was Nov 2022: github.com/lightninglabs/…

next release will have just about everything needed to fully get off the ground (universe server proof bootstrap, ability to mint assets into a group, support further issuance with the group key, etc)

---

# lightninglabs/**taro**

A layer 1 daemon, for the Taro protocol specification, written in Go (golang)

| 👥 15 | 🍴 4 | ⭐ 232 | ⑂ 44 |
|---|---|---|---|
| Contributors | Used by | Stars | Forks |

---

github.com
Releases · lightninglabs/taro
A layer 1 daemon, for the Taro protocol specification, written in Go (golang) - lightninglabs/taro

♀ 1   ↻   ♡   ᵢₗᵢ 22   ↑