# EXHIBIT 28

**Example #1: Confusion in Creating NFTs**





(Original Source: https://opensea.io/asset/create)