# EXHIBIT 29

**Example #2:  Confusion in Browsing NFTs for Purchase**



(Original Source: https://opensea.io/)