# EXHIBIT 30

**Example #3: Confusion in Choosing Digital Wallets**



(Original Source: https://opensea.io/ (Create Profile > Coinbase Wallet))