# EXHIBIT 31

**Example #4: Confusion in Creating Smart Contracts**



(Original Source: https://www.openzeppelin.com/contracts)