# EXHIBIT 32

**Example #5: Confusion in Selecting Development Tools**



(Original Source: https://www.alchemy.com/top/infrastructure-tools)