UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TARI LABS, LLC, | Case No. 3:22-cv-07789-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: SCHEDULING HEARING FOR TEMPORARY RESTRAINING ORDER** |
| LIGHTNING LABS, INC., | Re: Dkt. No. 25 |
| Defendant. | |

Plaintiff Tari Labs, LLC filed an ex parte application for a temporary restraining order ("TRO"), seeking to restrain defendant Lightning Labs, Inc. from its "impending launch" of its product, "TARO." [Dkt. No. 25]. Lightning filed a brief letter response requesting additional time to respond to the TRO. [Dkt. No. 30]. Tari filed a reply. [Dkt. No. 31].

I will hold a hearing to set the briefing and hearing schedule for this motion via Zoom videoconference **today, Wednesday February 22, 2023,** at the end of my Law and Motion calendar, which begins at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 22, 2023



William H. Orrick
United States District Judge