UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** February 22, 2023 | **Time:** 8 minutes<br>3:08 p.m. to 3:16 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 22-cv-07789-WHO | **Case Name:** Tari Labs, LLC v. Lightning Labs, Inc. | |

**Attorneys for Plaintiff:**  Kirsten L. Jackson, Jonas Noah Hagey
**Attorneys for Defendant:**  Christopher S. Ford and Timothy J. Cuffman

**Deputy Clerk:** Jean Davis        **Court Reporter:** Marla Knox

**PROCEEDINGS**

Hearing on Motion for Temporary Restraining Order conducted via videoconference. The status quo will be maintained to the extent that no product release will be permitted (work on the product may be continued) until such time as the matter is fully briefed and a hearing conducted.

The following schedule is adopted for briefing of the Motion on Temporary Restraining Order:

> **Opposition due:**   **February 27, 2023**
> **Reply due:**        **March 2, 2023**
> **Hearing:**          **March 8, 2023 at 2:00 p.m. via videoconference.**