UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARI LABS, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>LIGHTNING LABS, INC.,<br><br>        Defendant. | Case No. 3:22-cv-07789-WHO<br><br>**ORDER MAINTAINING STATUS QUO AND SETTING BRIEFING AND HEARING SCHEDULE FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff Tari Labs, LLC filed an extensive ex parte application for a temporary restraining order ("TRO"), seeking to restrain defendant Lightning Labs, Inc. from its "impending launch" of its product, "TARO." [Dkt. No. 25]. Lightning filed a brief letter response requesting additional time to respond to the TRO. [Dkt. No. 30]. Tari filed a reply. [Dkt. No. 31]. I held a hearing to set a briefing schedule for this motion.

As stated at the hearing, Lightning shall file its response to the TRO by Monday, February 27, 2023, at 5:00 p.m. Tari shall file any reply by Thursday, March 2, 2023, at 5:00 p.m. I will hold a hearing on the motion on Wednesday, March 8, 2023, at 2:00 p.m. via Zoom video conference.

Until that hearing, the status quo shall be maintained. As discussed at the hearing, this means that Lightning may not publish or provide its software update—or, as Tari frames it, launch its product—until I issue my Order after that hearing. Lightning may, however, continue any internal work on its product.

**IT IS SO ORDERED.**

Dated: February 22, 2023

William H. Orrick
United States District Judge