Christopher S. Ford (State Bar No. 337795)
    csford@debevoise.com
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Tel: 415-644-5628

Megan K. Bannigan (*Pro Hac Vice*)
    mkbannigan@debevoise.com
Timothy Cuffman (*Pro Hac Vice*)
    tcuffman@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: 212-909-6000

*Attorneys for Defendant
Lightning Labs, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TARI LABS, LLC, | CASE NO.: 3:22-cv-07789-WHO |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND VACATING ORDER MAINTAINING STATUS QUO** |
| -against- | |
| LIGHTNING LABS, INC. | |
| Defendant. | |

## [PROPOSED] ORDER

Before this Court is Plaintiff Tari Labs' Application for a Temporary Restraining Order (the "Motion"). Having considered all papers filed in connection with the Motion, and all arguments of the parties relating thereto, the Court hereby finds and orders as follows:

1. Plaintiff has failed to establish that it is likely to succeed on the merits of its trademark infringement and related claims;

2. Plaintiff has failed to establish that it is likely to suffer irreparable harm in the absence of a restraining order;

3. Plaintiff has failed to establish that the balance of equities tips in its favor; rather, the balance of equities tips in Defendant's favor; and

4. Plaintiff has failed to establish that a restraining order is in the public interest.

Plaintiff's Application for a Temporary Restraining Order, *see* ECF No. 25, is accordingly DENIED, and the Court's previous Order Maintaining Status Quo, *see* ECF No. 34, is VACATED.

It is further ordered that, within seven (7) days of the entry of this Order, the parties shall meet and confer regarding a schedule for Plaintiff's Motion for Preliminary Injunction and any necessary discovery in connection with that motion. The parties shall provide a proposed schedule to the Court no later than _____, 2023.

**IT IS SO ORDERED.**

Dated: March ___, 2023

                                              _____
                                              Hon. William H. Orrick
                                              United States District Judge