# EXHIBIT 1



**PROFILE**

# Olaoluwa Osuntokun

CTO, Lightning Labs | San Francisco, California

## About Olaoluwa Osuntokun

The cofounder of Lightning Labs has raised $2.5 million to turn bitcoin into a more viable form of payment by making smaller transactions more cost effective. An immigrant from Nigeria, Osuntokun is a frequent contributor to the underlying bitcoin protocol.

## Forbes Lists

**30 Under 30 - Finance** (2019)

## Education

Bachelor of Arts/Science, University of California, Santa Barbara

## More on Forbes





Feb 24, 2023

## Psychoactive Therapies Are Coming Back– With Millions In Funding Behind Them

By **Olivia Peluso**  Forbes Staff

---

ADVERTISEMENT

**Do not miss...**

 **Dividend Paying Stocks** know more...

 **Average Retirement**  know more...

 **Top 5 Dividend**  know more...

 **How Depressed Are**  know more...

---



Feb 17, 2023

## Under 30 Lister Bianca Padilla Shares Funding Advice For First-Time Founders

By **Olivia Peluso**  Forbes Staff

---

### More from Forbes 30 Under 30 - Finance 2019 List






### Becky Painter
Portfolio Manager, Fidelity Investments



### Anish Pathipati
Director, North Island



### Akash Pradhan
Vice President, TPG



### Katherine Relle
Vice President, J.P. Morgan

View Full List →

# Forbes

© 2023 Forbes Media LLC. All Rights Reserved.

AdChoices     Privacy Statement     Do Not Sell or Share My Personal Information     Limit the Use of My Sensitive Personal Information
Terms and Conditions     Digital Terms of Sale     Contact Us     Send Us Feedback     Report a Security Issue     Jobs At Forbes     Reprints & Permissions
Forbes Press Room     Advertise     Investors