# EXHIBIT 2



amazon Hello Select your address | Books | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | One Medical | Clinic | Customer Service | Best Sellers | Amazon Basics | Prime | New Releases | Today's Deals | Music | Books | Registry | Fashion | Amazon Home | Pharmacy | 24/7 care with One Medical

Books | Advanced Search | New Releases | Best Sellers & More | Amazon Book Clubs | Children's Books | Textbooks | Textbook Rentals | Best Books of the Month

The Economics of Distribution $24.37 prime

Sponsored

Books › Business & Money › Economics

Look inside

See this image

**Follow the Authors** See all

Andreas M. Antonopoulos — Follow

René Pickhardt — Follow

# Mastering the Lightning Network: A Second Layer Blockchain Protocol for Instant Bitcoin Payments 1st Edition

by Andreas Antonopoulos (Author), Olaoluwa Osuntokun (Author), René Pickhardt (Author)

88 ratings

See all formats and editions

| Kindle | Paperback |
|---|---|
| $37.99 | $26.99 - $39.99 |
| Read with Our Free App | 23 Used from $26.99<br>30 New from $32.18 |

The Lightning Network (LN) is a rapidly growing second-layer payment protocol that works on top of Bitcoin to provide near-instantaneous transactions between two parties. With this practical guide, authors Andreas M. Antonopoulos, Olaoluwa Osuntokun, and Rene Pickhardt explain how this advancement will enable the next level of scale for Bitcoin, increasing speed and privacy while reducing fees.

Ideal for developers, systems architects, investors, and entrepreneurs looking to gain a better understanding of LN, this book demonstrates why experts consider LN a critical solution to Bitcoin's scalability problem. You'll learn how LN has the potential to support far more transactions than today's financial networks.

This book examines:

- How the Lightning Network addresses the challenge of blockchain scaling
- The Basis of Lightning Technology (BOLT) standards documents
- The five layers of the Lightning Network Protocol Suite
- LN basics, including wallets, nodes, and how to operate one
- Lightning payment channels, onion routing, and gossip protocol
- Finding paths across payment channels to transport Bitcoin off-chain from sender to recipient

Read less

| ISBN-10 | ISBN-13 | Edition | Publisher |
|---|---|---|---|
| 1492054860 | 978-1492054863 | 1st | O'Reilly Media |

Good Money Revolution: How to Make More Money to Do More Good
182
$14.89 prime
Shop now

Sponsored

**Buy new:** $39.99

List Price: ~~$69.99~~ Details
Save: $30.00 (43%)

FREE Returns

FREE delivery **Sunday, March 5**

Or fastest delivery **Thursday, March 2.** Order within 10 hrs 39 mins

Select delivery location

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon.com |
| Sold by | Amazon.com |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Free Amazon product support included |

prime
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Add a gift receipt for easy returns

**Buy used:**
$26.99

Add to List

Have one to sell?
Sell on Amazon

**Other Sellers on Amazon**

$49.31 Add to Cart
+ $3.99 shipping
Sold by: SuperBookDeals-

$51.29 Add to Cart
+ $3.99 shipping
Sold by: allnewbooks

$59.68 Add to Cart
& FREE Shipping
Sold by: Book Depository US

amazon book clubs early access
Add to book club
Not in a club? Learn more

Sponsored

## Frequently bought together

Total price: $110.47
Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** Mastering the Lightning Network: A Second Layer Blockchain Protocol for Instant Bitcoin Payments by Andreas Antonopoulos Paperback $39.99
- Mastering Bitcoin: Programming the Open Blockchain by Andreas Antonopoulos Paperback $28.99
- Programming Bitcoin: Learn How to Program Bitcoin from Scratch by Jimmy Song Paperback $41.49

## Products related to this item

Page 1 of 80

Sponsored

Bitcoin Evangelism: Planting Seeds For The Decentralized Revolution
Brian E. De Mint
46
Paperback
$25.84 prime

Bitcoin: A Beginner's Guide
Benjamin Hart
3
Kindle Edition
$9.95

Bitcoin: A Beginner's Guide
Benjamin Hart
1
Paperback
$18.95 prime

The Bitcoin Standard: The Decentralized Alternative to Central Banking
Saifedean Ammous
5,890
Hardcover
$14.99 prime

Blockchain in Action
Bina Ramamurthy
15
Paperback
$44.99 prime

2/27/23, 1:21 PM    Mastering the Lightning Network: A Second Layer Blockchain Protocol for Instant Bitcoin Payments: Antonopoulos, Andreas, Osu…

Case 3:22-cv-07789-WHO   Document 36-2   Filed 02/27/23   Page 3 of 7

Customers who viewed this item also viewed

     

**Mastering Bitcoin: Programming the Open Blockchain**
Andreas Antonopoulos
★★★★½ 1,009
Paperback
$28.99
Get it as soon as **Sunday, Mar 5**
FREE Shipping on orders over $25 shipped by Amazon
Only 20 left in stock (more…

**Programming Bitcoin: Learn How to Program Bitcoin from Scratch**
› Jimmy Song
★★★★½ 157
Paperback
$41.49
Get it as soon as **Sunday, Mar 5**
FREE Shipping on orders over $25 shipped by Amazon

**Mastering Ethereum: Building Smart Contracts and DApps**
› Andreas M. Antonopoulos
★★★★½ 378
Paperback
$47.99
Get it as soon as **Sunday, Mar 5**
FREE Shipping on orders over $25 shipped by Amazon

**The Bitcoin Standard: The Decentralized Alternative to Central…**
› Saifedean Ammous
★★★★½ 5,890
Hardcover
$14.99
Get it as soon as **Sunday, Mar 5**
FREE Shipping on orders over $25 shipped by Amazon

**The Fiat Standard: The Debt Slavery Alternative to Human Civilization**
› Saifedean Ammous
★★★★★ 741
Hardcover
$28.49
Get it as soon as **Sunday, Mar 5**
FREE Shipping on orders over $25 shipped by Amazon

**Mastering Blockchain: Unlocking the Power of Cryptocurrencies, Sma…**
› Lorne Lantz
★★★★½ 138
Paperback
$33.49
Get it as soon as **Monday, Mar 6**
FREE Shipping on orders over $25 shipped by Amazon

## From the brand

### Cryptocurrency & Blockchain
Visit the Store

**Sharing the knowledge of experts**

O'Reilly's mission is to change the world by sharing the knowledge of innovators. For over 40 years, we've inspired companies and individuals to do new things (and do them better) by providing the skills and understanding that are necessary for success.

Our customers are hungry to build the innovations that propel the world forward. And we help them do just that.

## From the Publisher

The Lightning Network (LN) is a second layer peer-to-peer network that allows us to make Bitcoin payments "off-chain," meaning without committing them as transactions to the Bitcoin blockchain.

The Lightning Network gives us Bitcoin payments that are secure, cheap, fast, and much more private, even for very small payments.

Building on the idea of payment channels, first proposed by Bitcoin's inventor Satoshi Nakamoto, the Lightning Network is a routed network of payment channels where payments "hop" across a path of payment channels from the sender to the recipient.

The initial idea of the Lightning Network was proposed in 2015 in the groundbreaking paper "The Bitcoin Lightning Network: Scalable Off-Chain Instant Payments," by Joseph Poon and Thaddeus Dryja. By 2017, there was a "test" Lightning Network running on the internet, as different groups built compatible implementations and coordinated to set some interoperability standards. In 2018, the Lightning Network went "live" and payments started flowing.

In 2019, Andreas M. Antonopoulos, Olaoluwa Osuntokun, and René Pickhardt agreed to collaborate to write this book. It appears we have been successful!

**Intended Audience**

This book is mostly intended for technical readers with an understanding of the fundamentals of Bitcoin and other open blockchains.

2/27/23, 1:21 PM    Mastering the Lightning Network: A Second Layer Blockchain Protocol for Instant Bitcoin Payments: Antonopoulos, Andreas, Osu...

Case 3:22-cv-07789-WHO   Document 36-2   Filed 02/27/23   Page 4 of 7

## Editorial Reviews

**About the Author**

Andreas M. Antonopoulos is a best-selling author, speaker, educator, and highly sought after expert in Bitcoin and open blockchain technologies. He is known for making complex subjects easy to understand and highlighting both the positive and negative impacts these technologies can have on our global societies.

Andreas has written two more best-selling technical books for programmers with O'Reilly Media, Mastering Bitcoin and Mastering Ethereum. He has also published The Internet of Money series of books, which focus on the social, political, and economic importance and implications of these technologies. Andreas produces free educational content on his YouTube channel weekly, and teaches virtual workshops on his website. Learn more at aantonop.com

Olaoluwa Osuntokun is the co-founder and CTO of Lightning Labs, and also the lead developer of lnd, one of the main implementations of Lightning. He received his B.S and M.S in Computer Science from UCSB and was a member of the Forbes 30 Under 30 class of 2019. During his graduate studies he focused on the field of applied cryptography, specifically encrypted search. He has been an active Bitcoin developer for over 5 years, and is an author of several Bitcoin Improvement Proposals (BIP 157+158). These days, his primary focus lies in building, designing, and evolving private, scalable off-chain blockchain protocols, such as Lightning.

René Pickhardt is a trained mathematician and data science consultant who uses his statistical knowledge to do research with NTNU about pathfinding, privacy, reliability of payments and service level agreements of the Lightning Network. René maintains a technical and developer-oriented Youtube channel about the Lightning Network and has answered roughly half of the questions about the Lightning Network on Bitcoin Stackexchange making him the go-to point for almost all new developers who want to join the space. René has held numerous workshops about the Lightning network in public and private, including teaching students of the 2019 Chaincode Labs residency together with other core Lightning Developers.

## Product details

- **Publisher** : O'Reilly Media; 1st edition (January 4, 2022)
- **Language** : English
- **Paperback** : 464 pages
- **ISBN-10** : 1492054860
- **ISBN-13** : 978-1492054863
- **Item Weight** : 1.62 pounds
- **Dimensions** : 7 x 1 x 9.25 inches
- **Best Sellers Rank:** #95,461 in Books (See Top 100 in Books)
  - #13 in Computer Cryptography
  - #15 in Web Encryption
  - #60 in Digital Currencies
- **Customer Reviews:** ★★★★☆   88 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## About the authors

Follow authors to get new release updates, plus improved recommendations.



### Andreas M. Antonopoulos

Andreas M. Antonopoulos is an acclaimed author, speaker, educator, and one of the world's foremost bitcoin and open blockchain experts. Andreas makes complex subjects accessible and easy to understand. He is known for delivering electric talks that combine economics,

See more on the author's page ›

Follow



### René Pickhardt

Rene Pickhardt is researching the reliability of the payment process on the Lightning Network. Together with his co-authors he created an imbalance measure for Lightning nodes, proposed Just in Time Routing (JIT Routing), introduced Probabilistic payment delivery and

See more on the author's page ›

Follow



Follow



## Related products with free delivery on eligible orders

Sponsored ⓘ  |  Try Prime for unlimited fast, free shipping



**The Bitcoin Standard: The Decentralized Alternative to Central Banking**
Saifedean Ammous
★★★★½ 5,890
Hardcover
$14.99 ✓prime



**Open Source Intelligence Methods and Tools: A Practical Guide to Online Intelligence**
Nihad A. Hassan
★★★★½ 149
Paperback
$39.99 ✓prime



**The Basics of Bitcoins and Blockchains: An Introduction to Cryptocurrencies and…**
Antony Lewis
★★★★½ 2,234
Paperback
$12.99 ✓prime



**Bitcoin Evangelism: Planting Seeds For The Decentralized Revolution**
Brian E. De Mint
★★★★½ 46
Paperback
$25.84 ✓prime



**Productize: The Ultimate Guide to Turning Professional Services into Scalable Products**
Eisha Armstrong
Discover & avoid the pitfalls that B2B services-based organizations face when they embark on a strategy of creating more scalable products & services
★★★★½ 169
Paperback
$17.99 ✓prime



**Microservices with Go: Building scalable and reliable microservices with Go**
Alexander Shuiskov
Build, scale, and maintain microservices in Golang with ease.
★★★★★ 1
Paperback
$49.99 ✓prime



**Solutions Architect's Handbook: Kick-start your career as a solutions architect by …**
Saurabh Shrivastava
From design patterns to strategies for AWS cloud architecture creation, learn everything you need to become a successful solutions architect
★★★★½ 444
Paperback
$46.79 ✓prime

2/27/23, 1:21 PM                        Mastering the Lightning Network: A Second Layer Blockchain Protocol for Instant Bitcoin Payments: Antonopoulos, Andreas, Osu…

Case 3:22-cv-07789-WHO   Document 36-2   Filed 02/27/23   Page 5 of 7



The Money Mentor: A Tale of Finding Financial Freedom
$14.<sup>95</sup> ✓prime
Shop now

Sponsored ⓘ



**How would you rate your experience shopping for books on Amazon today?**   ✕

Very poor ———— Neutral ———— Great



## Customer reviews

★★★★★ 4.8 out of 5
88 global ratings

| | |
|---|---|
| 5 star | 89% |
| 4 star | 9% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 2% |

˅ How customer reviews and ratings work

Sponsored ⓘ

Top reviews ▼

**Top reviews from the United States**

Neeraj Badaya
★★★★★ **Another great book by Andreas!!**
Reviewed in the United States 🇺🇸 on March 2, 2022
**Verified Purchase**
I am Patreon and fan of Andreas !! Book is really informative and similar to earlier books of Mastering Bitcoin and Ethereum.
You can consider these books as reference books where you can always refer to understand basics of this complicated technology.
Great book Andreas and team !! Thanks for all your contribution to the community. Keep up the great work !!
One person found this helpful

Helpful  |  Report abuse

Brian Connelly
★★★★★ **Understandable by non-technical.**
Reviewed in the United States 🇺🇸 on May 9, 2022
**Verified Purchase**
Good balance between technical and practical
One person found this helpful

Helpful  |  Report abuse

Ryan
★★★★★ **Good as usual**
Reviewed in the United States 🇺🇸 on December 29, 2021
**Verified Purchase**
Antonopoulos has clear and thorough explanations throughout all of his books. I would recommend reading this one, Mastering Bitcoin and Mastering Ethereum to build a strong foundation in blockchain.
2 people found this helpful

Helpful  |  Report abuse

Galt137
★★★★★ **Serious about Bitcoin or not?**
Reviewed in the United States 🇺🇸 on January 15, 2022
**Verified Purchase**
Fantastic book. Anyone who is serious about Bitcoin needs to own it…simple as that.
4 people found this helpful

Helpful  |  Report abuse

Kyle Gamber
★★★★★ **Masterpiece**
Reviewed in the United States 🇺🇸 on December 21, 2021
Work of art on the lightning network
2 people found this helpful

Helpful  |  Report abuse

See all reviews ›

**Top reviews from other countries**

Translate all reviews to English

2/27/23, 1:21 PM  Mastering the Lightning Network: A Second Layer Blockchain Protocol for Instant Bitcoin Payments: Antonopoulos, Andreas, Osu…

Case 3:22-cv-07789-WHO   Document 26-2   Filed 02/27/23   Page 6 of 7

R. Weissmann

★★★★★ Auuuuussssfffüüüühhhrrlich

Reviewed in Germany 🇩🇪 on December 16, 2021

Verified Purchase

Ausführlich und gut verständlich geschrieben. Wird wohl die LN Bibel. Gut aufgebaut, mit einem Zoom-In Ansatz, d.h. von einfach zu schwer, so dass für jeden was dabei ist. Topp.

4 people found this helpful

Report abuse

Translate review to English

Jonas

★★★★★ Herausragendes Buch für breite Zielgruppe (Bitcoin Buch #1)

Reviewed in Germany 🇩🇪 on July 17, 2022

Verified Purchase

Mit großer Vorfreude habe ich das Lesen des Buches begonnen und das Buch innerhalb weniger Wochen quasi verschlungen. Das Buch hat mich wie ein Roman gefesselt. Inzwischen habe ich das Buch ein paar Mal gelesen.

Besonders begeistert hat mich, dass das Buch sowohl Grundlagen und Intuitionen beinhaltet - und somit ein breites Verständnis vermittelt -, aber eben auch technologische Deep Dive. Somit kann man sich je nach Präferenz ein breiteres Verständnis des Lightning Netzwerks oder aber auch ein sehr fundiertes Technologie-Wissen aneignen.

Aus meiner Sicht ein absolutes "Must-Read" für jeden Krypto-Fan und -kenner und das beste Buch, was es heute zu Krypto gibt.

2 people found this helpful

Report abuse

Translate review to English

Amazon Kunde

★☆☆☆☆ Fehlende Seiten

Reviewed in Germany 🇩🇪 on February 25, 2022

Verified Purchase

Inhalt ausgezeichnet für Entwickler. Allerdings Druck miserabel: Mängelexemplar mit Fehlenden Seiten.

One person found this helpful

Report abuse

Translate review to English

See all reviews ›

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | | Shop with Points | Amazon Prime |
| Press Center | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Become a Delivery Driver | Reload Your Balance | |
| Amazon Devices | Start a package delivery business | Amazon Currency Converter | Manage Your Content and Devices |
| Amazon Science | Advertise Your Products | | Your Recalls and Product Safety Alerts |
| | Self-Publish with Us | | Amazon Assistant |
| | Host an Amazon Hub | | Help |
| | › See More Ways to Make Money | | |

amazon
English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

