Exhibit A

# Taro Related Searches



taro blockchain - Google Search

Google

taro blockchain   ✕   🎤   📷   🔍

⚙️   ⦂⦂⦂   Sign in

🔍 All    📰 News    🖼 Images    ▶️ Videos    🛍 Shopping    ⋮ More      Tools        SafeSearch on

About 1,870,000 results (0.45 seconds)

https://river.com › learn › what-is-taro-in-bitcoin   ⋮

**What Is Taro in Bitcoin? | River Financial**

**Taro** (Taproot Asset Representation Overlay) is a proposed protocol that will allow people to issue digital assets on the **Bitcoin blockchain**.

What Is Taro? · How Does Taro Work? · How Taro Assets Will Be...

https://docs.lightning.engineering › the-lightning-network   ⋮

**Taro - Builder's Guide**

**Taro** is a new Taproot-powered protocol for issuing assets on the **bitcoin blockchain** that can be transferred over the Lightning Network for instant, ...

https://lightning.engineering › 2022-4-5-taro-launch   ⋮

**Announcing Taro: A New Protocol for Multi-Asset Bitcoin and ...**

Apr 5, 2022 — **Taro** enables **bitcoin** to serve as a protocol of value by allowing app developers to integrate assets alongside BTC in apps both on-chain and ...

https://github.com › lightninglabs › taro   ⋮

**lightninglabs/taro: A layer 1 daemon, for the Taro ... - GitHub**

The **Taro** Daemon tarod implements the **Taro** protocol for issuing assets on the **Bitcoin blockchain**. **Taro** leverages Taproot transactions to commit to newly created ...

## People also ask ⋮

What is Taro for Bitcoin?

What is Taro token?

How does Taro work?

How to invest in Taro?

                                 Feedback

https://bitcoinmagazine.com › Technical   ⋮

**Developers Can Now Issue Assets Like Stablecoins On Bitcoin**

Sep 28, 2022 — A **Taro** asset is issued through an on-chain **Bitcoin** transaction that includes the hash of (commits to) some metadata in a Taproot output. **Taro** ...

https://bitcoinmagazine.com › Technical   ⋮

**Addressing Realities Of Taro's Limitations - Bitcoin Magazine**

Oct 26, 2022 — To use **Taro** on the Lightning Network requires having a peer that understands the **Taro** protocol, and more importantly, owns the asset you wish to ...

## ▶️ Videos ⋮

**Lightning Labs Co-Founder on Taro Protocol, Future of Bitcoin ...**

16:26     CoinDesk
Apr 20, 2022

**Running Taro: Mint, Send, and Receive Taro Assets on the ...**

5:23     YouTube · Lightning Labs
Oct 18, 2022



 

https://www.linkedin.com › posts › gutgutia_what-is-taro-...    ⋮

### Abhishek Gutgutia - What Is Taro in Bitcoin? - LinkedIn
The **Taro** protocol, when adopted will allow digital assets to be issued on **Bitcoin**, the most secure and decentralized network on planet earth, at which time ...

https://www.binance.com › ... › Buy Taroverse    ⋮

### How to buy Taroverse (TARO) Guide - Binance
It will show you how to buy Taroverse by connecting your **crypto** wallet to a decentralized exchange (DEX) using your Binance account to buy the base currency. 1 ...

https://tv.bit2me.com › how-bitcoin-destroys-all-altcoin...    ⋮

### How Bitcoin Destroys All Altcoins (Taro) - Bit2Me TV
**Taro** will allow stablecoins, NFTs, wrapped altcoins, and other assets to be issued on the **Bitcoin blockchain**. And then moved incredibly quickly and cheaply over ...

https://www.tarot.to    ⋮

### Tarot
Tarot is a decentralized lending and leveraged yield protocol.

https://twitter.com › TAROVERSEcom    ⋮

### TAROVERSE | Season 18 LIVE Now - Twitter
Comment below #taroverse #playtoearn #cryptocurrency #NFTs #blockchain. 4. 13. TAROVERSE | Season 18 LIVE Now ... Learn more about the **Taro** universe!

https://podcasts.apple.com › podcast › read-617-annou...    ⋮

### Read_617 - Announcing Taro, Multi-Asset Bitcoin & Lightning ...
"**Taro** enables **bitcoin** to serve as a protocol of value by allowing app developers to integrate assets alongside BTC in apps both on-chain and over Lightning.

https://medium.com › coinmonks › taro-protocol-enabl...    ⋮

### Taro Protocol Enables Creation Of Digital Assets On Bitcoin
Sep 28, 2022 — A new development on **Bitcoin**, known as **Taro**, allows for issuing of digital assets on the **blockchain** that can be transferred over the ...

https://www.benzinga.com › markets › cryptocurrency    ⋮

### Faster Speeds To Lower Fees, How Bitcoin's Lightning ...
Jan 3, 2023 — **Taro** leverages the latest **Bitcoin** protocol upgrade, Taproot, to enable the issuance of practically any kind of asset on the **Bitcoin blockchain** ...

https://www.outlookindia.com › Outlook Spotlight    ⋮

### TARO Continues Pre-Sale Success As Experts Look To ...
Jan 2, 2023 — **TARO** is the native token that comes with the RobotEra project. It is an Ethereum-based utility token. This token will ensure interactions ...

https://www.hiro.so › blog › what-does-lightnings-taro-s...    ⋮

### What Does Lightning's Taro Proposal Mean for Stacks? - Hiro
May 13, 2022 — **Taro** is primarily concerned with the representation of assets on **Bitcoin**. Taken from the second line of Lightning Labs CTO Olaoluwa Osuntokun's ...

https://crypto.com › price › taroverse    ⋮

### Taroverse Price | TARO Price, USD converter, Charts
Max Supply. 2 B **TARO**. How does the market read about Taroverse today? **Crypto.com**. How do you feel about Taroverse today? Vote to see results.

https://cryptonews.com › News    ⋮

### This Metaverse Crypto Project Is Making Waves in the Gaming

    

https://cryptonews.com › News    ⋮

**Get Your Foot in the Door of the Metaverse With ... - Crypto News**

23 hours ago — **TARO**, an Ethereum **blockchain**-based ERC-20 utility coin, is used for all transactions and interactions within the RobotEra ecosystem.

https://www.newsbtc.com › news › bitcoin › lightning-s...    ⋮

**Lightning Speed! Taro Is Here! Lightning Labs Releases The ...**

But... what is **Taro** anyway? The blog post defines it as a "Taproot-powered protocol for issuing assets that can be transferred over **bitcoin** and in the future, ...

https://coinshares.com › research › taro-a-new-asset-issu...    ⋮

**Taro: A New Asset Issuance Protocol on Bitcoin - CoinShares**

Dec 16, 2022 — **Taro** does not require any changes in the **Bitcoin** or Lightning protocol rules. **Taro** software releases do not magically allow current **Bitcoin**/ ...

https://www.taroverse.com    ⋮

**TaroVerse | Play to Earn**

Earn passive income with **taro**. **TARO** makes it easy to make your **crypto** work for you. Stake your **TARO** to earn Passive income from today.

https://www.analyticsinsight.net › best-crypto-to-buy-n...    ⋮

**Best crypto to buy now: November with $TARO, $RIA, and more**

Nov 23, 2022 — Best **crypto** to buy now: November with $TARO, $RIA, and more · 1. RobotEra ($TARO) · 2. Calvaria ($RIA) · 3. IMPT (IMPT) · 4. Dash 2 Trade (D2T) · 5.

https://www.amt-law.com › professionals › profile    ▾

**Taro Awataguchi | Anderson Mori & Tomotsune**

He also has been repeatedly appointed by the Tokyo District Court as the trustee in bankruptcy, including a notable **bitcoin**-related case. **Taro** has extensive ...

https://bitcoinist.com › taro-send-any-asset-through-ligh...    ▾

**Taro, Issue & Send Any Asset Through Bitcoin's Lightning ...**

Apr 5, 2022 — The **Taro** protocol is the first big announcement to come out of the **Bitcoin** 2022 conference. With "bitcoinizing the dollar" as its target and ...

https://cryptoadventure.com › Bitcoin    ▾

**What is Taro? Trading Assets and Currencies on Bitcoin**

Aug 27, 2022 — Lightning Labs announced **Taro** — short for "Taproot Asset Representation Overlay" — in April 2022 as a protocol for asset issuance on **Bitcoin**. It ...

https://youngplatform.com › Home › Blog › News    ▾

**Bitcoin: stablecoins are coming with Taro. What is it for?**

Oct 7, 2022 — Stablecoins are arriving on **Bitcoin** thanks to the **Taro** protocol. What is it and how does it improve BTC's **blockchain**?

https://cryptopotato.com › Crypto News    ▾

**Lightning Labs Aims to Bitcoinize the Dollar With Taro's Alpha ...**

Sep 29, 2022 — Lightning Labs, the firm behind the Lightning Network, announced the release of the alpha release of the **Taro** daemon that will enable **Bitcoin** ...

https://www.theblock.co › post › lightning-labs-releases-in...

**Lightning Labs releases initial Taro protocol code - The Block**

Sep 28, 2022 — The company first launched **Taro**, a Taproot-powered protocol, in April. Taproot is an update to **Bitcoin's** code that was implemented last year.



Apr 6, 2022 — **Bitcoin's** Taproot upgrade, which went live back in November 2021, is what made the **Taro** protocol technically possible. Taro—whose name was ...

https://www.cnbc.com › 2022/04/05 › bitcoin-powers-a-f...

**Bitcoin powers a fast new way to send U.S. dollars around the ...**

Apr 5, 2022 — **Blockchain** start-up Lightning Labs announced Tuesday that it is launching the **Taro** protocol, a technology that will route fiat-pegged ...

https://coincodex.com › crypto › robotera ▾

**RobotEra (TARO) Price, Chart, Value & Market Cap | CoinCodex**

CoinCodex is a **cryptocurrency** data website that tracks 23235 cryptocurrencies trading on 418 exchanges and provides live **crypto** prices. © 2023 CoinCodex. All ...

https://www.ekosys.org ▾

**The Bitcoin Ekosys**

The Lightning Network. Taro. Description: **Taro** leverages Taproot to enable the issuance and exchange of Layer 2 assets. Learn More: ...

https://mirror.xyz › xuanling11.eth ▾

**Bitcoin's Taro has a scalability doubt — xuanling11 - Mirror.xyz**

**Bitcoin** has to design a new channel to communicate with its **blockchain**. Taro or Taproot Asset Presentation Overlay gives a high-speed channel to transact ...

https://www.cryptoglobe.com › latest › 2022/04 › light... ▾

**Lightning Labs Explains How Their Taro Protocol Will ...**

Apr 10, 2022 — "**Taro** helps **bitcoin** in numerous ways, including onboarding people to **bitcoin** through fiat where they can easily swap between assets. This is ...

https://finance.yahoo.com › quote › TARO-USD

**Taroverse USD (TARO-USD) Price, Value, News & History**

Find the latest Taroverse USD (**TARO**-USD) price quote, history, news and other vital information to help you with your **cryptocurrency** trading and investing.

https://en.cryptonomist.ch › 2022/09/29 › stablecoins-is... ▾

**Stablecoins can now be issued on the Bitcoin network**

Sep 29, 2022 — **Taro** is a protocol based on Taproot, an update to the **blockchain** network introduced in April that allows those who own **Bitcoin** or transact ...

https://cryptototem.com › Projects ▾

**RobotEra (TARO): Ratings & Details | CryptoTotem**

Feb 12, 2023 — Check out RobotEra (**TARO**). ... **Blockchain** Platform: Ethereum ... #**crypto** community and join the #RobotEra Army Grab some $TARO now and join ...

Rating: 5 · 1 result

https://washingtoncitypaper.com › Archives ▾

**5 Reasons TARO will provide 25x more gains than ...**

Nov 21, 2022 — Dash 2 Trade is a new decentralized **crypto** trading platform built on the Ethereum **blockchain**. With the Dash 2 Trade platform, users can decide ...

https://www.forbes.com › rogerhuang › 2022/12/23 › li... ▾

**Lightning Network Empowers Bitcoin To Become The ... - Forbes**

Dec 23, 2022 — **Taro** allows for the transfer of different assets across Lightning. This allows for people to use the Lightning Network, for example, to transfer ...

https://thechainsaw.com › Finance › Bitcoin ▾

**Bitcoin's New Taro Upgrade Will Bring DeFi to ... - The Chainsaw**

5

taro blockchain - Google Search

Google

https://cryptooffering.com › lightning-labs-stablec...

### Lightning Labs Plans Stablecoin Protocol on Bitcoin

Apr 5, 2022 — **Taro** is built on Lightning Network, a Layer 2 protocol that enables high-speed transactions on the **Bitcoin blockchain** by opening payment ...

https://www.hashdex.com.br › research-center › insights  ▾

### Taro's testing rounds start: The beginning of a new era of ...

Sep 29, 2022 — **Taro's** testing rounds start: The beginning of a new era of assets on **Bitcoin**. by Lucas Santana, Research Analyst. 3 min read.

https://robotera.io  ▾

### RobotEra-A web 3.0 Metaverse for the NFT community to ...

Build the world of **Taro** your way. ... The $**TARO** token will power the whole RobotEra metaverse from development to the ... **Blockchain** Ethereum: ERC20: ERC20

https://biz.crast.net › the-biggest-crypto-gainers-today-f...  ▾

### The Biggest Crypto Gainers Today February 20 - CFX, STX ...

4 days ago — The Biggest **Crypto** Gainers Today February 20 – CFX, STX, FGHT, CCHG, **TARO** – InsideBitcoins.com · Conflux Network (CFX) · Blockstack (STX) · Fight ...

https://www.nobsbitcoin.com › taro-code-initial-release  ▾

### Initial Code Release for Taro Protocol - No Bullshit Bitcoin

Sep 28, 2022 — Initial Code Release for **Taro** Protocol: Building the (Tap)Root of the World's Financial Network with **Bitcoin**. A Taproot-powered protocol for ...

https://www.eventbrite.com › ... › #web3event  ▾

### Community & Ownership in the web3 world, John S. Couch ...

Oct 29, 2022 — Eventbrite - Global Stage Hollywood presents Community & Ownership in the web3 world, John S. Couch, **Taro** Koki, guests - Saturday, ...

https://bitcointalk.org › ...  ▾

### Altcoins and NFTs on Bitcoin blockchain and Lightning ...

6 posts · 3 authors

**Taro** Protocol was recently released to **Bitcoin** Testnet. This protocol will allow for alt-coins on BTC **blockchain** as well as Lightning.

https://bitcoin.nl › artikel › taro-een-...  ▾  Translate this page

### Taro: een protocol voor stablecoins en NFTs op Bitcoin en ...

Apr 12, 2022 — **Taro**, of Taproot Asset Representation Overlay, moet een protocol worden voor digitale bezittingen - tokens - op de **Bitcoin blockchain**, die óók ...

https://www.reddit.com › lightningnetwork › comments  ▾

### Newbie question about Taro : r/lightningnetwork - Reddit

Apr 7, 2022 — One tweet I saw was saying that this will be the new line in the sand for **Bitcoin** network maximalists and **Bitcoin** asset maximalists, which I ...

https://www.dcforecasts.com › bitcoin-news › taproot-ta...  ▾

### Taproot Taro Protocol Will Bring Low-Fee Stablecoins To Bitcoin

Apr 6, 2022 — The co-founder of Lightning Labs Elizabeth Stark announced that **Taro** aims to bring assets like stable coins to the **Bitcoin blockchain**.

https://www.business2community.com › cryptocurrency  ▾

### Next Cryptocurrency to Explode in 2023

Currently on the first round of presale, **TARO** will explode in value by 60% by the end of the final presale round. In 2022, **crypto** VC investments into **blockchain** ...

Chain: Ethereum          Presale Started: 14 December

6

                                                            Sign in

Ticker: **TARO**; Token type: ERC20; ICO Token Price: 1 **TARO** = 0.018 USD; Fundraising Goal:
40,000,000 Token ... **Blockchain** Monster Hunt Polkastarter.

More results   ⌄

**10603, White Plains, NY** - From your IP address - Update location

Help      Send feedback      Privacy      Terms

Google          taro protocol

All    Videos    Images    News    Shopping    More          Tools          SafeSearch on

About 3,240,000 results (0.44 seconds)

https://lightning.engineering › 2022-4-5-taro-launch

**Announcing Taro: A New Protocol for Multi-Asset Bitcoin and ...**
Apr 5, 2022 — **Taro** enables bitcoin to serve as a **protocol** of value by allowing app developers to integrate assets alongside BTC in apps both on-chain and over ...

https://docs.lightning.engineering › the-lightning-network

**Taro - Builder's Guide**
**Taro** is a new Taproot-powered **protocol** for issuing assets on the bitcoin blockchain that can be transferred over the Lightning Network for instant, ...

https://river.com › learn › what-is-taro-in-bitcoin

**What Is Taro in Bitcoin? | River Financial**
**Taro** (Taproot Asset Representation Overlay) is a proposed **protocol** that will allow people to issue digital assets on the Bitcoin blockchain. These digital ...
What Is Taro? · How Does Taro Work? · How Taro Assets Will Be...

**People also ask**

What is the Taro protocol?

What is Taproot-powered protocol?

What are Stablecoins on Taro?

How to invest in Taro?

Feedback

https://github.com › lightninglabs › taro

**lightninglabs/taro: A layer 1 daemon, for the Taro ... - GitHub**
The Taro Daemon tarod implements the **Taro protocol** for issuing assets on the Bitcoin blockchain. Taro leverages Taproot transactions to commit to newly created ...

https://bitcoinmagazine.com › Technical

**Addressing Realities Of Taro's Limitations - Bitcoin Magazine**
Oct 26, 2022 — To use Taro on the Lightning Network requires having a peer that understands the **Taro protocol**, and more importantly, owns the asset you ...

https://bitcoinmagazine.com › Technical

**How Taro Brings Assets To Bitcoin Through Taproot And ...**
Apr 5, 2022 — **Taro** represents assets with nested MS-SMTs, one for each asset ID or asset type. The **protocol** enables those trees to be layered on top of each ...

https://blockforcecapital.com › Insights

**Overview of the Taro Network - Blockforce Capital**
Oct 5, 2022 — **Taro** is a new **protocol** made possible by the Taproot upgrade that allows developers to issue assets other than BTC on the Bitcoin blockchain.

https://medium.com › coinmonks › taro-protocol-enabl...

**Taro Protocol Enables Creation Of Digital Assets On Bitcoin**
Sep 28, 2022 — A new development on Bitcoin, known as Taro, allows for issuing of digital assets on the blockchain that can be transferred over the ...



Google                                                                    ✕  🎤  📷  🔍                    ⚙  ⠿    Sign in

16:26          Lightning Labs Co-Founder on Taro Protocol, Future of Bitcoin ...
               CoinDesk
               Apr 20, 2022

7:31           Taro: A New Protocol for Multi-Asset Bitcoin and Lightning
               YouTube · Lightning Labs
               May 11, 2022

8:27           Lightning Labs Co-Founder on Taro Protocol, Future of Bitcoin ...
               YouTube · CoinDesk
               Apr 22, 2022

               📷  10 key moments in this video          ⌄

                                                                        Feedback

                              View all  →

Related searches  ⋮

        taro protocol **token**                          taro **bitcoin**

        taro **stablecoin**                              taro protocol **price**

        taro **lightning network**                       taro **lightning github**

        taro **github**                                  **buy** taro **crypto**

https://www.theblock.co › post › lightning-labs-releases-in... ⋮
## Lightning Labs releases initial Taro protocol code - The Block
Sep 28, 2022 — The company first launched **Taro**, a Taproot-powered **protocol**, in April. Taproot is an update to Bitcoin's code that was implemented last year.

https://www.youtube.com › watch  ⋮
## BTC109: Bitcoin Taro, GBTC Discount, & More w - YouTube

                              BTC109: Bitcoin Taro, GBTC Discount, & More w/ Pierre Rochard
                              ... thoughts on the **Taro protocol** from Lightning Labs 00:30:04 -...
                              YouTube · Preston Pysh · Dec 21, 2022
1:13:45
               📷  11 key moments in this video          ⌄

https://www.newsbtc.com › news › bitcoin › lightning-s... ⋮
## Lightning Speed: Taro Is Here! Lightning Labs Releases The ...
But... what is **Taro** anyway? The blog post defines it as a "Taproot-powered **protocol** for issuing assets that can be transferred over bitcoin and in the future ...

https://www.cryptoglobe.com › latest › 2022/04 › light... ⋮
## Lightning Labs Explains How Their Taro Protocol Will ...
Apr 10, 2022 — Earlier this week, Ryan Gentry, Business Development Lead at Lightning Labs, announced "**Taro**, a new Taproot-powered **protocol** for issuing ...

https://www.bitcoinlightning.com › taro-protocol-progr... ⋮
## Taro Protocol Programmable Lightning Network Assets
Jan 21, 2023 — The **Taro protocol** enables developers to create digital assets using Bitcoin to underpin the security and transparency of their digital ...

 taro protocol - Google Search   

 Sign in

Dec 16, 2022 — Taro: A New Asset Issuance **Protocol** on Bitcoin. Layer 1Smart ContractsPayments. 01Key Takeaways chevron 02Introduction chevron ...

https://web3.hashnode.com › what-does-taro-mean-for-...

### What does Taro Mean for Bitcoin DeFi? - Hashnode Web3

Dec 28, 2022 — fA consideration of DeFi in recent times has centered on a hive of **protocol** development relative to Ethereum and other altcoins.

https://www.litebit.eu › education › taproot-asset-repres...

### Taproot Asset Representation Overlay explained - LiteBit

**TARO** is a brand-new invention that was brought to life by Lightning Labs and just ... It is a **protocol** that runs on top of Bitcoin and offers almost instant ...

🖼 Images for taro protocol

merkle tree     🔵 lightning network     🔵 stablecoin     🔴 cryptocurrency     ⌄



View all →

Feedback

https://www.fxstreet.com › cryptocurrencies › news › bi...

### Bitcoin set to reclaim $20,000 as Lightning Lab releases Taro ...

Sep 28, 2022 — The **Taro protocol** from Lightning Labs has been created to become the world's financial network for Bitcoin transactions and transfers.

https://www.linkedin.com › posts › gutgutia_what-is-taro-...

### Abhishek Gutgutia - What Is Taro in Bitcoin? - LinkedIn

The **Taro protocol**, when adopted will allow digital assets to be issued on Bitcoin, the most secure and decentralized network on planet earth, at which time ...

https://twitter.com › lightning › status

### Lightning Labs⚡ on Twitter: "Today we're excited to ...

Sep 28, 2022 — Today we're excited to announce the initial code for **Taro** , a new **protocol** to issue and transfer assets on #bitcoin and Lightning .

https://cryptopotato.com › Crypto News

### Lightning Labs Aims to Bitcoinize the Dollar With Taro's Alpha ...

Sep 29, 2022 — **Taro**, the Taproot-powered **protocol**, was first unveiled by the firm in April to issue a high volume of assets that can be transferred over ...

https://youngplatform.com › Home › Blog › News

### Bitcoin: stablecoins are coming with Taro. What is it for?

Oct 7, 2022 — Stablecoins are arriving on Bitcoin thanks to the **Taro protocol**. What is it and how does it improve BTC's blockchain?

https://www.cryptoknowmics.com › news › lightning-la...

### Lightning Labs Announces New Taproot-Powered Protocol Taro

Lightning Labs has announced a new **protocol** called **Taro** that will make stablecoin transactions on the Bitcoin network possible.

Rating: 4.6 · 3,152 reviews

   

| | ✕ | 🎤 | 📷 | 🔍 |

⚙  ⠿     Sign in

Get the latest Taroverse price, **TARO** market cap, trading pairs, charts and data today from the world's number one cryptocurrency price-tracking website.
$0.00

https://tv.bit2me.com › how-bitcoin-destroys-all-altcoin...  ⋮

### How Bitcoin Destroys All Altcoins (Taro) - Bit2Me TV

How Bitcoin Destroys All Altcoins (Taro) · Bitcoin Labs Co-Founder on **Taro Protocol**, Future of Bitcoin Lightning Network · Distributed Systems | Distributed ...

https://www.binance.com › Home › Top News  ⋮

### Developers Can Now Mint, Send, and Receive Assets on ...

Sep 28, 2022 — On Wednesday, September 28, the Bitcoin Lightning Network came up with a major development with the alpha release of the **Taro** daemon **protocol**.

https://www.coinbase.com › price › taroverse  ⋮

### Taroverse (TARO) Price, Charts, and News - Coinbase

February 23, 2023 - The current price of Taroverse is $0.000325 per (**TARO** / USD). Taroverse is 99.53% below the all time high of $0.0684.

https://www.tarot.to  ⋮

### Tarot

Tarot is a decentralized lending and leveraged yield **protocol**.

https://www.hiro.so › blog › what-does-lightnings-taro-...  ▾

### What Does Lightning's Taro Proposal Mean for Stacks? - Hiro

May 13, 2022 — **Taro** is primarily concerned with the representation of assets on Bitcoin. Taken from the second line of Lightning Labs CTO Olaoluwa Osuntokun's ...

https://coinmarketcal.com › news › lightning-labs-releas...  ▾

### Lightning Labs releases initial Taro protocol code

Sep 28, 2022 — Lightning Labs announced the initial code for its new **Taro protocol**, which will allow users to issue and transfer assets on the bitcoin ...

https://news.ycombinator.com › item  ▾

### Taro: A New Protocol for Multi-Asset Bitcoin and Lightning

This opens the door to many use cases for secure, privacy focused, and scaled asset transfers leveraging taproot, lightning network, and the existing ...

https://coingape.com › tag › taro-protocol  ▾

### Latest News, Videos and Photos on Taro protocol - Coingape

**Taro protocol** : Get the latest updates news on **Taro protocol** updates, breaking news, & stories. Explore **Taro protocol** photos and videos on CoinGape.

https://coingeek.com › Tech  ▾

### Taro and Taproot—just empty carbs - CoinGeek

Apr 12, 2022 — Taproot is just the fancy name for the agreed method in which this transactional Merkle tree is implemented on the transaction, and **Taro** is the ...

https://en.cryptonomist.ch › 2022/09/29 › stablecoins-is...  ▾

### Stablecoins can now be issued on the Bitcoin network

Sep 29, 2022 — **Taro** is a **protocol** based on Taproot, an update to the blockchain network introduced in April that allows those who own Bitcoin or transact with ...

https://decrypt.co › bitcoin-lightning-labs-raises-70-mill...  ▾

### Bitcoin's Lightning Labs Raises $70 Million, Announces Taro ...

Google

https://cryptoofferering.com › lightning-labs-stablec... ▼

### Lightning Labs Plans Stablecoin Protocol on Bitcoin

Apr 5, 2022 — **Taro** is built on Lightning Network, a Layer 2 **protocol** that enables high-speed transactions on the Bitcoin blockchain by opening payment ...

https://www.reddit.com › lightningnetwork › comments ▼

### Wallet + Faucets for Taro protocol on Lightning Testnet - Reddit

Jan 29, 2023 — **Taro protocol** enabling altcoins and NFTs on Bitcoin blockchain was recently released on Testnet. I have developed a web wallet for Taro ...

https://www.nobsbitcoin.com › taro-code-initial-release ▼

### Initial Code Release for Taro Protocol - No Bullshit Bitcoin

Sep 28, 2022 — Initial Code Release for **Taro Protocol**: Building the (Tap)Root of the World's Financial Network with Bitcoin. A Taproot-powered **protocol** for ...

https://podcasts.apple.com › podcast › read-617-annou... ▼

### Read_617 - Announcing Taro, Multi-Asset Bitcoin & Lightning ...

"**Taro** enables bitcoin to serve as a **protocol** of value by allowing app developers to integrate assets alongside BTC in apps both on-chain and over Lightning.

https://discover.luno.com › Industry News ▼

### Taro protocol by Lightning Labs will "Bitcoinise the Dollar"

Apr 7, 2022 — **Taro** is named after the **taro** root and is a reference to the Taproot upgrade that was activated on the Bitcoin network in November last year. The ...

https://www.semanticscholar.org › paper › A-Simple-and-... ▼

### [PDF] A Simple and Efficient Protocol for Rapid Regeneration ...

An efficient and simple **protocol** was developed for the in vitro regeneration and propagation of **taro** (Colocasia esculenta) cv. 'Muktakeshi'.

https://sites.utexas.edu › submitting-finding-aids-now ▼

### Using Archives Space | TARO Today

Export EAD; rename the file according to **TARO protocol**; upload to TARO; review the online finding aid once it is processed by TARO.

https://cryptoslate.com › Blog ▼

### Lightning Labs release new update to allow assets to be sent ...

Sep 29, 2022 — Lightning Labs released the initial code for **Taro protocol** that will allow developers to send, and receive assets on the Bitcoin blockchain.

https://cointelegraph.com › news ▼

### Visa should be 'scared:' Lightning Labs raises $70M to add ...

Apr 6, 2022 — The firm has built a new **protocol** called **Taro** that enables stablecoins to be sent and received on the Bitcoin Lightning Network.

https://lightninglabs.substack.com › to-bitcoin-and-beyon... ▼

### To Bitcoin and Beyond: How Taro Expands the Lightning ...

Oct 6, 2022 — Once the on-chain functionality is complete, we'll work towards integrating the **Taro protocol** into lnd, bringing Taro assets to the Lightning ...

https://thebitcoinmanual.com › Articles ▼

### Lightning Labs Adds Multi-Asset Support To LND With Taro

Apr 6, 2022 — **Taro** is a new Taproot-powered **protocol** for issuing assets on the bitcoin blockchain with the intent of transferring them via the Lightning ...

    

Apr 6, 2022 — Taro, which will be supported by the layer-2 protocol Lightning, aims to combine the security and stability of the Bitcoin network with the ...

https://www.bitcoininsider.org › article › lightning-labs-... ▾

### Lightning Labs launches Taro's alpha version ... - Bitcoin Insider

Oct 2, 2022 — The company initially launched Taro, the Taproot-powered protocol, in April to issue a large number of assets that can be transferred instantly ...

https://stacker.news › items ▾

### Ask SN: Is Taro a copy&paste of RGB protocol? \ stacker news

RGB developers have said a couple of words about Taro, the new protocol from Lighting Labs, plagiarizing the RGB protocol without giving them any credit.

https://www.cnbc.com › 2022/04/05 › bitcoin-powers-a-f...

### Bitcoin powers a fast new way to send U.S. dollars around the ...

Apr 5, 2022 — Blockchain start-up Lightning Labs announced Tuesday that it is launching the Taro protocol, a technology that will route fiat-pegged ...

https://cryptoadventure.com › Bitcoin ▾

### What is Taro? Trading Assets and Currencies on Bitcoin

Aug 27, 2022 — Lightning Labs announced Taro – short for "Taproot Asset Representation Overlay" – in April 2022 as a protocol for asset issuance on Bitcoin ...

https://www.sushitaro.com › location › sushi-taro ▾

### Hours + Location - Sushi Taro

Sushi Taro, in Washington DC, offers an exceptional experience in fine Japanese ... the best experience but still following safety regulations and protocol, ...

https://sports.yahoo.com › lightning-labs-co-founder-ta... ▾

### Lightning Labs Co-Founder on Taro Protocol, Future of Bitcoin ...

Apr 20, 2022 — ... "roasbeef," shares insights into the Lightning Network's latest Taproot-powered "Taro" protocol aiming to bring stablecoins to Bitcoin.

https://techcrunch.com › 2022/10/26 › asset-manageme... ▾

### Asset management firm Stone Ridge launches Bitcoin ...

Oct 26, 2022 — Startup accelerator program Wolf aims to scale the Bitcoin-focused Lightning Network and Taro protocol.

https://bio-protocol.org › userhome

### Taro Mannen Institute for Genetic Medicine, Hokkaido ...

Bio-protocol is an online peer-reviewed protocol journal. Its mission is to make life science research more efficient and reproducible by curating and ...

https://news.coincu.com › Blockchain ▾

### Lightning Labs Publishes The First Taro Protocol Code

Sep 28, 2022 — Lightning Labs announced the initial code for its new Taro protocol, which will allow users to issue and transfer assets on the bitcoin ...

https://www.pinterest.com › Explore › Food And Drink ▾

### Crispy Crunchy Sea Salt & Rosemary Taro Root Rounds (AIP ...

For over a year now, carbohydrates have certainly not been my friend, and while doing the PK Protocol (which is ketogenic in nature), I eliminated all forms ...

https://pubmed.ncbi.nlm.nih.gov › ...

### Cryopreservation of invitro-grown shoot tips of taro (Colocasia ...

13

taro protocol - Google Search

Google   

Sign in

https://www.theinvestorspodcast.com › bitcoin-taro-gbtc-d...

**Bitcoin Taro, GBTC Discount, & More w/ Pierre & Morgen ...**

Dec 21, 2022 — Pierre's thoughts on the **Taro protocol** from Lightning Labs. Why moving stable coins onto the Bitcoin Lightning Network might not be the best ...

https://lists.linuxfoundation.org › pipermail › 2022-April ▾

**[bitcoin-dev] Taro: A Taproot Asset Representation Overlay**

Apr 5, 2022 — Hi y'all, I'm excited to publicly publish a new **protocol** I've been working on over the past few months: **Taro**. **Taro** is a Taproot Asset ...

https://keisenassociates.com › taro-yaguchi ▾

**Taro Yaguchi - Keisen Associates**

Trademarks (Madrid **Protocol** etc.) Industrial Designs · Litigation · Searches and Opinions · Technology Scouting & Transfer · PCT National Entry To Japan ...

https://bitcoinist.com › taro-send-any-asset-through-ligh... ▾

**Taro, Issue & Send Any Asset Through Bitcoin's Lightning ...**

Apr 5, 2022 — The **Taro protocol** is the first big announcement to come out of the Bitcoin 2022 conference. With "bitcoinizing the dollar" as its target and ...

https://crypto.news › Bitcoin ▾

**The Lightning Network Unveils the Taro Alpha Daemon for ...**

Sep 29, 2022 — The Lightning Network has announced the alpha release of **Taro** daemon, a new implementation to the Taproot-powered **protocol**, **Taro**, ...

https://www.hashdex.com.br › research-center › insights ▾

**Taro's testing rounds start: The beginning of a new era of ...**

Sep 29, 2022 — **Taro** was initially announced in April this year, promising a new **protocol** for multi-asset Bitcoin and Lightning, which uses the new tree ...

https://www.smartblocks.agency › blog › stablecoins-ov... ▾

**Stablecoins over Bitcoin's Lightning Network. Redundant or ...**

"**Taro** enables bitcoin to serve as a **protocol** of value by allowing app developers to integrate assets alongside BTC in apps both on-chain and over Lightning.

https://lqwdfintech.com › Blog ▾

**Taro- The Best of Both Worlds | LQwD Fintech Corp**

Apr 26, 2022 — But this April, Lightning Labs made a proposal to change that by offering **Taro**, a virtual machine **protocol** where users can deposit any kind ...

https://voltage.cloud › Blog ▾

**What are the differences between LND and CLN? - Voltage**

Nov 30, 2022 — Back in April of 2022, Lightning Labs announced **Taro**: a taproot-powered **protocol** for issuing assets on the bitcoin blockchain that can be ...

https://www.ekosys.org ▾

**The Bitcoin Ekosys**

The Open Source Map of The Bitcoin **Protocol** Ecosystem ... Description: **Taro** leverages Taproot to enable the issuance and exchange of Layer 2 assets.

More results ⌄



**10603, White Plains, NY -** From your IP address - Update location

Help     Send feedback     Privacy     Terms





Google   [ lightning labs - Google Search ]   ✕  🎤  📷  🔍                        ⚙  ⋮⋮⋮   Sign in

8:27   **Lightning Labs Co-Founder on Taro Protocol, Future of Bitcoin ...**
YouTube · CoinDesk
Apr 22, 2022
🖼   10 key moments in this video   ⌄

16:26   **Lightning Labs Co-Founder on Taro Protocol, Future of Bitcoin ...**
CoinDesk
Apr 20, 2022

7:19   **Lightning Labs Aims to Make Bitcoin Transfers Faster, Cheaper**
YouTube · Bloomberg Technology
Apr 7, 2022
🖼   8 key moments in this video   ⌄

                                                             Feedback

                          View all  →


https://www.youtube.com › channel   ⋮
**Lightning Labs - YouTube**
The **Lightning Labs** channel is the place to find tutorials, interviews, and demos on Lightning
Network functionality and tools. **Lightning Labs** develops ...

https://www.coindesk.com › tag › lightning-labs   ⋮
**Lightning Labs - CoinDesk**
**Lightning Labs** Releases Software to Allow Bitcoin Developers to Mint and Transfer Assets on
the Blockchain ... The alpha version of Taro will make it possible to ...

**Related searches**   ⋮

lightning labs **stock**                     lightning labs **crunchbase**

lightning labs **token**                     lightning labs **taro**

lightning labs **crypto**                    lightning labs **funding**

lightning labs **kubernetes**                lightning labs **github**


https://github.com › lightninglabs   ⋮
**Lightning Labs - GitHub**
**Lightning Labs** has 35 repositories available. Follow their code on GitHub. ... Lightning Terminal:
Your Home for Lightning Liquidity. Go 362 55.

https://cryptoslate.com › Companies   ⋮
**Lightning Labs | CryptoSlate**
**Lightning Labs** is developing Lightning: an open protocol layer that leverages the power of
blockchains and smart contracts to make cheap, fast, ...

https://bitcoinmagazine.com › tags › lightning-labs   ⋮
**Lightning Labs - Bitcoin Magazine**
**Lightning Labs** · Payments - Hyperloop: A New Concept by Lightning Aiming to Solve Liquidity
Problems · Bitcoin Magazine Podcast Template · Bitcoin Magazine Podcast ...

Google

Sign in

**Lightning Labs** is building the rails to efficiently facilitate the near-instant transfer of bitcoin and stablecoins.

https://www.forbes.com › ninabambysheva › 2022/04/05

**Elizabeth Stark's Lightning Labs Raises $70 Million ... - Forbes**

Apr 5, 2022 — Bitcoin developer **Lightning Labs** raised $70 million from early investors in Tesla and SpaceX to help turn the first major blockchain into a ...

https://www.cbinsights.com › company › lightning-labs

**Lightning Labs - CB Insights**

**Lightning Labs** is developing an open protocol layer that leverages the power of blockchains and smart contracts to make cheap, fast, private transactions ...

https://app.dealroom.co › companies › lightning_labs

**Lightning Labs company information, funding & investors**

**Lightning Labs,** is building the next generation of decentralized, resilient financial infrastructure. Here you'll find information about their funding, ...

https://pitchbook.com › profiles › company

**Lightning Labs Company Profile: Valuation & Investors**

**Lightning Labs** General Information ... Developer of a payment platform designed to offer fast and private transactions available to anyone around the world. The ...

https://cryptocurrencyjobs.co › startups › lightning-labs

**Jobs at Lightning Labs**

Blockchain jobs at **Lightning Labs**. Remote Lightning Infrastructure Engineer. Remote People and Business Operations. Remote Marketing Lead.

https://lightninglabs.substack.com

**The Lightning Lab | Lightning Labs⚡ | Substack**

Lightning Network updates, community coverage, and, of course, memes! Click to read The **Lightning Lab,** by **Lightning Labs**⚡, a Substack publication with ...

Ad · https://www.lightninglabsmfg.com/

**Lightning Labs - www.lightninglabsmfg.com**

Need your supplements made fast? Supplements in days, not weeks or months. Free consultation and catalogue available. Lowest minimum quantities. All Ingredients in Stock.

Contact Us Lightning Labs · Supplement Manufacturing · Drop Shipping

https://www.linkedin.com › olaoluwaosuntokun

**Olaoluwa Osuntokun - CTO - Lightning Labs - LinkedIn**

CTO and Co-Founder @ **Lightning Labs** We are developing Lightning: an open protocol layer that leverages the power of blockchains and smart contracts to make ...

https://www.zoominfo.com › lightning-labs

**Lightning Labs - Overview, News & Competitors | ZoomInfo.com**

View **Lightning Labs** (lightning.engineering) location in California, United States , revenue, industry and description. Find related and similar companies as ...

https://paganresearch.io › details › lightning-labs

**Lightning Labs**

**Lightning Labs** is developing Lightning: an open protocol layer that leverages the power of blockchains and smart contracts to make cheap, fast, private ...

   

What is it really like to work at **Lightning Labs**? Join the community to connect with real employees and see what other professionals are saying about their ...

Rating: 5 · 1 vote

https://www.valorep.com › lightning-labs-company-pro...

### Lightning Labs - Company Profile - Valor Equity Partners

Meet **Lightning Labs**. ... Opportunity: Serves as the primary provider of developer tools & node infrastructure for the Lightning Network, an open-source, ...

https://golden.com › wiki › Lightning_Labs-5K9GEZR

### Lightning Labs - Wiki | Golden

**Lightning Labs** raises a $2,500,000 seed round from Bill Lee, Digital Currency Group, Jack Dorsey, Jacqueline Reses, Kevin Hartz, The Hive, Tikhon Bernstam ...

https://www.axios.com › Economy & Business

### Lightning Labs raises $70M to bring DeFi to Bitcoin - Axios

Apr 6, 2022 — Why it matters? **Lightning Labs** is a leading developer of the Lightning Network, a layer on top of Bitcoin. It raised the funds to build Taro, a ...

https://cointelegraph.com › news › visa-should-be-scare...

### Visa should be 'scared:' Lightning Labs raises $70M to add ...

Apr 6, 2022 — Bitcoin (BTC) software firm **Lightning Labs** has secured a large funding round to enable and further develop the Lightning Network for faster ...

https://unum.nsin.us › lightning-labs › info

### Information | 25ID Lightning Labs | OpenHive - NSIN UNUM

The 25ID **Lightning Labs** UNUM portal provides Soldiers the opportunity to submit mission-set specific problems, solutions, and whitepapers, ...

https://lsat.tech

### LSAT: Lightning Service Authentication Token - LSAT

LSATs are a new standard protocol for authentication and paid APIs developed by **Lightning Labs**. LSATs can serve both as authentication, as well as a payment ...

https://www.blockdata.tech › profiles › lightning-labs ▾

### Lightning Labs - Blockdata

At **Lightning Labs**, they develop software that powers the Lightning Network. Their open source, secure, and scalable Lightning systems enable users to send ...

https://careers.race.capital › companies › lightning-labs ▾

### Lightning Labs | Race Capital Job Board

8 jobs — At **Lightning Labs**, we develop software that powers the Lightning Network. Our open source, secure, and scalable Lightning systems enable users to send ...

https://www.vmware.com › try-vsphere-lightning-hol ▾

### VMware vSphere 7 - Lightning Hands-on Lab

VMware vSphere 7 - **Lightning** Hands-on Lab. Try vSphere, the leading virtualization platform for hybrid cloud, in just 30 minutes - no installation required.

https://craft.co › lightning-labs ▾

### Lightning Labs Company Profile - Office Locations ... - Craft.co

**Lightning Labs** is building the next generation of decentralized, resilient financial infrastructure. The Company is developing Lightning: an open protocol ...

https://jobs.ashbyhq.com › lightning ▾

### Lightning Labs - Jobs

lightning-labs - Google Search

Google
                                                                              Sign in

https://www.nasdaq.com › articles › lightning-labs-anno...

### Lightning Labs Announces $70 Million Series B Raise - Nasdaq

Apr 5, 2022 — **Lightning Labs** will employ the round's proceeds to fund its efforts in developing Bitcoin and Lightning software, including the new Taro ...

https://www.pymnts.com › news › investment-tracker ▾

### Lightning Labs Raises $70M to 'Bitcoinize the Dollar'

Apr 5, 2022 — Bitcoin developer **Lightning Labs** has raised $70 million in a Series B round, while also launching Taro, a protocol designed to expand the ...

https://cryptobriefing.com › lightning-labs-plans-stablec... ▾

### Lightning Labs Plans Stablecoin Protocol on Bitcoin

Apr 5, 2022 — **Lightning Labs** CEO Elizabeth Stark has announced a new protocol, called Taro, in addition to $70 million in new funding.

https://webflow.com › Templates › Designers ▾

### Website Templates by Lightning Lab - Webflow

Responsive HTML templates for business, portfolio, blog, charity and more by **Lightning Lab**. Customize templates with the Webflow web design software and ...

https://lightninglabsmfg.com ▾

### Lightning Labs – The Fastest Manufacturer for Dietary ...

Create Your Own Formula. Design your own product from scratch to set your brand apart from the rest. We have chemists and formulators on site to advise you ...

https://angel.co › company › lightning ▾

### Lightning Labs Careers | Wellfound (formerly AngelList Talent)

Find out if **Lightning Labs** is the right fit for your future career! Explore jobs, salary, equity, and funding information. Read about work-life balance, ...

https://www.theladders.com › company › lightninglabs-... ▾

### Highest paying jobs at Lightning Labs - Ladders

Find high paying available jobs at **Lightning Labs**.For expert network information on **Lightning Labs** compensation and careers, use Ladders $100K+ Club.

https://crypto.marketswiki.com › title=Lightning_Labs ▾

### Lightning Labs - CryptoMarketsWiki

Apr 20, 2021 — **Lightning Labs** Inc. is a company working to develop the lightning network for the bitcoin blockchain. Its goal is to improve the cost of and ...

Founded: 2016                           Products: The Lightning network
LinkedIn: Profile

https://www.flexjobs.com › remote-jobs › company › li... ▾

### Lightning Labs - Remote Work From Home & Flexible Jobs

A new media product development consultancy founded in 2011, **Lightning Labs** scales blockchains and leverages cryptography and smart contracts to offer ...

https://www.yahoo.com › video › lightning-labs-release... ▾

### Lightning Labs Releases Software to Allow Bitcoin ...

Sep 28, 2022 — **Lightning Labs** Releases Software to Allow Bitcoin Developers to Mint and Transfer Assets on the Blockchain. Frederick Munawa. September 28, 2022 ...

https://tracxn.com › companies › lightning-labs ▾

### Lightning Labs | Tracxn

Feb 1, 2023 — **Lightning Labs** Founded by Olaoluwa Osuntokun, Elizabeth Stark in the year 2016 · Blockchain-based sidechain network.



Google

 

Sign in

**Lightning Labs**. San Francisco. https://lightning.engineering/. Joined May 17, 2018. Repositories. Displaying 1 to 10 repositories. lightninglabs/loopserver.

https://catalog.us-east-1.prod.workshops.aws › en-US ▾

### Lightning Labs - Getting Started - Workshop Studio

... new AWS account with best practices before continuing on to a **Lightning Lab**. ... for further use in **Lightning Labs** or for future production workloads.

https://www.indeed.com › q-Lightning-Labs-l-Palo-Alt... ▾

### Lightning Labs jobs in Palo Alto, CA - Indeed

8 **Lightning Labs** jobs available in Palo Alto, CA on Indeed.com. Apply to Security Engineer, Engineer, Senior Engineering Manager and more!

https://messari.io › organization › lightning-labs ▾

### Lightning Labs | Messari

**Lightning Labs** is developing Lightning, an overlay network built on top of an existing blockchain protocol. Location: San Francisco, CaliforniaFounded ...

https://www.virtualvocations.com › company › remote-... ▾

### Remote Jobs at Lightning Labs, Inc. - Virtual Vocations

**Lightning Labs**, Inc. is a computer software company specializing in blockchain solutions. What They Do **Lightning Labs**, Inc. offers an open protocol layer ...

https://www.bluelightninglabs.com ▾

### Blue Lightning Labs

for Mac. Mathemagics Mac Download Mathemagics on the App Store · Apps · Support · Contact · Media Kits · Privacy. Copyright 2015 Blue **Lightning Labs**.

https://www.cnbc.com › 2018/03/15 › jack-dorsey-among... ▾

### Jack Dorsey is among backers of blockchain start-up ... - CNBC

Mar 15, 2018 — **Lightning Labs**, which specializes in a technology that can potentially make bitcoin cheaper and faster to use for transactions, announced it has ...

https://dot.la › tag › lightning-labs ▾

### Lightning Labs - dot.LA

Get in the KNOW. on LA Startups & Tech. X. * indicates required. Email Address *. Cadence. Daily; Weekly; Events. **lightning labs**. Photo by Bob Riha, Jr./M13.

https://jobs.dcg.co › companies › lightning-labs ▾

### Lightning Labs | Digital Currency Group Job Board

8 jobs — At **Lightning Labs**, we develop software that powers the Lightning Network. Our open source, secure, and scalable Lightning systems enable users to send ...

https://medium.com › craft-ventures › why-we-invested... ▾

### Why we invested in Lightning Labs | by Brian Murray - Medium

Feb 5, 2020 — Craft's support of **Lightning Labs** is an expression of three things: our belief in bitcoin, the Lightning Network, and the **Lightning Labs** ...

https://www.bloomberg.com › news › videos › how-light... ▾

### How Lightning Labs Is Building on Top of Bitcoin

Elizabeth Stark, **Lightning Labs** co-founder and chief executive officer, explains how the company is building a payments syste...

Bloomberg.com · Bloomberg · Dec 21, 2017

5:56

3 key moments in this video ⌄

  

The Lightning Network (LN) is a "layer 2" payment protocol layered on top of Bitcoin It is ...
Litecoin Creator Charlie Lee, **Lightning Labs** CEO Elizabeth Stark, ...

https://en.wikipedia.org › wiki › Lightning_Lab  ▾

### Lightning Lab - Wikipedia

HistoryEdit · **Lightning Lab** Digital is the accelerator catered towards software companies and
has been run in Auckland, Wellington and Christchurch. · Lightning ...

http://lightninglaboratories.com  ▾

### Lightning Laboratories - Strategic Innovation & Consulting for ...

**Lightning Laboratories** works with client companies to identify, develop and execute strategic
innovation programs that deliver positive business results ...

                              **More results**  ⌄

**10603, White Plains, NY -** From your IP address - Update location

Help      Send feedback      Privacy      Terms





Lightning Labs Co-Founder on Taro Protocol, Future of Bitcoin ...

CoinDesk
Apr 20, 2022

16:26

Lightning Labs Co-Founder on Taro Protocol, Future of Bitcoin ...

YouTube · CoinDesk
Apr 22, 2022

8:27

**10 key moments in this video** ⌄

How Does Lightning Labs' Taro Protocol Work? | E48

YouTube · Kevin Rooke
May 30, 2022

8:56

Feedback

View all →

https://river.com › learn › what-is-taro-in-bitcoin ⋮

### What Is Taro in Bitcoin? | River Financial

The first proposal for **Taro** was announced by **Lightning Labs** in April 2022. It is not the first project that attempts to enable different assets on top of ...

### Related searches ⋮

| | |
|---|---|
| lightning labs **stock** | **how does** lightning labs **make money** |
| **how to invest in** lightning labs | taro **protocol token** |
| taro lightning **github** | lightning labs **products** |
| taro **protocol price** | lightning labs **discord** |

https://bitcoinmagazine.com › Technical ⋮

### Scaling Problem For Lightning Labs Taro - Bitcoin Magazine

Aug 23, 2022 — **Taro** is a new protocol being developed at **Lightning Labs** that promises to enable creation and transfer of digital assets on the Bitcoin ...

https://bitcoinmagazine.com › tags › lightning-labs ⋮

### Lightning Labs - Bitcoin Magazine

The Scaling Problem For **Lightning Lab's Taro** On The Bitcoin Blockchain · By Evan Price Aug 23, 2022. Opinion · Bitcoin Lightning Network has dual channels ...

https://twitter.com › lightning ⋮

### Lightning Labs - Twitter

Today we're excited to announce the initial code for **Taro** , a new protocol to issue and transfer assets on #bitcoin and **Lightning** .

https://twitter.com › lightning › status ⋮

### Lightning Labs⚡ on Twitter: "Today we're excited to ...

Sep 28, 2022 — Today we're excited to announce the initial code for **Taro** , a new protocol to issue and transfer assets on #bitcoin and **Lightning** .

https://www.theblock.co › post › lightning-labs-releases-in... ⋮

### Lightning Labs releases initial Taro protocol code - The Block

Sep 28, 2022 — **Lightning Labs** announced the initial code for its new **Taro** protocol, which will allow users to issue and transfer assets on the bitcoin ...

24

 lightning labs taro - Google Search   

Sign in

Sep 29, 2022 — **Lightning Labs**, the firm behind the Lightning Network, announced the release of the alpha release of the **Taro** daemon that will enable ...

https://www.newsbtc.com › news › bitcoin › lightning-s...

### Lightning Speed: Taro Is Here! Lightning Labs Releases The ...

But... what is **Taro** anyway? The blog post defines it as a "Taproot-powered protocol for issuing assets that can be transferred over bitcoin and in the future ...

https://www.youtube.com › watch

### Mint, Send, and Receive Taro Assets on the Bitcoin ... - YouTube

Working with **Taro** ... **Lightning Labs**. **Lightning Labs**. 3.65K subscribers ... Links: ➜ The **Taro** docs:...

YouTube · **Lightning Labs** · Oct 18, 2022

5:23

https://www.yahoo.com › video › lightning-labs-release...

### Lightning Labs Releases Software to Allow Bitcoin ...

Sep 28, 2022 — The alpha version of **Taro** will make it possible to create peer-to-peer Bitcoin and **Lightning**-native stablecoins.

🖼 Images for lightning labs taro



lightning network    stablecoin    cryptocurrency



▶ Video

Feedback

View all →

https://www.coinspeaker.com › lightning-labs-software-...

### Lightning Labs Launches New Software Taro Daemon, Here's ...

Sep 29, 2022 — **Lightning Labs**, the infrastructure arm of Lightning Network has launched a new software called the **Taro** daemon.

https://podcasts.apple.com › podcast › read-617-annou...

### Read_617 - Announcing Taro, Multi-Asset Bitcoin & Lightning ...

"**Taro** enables bitcoin to serve as a protocol of value by allowing app developers to integrate assets alongside BTC in apps both on-chain and over **Lightning**.

https://www.fxstreet.com › cryptocurrencies › news › bi...

### Bitcoin set to reclaim $20,000 as Lightning Lab releases Taro ...

Sep 28, 2022 — Bitcoinizing the dollar. **Lightning Labs**, the ones behind the lightning network, released the initial code for the **Taro** protocol, which aims to ...

https://decrypt.co › bitcoin-lightning-labs-raises-70-mill...

### Bitcoin's Lightning Labs Raises $70 Million, Announces Taro ...

Apr 6, 2022 — Bitcoin's **Lightning Labs** Raises $70 Million, Announces **Taro** Stablecoin Protocol · Bitcoin · The Lightning Network is a layer-two solution for ...

https://lightninglabs.substack.com › to-bitcoin-and-beyon...

### To Bitcoin and Beyond: How Taro Expands the Lightning ...

   

https://www.smartblocks.agency › blog › stablecoins-ov...

### Stablecoins over Bitcoin's Lightning Network. Redundant or ...

The day before the conference, **Lightning Labs** had dropped the bomb. They will introduce a Bitcoin Improvement Proposal code named **Taro** that, if approved, ...

https://medium.com › coinmonks › taro-protocol-enabl...  ⋮

### Taro Protocol Enables Creation Of Digital Assets On Bitcoin

Sep 28, 2022 — Early in April 2022, unveiled **Taro**, a new protocol proposal for Bitcoin and the Lightning Network that sought to expand the ...

https://www.cryptoknowmics.com › news › lightning-la...  ⋮

### Lightning Labs Announces New Taproot-Powered Protocol Taro

**Lightning Labs** has announced a new protocol called **Taro** that will make stablecoin transactions on the Bitcoin network possible.

Rating: 4.6 · 3,152 reviews

https://www.cryptotimes.io › lightning-labs-launches-so...  ⋮

### Lightning Labs Launches Software to Allow Mint & Transfer on ...

Sep 29, 2022 — **Lightning Labs** unveils the first version of **Taro** open-source software to enable minting, sending, and receiving assets on the Bitcoin ...

https://cryptoslate.com › Blog  ⋮

### Lightning Labs release new update to allow assets to be sent ...

Sep 29, 2022 — **Lightning Labs** released the initial code for **Taro** protocol that will allow developers to send, and receive assets on the Bitcoin blockchain.

https://www.cryptoglobe.com › latest › 2022/04 › light...  ▾

### Lightning Labs Explains How Their Taro Protocol Will ...

Apr 10, 2022 — Earlier this week, Ryan Gentry, Business Strategy Lead at **Lightning Labs**, announced "**Taro**, a new Taproot-powered protocol for issuing ...

https://www.hiro.so › blog › what-does-lightnings-taro-...  ▾

### What Does Lightning's Taro Proposal Mean for Stacks? - Hiro

May 13, 2022 — **Taro** is primarily concerned with representation of assets on Bitcoin. Taken from the second line of **Lightning Labs** CTO Olaoluwa Osuntokun's ...

https://www.bitcoininsider.org › article › lightning-labs-...  ▾

### Lightning Labs launches Taro's alpha version ... - Bitcoin Insider

Oct 2, 2022 — The **Taro** daemon, which will allow Bitcoin developers to create, send, and receive assets on the blockchain, has been released as an alpha ...

https://cryptobriefing.com › lightning-labs-plans-stablec...  ▾

### Lightning Labs Plans Stablecoin Protocol on Bitcoin

Apr 5, 2022 — **Lightning Labs**' CEO Elizabeth Stark has unveiled its vision for a new product called **Taro**, or Taproot Asset Representation Overlay), which will ...

https://biz.crast.net › lightning-speed-taro-is-here-lightn...  ▾

### Taro is here! Lightning Labs releases alpha version of the code

Sep 29, 2022 — In a blog post announcing the Tarot launch, **Lightning Labs** promised, ... **Taro** will enable stable coins to travel through electricity.

https://www.benzinga.com › markets › cryptocurrency  ▾

### Faster Speeds To Lower Fees, How Bitcoin's Lightning ...

Jan 3, 2023 — New Protocol, Technologies: This year, **Lightning Labs** unveiled **Taro**, a protocol proposal for the Bitcoin and Lightning Network to allow for ...


  

Sign in 

Jan 9, 2023 — introduced by **Lightning Labs** in April 2022, **Taro** aims to allow Lightning users to send stablecoins and other assets over the LN at virtually ...

$2.21

https://fountain.fm › episode ▾

### The Kevin Rooke Show - E48: Michael Levin on Lightning ...

In our conversation, Michael and I discussed the dual adoption curves of Bitcoin, we explored the entire suite of **Lightning Labs** products, and we discussed **Taro** ...

https://www.crunchbase.com › organization › lightning ▾

### Lightning Labs - Crunchbase Company Profile & Funding

**Lightning Labs** is building the next generation of decentralized, resilient financial ... Coinspeaker — **Lightning Labs** Launches New Software **Taro** Daemon, ...

https://discover.luno.com › Industry News ▾

### Taro protocol by Lightning Labs will "Bitcoinise the Dollar"

Apr 7, 2022 — **Taro** is named after the **taro** root and is a reference to the Taproot upgrade that was activated on the Bitcoin network in November last year. The ...

https://lqwdfintech.com › Blog ▾

### Taro- The Best of Both Worlds | LQwD Fintech Corp

Apr 26, 2022 — So far, it has only been possible to transact on the Lightning Network with Bitcoin. But this April, **Lightning Labs** made a proposal to change ...

https://www.cbinsights.com › company › lightning-labs ▾

### Lightning Labs - CB Insights

**Lightning Labs** is developing an open protocol layer that leverages the power of blockchains and smart contracts to make ... Lightning Speed: **Taro** Is Here!

https://techcrunch.com › 2022/04/05 › lightning-labs-ra... ▾

### Lightning Labs raises funding to enable stablecoin transfers ...

Apr 5, 2022 — **Taro** is the latest of multiple products **Lightning Labs** has built specifically for the Lightning Network, which is a layer-two solution that ...

https://bitcoinist.com › taro-send-any-asset-through-ligh... ▾

### Taro, Issue & Send Any Asset Through Bitcoin's Lightning ...

Apr 5, 2022 — According to proponents, with **Taro**, the **Lightning** Network becomes multi-asset. The project allows "the potential for the world's currencies to ...

https://web3.hashnode.com › what-does-taro-mean-for-... ▾

### What does Taro Mean for Bitcoin DeFi? - Hashnode Web3

Dec 28, 2022 — **Lightning Labs** stated that integration with Lightning Network is included in the developmental roadmap for **Taro** and will be added in the future.

https://www.litebit.eu › education › taproot-asset-repres... ▾

### Taproot Asset Representation Overlay explained - LiteBit

**TARO** is a brand-new invention that was brought to life by **Lightning Labs** and just introduced in late September 2022 as an alpha version.

https://www.axios.com › Economy & Business ▾

### Lightning Labs raises $70M to bring DeFi to Bitcoin - Axios

Apr 6, 2022 — **Lightning Labs** has raised $70 million to build **Taro**, a way for bitcoin to do dollars (and euros, and yen, and so on). Why it matters? Lightning ...

https://www.diariobitcoin.com › light... ▾ Translate this page

Lightning Labs lanza código inicial de Taro y abre paso para

   

https://tv.bit2me.com › how-bitcoin-destroys-all-altcoin... ▾

### How Bitcoin Destroys All Altcoins (Taro) - Bit2Me TV
**Lightning Labs** Co-Founder on **Taro** Protocol, Future of Bitcoin Lightning Network · Distributed Systems | Distributed Computing Explained · Maximalism, Synonym, ...

https://thebitcoinmanual.com › Articles ▾

### Lightning Labs Adds Multi-Asset Support To LND With Taro
Apr 6, 2022 — **Lightning Labs** has announced that developers can now create assets like stablecoins on their implementation of the lightning network using ...

https://crypto.news › Bitcoin ▾

### Lightning Labs Unveils Taro Stablecoin Protocol to 'Bitcoinize ...
Apr 6, 2022 — Elizabeth Stark, the CEO of **Lightning Labs**, announced the debut of **Taro**, a new Lightning Network protocol optimized for stablecoins.

$24,590.00

https://news.coincu.com › Blockchain ▾

### Lightning Labs Publishes The First Taro Protocol Code
Sep 28, 2022 — **Lightning Labs** announced the initial code for its new **Taro** protocol, which will allow users to issue and transfer assets on the bitcoin ...

https://www.linkedin.com › posts › alexandre-laizet_hello... ▾

### Alexandre Laizet on LinkedIn: Hello Taro
Amazing work by **Lightning Labs**! The #**Taro** release enables developers to mint, send, and receive assets on the #Bitcoin blockchain. **Taro** enables both...

https://www.investopedia.com › bitcoin-lightning-netw... ▾

### Bitcoin Lightning Network Capacity Surges By 25% in Just 4 ...
Oct 4, 2022 — The company behind Lightning Network, **Lightning Labs** also ... The software, called **Taro**, would allow stablecoins to be hosted on the network ...

https://golden.com › wiki › Lightning_Labs-5K9GEZR ▾

### Lightning Labs - Wiki | Golden
**Lightning Labs** raises a $2,500,000 seed round from Bill Lee, Digital Currency Group, Jack Dorsey, Jacqueline Reses, Kevin Hartz, The Hive, Tikhon Bernstam ...

https://www.bitcoinlightning.com › taro-protocol-progr... ▾

### Taro Protocol Programmable Lightning Network Assets
Jan 21, 2023 — The **Taro** protocol enables developers to create digital assets using Bitcoin to underpin the security and transparency of their digital ...

https://en.cryptonomist.ch › 2022/09/29 › stablecoins-is... ▾

### Stablecoins can now be issued on the Bitcoin network
Sep 29, 2022 — New **Taro** protocol makes it possible to issue stablecoins on the Bitcoin blockchain. **Lightning Labs** on Wednesday released the first version ...

https://voltage.cloud › Blog ▾

### What are the differences between LND and CLN? - Voltage
Nov 30, 2022 — Back in April of 2022, **Lightning Labs** announced **Taro**: a taproot-powered protocol for issuing assets on the bitcoin blockchain that can be ...

https://youngplatform.com › Home › Blog › News ▾

### Bitcoin: stablecoins are coming with Taro. What is it for?
Oct 7, 2022 — **Lightning Labs** has a new protocol in store to further improve the transfer of value of the BTC blockchain. Let's talk about **Taro**!



TLDR Crypto 2022-09-29. Chainlink's master plan , Ethereum Email , **Lightning Labs** unveils **Taro**

⚡ ...

More results ⌄

**10603, White Plains, NY** - From your IP address - Update location

Help      Send feedback      Privacy      Terms



 Google

Sign in

https://bitcoinmagazine.com › Technical

**Addressing Realities Of Taro's Limitations - Bitcoin Magazine**
Oct 26, 2022 — To use **Taro** on the **Lightning** Network requires having a peer that understands the **Taro** protocol, and more importantly, owns the asset you ...

https://bitcoinmagazine.com › Technical

**Scaling Problem For Lightning Labs Taro - Bitcoin Magazine**
Aug 23, 2022 — **Taro** is a new protocol being developed by **Lightning** Labs that promises to enable creation and transfer of digital assets on the Bitcoin ...

https://blockforcecapital.com › Insights

**Overview of the Taro Network - Blockforce Capital**
Oct 5, 2022 — In the first ever edition of The Node Ahead, we discussed the **Lightning** Network and the rapid growth it was experiencing.

https://twitter.com › lightning

**Lightning Labs - Twitter**
Today we're excited to announce the initial code for **Taro** , a new protocol to issue and transfer assets on #bitcoin and **Lightning** .

### Related searches

| | |
|---|---|
| taro lightning **github** | taro **protocol token** |
| lightning **labs** | taro **bitcoin** |
| taro **github** | taro **stablecoin** |
| **buy** taro **crypto** | taro **bitcoin reddit** |

https://www.newsbtc.com › news › bitcoin › lightning-s...

**Lightning Speed: Taro Is Here! Lightning Labs Releases The ...**
But... what is **Taro** anyway? The blog post defines it as a "Taproot-powered protocol for issuing assets that can be transferred over bitcoin and in the future ...

https://www.hiro.so › blog › what-does-lightnings-taro-...

**What Does Lightning's Taro Proposal Mean for Stacks? - Hiro**
May 13, 2022 — **Taro** is primarily concerned with the management of assets on Bitcoin. Taken from the second line of **Lightning** Labs CTO Olaoluwa Osuntokun's ...

https://www.youtube.com › watch

**Taro: A New Protocol for Multi-Asset Bitcoin and Lightning**



So you've heard about **Taro** and you're wondering how it works. In this video we're going to do a **Taro** overview and intro... and we'll...

YouTube · Lightning Labs · May 11, 2022

7:31

https://www.youtube.com › watch

**Taro and the Bitcoin "Killer App" - YouTube**



The fiat and stablecoin piece of this vision could be enabled by **Taro**. Not investment advice! Consult a financial advisor. The...

YouTube · Trader University · Dec 12, 2022



 

Sign in 

"Taro enables bitcoin to serve as a protocol of value by allowing app developers to integrate assets alongside BTC in apps both on-chain and over **Lightning**.

https://www.theblock.co › post › lightning-labs-releases-in...

### Lightning Labs releases initial Taro protocol code - The Block

Sep 28, 2022 — The company first launched **Taro**, a Taproot-powered protocol, in April. Taproot is an update to Bitcoin's code that was implemented last year.

https://cryptopotato.com › Crypto News

### Lightning Labs Aims to Bitcoinize the Dollar With Taro's Alpha ...

Sep 29, 2022 — **Lightning** Labs, the firm behind the **Lightning** Network, announced the release of the alpha release of the **Taro** daemon that will enable ...

https://medium.com › coinmonks › taro-protocol-enabl...

### Taro Protocol Enables Creation Of Digital Assets On Bitcoin

Sep 28, 2022 — Like any other Bitcoin transaction, a **Taro** asset may be transferred through the Bitcoin network in a transaction and with the **Lightning** ...

🖼 Images for taro lightning

 

🌐 lightning network    🌐 cryptocurrency    🌐 stablecoin

View all →

Feedback

https://lightninglabs.substack.com › to-bitcoin-and-beyon...

### To Bitcoin and Beyond: How Taro Expands the Lightning ...

Oct 6, 2022 — It illustrates well how **Taro** assets will exist at the edges of the **Lightning** Network, and leverage the existing bitcoin liquidity for their ...

https://www.publish0x.com › cryptoeq › will-lightning-...

### Will Lightning and Taro Finally Unlock Bitcoin (BTC) DeFi?

Jan 9, 2023 — In this short piece, we will discuss the **Lightning** Network, **Taro** upgrade, stablecoins on Bitcoin, and more! **Lightning** Network (LN). The LN has ...
$2.21

https://www.yahoo.com › video › lightning-labs-release...

### Lightning Labs Releases Software to Allow Bitcoin ...

Sep 28, 2022 — The alpha version of **Taro** will make it possible to create peer-to-peer Bitcoin and **Lightning**-native stablecoins.

https://www.benzinga.com › markets › cryptocurrency

### Faster Speeds To Lower Fees, How Bitcoin's Lightning ...

Jan 3, 2023 — **Taro** leverages the latest Bitcoin protocol upgrade, Taproot, to enable the issuance of practically any kind of asset on the Bitcoin blockchain ...

https://crypto.news › Bitcoin

### The Lightning Network Unveils the Taro Alpha Daemon for ...

Sep 29, 2022 — The **Lightning** Network has announced the alpha release of the **Taro** daemon, a new implementation of the Taproot-powered protocol, **Taro**, ...

Google

TARO PANTS - GAUZE WHISKEY **LIGHTNING** TIE DYE. Your Price: $95.00 (You save $195.00). or make 4 interest-free payments of $23.75 AUD fortnightly with ...
A$95.00

https://www.fxstreet.com › cryptocurrencies › news › bi...    ⋮

### Bitcoin set to reclaim $20,000 as Lightning Lab releases Taro ...

Sep 28, 2022 — The **Taro** protocol from **Lightning** Labs has been created to become the world's financial network for Bitcoin transactions and transfers.

https://www.smartblocks.agency › blog › stablecoins-ov...    ⋮

### Stablecoins over Bitcoin's Lightning Network. Redundant or ...

They will introduce a Bitcoin Improvement Proposal code named **Taro** that, if approved, will allow...

https://www.coinspeaker.com › lightning-labs-software-...    ⋮

### Lightning Labs Launches New Software Taro Daemon, Here's ...

Sep 29, 2022 — **Lightning** Labs, the infrastructure arm of **Lightning** Network has launched a new software called the **Taro** daemon.

https://bitcoinist.com › taro-send-any-asset-through-ligh...    ⋮

### Taro, Issue & Send Any Asset Through Bitcoin's Lightning ...

Apr 5, 2022 — According to proponents, with **Taro**, the **Lightning** Network becomes multi-asset. The project allows "the potential for the world's currencies to ...

https://www.artsy.net › artwork › taro-izumi-bird-lime-t...    ▾

### Taro Izumi | Bird-Lime (Trace of Lightning) (2022) - Artsy

Available for sale from Take Ninagawa, **Taro** Izumi, Bird-Lime (Trace of **Lightning**) (2022), Figure and painting, 1 × 1 cm.

Materials: Figure and painting          Frame: Not included

$1,800.00

https://www.bitcoinlightning.com › taro-protocol-progr...    ▾

### Taro Protocol Programmable Lightning Network Assets

Jan 21, 2023 — The **Taro** protocol introduces a way for developers to integrate multiple assets across networks using the **Lightning** Network.

https://www.litebit.eu › education › taproot-asset-repres...    ▾

### Taproot Asset Representation Overlay explained - LiteBit

**TARO** secures assets by using both the Bitcoin network and **Lightning**. Each asset is registered on the Bitcoin blockchain with hashed metadata that is attached to ...

https://www.cryptoknowmics.com › news › lightning-la...    ▾

### Lightning Labs Announces New Taproot-Powered Protocol Taro

**Lightning** Labs has announced a new protocol called **Taro** that will make stablecoin transactions on the Bitcoin network possible.

Rating: 4.6 · 3,152 reviews

https://decrypt.co › bitcoin-lightning-labs-raises-70-mill...    ▾

### Bitcoin's Lightning Labs Raises $70 Million, Announces Taro ...

Apr 6, 2022 — Bitcoin's **Lightning** Labs Raises $70 Million, Announces **Taro** Stablecoin Protocol · Bitcoin · The **Lightning** Network is a layer-two solution for ...

https://www.forbes.com › rogerhuang › 2022/12/23 › li...    ▾

### Lightning Network Empowers Bitcoin To Become The ... - Forbes

Dec 23, 2022 — **Taro** allows for the transfer of different assets across **Lightning**. This allows for people to use the **Lightning** Network, for example, ...

  

taro lightning - Google Search

    Sign in

Dec 28, 2022 — **Lightning** Labs stated that integration with **Lightning** Network is included in the developmental roadmap for **Taro** and will be added in the ...

https://www.cryptoglobe.com › latest › 2022/04 › light... ▾

**Lightning Labs Explains How Their Taro Protocol Will ...**

Apr 10, 2022 — Earlier this week, Ryan Gentry, Business Development Lead at **Lightning** Labs, announced "**Taro**, a new Taproot-powered protocol for issuing ...

https://www.imdb.com › title ▾

**Squid and Taro Stew That's Still Yummy Tomorrow - IMDb**

Squid and **Taro** Stew That's Still Yummy Tomorrow: Directed by Tarô Iwasaki, Keiya Saitô. With Yûichi Nakamura, Rina Endô, ... Sweetness and **Lightning** (2016).

Rating: 8/10 · 14 votes

https://www.gran-turismo.com › profile › overview ▾

**Lightning-taro - My Profile | Community | Gran Turismo Sport**

Check out **Lightning-taro's** Game Stats, Life Log, Achievements and Gallery from the "My Profile" page in 'Gran Turismo Sport'.

https://www.linkedin.com › posts › alexandre-laizet_hello... ▾

**Alexandre Laizet on LinkedIn: Hello Taro**

Amazing work by **Lightning** Labs! The #**Taro** release enables developers to mint, send, and receive assets on the #Bitcoin blockchain. **Taro** enables both...

https://tv.bit2me.com › how-bitcoin-destroys-all-altcoin... ▾

**How Bitcoin Destroys All Altcoins (Taro) - Bit2Me TV**

**Taro**, es un futuro protocolo que se está construyendo sobre **Lightning** Network y que abre las puertas para la creación de tokens sobre Bitcoin.

https://www.bitcoininsider.org › article › lightning-labs-... ▾

**Lightning Labs launches Taro's alpha version ... - Bitcoin Insider**

Oct 2, 2022 — The **Taro** daemon, which will allow Bitcoin developers to create, send, and receive assets on the blockchain, has been released as an alpha ...

https://www.reddit.com › lightningnetwork › comments ▾

**Taro's Impact on the Lightning Network : r/lightningnetwork**

Dec 6, 2022 — Binary has been out for how long now and still not a single **taro** token issued with wallet support. Wen?

https://www.reddit.com › lightningnetwork › comments ▾

**Wallet + Faucets for Taro protocol on Lightning Testnet - Reddit**

Jan 29, 2023 — **Taro** protocol enabling altcoins and NFTs on Bitcoin blockchain was recently released on Testnet. I have developed a web wallet for **Taro** ...

https://blockchair.com › news › lightning-labs-releases-i... ▾

**Lightning Labs releases initial Taro protocol code - Blockchair**

theblock.co: **Lightning** Labs is a step closer to its goal of "bitcoinizing the dollar." The post **Lightning** Labs releases initial **Taro** protocol code appeared ...

https://fountain.fm › episode ▾

**E50: Alex Leishman on Building River, Taro Use Cases, and ...**

Alex Leishman is the founder and CEO of River, a platform for buying Bitcoin that also happens to be one of the largest players on the **Lightning** Network.

https://www.taromodelmaker.com › products › imperial... ▾

**Imperial Knight Lightning Energy weapon - Taro Modelmaker**

Google

£10.75 · In stock

https://www.ebay.com › itm    ▾

**Fukuma Taro PLAYS Takashima Akashi UHQC | eBay**

Fukuma **Taro** Movie (Bees and **Lightning**) ~ Fukuma **Taro** PLAYS Takashima Akashi UHQC. Be the first to write a review. Last item available.

$45.00

https://shoppremiumoutlets.com › products › phoenix-li...    ▾

**27 Miles Malibu Phoenix Lightning Bolt Patch Cardigan in Taro**

Jan 18, 2023 — This cardigan will be a sweater-rotation favorite. Relaxed fit. **Lightning** Bolt detail. 20" length (size Small). Hand Wash Cold or Dry Clean ...

$281.00

https://www.investopedia.com › bitcoin-lightning-netw...    ▾

**Bitcoin Lightning Network Capacity Surges By 25% in Just 4 ...**

Oct 4, 2022 — The software, called **Taro**, would allow stablecoins to be hosted on the network. With **Lightning** Network integration, it would allow them to ...

https://news.ycombinator.com › item    ▾

**Taro: A New Protocol for Multi-Asset Bitcoin and Lightning**

This opens the door to many use cases for secure, privacy focused, and scaled asset transfers leveraging taproot, **lightning** network, and the existing ...

https://biz.crast.net › lightning-speed-taro-is-here-lightn...    ▾

**Taro is here! Lightning Labs releases alpha version of the code**

Sep 29, 2022 — **Lightning** Speed: **Taro** is here! ... we will work towards integrating the Tarot Protocol to bring the Tarot Protocol to the **Lightning** Network.

https://www.cryptotimes.io › lightning-labs-launches-so...    ▾

**Lightning Labs Launches Software to Allow Mint & Transfer on ...**

Sep 29, 2022 — **Lightning** Labs unveils the first version of the **Taro** open-source software to enable minting, sending, and receiving assets on the Bitcoin ...

https://voltage.cloud › Blog    ▾

**What are the differences between LND and CLN? - Voltage**

Nov 30, 2022 — Back in April of 2022, **Lightning** Labs announced **Taro**: a taproot-powered protocol for issuing assets on the bitcoin blockchain that can be ...

https://lqwdfintech.com › Blog    ▾

**Taro- The Best of Both Worlds | LQwD Fintech Corp**

Apr 26, 2022 — So far, it has only been possible to transact on the **Lightning** Network with Bitcoin. But this April, **Lightning** Labs made a proposal to change ...

https://ambcrypto.com › will-lighting-labs-dream-to-ma...    ▾

**Will Lighting Lab's dream to make dollar backed by Bitcoin's ...**

Apr 11, 2022 — **Lightning** Labs' **Taro** has caught the attention of many Bitcoin enthusiasts for the potential it has and what **Lightning** Labs are selling, ...

https://u.today › bitcoin-lightning-surpasses-liquid-by-c...    ▾

**Bitcoin Lightning Surpasses Liquid by Capacity for First Time ...**

Apr 18, 2022 — 9/ Elsewhere, @**lightning** announced **Taro**, a new Taproot-powered protocol for issuing assets like stablecoins on #Bitcoin over the **Lightning** ...

https://thebitcoinmanual.com › Articles    ▾

**Lightning Labs Adds Multi-Asset Support To LND With Taro**

Apr 6, 2022 — **Taro** is a new Taproot-powered protocol for issuing assets on the bitcoin


Google

Dec 9, 2022 — They allege that **Lightning's** new platform, **TARO**, bears a name confusingly similar to their own trademark. Both Tari and **Lightning** are ...

More results ∨

**10603, White Plains, NY** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# Tari Related Searches

Google    tari blockchain

Q All    News    Videos    Images    Books    More    Tools    SafeSearch on

About 4,220,000 results (0.41 seconds)

https://www.tari.com

**Tari**

**Tari** is a digital assets focused **blockchain** protocol that is built in Rust, private by default, open source, and is being architected as a merge-mined sidechain ...

What is Tari? · Intro · Mobile Wallet · Block Explorer

**People also ask**

What is Tari blockchain?

How much is Tari coin?

Feedback

https://tarilabs.com

**Tari Labs**

**Tari** is a new open source, decentralized protocol that reimagines the future of digital assets. · Built for Builders · Highly Useful · Security Powered by Monero.

About · Join Us · TLU · Blog

https://coinmarketcap.com › currencies › tari-world

**Tari World price today, TARI to USD live, marketcap and chart**

The live **Tari** World price today is $4.00 USD with a 24-hour trading volume of $816,103 USD. We update our **TARI** to USD price in real-time. **Tari** World is up 2.54% ...

$4.00

https://messari.io › asset › tari › profile

**Crypto Research, Data, and Tools - Messari**

**Tari** is a layer 2 platform for issuing and transacting digital assets that is built on the Monero **blockchain**. ASSET INTELLIGENCE. Unlock professional asset ...

https://www.crunchbase.com › organization › tari-labs

**Tari Labs - Crunchbase Company Profile & Funding**

**Tari** is a new open source, decentralized protocol that reimagines the ... Tech in Africa — TariLabs **Blockchain** Startup Penetrates the South African Market.

https://twitter.com › tari

**Tari - Twitter**

The mission for the **Tari** project is to be the most useful decentralized platform that empowers anyone to create ... **Crypto** nerds wear **Tari** Testnet pins.

https://twitter.com › tari_labs

**Tari Labs (@tari_labs) / Twitter**

Tari Labs is an active contributor to **Tari**. ... A testnet for **Tari** is now live. ... to discuss building **blockchain** projects people actually want.

https://github.com › tari-project › tari

**tari-project/tari: The Tari protocol - GitHub**

In order to perform SHA3 mining with **Tari**, the following applications are needed: A **Tari** Base Node [to supply **blockchain** metadata information];; A **Tari** Console ...

Google

Actual **cryptocurrency** prices and associated stats may vary. Data presented may reflect assets traded on Coinbase's exchange and select other **cryptocurrency** ...

### 🖼 Images for tari blockchain

[digital assets] [dan teree] [tari labs] [bitcoin] [tari protocol] [⌄]



Feedback

View all →

## Related searches

| | |
|---|---|
| tari **world** | **how to mine** tari |
| tari **labs** | tari **and yat labs** |
| tari **github** | tari **labs university** |
| tari **coin** | tari **game** |

      Sign in



           Sign in

     

Sign in

---

https://www.canaan.com › companies › tari ▼

### Tari - Canaan

**Tari** is a new open-source **blockchain** protocol for digital assets that will be built on top of Monero. Website. www.**tari**.com. Investment. Seed.

https://www.livecoinwatch.com › price › TariWorld-TA... ▼

### Tari World (TARI) live coin price, charts, markets & liquidity

Complete **cryptocurrency** market coverage with live coin prices, charts and **crypto** market cap featuring 21821 coins on 558 exchanges.

Price in USD: $11.59                    Market Cap: $0.0

https://www.mexc.com › price › TARI ▼

### Tari World is - Crypto prices & trends on MEXC

2022-12-22 - **TARI** real-time live price is 27.2039 USD current market cap of ... environment and **blockchain** technology for NFT issuance and transaction.

https://www.bizcommunity.com › Article ▼

### New free online university by Tari Labs - Bizcommunity

**Tari** Labs was launched earlier this year by a consortium co-founded by maverick South African **blockchain** and **cryptocurrency** expert Riccardo "fluffypony" Spagni, ...

https://www.cypherhunter.com › tari-labs ▼

### Tari Labs - CypherHunter

**Tari** Labs is an active contributor to **Tari**. Our mission is to be the premier destination for balanced and accessible learning material for **blockchain**, ...

https://www.tariglobal.com › blog › music-the-blockch... ▼

### Music: The Blockchain Series - TARI Global

Jan 24, 2023 — This is exactly where **blockchain** comes in. Similar to the decentralized democracies mentioned in our blog covering film and television, ...

https://www.zoominfo.com › tari-labs-llc ▼

### Tari Labs - Overview, News & Competitors | ZoomInfo.com

View **Tari** Labs (www.**tari**.com) location in California, United States ... **Tari**. **Tari** Labs. **Tari** Labs LLC. **Tari** Testnet Ltd. **Tari** ncir ... **Blockchain**.com.

https://link.springer.com › book

### Blockchain Foundations and Applications | SpringerLink

Aug 21, 2022 — Front Matter. Pages i-ix · Cryptographic Primitives. Xun Yi, Xuechao Yang, Andrei Kelarev, Kwok Yan Lam, Zahir **Tari** · Bitcoin, Ethereum, Smart ...

https://macventurecapital.com › portfolio › tari-aka-big... ▼

### TARI aka BigNeon - MaC VC

**TARI** Coin is an open, decentralized ecosystem for event ticketing that is ... full market value to the event host and eliminate fraud via **blockchain**.

---

    

r/tari: Welcome to Tari. ... Tari Labs' association with ComplyFirst raises doubts about Tari. 9. 5
Share. u/[deleted] avatar [deleted]336d.

https://www.betterworldbooks.com › product › detail ▾

### Blockchain Foundations and Applications - Better World Books

by Andrei Kelarev, Kwok Yan Lam, Zahir Tari, Xuechao Yang, Xun Yi ... and most important
modern research results concerning **blockchain** and its applications.
$60.58

https://jobs.multicoin.capital › companies › tari ▾

### Tari - Multicoin Capital Job Board

Careers in **Crypto** and **Blockchain** ... **Tari** is a new open source, digital assets focused **blockchain**
protocol that is being architected as a merge-mined sidechain ...

https://www.coinlore.com › coin › tari-world ▾

### Tari World Price, Chart, Market Cap, TARI Coin Essentials

Tari World **TARI cryptocurrency** token. Tari World TARI Price today is $4.12, for the last 24 hours
240,523 TARI's were exchanged with a trading volume of ...

https://www.apollo.io › companies › Tari-Labs ▾

### Tari Labs - Overview, Competitors, and Employees | Apollo.io

**Tari** is a new open source, digital assets focused **blockchain** protocol that is being architected as
a merge-mined sidechain with Monero.

https://craft.co › tari ▾

### Tari Company Profile - Office Locations, Competitors ... - Craft.co

Nov 15, 2019 — **Tari** is a company that develops open-source **blockchain** protocol. The protocol
focuses on digital assets. Type: Private. Status: Active.

https://coincodex.com › Tari World › Guides ▾

### Tari World (TARI) Guides & Tutorials - CoinCodex

CoinCodex is a **cryptocurrency** data website that tracks 23103 cryptocurrencies trading on 0
exchanges and provides live **crypto** prices. © 2023 CoinCodex. All ...

https://icodrops.com › tari-world ▾

### All information about Tari World ICO (Token Sale) - ICO Drops

Ticker: **TARI**; Token type: Own **blockchain**; ICO Token Price: 1 TARI = 13 USD; Fundraising Goal:
$100,000; Total Tokens: 3,000,000,000.

https://finbold.com › cryptocurrency › tari-world ▾

### Tari World (TARI) Price Today | Real-Time Crypto ... - Finbold

Current **Tari World (TARI)** price is $26.35. Track the coin's market data in real time and read the
latest **cryptocurrency** industry news on Finbold.

https://musically.com › 2018/05/23 › ticketfly-blockcha... ▾

### Ticketfly co-founder's blockchain startup Tari reveals plans

May 23, 2018 — **Tari** says that it's working on "a new open source **blockchain** protocol being built
specifically for digital assets" which includes concert ...

https://techcentral.co.za › News ▾

### Jo'burg home to new blockchain firm with big global backing

May 23, 2018 — And the company that will develop the protocol, called **Tari** — and whose
backers include several high-profile Silicon Valley venture capital ...

More results ▾

2/24/23, 9:30 AM
tari blockchain - Google Search
Case 3:22-cv-07789-WHO    Document 37-1   Filed 09/27/23    Page 46 of 54





Google [                              ]  ✕  🎤  📷  🔍            ⚙  ⠿  Sign in

Tari was founded in 2018 by Monero maintainer Riccardo Spagni, and entertainment
entrepreneurs Naveen Jain and Dan Teree. The **protocol** is headquartered in ...

https://www.facebook.com › ... › Finance › Tari    ⠿

### Tari - Facebook
https://www.tari.com/2019/03/07/**tari-protocol**- discussion-28.html · TARI.COM. **Tari Protocol**
Discussion 28. Tari is a new open source, decentralized protocol ...

Rating: 1 · 1 vote

Related searches    ⠿

| | |
|---|---|
| tari **world** | tari **and yat labs** |
| tari **coin** | tari **twitter** |
| tari **github** | tari **in english** |
| **how to mine** tari | tari **block explorer** |

https://tari.substack.com    ⠿

### The Private Asset | Substack
Latest updates for **Tari**, a new open source, decentralized **protocol** that reimagines the future of
digital assets. Click to read The Private Asset, a Substack ...

https://www.nasdaq.com › articles › tari-introduces-a-bl...    ⠿

### Tari Introduces a Blockchain Protocol for Digital Assets Built ...
May 22, 2018 — By leveraging blockchain technology, the **Tari protocol** enables consumers and
business to break down walled gardens between businesses, sell and ...

https://coinmarketcap.com › currencies › tari-world    ⠿

### Tari World price today, TARI to USD live, marketcap and chart
The live **Tari** World price today is $4.00 USD with a 24-hour trading volume of $816,103 USD. We
update our **TARI** to USD price in real-time. **Tari** World is up 2.54% ...
$4.00

https://medium.com › tari-labs › the-tari-protocol-journ...    ⠿

### The Tari protocol journey begins now | by Robin Rath - Medium
Apr 29, 2020 — The **Tari protocol** journey begins now. We are excited to share with you that a
testnet for the Tari blockchain is now live.

https://www.itnewsafrica.com › tag › tari-protocol    ⠿

### Tari protocol - IT News Africa
**Tari protocol**. SA based Tari blockchain protocol supports new ticketing app. South African-
based Tari Labs unveils free online university · ITNewsAfrica.com.

https://morioh.com › ...    ⠿

### What is XTR token | Tari Protocol (XTR) ICO - Morioh
**Tari Protocol** (XTR) is a digital assets focused blockchain protocol that is built in Rust, private by
default, open source, and is being architected as a ...

https://cryptocurrencyjobs.co › startups › tari    ⠿

### Jobs at Tari - Cryptocurrency Jobs
**Tari** - A digital assets focused blockchain **protocol**. ... There are no job openings at **Tari** listed on
Cryptocurrency Jobs right now.

Google

When it comes to buying crypto, there are a lot of factors that come into play, such as location and **protocol**. Some cryptocurrencies are harder to obtain ...

https://www.reddit.com › Monero › comments › introduci...

### Tari - A Decentralised Assets Protocol Built on Monero - Reddit

May 23, 2018 — **Tari** is a decentralised assets **protocol** that is going to be built on top of Monero. Think of it as something like coloured coins or ...

https://pitchbook.com › profiles › company

### Tari Company Profile: Valuation & Investors - PitchBook

Developer of a blockchain **protocol** platform designed to create a new world of business possibilities. The company's platform uses combinations of templates to ...

https://visitoffice.com › work › tari

### Tari - Office Jason Schulte Design

**Tari**. Revolutionizing digital assets. **Tari** is developing a new open source blockchain **protocol** that will make it easier to manage and monetize digital ...

https://za.linkedin.com › berrym

### Mike Berry - Head of Protocol - Tari Labs - LinkedIn

City of Johannesburg, Gauteng, South Africa · Head of Protocol · Tari Labs
Mike Berry. Head of **Protocol**/Rust Developer at **Tari** Labs. **Tari** LabsUniversity of the Witwatersrand. City of Johannesburg, Gauteng, South Africa.

https://tracxn.com › companies › tari

### Tari | Tracxn

**Tari** | Founded by Dan Teree, Naveen Jain, Riccardo Spagni in the year 2017 · Blockchain **protocol** for digital assets built on Monero.

https://angel.co › company › tari-labs

### Tari Labs Careers | Wellfound (formerly AngelList Talent)

**Tari** is a new open source, digital assets focused blockchain **protocol** that is being architected as a merge-mined sidechain with Monero.

https://www.bloomberg.com › profile › company

### Tari LLC - Company Profile and News - Bloomberg Markets

**Tari**, LLC provides software solutions. The Company offers open-source blockchain **protocol** which allows users to program rules for digital assets.
ADDRESS: PO Box 28601 Oakland, CA 94612 ...

https://www.blockdata.tech › profiles › tari-labs

### Tari Labs - Blockdata

Hi we're **Tari** Labs! **Tari** is a new open source, decentralized **protocol** that reimagines the future of digital assets. The **Tari** platform allows anyone to program ...

https://www.gs1.org › epc › Gen2_Protocol_Standard  PDF

### EPC Radio-Frequency Identity Protocols Generation-2 UHF ...

GS1 EPCglobal is providing this **protocol** as a free service to interested industries. ... 6.3.1.3.3 Tag supported **Tari** values and backscatter link rates .

https://www.glassdoor.com › Overview › Working-at-T...

### Working at Tari (CA) | Glassdoor

**Tari** is a new open-source, digital assets-focused blockchain **protocol** that is being architected as a merge-mined sidechain with Monero.
Rating: 5 · 4 votes

47

Google

Sign in

Tari is a new open-source blockchain **protocol** for digital assets that will be built on top of Monero. Website. www.**tari**.com. Investment. Seed.

🖾 Images for tari protocol                                               ⋮



| digital assets | tari blockchain | TAR tari labs | monero |

                                        ❯

                        *Feedback*

View all →

https://www.youtube.com › watch

## TARI REVIEW | TARI PROTOCOL FOR DIGITAL ASSETS

TARI REVIEW | **TARI PROTOCOL** FOR DIGITAL ASSETS | TARI COIN **TARI PROTOCOL** TWITTER: https://twitter.com/tariTHE...

YouTube · Crypto Investor · Nov 6, 2021

https://www.publish0x.com › supersane › tari-a-privacy... ▾

## Tari, A Privacy Oriented Digital Assets Management Protocol

Dec 15, 2021 — **Tari** is the brainchild of the former lead maintainer of the Monero (XMR) cryptocurrency, Riccardo Spagni (aka: fluffy pony) who is currently ...
$0.13

https://builtin.com › job › fullstack-engineer-react ▾

## Fullstack Engineer (React) (Remote) - Tari Labs - Built In

This is why we are stewarding the development of **Tari**, a default-private digital asset **protocol**. **Tari** is unique with a highly intentional design.

https://www.nicepng.com › ourpic › u2r5y3r5a9o0r5e6... ▾

## Tari Presents A Blockchain Protocol For Digital Assets

Download **Tari** Presents A Blockchain **Protocol** For Digital Assets - Blockchain Technology Png for free. NicePNG provides large related hd transparent png ...

https://www.bizcommunity.com › Article ▾

## New free online university by Tari Labs - Bizcommunity

**Tari** Labs is a contributor to **Tari**, the South African-based blockchain **protocol**. Riccardo "fluffypony" Spagni. "**Tari** Labs University aims to become a go-to ...

https://decrypt.co › monero-tari-to-release-guide-to-hel... ▾

## Monero, Tari to release guide to help exchanges list privacy ...

Aug 3, 2020 — The developers of privacy coin Monero (XMR) and privacy **protocol** Tari Labs are preparing to publish a guide—in the form of a whitepaper—to ...

https://etherscan.io › token ▾

## Tari Protocol (TARI) Token Tracker - Etherscan

**Tari Protocol** (TARI) Token Tracker on Etherscan shows the price of the Token $0.00, total supply 21000000, number of holders 7 and updated information of ...

https://tari.world ▾

## TARI WORLD

    

Sign in

**Tari (XTR) - All information about Tari ICO (Token Sale)**

Tari. (**Protocol**). **Tari** is a new open source, decentralized **protocol** that reimagines the future of digital assets. Token Sale.

https://www.trinityventures.com › portfolio › tari  ▾

**Tari - Trinity Ventures**

**Tari** is a new open source, digital assets focused blockchain **protocol** that is being architected as a merge-mined sidechain with Monero.

https://alexaanswers.amazon.com › question  ▾

**When was the tari founded? - Alexa Answers - Amazon.com**

Jun 24, 2020 — **Tari** is a new open source, decentralized **protocol** that reimagines the future founded in 2017.

https://cryptorank.io › news › tarii  ▾

**Tari Social Activity in Telegram, Twitter, Reddit, GitHub**

That said, no need to keep your taste in punk rock and respect for privacy, well...private. Long live the **Tari Protocol**! Tomorrow on The TTL Store.

https://blog.quarkslab.com › tag › tari  ▾

**Tari - Quarkslab's blog**

Aug 26, 2019 — One of the Tari Labs' projects is to implement the **Tari protocol**, a decentralised assets protocol. It relies on some of the dalek libraries, ...

https://musically.com › 2018/05/23 › ticketfly-blockcha...  ▾

**Ticketfly co-founder's blockchain startup Tari reveals plans**

May 23, 2018 — **Tari** says that it's working on "a new open source blockchain **protocol** being built specifically for digital assets" which includes concert ...

http://www.ryanjoconnor.com › tari-labs-case-study  ▾

**Tari Labs Case Study - Ryan J. O'Connor**

... with launching Big Neon, the first application set out leverage **Tari's** technology. ... Monero's Lead Maintainer Is Helping Launch a Crypto Trading **Protocol**. ...

https://web3.career › Tags › Marketing Jobs  ▾

**Tari Labs is hiring a WEB3 Marketing Manager**

Dec 2, 2022 — In addition to stewarding the development of this new **protocol**, we are building the first application that will use it. This app is Yat, a new ...

https://icohigh.net › protocol › 379-tari  ▾

**Tari - ICO HIGH**

**Tari** enables creators to design new types of stories and experiences. Someday a mesmerizing and digitally scarce asset or collectible you covet will unlock ...

https://www.researchgate.net › figure › Study-of-the-effec...  ▾

**Study of the effect of Tari and BLF on E/n (mJ). Results are ...**

These RFID readers require energy-efficient anti-collision **protocols** to minimize the tag collisions ans... Cite · Download full-text ...

https://www.protocoluk.com › Detail › A-0501-Chair  ▾

**Tari A-0501 - Protocol**

Keep updated on **Protocol's** newest ranges, products and projects. Please fill in all boxes. ... **Tari**. Model: A-0501. Brochure: Bentwood plus. DIMENSIONS

https://tarides.com › internships › membership-protocol...  ▾

**Membership protocol for MirageOS - Tarides**

Google

Sign in

https://rfmw.em.keysight.com › rfid_dig_fmt_fwdtari ▾

### Fwd Tari (RFID) - Keysight RFMW Sitemap

The Sym Rate area (beneath the Bit Rate and **Tari** boxes) displays the approximate symbol rate defined by the **protocol**, the format, and the Bit Rate or **Tari** ...

https://www.intelligentcio.com › africa › 2018/10/10 ▾

### Tari Labs launches online university to train Blockchain ...

Oct 10, 2018 — **Tari** Labs, a contributor to **Tari**, the South African-based Blockchain **protocol**, has launched a free online university to help incubate open ...

https://www.webmedbooks.com › rush › content › prod... ▾

### Matthews RUSH University Bookstore: Structured-Based Drug ...

... 1617795194 : **Tari**, Leslie W. : Medical Books : Medicine : Pharmacology. ... readily reproducible **protocols**, and notes on troubleshooting and avoiding ...
$139.00

https://www.coindesk.com › markets › 2018/05/23 › mon... ▾

### Monero's Lead Maintainer Is Helping Launch a Crypto Trading ...

May 22, 2018 — Called **Tari**, this new digital assets **protocol** will help support ... Riccardo Spagni, Naveen Jain and Dan Teree image courtesy of **Tari** ...

https://datatracker.ietf.org › ktaniuchi@tari.toshiba.com ▾

### Profile for Kenichi Taniuchi - IETF Datatracker

... httpapi — Building Blocks for HTTP APIs · httpbis — HTTP · jmap — JSON Mail Access **Protocol** · jsonpath — JSON Path · mediaman — Media Type Maintenance ...

https://www.awieforum.org › education-tari-labs-univer... ▾

### SA-based Tari Labs unveils free online university - AWIEF

Nov 6, 2018 — **Tari** Labs a contributor to **Tari** the South African-based blockchain **protocol** has launched a free online university to help incubate open ...

https://vintari.com › home › vintari ▾

### US – INTRODUCING VINTARI

**PROTOCOL** VTG3. With VINTARI's Triple Grade **Protocol**: Purity, Potency and Properties, we stand behind our promise to elevate "natural" to an unprecedented level ...

https://www.billboard.com › Music › Music News ▾

### Ticketfly Co-Founder Joins Forces With Cryptocurrency ...

May 23, 2018 — ... Naveen Jain to launch a new blockchain **protocol** that could pave the way ... Naveen Jain and Dan Teree, Founders of **Tari** Courtesy of **Tari** ...

https://www.dia.govt.nz › web › diacorp.nsf › search ▾

### The Department of Internal Affairs Te Tari Taiwhenua

15 results — Minimum technical standards for Gambling equipment under the terms of the Gambling Act 2003. ... Technical Requirements for EMS: QCOM **Protocol** Version ...

https://www.apollo.io › companies › Tari-Labs ▾

### Tari Labs - Overview, Competitors, and Employees | Apollo.io

**Tari** is a new open source, digital assets focused blockchain **protocol** that is being architected as a merge-mined sidechain with Monero.

https://stuff.co.za › News › Industry News ▾

### Got Great Blockchain Ideas? Tari Labs Wants To Help You ...

May 22, 2018 — **Tari's** founders, Riccardo Spagni, Naveen Jain and Dan Teree (L-R) ... Three

  

A Rare Case of Pure DCIS: Imaging **Protocol**, Radiomics and Management. **Tari**, D. U., Morelli, L., Guida, A., & Pinto, F. Diagnostics, 11(12):2199, November, ...

https://www.cochranelibrary.com › cdsr › doi › information

### Mindfulness-based psychological interventions for improving ...

Sep 23, 2020 — **tari**.turner@monash.edu ... JH: Reviewed feedback on the **protocol** ... Editorial work on this **protocol** was supported by NIHR Cochrane ...

https://docs.wto.org › gattdocs › LET ▾ PDF

### 27 January 1989 GENEVA (1988) PROTOCOL TO THE ...

GENEVA (1988) **PROTOCOL**. TO THE GENERAL AGREEMENT ON **TARI**. DONE AT GENEVA ON 10 JUNE0988'. :0LZ? (IFFSS^jND. TRADE. NOTIFIÇATI ON JDF_ftt^CEPfrANCE.

https://www.health.ny.gov ▾

### New York State Department of Health

Home page for the New York State Department of Health.

https://www.ccn.com › monero-lead-developer-unveils-... ▾

### Monero Lead Developer Unveils Second-Layer Protocol 'Tari'

May 23, 2018 — The open-source project, called **Tari**, will make it possible to program and issue non-fungible assets like loyalty points, in-game items, and ...

https://www.21cmuseumhotels.com › Home › Events ▾

### The Art of Romance with Dr. Tari Mack & Nigel Barker

**Tari** Mack & Nigel Barker. Chicago / Published 2.9.2023. Ever wonder why you keep dating the same type of person over and over? Or ...

Tue, Feb 28    **The Art of Romance with Dr ...**

https://www.cypherhunter.com › tari-labs ▾

### Tari Labs - CypherHunter

**Tari** Labs is an active contributor to **Tari**. ... **Tari** Labs. **Tari** Labs University. ... **Tari** Labs Investors. **Tari**, Digital assets focused blockchain **protocol**.

https://www.cryptoglobe.com › latest › 2018/05 › mon... ▾

### Monero Unveils Tari, a Second-Layer Protocol Set to Compete ...

May 25, 2018 — Monero (XMR) has introduced a brand new second-layer **protocol** called "**Tari**." As a cryptocurrency, it will allow users to create and trade ...

https://www.arabidopsis.org ▾

### TAIR - Home Page

... Plant Ontology Annotations · Polymorphisms/Alleles · Proteins · **Protocols** · Publication · Seed/Germplasm · Textpresso Full Text · Transposons.

https://coinrivet.com › All News ▾

### Tari Labs launches free online blockchain university - Coin Rivet

South African tech talent. Tari Labs' development team is based in Johannesburg. Spagni claims that much of the talent needed to help build the **Tari protocol** ...

https://jobs.panteracapital.com › companies › tari ▾

### Tari | Pantera Capital Talent network

**Tari** is a new open source, digital assets focused blockchain **protocol** that is being architected as a merge-mined sidechain with Monero.

https://stateguesthouse.tripura.gov.in ▾

### Welcome to Sonar Tari State Guest House | Sonar Tari State ...

Google     [ https://bandwidthblog.co.za › 2020/05/05 › calling-on-... ▾ ]    ✕  🎤  📷  🔍              ⚙  ⠿  Sign in

### Calling on all app developers as Tari Aurora launches

May 5, 2020 — For those who aren't aware, **Tari** is an open source digital asset focused
blockchain **protocol** that is built in Rust, is private by default, ...

https://ieeexplore.ieee.org › author

### Abdelkamel Tari | IEEE Xplore Author Details

... management,telecommunication network routing,telecommunication power management,text
analysis,transport **protocols**,wireless sensor networks,data mining ...

https://oa.mg › work  ▾

### Communication protocols for web services - OA.mg

Read and download Communication **protocols** for web services by Farah Zoubeyr, Zahir **Tari**,
promoteur on OA.mg.

https://www.courtsofnz.govt.nz › court-protocols  ▾

### Protocols - Courts of New Zealand

**Protocols** effective from Tuesday 13 September 2022 ... **Protocol** concerning High Court and
District Court Jury Trials applicable 13 September 2022.

https://marketexclusive.com › 2018/05 › amp  ▾

### Monero Tari Protocol Expected To Provide Ticketing With A ...

May 30, 2018 — **Tari** is regarded as a worthy competitor to Ethereum in the area of token
economy. All along it has been providing a Monero-based platform ...

https://craft.co › compare › companies=dydx,tari,kraken  ▾

### Compare companies - Craft.co

dYdX is a company providing a decentralized **protocol** for cryptocurrency derivatives built on the
Ethereum blockchain and the 0x **protocol**. **Tari**.

https://www.f6s.com › Companies  ▾

### Tari.com - Software company in United States - F6S

**Tari.com** - Software - Digital assets focused blockchain **protocol** that is built in Rust.

More results  ⌄

**10603, White Plains, NY -** From your IP address - Update location

Help     Send feedback     Privacy     Terms