# Exhibit B

# Reddit

bitcoin



Get App    Log In

**Posts**    Comments    Communities    People

Sort ⌄    Time ⌄

---

🅒 r/CryptoCurrency · Posted by u/Ill-Addition2024  Banned · 12 days ago
**WTF just happened with Bitcoin?**  MARKETS
617 upvotes    1.0k comments    1 award

---

r/wallstreetbets · Posted by u/scorscor711 · 1 month ago
**What about Bitcoin ? Buy or Sell?**  Chart



1.2k upvotes    1.1k comments    0 awards

---

r/Jokes · Posted by u/KeckyOK · 27 days ago
**"Dad, can I borrow $10 worth of bitcoin?"**
16.8k upvotes    686 comments    1 award

---

🅑 r/Bitcoin · Posted by u/Unknownpersona1111 · 2 months ago
**Do you see bitcoin at $8,000 during a 2023 recession?**
413 upvotes    698 comments    0 awards

---

🅑 r/Bitcoin · Posted by u/thehustlerbraveheart · 12 days ago
**Bought my first $100 in bitcoin today...am I too late to the party or is this still a good time?**
376 upvotes    392 comments    0 awards

---

🅒 r/CryptoCurrency · Posted by u/haddock420  Platinum · 1 month ago
**Almost a year ago, I made a program that predicts the price of bitcoin. I decided to go back and check the predictions, and they're not too far off.**  DISCUSSION
1.1k upvotes    586 comments    6 awards

---

🅑 r/Buttcoin · Posted by u/eHW8Cvhx · 2 months ago
**Fuck Bitcoin and fuck Blockchains**
1.9k upvotes    538 comments    2 awards

---

r/dataisbeautiful · Posted by u/TrueBirch  OC: 24 · 2 months ago
**If you've held Bitcoin for five years, you're now sitting on a negative return [OC]**  OC
14.3k upvotes    1.2k comments    1 award

---

🅒 r/CryptoCurrency · Posted by u/Beyonderr  Platinum | QC: CC 1253 · 1 month ago
**Bitcoin will hit $200K before $70K 'bear market' next cycle — forecast**  ANALYSIS
cointelegraph.com/news/b...

---

TOPICS
🎮 Gaming ⌄
🏀 Sports ⌄
📈 Business, Economics, a... ⌄
⚙ Crypto ⌄
📺 Television ⌄
🎤 Celebrity ⌄
⋯ More Topics ⌄

FEEDS
🏠 Home
⊘ Popular

Create an account to follow your favorite communities and start taking part in conversations.

**Join Reddit**





Log In

FEEDS

 Home

 Popular

TOPICS

⌄

⌄

⌄

⌄

⌄

⌄

⌄

---

r/EscapefromTarkov · Posted by u/Conserliberaltarian  **SR-25**  12 days ago

**If you're not doing constant hideout crafts, do not build the Bitcoin farm.** `Suggestion`

653 upvotes   375 comments   0 awards

---

r/CryptoCurrency · Posted by u/partymsl  **Platinum | QC: CC 702 | r/WSB 16**  7 days ago

**13 years ago the lowest Bitcoin selling price ever was recored at $0.003 cents. 160 BTC were sold for literally 48 cents.** `LEGACY`



2.3k upvotes   505 comments   1 award

---

r/CryptoCurrency · Posted by u/Beyonderr  **Platinum | QC: CC 1253**  3 days ago

**13 years ago on this day, Satoshi Nakamoto redesigned the Bitcoin logo from a golden BC coin to the golden Ɓ coin. Later, Satoshi's version was redesigned by Bitboy.** `LEGACY`



1.0k upvotes   371 comments   0 awards

---

r/Bitcoin · Posted by u/Shield-001  **redditor for 5 weeks**  6 days ago

**What's the amount of bitcoin you'd like to achieve realistically**

345 upvotes   645 comments   0 awards

---

r/CryptoCurrency · Posted by u/Odlavso 2 days ago

**At 12:59 (CST) 02/25/2023 - bitcoin died again. Going below $23K, Financial experts fear bitcoin will never recover.** `COMEDY`



388 upvotes   425 comments   2 awards

---

r/Bitcoin · Posted by u/Dramatic_Tour_9461 9 days ago

**Menu with prices in Bitcoin!** 🙌



1.3k upvotes   365 comments   0 awards

---

r/CryptoCurrency · Posted by u/ChemicalGreek 1 day ago

**At Least 0.45% Of The World's Population Holds $1 Or More Worth Of Bitcoin. Analyzing Bitcoin's Address Distribution And Ownership At The Time Of Writing. Where Is All The Bitcoin Located?** `METRICS`



345 upvotes   280 comments   0 awards

---

r/Bitcoin · Posted by u/ConfidentialMetals  **redditor for 2 weeks**  3 days ago

**Confession: I hate Bitcoin...but...**

321 upvotes   289 comments   0 awards

---

r/CryptoCurrency · Posted by u/InsaneMcFries  **Platinum | QC: CC 256**  2 days ago



Create an account to follow your favorite communities and start taking part in conversations.







**blockchain**

Get App    Log In

**FEEDS**

Home

Popular

**TOPICS**

Gaming

Sports

Business, Economics, a...

Crypto

Television

Celebrity

More Topics

Posts    Comments    Communities    People

Sort ⌄    Time ⌄

r/gamedev · Posted by u/SnuffleBag 19 days ago

**web3, nft, crypto, blockchain in games.. does _anyone_ care?**

429 upvotes    694 comments    0 awards

r/Buttcoin · Posted by u/eHW8Cvhx 2 months ago

**Fuck Bitcoin and fuck Blockchains**

1.9k upvotes    538 comments    2 awards

r/CryptoCurrency · Posted by u/AsianAmericanAffairs  Tin  1 month ago

**ChatGPT's First Blockchain Whitepaper**  TECHNOLOGY

medium.com/p/aefe...

298 upvotes    245 comments    0 awards

r/CryptoCurrency · Posted by u/pyxploiter  Bronze | QC: CC 21  22 days ago

**What "popular" blockchain will NOT survive 2023 and Why? Results from 2022!!**

DEBATE

59 upvotes    351 comments    0 awards

r/ProgrammerHumor · Posted by u/tintin10q 2 months ago

**Another blockchain pls?**  Meme

5.6k upvotes    127 comments    0 awards

r/Buttcoin · Posted by u/incubus4282 1 month ago

**Three questions that end all blockchain discussions**

208 upvotes    163 comments    0 awards

r/CryptoCurrency · Posted by u/Schwammosaurus_Rex  Tin  2 months ago

**[SERIOUS] Blockchain Tech in games is unnecessary. Change my mind.**  DISCUSSION

125 upvotes    471 comments    4 awards

r/Buttcoin · Posted by u/PieH34d 3 months ago

**Making fun of blockchain has become popular on Twitter.**

1.4k upvotes    140 comments    1 award

r/ethereum · Posted by u/3141666 3 days ago

**What problem does a blockchain solve?**



Create an account to follow your favorite communities and start taking part in conversations.

**Join Reddit**

6



FEEDS

🏠 Home

🧭 Popular

TOPICS

🔽
🔽
🔽
🔽
🔽
🔽

🔍

Log In

---

🅒 **r/CryptoCurrency** · Posted by u/Wack0Wizard 5 days ago

**Imagine Pokemon with blockchain technology** `DISCUSSION`

60 upvotes   518 comments   2 awards

---

🅒 **r/CryptoCurrency** · Posted by u/kirtash93 20 days ago

**Reddit User Discovers 7zip File Possibly Linked to Julian Assange Hidden in Bitcoin Blockchain** `GENERAL-NEWS`

news.bitcoin.com/reddit...



1.6k upvotes   289 comments   2 awards

---

🅒 **r/CryptoCurrency** · Posted by u/karlizak 5 days ago

**What would you like to see in a blockchain video game?** `FUN`

70 upvotes   463 comments   0 awards

---

🅒 **r/CryptoCurrency**
Posted by u/Maleficent_Plankton `Silver|QC:CC328,CT51,r/CCs.42|CelsiusNet.35|Investing13` 3 days ago

**After yesterday's outage, 25 out of 100 total Polygon validators are about to lose their staking status. Polygon rushed a governance proposal to keep validator SLA requirements at a reduced 95% performance to save them. They're also exploring replacing their blockchain protocol.** `ANALYSIS`

206 upvotes   223 comments   2 awards

---

🅑 **r/Buttcoin** ·
Posted by u/KARMAWHORING_SHITBAY `I review NFT games so no one has to play them` 4 days ago

**Spotify is apparently testing token-gated playlists. Soon, owners of $100,000 Bored Apes can listen to a curated playlist. This is unbelievable, account linking was never possible before the blockchain**

twitter.com/ryansa...



358 upvotes   108 comments   0 awards

---

🅒 **r/CryptoCurrency** · Posted by u/yaroslavwwe `Don't be Fool. Hold Moon` 1 day ago

**Crypto and blockchain education becomes priority at top universities** `GENERAL-NEWS`

cryptonewsbtc.org/2023/0...

132 upvotes   136 comments   0 awards

---

🅑 **r/Bitcoin** · Posted by u/trollingguru 4 days ago

**Putin calls for blockchain-based international payment system. Isn't that bitcoin?**

cointelegraph.com/news/p...

117 upvotes   130 comments   0 awards

---

🅑 **r/Buttcoin** · Posted by u/rjolivet 21 days ago

**Ordinals already eat 42% of the bandwidth of Bitcoin blockchain**



390 upvotes   242 comments   0 awards

---

🅒 **r/CryptoCurrency** · Posted by u/Lord-Nagafen 5 days ago

**JP Morgan will open Crypto Lab in Athens, pushes blockchain project** `GENERAL-NEWS`

thenationalherald.com/jp-mor...

7







🔍 digital

🌐 Get App    Log In    👤 ˅

**FEEDS**

🏠 Home
⊙ Popular

**TOPICS**

🎮 Gaming ˅
🏅 Sports ˅
📈 Business, Economics, a... ˅
🪙 Crypto ˅
📺 Television ˅
⭐ Celebrity ˅
••• More Topics ˅

**Posts**  **Comments**  **Communities**  **People**

Sort ˅    Time ˅

---

🔵 r/technology · Posted by u/Parking_Attitude_519 1 month ago

**Gen Z says that school is not shipping them with the skills necessary to survive in a digital world**  Society
fastcompany.com/908399...

61.5k upvotes   8.8k comments   5 awards

---

⚪ r/movies · Posted by u/MarvelsGranMan136  r/Movies contributor   12 days ago

**Keanu Reeves Says Deepfakes Are Scary, Confirms His Film Contracts Ban Digital Edits to His Acting**  Article
variety.com/2023/f...



67.0k upvotes   1.6k comments   1 award

---

🔥 r/nextfuckinglevel · Posted by u/Baxwell_mui 28 days ago

🔥**thai street cook flawlessly prepares meals despite having no hands and digits**



68.0k upvotes   6.2k comments   4 awards

---

🔵 r/digitalnomad · Posted by u/TravelingUkulele 1 month ago

**A Realistic Look at Digital Nomad Life**  Lifestyle



742 upvotes   193 comments   0 awards

---

🔵 r/technology · Posted by u/777fer 13 days ago

**Salesforce CEO says he took a 10-day 'digital detox' trip to French Polynesia in the wake of company layoffs**  Business
businessinsider.com/salesf...



33.7k upvotes   2.2k comments   3 awards

---

⚪ r/interestingasfuck · Posted by u/Ainsley-Sorsby 5 days ago

**In 1925 Percy Fawcett vanished in the amazon jungle, in his 3rd attempt to find "Z", a lost ancient city deep in the jungle, commonly believed to be a myth. Recent technological advances have made it possible to digitally deforest part of the amazon, revealing an extensive urban settlement**  /r/ALL



32.9k upvotes   802 comments   0 awards

---

⚪ r/CrackWatch · Posted by u/DODI-Releases  Verified Repacker - DODI   4 days ago

**Hogwarts Legacy: Digital Deluxe Edition (Build 10461750 + All DLCs + Console DLCs Unlocker + Bonus OSTs + Trainer + MULTi14)**



---

Create an account to follow your favorite communities and start taking part in conversations.

**Join Reddit**

 

🔍

Log In

**FEEDS**

🏠 Home

◎ Popular

**TOPICS**

⌄

⌄

⌄

⌄

⌄

⌄

⌄

4.7k upvotes   1.4k comments   0 awards

---

🎮 r/NintendoSwitch · Posted by u/OccupiedHex 5 days ago

**A warning about your digital Nintendo games!** `Discussion`

4.4k upvotes   1.4k comments   1 award

---

📚 r/books · Posted by u/bostonstrong781 14 days ago

**Vermont State University officials apologize for plan to eliminate physical libraries in favor of digital-only library but say they will not reverse course**

vtdigger.org/2023/0...



19.8k upvotes   1.1k comments   0 awards

---

📷 r/pics · Posted by u/Logical_Scientist221 1 month ago

**Andrew Tate digital portrait** `Arts/Crafts`



66.7k upvotes   2.4k comments   9 awards

---

🏈 r/nfl · Posted by u/MisterrAlex 🦅 Eagles 18 days ago

**[MadDogRadio] Deebo Samuel tells @AdamSchein the #Niners would have beaten the #Eagles by double digits if Brock Purdy didn't get hurt.**

twitter.com/maddog...

5.4k upvotes   2.6k comments   0 awards

---

🔮 r/Futurology · Posted by u/trievan 12 days ago

**Keanu Reeves Says Deepfakes Are Scary, Confirms His Film Contracts Ban Digital Edits to His Acting** `AI`

variety.com/2023/f...



24.1k upvotes   654 comments   0 awards

---

🎨 r/Art · Posted by u/Lucracia07 3 days ago

**Tim, me, digital, 2023** `Artwork`



21.3k upvotes   263 comments   5 awards

---

🌐 r/digitalnomad · Posted by u/Acrobatic-Area-8990 3 days ago

**After two years of being a digital nomad, I'm finally ready to admit that I hate it. Here are four reasons.** `Lifestyle`

1.9k upvotes   807 comments   0 awards

---

⚫ r/CrackWatch · Posted by u/jskake 12 days ago

**How i see this twitter and media boycott (SkillUp, Digital Foundry, YongYea etc.)** `Humor`



Create an account to follow your favorite communities and start taking part in conversations.

11



**FEEDS**



🏠 Home

➤ Popular

**TOPICS**



Log In

---

🎯 r/todayilearned · Posted by u/theotherbogart 1 month ago

**TIL: To "protect the truth," a woman recorded hundreds of thousands of hours of TV news between 1977 and 2012. Her archives grew to about 71,000 VHS and Betamax tapes stacked in her home and apartments she rented to store them. Upon her death, the Internet Archive agreed to digitize the volumes.**

en.wikipedia.org/wiki/M...



86.5k upvotes    2.2k comments    3 awards

---

😎 r/Art · Posted by u/Shirelord   Caleb Worcester   10 days ago

**Finally some good sleep. Me, Digital, 2023**   Artwork



30.9k upvotes    272 comments    12 awards

---

🎮 r/pcgaming · Posted by u/Turbostrider27 15 days ago

**Steam Top Sellers for week ending 12 February 2023: #1 - Hogwarts Legacy: Digital Deluxe Edition, #2 - Hogwarts Legacy, #3 - Hogwarts Legacy, #4 - Hogwarts Legacy: Digital Deluxe Edition**

Hogwarts Legacy

twitter.com/SteamD...



3.4k upvotes    910 comments    0 awards

---

 r/politics · Posted by u/UGMadness   🇪🇺 Europe   5 days ago

**SCOTUS "confused" after hearing arguments for weakening Section 230 immunity — SCOTUS sways Google's way, says eroding Section 230 could crash digital economy.**

arstechnica.com/tech-p...



2.3k upvotes    460 comments    0 awards

---

🎩 r/HarryPotterGame · Posted by u/TF0SIBU 11 days ago

**Hogwarts Legacy's first week digital sales in Europe were 56% higher than those of last year's blockbuster fantasy game, Elden Ring**   Official News



2.1k upvotes    745 comments    0 awards

---

📱 r/gadgets · Posted by u/chrisdh79 11 days ago

**Western Digital unveils a 44TB external HDD with a flagship graphics card price | When 22TB simply isn't enough**

Computer peripherals

techspot.com/news/9...



3.8k upvotes    533 comments    0 awards

---

😎 r/Art · Posted by u/BluefuryArt 22 days ago

**Productivity, Me, Digital, 2022**   Artwork



39.3k upvotes    374 comments    9 awards

---

Create an account to follow your favorite communities and start taking part in conversations.

😎 r/Art · Posted by u/bozo_balov 1 month ago



2/27/23, 9:23 AM
reddit.com: search results - digital
Case 3:22-cv-07789-WHO    Document 37-2    Filed 02/27/23    Page 14 of 58







# Substack



# Search

Start reading    Log in

bitcoin

**Posts**    Publications    People

**MOLLY WHITE**

## Grayscale **Bitcoin** Trust: the free money machine that went into reverse

*"... Grayscale owns a big pile of Bitcoins, and they issue the $GBTC security."*

MOLLY WHITE · 12 MIN READ

---

**BANKLESS**                                                                        FEB 4

## Is a **Bitcoin** NFT boom coming?

*"... For our weekly recap, we dig into: Bitcoiners hate NFTs SBF lawsuit drama unfolds Wormhole bridge wins Uniswap vote Orion Protocol hacked Crypto markets pump - Bankless Team 📰 Weekly Recap Here's a recap of the biggest crypto news from the second week of January Bitcoin Ether Rocks 1."*

6 MIN READ

---

**BANKLESS**                                                                        FEB 21

## How to Mint a **Bitcoin** NFT

*"...Dear Bankless Nation, One of the longer-standing Bitcoiner mantras has been the grounding of BTC to money as an exclusive use-case."*

7 MIN READ

---

**TECHDEV NEWSLETTER**                                          DECEMBER 26, 2022

## TechDev Newsletter - Full Issue #60

*"... I've decided to break this publication into two streams: #1 - Market Update Issues: Will cover broad macro market updates on Bitcoin and altcoins, Bitcoin Top Gauge monitoring, equity market analysis when significant, and once we get confirmation of the next high timeframe impulse, longer-term altcoin targets."*

12 MIN READ

---

**THE BITSTEIN BRIEF**                                              DECEMBER 2, 2022

## Welcome to the Bitstein Brief

Get app







# Discord





bitcoin

## 217 Results Found



| | |
|---|---|
| ⊘ All | 217 |
| 🎓 Education | 81 |
| 🔬 Science & Tech | 46 |
| 🎮 Gaming | 43 |
| 🎬 Entertainment | 28 |
| 🎵 Music | 2 |

**BitcoinZ Official**

Official BitcoinZ Discord server! Join BitcoinZ community, and help expand true crypto.

619 Online • 11377 Members



**Bitcoin**

Bitcoin only server – education, support, news, and bitcoin discussion! Everything from Bitcoin memes to BIP reviews!

591 Online • 10787 Members



**Bitcoinovej kanál**

Největší česká&slovenská komunita o Bitcoinu.

1405 Online • 7759 Members



**Bitcoin SV**

This server follows the original implementation of Bitcoin which is now known as Bitcoin SV.

204 Online • 2681 Members



**NASDAQ TRADES & CRYPTO STOCK MARKET SQQQ TQQQ QQQ DOW TESLA APPLE AMD SPX BITCOIN META CLUBHOUSE**

We trade STOCKS an Crypto! We help all new and old traders GROW! WE TRADE SQQQ AND TQQQ! FREE DAILY SP500 NASDAQ CHARTS

76 Online • 1433 Members



**Because Bitcoin**

Crypto News & Updates, Market Sentiment From Real Traders, Educational Content, One Stop Shop For Everything Crypto

243 Online • 1356 Members



**Stacks**

Connect with the Stacks community & join the biggest Web3 project on Bitcoin. Unleash Bitcoin's full potential with us!

1620 Online • 41472 Members



**[The Crypto Collective]**

The Crypto Collective is the most reputable #Crypto and Bitcoin trading community, discuss #Bitcoin, #Trading & #NFTs.

956 Online • 24923 Members



31



### Coin Mühendisi

Coin Mühendisi Resmi Discord Sunucusu! Crypto , Metaverse , Bitcoin , NFT , Ethereum, Binance

193 Online • 8123 Members

### Jasmy Token (International)

Jasmy: founded by former Sony executives, tokened by our community as Japan's Bitcoin. Come join the discussion.

226 Online • 4704 Members

### BeloTrade - INVESTIMENTOS

O maior Escritório Profissional de Bitcoin e Crypto Trading da língua portuguesa, ao vivo, 12 horas p/dia.

292 Online • 4080 Members

### Crypto Alliance

Discussions autour du Bitcoin et des Cryptos

906 Online • 3991 Members

‹ Back  **1**  2  3  4  5  6  …  19  Next ›

## Have a server you want to add to Discovery?

Make Your Community Public



## Find a place where you belong

Discord servers are organized into topic-based channels where you can collaborate, share, and just talk about your day without clogging up a group chat.

Join Discord

**IMAGINE A PLACE**

**Product**
Download
Nitro
Status

**Company**
About
Jobs
Branding
Newsroom

**Resources**
College
Support
Safety
Blog
Feedback
Developers
StreamKit
Creators

**Policies**
Terms
Privacy
Cookie Settings
Guidelines
Acknowledgements
Licenses
Moderation

Discord

Sign up

33



# FIND YOUR COMMUNITY ON DISCORD

From gaming, to music, to learning, there's a place for you.



blockchain

| | |
|---|---|
| ● All | 307 |
| 🎮 Gaming | 147 |
| 🔬 Science & Tech | 98 |
| 🎭 Entertainment | 71 |
| 🎓 Education | 47 |
| 🎵 Music | 9 |

## 307 Results Found



**WAX Blockchain**

The WAX Discord server is a place for NFTs collectors worldwide. Connect, trade and make friends.

7557 Online • 60615 Members



**Blockchain Monster Hunt Official**

"The first NFT game that lives on multiple blockchains" - https://bcmhunt.com

968 Online • 20973 Members



**Q Blockchain**

Q is a decentralized governance system that aims to democratize access to international private law.

834 Online • 11374 Members



**Beacon Global | Crypto • Metaverse • Gamefi • NFT • Blockchain • Research • Marketing • Trading**

Beacon Global, your first stop toward Metaverse, a new service platform that integrates Metaverse, GameFi, and NFT

1214 Online • 37028 Members



**SPACE ID**

A universal name service network that connects people, information, and assets across all blockchains and apps.

12762 Online • 297383 Members



**Gala Games**

Gala Games is making blockchain games you'll actually want to play. Own your games, keep what you earn.

20176 Online • 160881 Members

⬡ PARTNERED



**Aptos**

Aptos is building the safest and most reliable blockchain!

12793 Online • 151970 Members



**Wombat Gamers**

Welcome to our server dedicated to gaming, blockchain, crypto and anything in between!

2261 Online • 89245 Members



25



### SafePal
SafePal provides hardware wallet, software wallet & extension wallet & supports 48 blockchains, 100,000+ tokens etc.
1854 Online  •  66227 Members

### Tiny Colony Game
An expansive pixelated NFT Play to Earn ecosystem on the Solana Blockchain. Join our amazing community!
1490 Online  •  58306 Members

### ZombieClub
The offical sanctuary for blockchain degenerates. 6666 monsters by ZombieLab and Kosuke Kawamura.
1532 Online  •  50831 Members

### Secret Network
Secret Network is the first blockchain with customizable privacy. You get to choose what you share, with whom, and how.
2990 Online  •  40667 Members

‹ Back   1   2   3   4   5   6   ...   26   Next ›

## Have a server you want to add to Discovery?

[ Make Your Community Public ]

## Find a place where you belong

Discord servers are organized into topic-based channels where you can collaborate, share, and just talk about your day without clogging up a group chat.

[ Join Discord ]



**IMAGINE A PLACE**

| Product | Company | Resources | Policies |
|---------|---------|-----------|----------|
| Download | About | College | Terms |
| Nitro | Jobs | Support | Privacy |
| Status | Branding | Safety | Cookie Settings |
| | Newsroom | Blog | Guidelines |
| | | Feedback | Acknowledgements |
| | | Developers | Licenses |
| | | StreamKit | Moderation |
| | | Creators | |

Discord

Sign up



# FIND YOUR COMMUNITY ON DISCORD

From gaming, to music, to learning, there's a place for you.



digital

**142 Results Found**

| | |
|---|---|
| 🧭 All | 142 |
| 🎮 Gaming | 46 |
| 🎓 Education | 38 |
| 🎬 Entertainment | 34 |
| 🔬 Science & Tech | 24 |
| 🎵 Music | 4 |



**gettoDigital**
gettoDigital, getto ve gettoreal youtube kanallarının resmi sunucusudur.
390 Online • 1831 Members



**The Crypto Network™ - Digital Currency Experts**
We are a discord community focused on helping all types of individuals learn how to safely navigate the crypto world.
6132 Online • 174700 Members



**Blue Wizard Digital**
Home of Shell Shockers, Basket Bros, F13: killer puzzle, Merc Zone, Slayaway Camp, Slashy Camp, Cybergeddon & More!
3171 Online • 172893 Members
✓ VERIFIED



**Digital Forensics**
This is a server for DFIR Professionals by DFIR Professionals. Law Enforcement, Private Sector, & Students, all welcome!
2281 Online • 12342 Members



**PixelPoly Digital**
Quality Minecraft Marketplace content creators. Join our server for the latest updates on our content or have a chat!
352 Online • 7732 Members



**DMC | Digital Marketing Community**
#1 for marketers! Join DMC for high-value marketing discussions, networking, career advice, and professional growth.
806 Online • 6652 Members



**McFarlane Digital Community**
OddKey is aiming to provide a solution for comic artists to freely showcase and sell their original digital artwork.
753 Online • 6488 Members
✓ VERIFIED



**📍 Qings ID - Digital Produk**
Tempat Jual Beli Produk Digital dengan Harga Terjangkau
357 Online • 3707 Members



28



### Gravitas Digital Collective

Gravitas Digital Collective founded in 2019, is the largest and longest-standing leftist-anarchist community on Discord!

871 Online • 3205 Members

### Digital Dungeons Academy

We are a group of dedicated tabletop roleplaying game fans connecting other gamers together in the digital world.

915 Online • 2116 Members

### DIGITAL GANG

Conectando os que fazem acontecer

233 Online • 1625 Members

### The Digital Pop Kingdom

A world of Funko & Droppp NFTs. Learn, Trade & Have Fun

245 Online • 1858 Members

‹ Back  **1**  2  3  4  5  6  …  12  Next ›

## Have a server you want to add to Discovery?

**Make Your Community Public**



## Find a place where you belong

Discord servers are organized into topic-based channels where you can collaborate, share, and just talk about your day without clogging up a group chat.

**Join Discord**

## IMAGINE A PLACE

**Product**
Download
Nitro
Status

**Company**
About
Jobs
Branding
Newsroom

**Resources**
College
Support
Safety
Blog
Feedback
Developers
StreamKit
Creators

**Policies**
Terms
Privacy
Cookie Settings
Guidelines
Acknowledgements
Licenses
Moderation

Discord

Sign up



# FIND YOUR COMMUNITY ON DISCORD

From gaming, to music, to learning, there's a place for you.



taro tari

**57 Results Found**

| | |
|---|---|
| 🧭 All | 57 |
| 📺 Entertainment | 32 |
| 🎮 Gaming | 27 |
| 🎵 Music | 8 |
| 🎓 Education | 8 |
| 🔬 Science & Tech | 6 |



**Kemalist Birlik #Kemalizm #1.5K #KB #Türkiye #KP**

Türk Tarihini ve Kültürünü daha iyi öğreneceğiniz, sohbet edip arkadaş edinebileceğiniz Discord Sunucusu!

363 Online • 1774 Members



**Countryballs Türkiye**

Countryballs Türkiye, Türk Animasyon ve Tarih Severlerin Toplandığı En Büyük Sunucu!

282 Online • 1568 Members



**Baylar Topluluğu | Siyaset ve Gündem**

Discord Türkiye'nin en aktif ve en büyük siyaset & gündem topluluğu. Burada sohbet etmekten çekinme! Hoş geldin.

183 Online • 3075 Members



**Mahşer**

İyi Sohbetler!

120 Online • 1479 Members



**Melysid Tarot & Astroloji**

Tarot ve Astroloji

153 Online • 20449 Members

⊘ PARTNERED



**Paintable Tribe**

Challenges, tutorials & resources about digital painting.

1298 Online • 12279 Members



**Tribe XR**

A server dedicated to Tribe XR, a VRDJ platform where you can learn, play and perform on club-standard DJ equipment.

1260 Online • 9816 Members

✓ VERIFIED



**Tribe Of Men**

Tribe of Men Official Community-Run Discord server!

1811 Online • 9730 Members



22



**Hated Tarun**

official server of Hated Tarun
82 Online • 6530 Members

**·.✦·⬜:: Taizai! · –🐱₁**

❀ Una hermosa comunidad para aprender y crecer! 💚❀ A
beautiful art/gfx community to learn and grow! 💚
612 Online • 4537 Members

🟢 PARTNERED

**Living Más - Taco Bell Community**

🌮 Come taco 'bout tacos with us in our fan-run Taco Bell
community • Giveaways, Leaks, & More! - LivingMas.com
1192 Online • 3405 Members

**Chatter's Tamil 2.0**

Seeking a place to share your thoughts & Socialize? Chatter's Tamil ,
a mini Online Virtual WORLD FOR YOU !
95 Online • 2948 Members

< Back   ① 2 3 4 5   Next >

## Have a server you want to add to Discovery?

Make Your Community Public

## Find a place where you belong

Discord servers are organized into topic-
based channels where you can collaborate,
share, and just talk about your day without
clogging up a group chat.

Join Discord





# Twitter





Explore

Settings



Shiba Inu Launches Shibarium Portal

novonews.io
Shibarium Launches, Drake Loses Bet, PMI Data Effects Bitcoin?

💬 1          ↻          ♡ 3          ▥ 2,262          ⬆

Promoted

**Crypto Rover** ✔ @rovercrc · 33m                    •••
**#BITCOIN** ₿ RUNNING INTO CRITICAL RESISTANCE!!!

💬 54          ↻ 27          ♡ 199          ▥ 10.5K          ⬆

**Crypto Rover** ✔ @rovercrc · 48m                    •••
$25k is the level to break for **#Bitcoin** ₿

💬 49          ↻ 21          ♡ 214          ▥ 9,990          ⬆

**Memeing Bitcoin** @MemeingBitcoin · 51m              •••
**#Bitcoin** ₿ is from another world.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

Trending in United States
**Walking Wake**                    •••

Trending in United States
**Suicune**                         •••
2,292 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.





Twitter

# Explore

⚙ Settings

💬 13    ⟲ 24    ♡ 119    📊 2,395    ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





\# Explore

⚙ Settings



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





# Explore

⚙ Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Twitter

**#** Explore

⚙ Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





Trending in United States
**Walking Wake**

Trending in United States
**Suicune**
2,292 Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2023 Twitter, Inc.

💬 25    🔁 1,548    ♥ 2,223    📊 57.3K

**Show this thread**

**CIGI** ✔ @CIGIonline
The truth is that our current fragmented data governance frameworks are inadequate, write authors.

"Too often, data agreements focus on property rights, while paying too little attention to human rights and the complex nature of data itself."

cigionline.org
As Digital Trade Expands, Data Governance Fragments

💬 3    🔁 38    ♥ 83    📊 192.5K
⬚ Promoted

**777 Charlie** ✔ @777CharlieMovie · 2m
This assort box of magical tunes is now yours! #777Charlie Original Soundtrack OUT NOW on **digital** platforms 😊

#777CharlieOST

💬 1    🔁 1    ♥ 15    📊 62

**Ahsan Iqbal** ✔ @betterpakistan · 3h
We established six national centres of excellence in technologies that are considered as pillars of a modern **digital** economy and that are vital to the modernization of both our industry and agriculture under Vision 2025.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



💬 19        ⟲ 37        ♡ 190        📊 11.8K        ⬆

Show this thread

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

**Explore**

**Settings**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up


Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

50





2/27/23, 9:26 AM
taro tari - Twitter Search / Twitter
Case 3:22-cv-07789-WHO   Document 27-2   Filed 03/27/23   Page 54 of 58

 Explore

 Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

54

taro tari - Twitter Search / Twitter

# Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

https://twitter.com/search?q=taro tari&src=typed_query

🐦

\# **Explore**

⚙ Settings

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in    Sign up

