# Exhibit C

# Reddit



🔍 taro



**FEEDS**

🏠 Home

↗ Popular

**RECENT**

👤 r/KakaBhajans

🔖 r/Substack

**TOPICS**

🎮 Gaming ⌄

🏅 Sports ⌄

📈 Business, Economics, a... ⌄

✦ Crypto ⌄

🖵 Television ⌄

⭐ Celebrity ⌄

••• More Topics ⌄

---

Create an account to follow
your favorite communities
and start taking part in
conversations.

*Join Reddit*

---

**Posts**      **Comments**      **Communities**      **People**

Sort ⌄    Time ⌄

---

🔵 r/mechmarket · Posted by u/Probz1892 8 days ago

**[US-CA] [H] F1-8X 722, Space 80 Apollo, Iron 165, KBD67 Lite, Li'l Dragon Box60, GMK Dualshot 2, ePBT BoW Hangul, PBT Taro, Durock Sunflower POM T1, KTT HaluHalo, Prevail Epsilon, TTC Chaotic Panda, Deskmats - 3ildmat, Halu-Halo, Redux, Yunjing[W] Paypal** Selling

7 upvotes    22 comments    0 awards

---

⚫ r/nier · Posted by u/Firenhawk 22 days ago

**A new RPG smartphone game has leaked. Developed by Sega and Yoko Taro would be Creative Director.** Discussion

635 upvotes    56 comments    0 awards

---

⚫ r/Games · Posted by u/brbrbrando 17 days ago

**404 GAME RE:SET is Yoko Taro's new game where Sega rules the world - AUTOMATON WEST**
Announcement

automaton-media.com/en/new...

312 upvotes    53 comments    0 awards

---

🔴 r/TwoBestFriendsPlay · Posted by u/LoliMasterMancer 17 days ago

**New Yoko Taro SEGA mobile game is a SEGA game waifu gacha**

youtube.com/watch?...

↗

50 upvotes    29 comments    0 awards

---

🔴 r/KotakuInAction · Posted by u/cypher_pleb 17 days ago

**New Yoko Taro game, I have a feeling there will be discourse.**

2



🔍 

FEEDS

🏠 Home

↗ Popular

RECENT

 r/KakaBhajans

📙 r/Substack

TOPICS

⌄

⌄

⌄

⌄

⌄

⌄

⌄

 r/nier · Posted by u/alexjg42 1 day ago

**Does any of Yoko Taro's games feature a Red Dragon falling from the heavens? I'd love to know the rest of this story.**

NieR Replicant

507 upvotes    91 comments    0 awards

---

 r/TwoBestFriendsPlay ·

↪ Crossposted by u/DrasticKnight

**Promising More and Delivering Less since 1991** 2 months ago

**Yoko Taro continues to be BASED**

⧉

399 upvotes    58 comments    0 awards

---

r/nier · Posted by u/secondspaceman 2 months ago

**yoko taro**    Image

3.2k upvotes    68 comments    0 awards

---

 r/hockey ·

Posted by u/Son_Of_The_Empire    BUF - NHL    11 days ago

**[Marek] Paul Wieland, former Buffalo Sabres PR Director, has passed away. His daughter made the announcement on Instagram earlier today. Wieland was the brains behind the Sabres prank of selecting fictitious hockey player Taro Tsujimoto of the Tokyo Katanas at the '74 draft.**

twitter.com/JeffMa...

916 upvotes    31 comments    0 awards

---

🔵 r/Nerf · Posted by u/mw_id 12 days ago

**Releasing soon - Taro! - a compact, select fire, solenoid-actuated dual stage flywheeler**

WIP

Create an account to follow your favorite communities and start taking part in conversations.

3





FEEDS

🏠 Home

↗ Popular

RECENT

r/KakaBhajans

📙 r/Substack

TOPICS

⌄
⌄
⌄
⌄
⌄
⌄
⌄

Create an account to follow your favorite communities and start taking part in conversations.

What are your all's thoughts on Minoru Ono? (Aka Taro's reoccurring rival)  Discuss

153 upvotes    31 comments    0 awards

r/cats · Posted by u/angelheaded--hipster 1 month ago

Every time I close the door to the bathroom, my cat, Taro, gets so desperate she climbs in from the roof. Ceiling cat is real.  Cat Picture

930 upvotes    38 comments    0 awards

r/Acceleracers · Posted by u/Standard-Mango-7155 12 days ago

What would Taro's search history be like?  Meme

reddit.com/galler...

69 upvotes    47 comments    0 awards

r/nier · Posted by u/andybomm 5 months ago

A letter from yosuke saito and yoko taro  Discussion

reddit.com/galler...

4.6k upvotes    126 comments    7 awards

r/GachaClub · Posted by u/That_Weird_Girl226 1 month ago

Birb and Taro rate your OC based on how friendly they seem (Pictures Only if possible)  🔒 Closed

51 upvotes    133 comments    0 awards

r/supersentai · Posted by u/UltraZeroX7 4 days ago

Let's run with Taro and Gira!

5



Search

**FEEDS**

🏠 Home

📡 Popular

**RECENT**

r/KakaBhajans

r/Substack

**TOPICS**

---

165 upvotes    9 comments    0 awards

---

r/WhatsWrongWithYourDog · Posted by u/hoitoot 8 days ago

**Taro is confused.**

443 upvotes    7 comments    0 awards

---

r/Osana · Posted by u/Colindoo 20 days ago

**It has come to my attention that I ship Ayano with anyone except Taro(which is true)**    Art

reddit.com/galler...

236 upvotes    25 comments    0 awards

---

r/DessertPorn · Posted by u/sweetpeawinnie 23 days ago

**Homemade ube (taro/purple yam) brownies with macapuno (coconut) strings and white chocolate chips**

432 upvotes    19 comments    0 awards

---

r/nier · Posted by u/LostWanderer88 14 days ago

◆ **SPOILER**

**[spoiler] Yoko Taro commented about the fate of a character in Nier Replicant's ending**    NieR Replicant

72 upvotes    22 comments    0 awards

---

Create an account to follow your favorite communities and start taking part in conversations.



**FEEDS**

Home

Popular

**RECENT**

r/KakaBhajans

r/Substack

**TOPICS**

Create an account to follow your favorite communities and start taking part in conversations.



🔍 tari



### FEEDS

🏠 Home

↗ Popular

### TOPICS

🎮 Gaming ⌄

🏅 Sports ⌄

📈 Business, Economics, a... ⌄

☸ Crypto ⌄

🖵 Television ⌄

☆ Celebrity ⌄

••• More Topics ⌄

**Posts**        **Comments**        **Communities**        **People**

Sort ⌄      Time ⌄

---

r/SMG4 · Posted by u/East-Area-7267    **Hobo Bros**    2 months ago

**SMG4 needs to stop ignoring Tari.I get Meta Runner ended but she is more than a plug for her show**    **Discussion/Question**

280 upvotes    78 comments    0 awards

---

r/SMG4 · Posted by u/GeekyTheArtist    2 months ago

**Tari with Power-Ups: The Rock Mushroom! Such a weird option for someone so soft, huh?**    Fanart

163 upvotes    23 comments    0 awards

---

r/Romania · Posted by u/Apprehensive_Room338    2 days ago

**Nivelul permis de alcoolemie in alte tari**    Nu e OC

654 upvotes    192 comments    0 awards

---

r/SMG4 ·
Posted by u/WillieStroker69
**Classic fan who thinks Whimpu is underappreciated**    1 day ago

**(Shitpost Sunday) THEY REALLY need to get some new voice clips for Tari**    Meme

317 upvotes    42 comments    0 awards

---

r/kotor · Posted by u/Gingie-123    5 days ago

---

Create an account to follow your favorite communities and start taking part in conversations.

Join Reddit

8

 

FEEDS

🏠 Home

↗ Popular

TOPICS

259 upvotes    117 comments    0 awards

---

🔴 r/talk_hunfluencers · Posted by u/werq92 2 months ago

### Tari Ádám escortozik? Ki mit hallott? @adamtari_pro_physique

discussion

16 upvotes    24 comments    0 awards

---

🏀 r/rockets · Posted by u/splat_view 19 days ago

### Tari above jabari in Rookie rankings 👀

98 upvotes    70 comments    0 awards

---

🖼 r/kotor · Posted by u/HelpfulApple22    **HK-47** 17 days ago

### In this screenshot on the Mac App Store of KOTOR 1, how and why is HK on Taris? **KOTOR 1**

714 upvotes    71 comments    0 awards

---

🏀 r/rockets · Posted by u/ST012Mi 8 days ago

### Tari Eason's little brother when Mac McClung clinched with his final dunk. Tari's Ma's reaction 😂

[reddit.com/galler...](reddit.com/galler...) 	⤴

187 upvotes    19 comments    0 awards

---

🖼 r/kotor · Posted by u/fiero444 18 days ago

### Taris Citizen just floating in mid air

Create an account to follow your favorite communities and start taking part in conversations.

9




FEEDS

🏠 Home

↗ Popular

TOPICS

r/nba · Posted by u/MathiTheCheeze    **Pelicans**    26 days ago

**[Highlight] Tari Eason gets the and-1 after a steal and 300 putback attempts**    Highlight

streamable.com/j5tbep

383 upvotes    40 comments    0 awards

---

r/rockets · Posted by u/ajalonghorn    26 days ago

**Tari Eason**

286 upvotes    33 comments    0 awards

---

r/indonesia · Posted by u/M_A_J_R    3 months ago

**Jadi ingat dulu kalau nonton yang Cut Tari kepala pegel**

**Throwback**

24 upvotes    34 comments    0 awards

---

r/SMG4 · Posted by u/AGENT_Krit    **Tari's guardian**    9 days ago

**Tari in TF2 Medic costume :P**

Fanart

99 upvotes    27 comments    0 awards

---

r/SMG4 · Posted by u/Lawyer_Kong    Bob Fan    2 days ago

**ya'll happy tari was in a video?**    Episode review

14 upvotes    30 comments    0 awards

---

r/SMG4 · Posted by u/[deleted]    19 days ago

**I remade my paper tari art, but now she is animated!**    Fanart

reddit.com/galler...

Create an account to follow your favorite communities and start taking part in conversations.

10



   🔍

FEEDS

🏠 Home

🧭 Popular

TOPICS

r/churchofmeggy ·

🔁 Crossposted by u/mohammedalmawid    **Mario x Meggy Shipper**
1 day ago

### Weaponized meggy and tari(crossposted from RicoGamerBoi)    Fanart

11 upvotes    22 comments    0 awards

🌐 r/nba · Posted by u/3rdEyeDeuteranopia    **Rockets**   26 days ago

### Rockets' Rookie Tari Eason in a win over the Thunder finishes with 20 PTS | 13 REB | 3 STL | 2 BLK. Tari also had 12 offensive rebounds, tying for the second highest in the NBA this season. Tari was snubbed from the Rising Star selection.

128 upvotes    34 comments    0 awards

 r/SMG4 · Posted by u/AGENT_Krit    **Tari's guardian**   23 days ago

### Tari is offering you a duck. Will you take it?    Fanart
reddit.com/galler...

156 upvotes    32 comments    0 awards

🚀 r/rockets · Posted by u/ST012Mi    11 days ago

### [Bijani] Tari Eason will replace Detroit Pistons center Jalen Duren in the Rising Stars. #Rockets (Ayo Dosunmu replaces Jalen Green)
twitter.com/rocket...

129 upvotes    6 comments    0 awards

🚀 r/rockets · Posted by u/rocketsforlife42    11 days ago

### Tari Eason heading to the Rising Stars game

46 upvotes    13 comments    0 awards

Create an account to follow your favorite communities and start taking part in conversations.

11




🔍

**FEEDS**

🏠 Home

↗ Popular

**TOPICS**

OH NO TARI TURNED INTO AN
ANIME GIRL    **Meta Runner**

52 upvotes    9 comments    0 awards

🟠 r/kotor · Posted by u/theonetruepuzzle 1 month ago

A citizen of Taris...on Citadel
Station???

647 upvotes    45 comments    0 awards

🟠 r/KOTORmemes · Posted by u/W1ntermu7e        1 month ago

It's not even a discussion, the
amount of things you can do on
Taris>>> empty and linear
Citadel

i.imgur.com/iFSMb8...                          ↗

861 upvotes    60 comments    0 awards

Create an account to follow
your favorite communities
and start taking part in
conversations.

FEEDS

🏠 Home

↗ Popular

TOPICS

Create an account to follow your favorite communities and start taking part in conversations.

# Substack

# Search

Start reading | Log in

Inbox

Explore

Notifications

Saved

Profile

**Welcome to Substack**
Sign up to discover, read, and support great writing.

Get started

··· More

🔍 taro

Posts | Publications | People

Showing results for "taro". See results for STARO instead.

**Incandescent Tarot**
By Gina Wisotzky
Exploring **tarot** in everyday life with weekly & monthly **tarot** forecasts
Has written about **tarot**
LAUNCHED 3 YEARS AGO

**TarotTrader**
By **TarotTrader**
Hacking the matrix using cosmology, numerology, astrology, **tarot**, quantum tunneling, and divination in order to gain an edge in the financial markets.
Has written about **tarot**
LAUNCHED 2 MONTHS AGO

**Miriam Reads Tarot**
By Miriam Reads **Tarot**
This is the one place where you can gain insight into your mental health through the **tarot**.
Has written about **tarot**
LAUNCHED A YEAR AGO

**Jessica Adams Astrology and Tarot**
By Jessica Adams
Monthly Astrology and **Tarot** Features
Has written about **tarot**
LAUNCHED A YEAR AGO

**The Tarl Times**
By **Tarl** Warwick
Politics, news, predictions, and more
LAUNCHED 2 YEARS AGO

**Tarot-2-Go**
By **Tarot**-2-Go by **Tara**
A free **tarot** newsletter with **tarot** insights, readings and stories.
Has written about **tarot**
LAUNCHED A YEAR AGO

**Les cryptos de Caro**
By Caroline Jurado
La Newsletter Française N°1 d'éducation à l'univers crypto. Rejoins plus de 59.000 personnes.
Has written about **caro**
LAUNCHED 2 YEARS AGO

**Pop Tarot**
By Loa Beckenstein
**tarot** x pop culture
Has written about **tarot**
LAUNCHED 3 YEARS AGO

**Tarot & Astro with Leah Vanderveldt**
By Leah Vanderveldt
Self-care for magical babes: **Tarotscopes**, cosmic updates, and getting sh*t done with the moon.
Has written about **tarot**
LAUNCHED 2 YEARS AGO

**Lean Out with Tara Henley**
By **Tara** Henley
A current affairs newsletter, focusing on heterodox writers and thinkers from around the world.
THOUSANDS OF PAID SUBSCRIBERS

**Monique's Tarot 🔮**
By Monique's **Tarot** 🔮
Welcome to Monique's **Tarot**, weekly **tarot** readings, moon messages and astrology offering spiritual

Get app

15



Has written about **tarot**

LAUNCHED 2 MONTHS AGO

**Tarot | An Exploration Project**
By Cynthia Giles

**Tarot** in many dimensions--for everyone from serious practitioners to the newly curious

Has written about **tarot**

LAUNCHED 2 YEARS AGO

**Xandua Tarot**
By Magda

📙 Thought-provoking **tarot**scopes & weekly musings 🔮 Grab a FREE **Tarot** Basics Workbook when you sign up...

Has written about **tarot**

LAUNCHED 7 MONTHS AGO

**Offerings**
By Jessica Dore

Jessica Dore, author of **Tarot** for Change, explores human experience using Pamela Colman Smith's images from the Rider-Waite-Smith **Tarot** as a guide.

Has written about **tarot**

THOUSANDS OF PAID SUBSCRIBERS

**Explorations on the Tarot Journey**
By Hanna McElroy

Coming into spirit through the side door

Has written about **tarot**

LAUNCHED 5 MONTHS AGO

**mountain witch reads your tarot**
By mountain witch

weekly **tarot** from a cantankerous witch who lives in a strange hut on a mysterious mountain.

LAUNCHED 2 MONTHS AGO

**Blue Tara**
By Blue Tara

Riding the Arrow

Has written about **tara**

LAUNCHED 10 MONTHS AGO

**Tara Reade's Newsletter**
By **Tara** Reade

Creative souls surviving and navigating the geopolitical world

Has written about **tara**

LAUNCHED A YEAR AGO

**House of Tarot musings, with Tania Yorgey**
By Tania Yorgey

The trade secrets of a **tarot** reader

Has written about **tarot**

LAUNCHED 3 MONTHS AGO

**Tarô para Criativos**
By Robson Alessandro

aqui eu compartilho minha jornada pelo **tarô**, pelos processos criativos e pela vida.

LAUNCHED 8 MONTHS AGO

Get app

Get app

## Search

Start reading  Log in

Inbox
Explore
Notifications
Saved
Profile

**Welcome to Substack**
Sign up to discover, read, and support great writing.

Get started

••• More

Q  tari

Posts   Publications   People

---

THE FREE PRESS                                        JAN 14

### A Note From Bari

Announcing special access to The Free Press for our growing community.

BARI WEISS · 4 MIN READ

---

OKKINAWA                                              JAN 22

### RK Masuk Golkar, Kades Masuk Kota, & Jacinda Ardern Masuk "Pensiun Dini"

*"... Kemarin juga saya berbaru kelinci (dan babi) soalnya."*

OKKI SUTANTO · 4 MIN READ

---

USAHA MENCARI TAHU                                    FEB 22

### Rumah dan Waktu

*"... lihatlah, lihatlah home dan search berdampingan seperti pengantin abadi atau, mari kita belajar menggambar rumah yang hilang: bayangkan sesuatu yang tidak ada, letakkan di jarak tertentu di udara, buatlah lingkaran di sekelilingnya."*

AAN MANSYUR · 1 MIN READ

---

DAVID FITZSIMMONS: ARIZONA'S PROGRESSIVE VOICE        FEB 4

### Kari Lake

*"...Kari Lake by David Fitzsimmons Every tumbleweed wrangler and city dweller here in Arizona knows two things about water."*

DAVID W FITZSIMMONS · 3 MIN READ

---

WEEKLY PILLS                                          JAN 21

### Meglio tardi che mai

*"... Inoltre l'assessora Catia Brinis, ritenuta responsabile dell'iniziativa, si è vista ritirare le deleghe a politiche sociali e giovanili e alle pari opportunità."*

FACTANZA · 6 MIN READ

---

SEPUTAR LIVESTREAMING                                 FEB 8

### Livestream Bersama di Hari Valentine

*"... Sama seperti The Last of Us, Cyberpunk pernah mencapai 1 Juta pemain dalam satu hari karena kepopuleran series nya."*

MIMIN SAWERIA · 2 MIN READ

---

THE FREE PRESS                                        FEB 23

### 'We Don't Know What We Are Breathing': A Report from East Palestine

A train derailment and chemical explosion that ripped through an Ohio town earlier this month have left locals feeling sick, angry—and completely abandoned.

SALENA ZITO · 9 MIN READ

---

SLOWDOWN FARMSTEAD                                    FEB 18

### jumping ship

breaking free of the current

TARA · 13 MIN READ

---

THE FREE PRESS                                        FEB 18

Get app

**17**

America's Culture Is Booming. Really.

Yes, the legacy institutions are shrinking. But thousands of small players in music, publishing, and the arts are powering a new golden age of artistry.

TED GIOIA · 11 MIN READ

THE FREE PRESS                                              FEB 16

### The Booming Market for Backdoor Ozempic

It's not just celebrities. Women around the country are going to great lengths to procure 'liquid gold' in our bottomless appetite to be thin.

OLIVIA REINGOLD · 12 MIN READ



THE FREE PRESS                                              FEB 22

### The War in Ukraine in Eight Photos

From day one of Putin's invasion, photographer Lynsey Addario was on the ground capturing moments of ruin—and heroic resolve. One year later, she says it's unlike any war she's ever covered.

PETER SAVODNIK · 9 MIN READ



CATATAN JURNALIS STARTUP                                    FEB 5

### Calon Terkuat Presiden Indonesia, Founder Instagram Buat App Baru, dan Lainnya

"... *Mari* kita tunggu saja apa perbedaan aplikasi baru ini dengan yang sudah ada sebelumnya."

ADITYA HADI · 5 MIN READ



THE FREE PRESS                                              FEB 9

### I Thought I Was Saving Trans Kids. Now I'm Blowing the Whistle.

There are more than 100 pediatric gender clinics across the U.S. I worked at one. What's happening to children is morally and medically appalling.

JAMIE REED · 15 MIN READ



THE FREE PRESS                                              FEB 25

### The Secrets in Our Skies

We shot down four objects floating over U.S. airspace, but gave up looking for three. What were they exactly—and what is the government not telling us?

ADAM POPESCU · 7 MIN READ



THE FREE PRESS                                              6:01 AM

### The Real Science on Masks: They Make No Difference

Face coverings do nothing to reduce the spread of Covid, according to a new, gold standard scientific review.

JOHN TIERNEY · 7 MIN READ



SEPUTAR LIVESTREAMING                                       FEB 22

### Bebas Jam Kerja dengan Menjadi Coach Game

"...000, kamu diharuskan membayar pajak yang dihitung *dari* selisih PTKP dan dikali 0."

MIMIN SAWERIA · 2 MIN READ



THE FREE PRESS                                              FEB 19

### Why Students in Kentucky Have Been Praying for 250 Hours

'You need to come back to chapel, something is happening.' On the ground at the Asbury Revival.

OLIVIA REINGOLD · 7 MIN READ

TECH CAREER GROWTH · ALEX + RAHUL                           FEB 24







Get app

Get app

Get app

18



**Launching promotions.fyi**

Plus, the tech stack behind **Taro**

RAHUL PANDEY · 2 MIN READ

---

OKKINAWA  FEB 18

### Vonis Sambo, Ketua Baru PSSI, & Kecelakaan Kereta di Ohio

"... Cuma pernyataan *tadi* akan lebih believable kalau gak dibarengi insentif luar biasa ke kendaraan listrik (pribadi) dan gak ikut ngebuka IIMS dan **hari** kemudian sih ya pak."

OKKI SUTANTO · 4 MIN READ



---

ALONG THE MISSISSIPPI  FEB 12

### **Kari** Lake's gift

"...Photo by Clay Banks on Unsplash If Iowa Republicans listen to **Kari** Lake, they'll be giving Democrats a gift."

ED TIBBETTS · 4 MIN READ



---

THE FREE PRESS  FEB 14

### The Witch Trials of J.K. Rowling

'You could not have misunderstood me more profoundly.' A new audio series featuring extensive interviews with the world's most successful author.

MEGAN PHELPS-ROPER · 7 MIN READ



---

THE FREE PRESS FEB 19

### Introducing a Sunday Series from Douglas Murray: Things Worth Remembering

How Boris Pasternak defied Soviet tyranny with a Shakespeare sonnet.

DOUGLAS MURRAY · 6 MIN READ



---

SUKA NULISLETTER  FEB 24

### NulisLetter Edisi 4: Menulis Konten Memang Susah. Ini Proses Saya Agar jadi Lebih Mudah.

"... **Mari** kita lihat beberapa contohnya: Ini salah satu video terbaik yang pernah saya tulis, di mana saya membalikkan mindset Screen on Time (SOT) tinggi yang **tadi**nya sebuah kebanggaan menjadi sebuah refleksi."

TIRA · 3 MIN READ



---

THE FREE PRESS  FEB 1

### How Ideologues Infiltrated the Arts

"..." Don't forget to tune in this evening at 5:00pm PST / 8:00pm EST for a behind-the-scenes look at the Twitter Files with **Bari**, Nellie, Michael Shellenberger, and David Zweig."

RIKKI SCHLOTT · 12 MIN READ



---

THE FREE PRESS FEB 12

### Why America Needs Football. Even Its Brutality.

We can pine for a new kind of human being who doesn't crave violence. Or we can be happy we have the NFL.

ETHAN STRAUSS · 7 MIN READ



---

SLOWDOWN FARMSTEAD  JAN 21

### setting the stage

on the foundational stuff of health

TARA · 22 MIN READ



---

ONE GREAT READ FEB 24

### New: How **Bari** Weiss broke the media

*"... Your regular newsletter will be with you on Sunday, but I wanted to send you this new longread (3,000 words!) on Bari Weiss – the journalist crashed, and made, by the culture war that has been raging for half a decade now at the New York Times, which has erupted again in the past fortnight."*

HARRY LAMBERT · 4 MIN READ



KEPOJEPANG'S NEWSLETTER                                    FEB 20

### Apa Itu Bura-Bura?

*"... Di antara ketiga makan tersebut, dalam aktivitas sehari-hari, kita akan lebih sering mendengar orang Jepang menggunakan onomatope "bura-bura" untuk aktivitas "berjalan-jalan atau berkeliling di suatu tempat tanpa tujuan yang jelas"."*

KEPOJEPANG · 2 MIN READ



GOTO 10                                                   JAN 27

### Inside the **Atari** 1040ST

*"... I have previously done the posts Inside the Atari 800XL and Inside the Atari 130XE and it seems like I should not be leaving the ST series out."*

PAUL LEFEBVRE · 3 MIN READ



TAKI   TAKIHUB · WHERE YOU START                          FEB 13

### Hack tăng trưởng kênh - Cách tạo phễu bán hàng chuyển đổi cao

Tăng trưởng theo cấp số nhân là ước mơ của hầu hết các doanh nhân và chủ doanh nghiệp

TAKI ACADEMY · 24 MIN READ



TIERNEY'S REAL NEWS                                       JAN 30

### **Kari** Lake, President Trump & Ron DeSantis - what is really going on?

*"...Kari Lake held a rally in Arizona to educate people on election fraud, and to update voters on the status of her lawsuit appeal."*

TIERNEY'S REAL NEWS · 10 MIN READ



THE FREE PRESS                                            JAN 29

### Ken Burns on His Most Important Film

The documentarian takes on the U.S. and the Holocaust, and weighs in on what that dark period tells us about the chasm between our ideals and our reality.

THE FREE PRESS · 11 MIN READ



THE FREE PRESS                                            JAN 25

### The Epidemic of #DiedSuddenly

Why is the public turning to a single, ominous explanation for tragedies like Damar Hamlin's collapse? Two doctors explain.

VINAY PRASAD AND JOHN MANDROLA · 13 MIN READ



SCISCHMOOZE                                               FEB 26

### The SciSchmooze meets ChatGPT

02/26/2023

BOB SIEDERER · 41 MIN READ



THE FREE PRESS                                            FEB 8

### Embracing Islam to Own the Libs

Andrew Tate and the rise of the political convert.

SHADI HAMID · 5 MIN READ

**Educated by Tara Westover.**

How Did Tara Westover Overcome Her Struggles to Pursue
Education and Break Free from Her Rigid Upbringing?

CHRISTOPHER EBIKEBENA · 3 MIN READ



Get app

---

THE FREE PRESS                                                    JAN 23

### Climate Activism Has a Cult Problem

As a member of Extinction Rebellion, writes Zion Lights, I watched
people brainwashed into pulling outrageous stunts in the name of
'saving the planet.'

ZION LIGHTS · 11 MIN READ



---

BAT KILAT                                                        FEB 24

### TPNPB-OPM tidak mau melepaskan pilot asing yang mereka tawan di Papua | PM Malaysia Anwar Ibrahim memulai kampanye anti-korupsi besar-besaran

*"... ASEAN dan Cina membahas kode etik di Laut Cina Selatan Foto:
Kementerian Luar Negeri Indonesia melalui Jakarta Globe Menteri Luar
Negeri Indonesia Retno Marsudi bertemu dengan rekannya, Menteri Luar
Negeri Cina Qin Jang di Jakarta pada hari Rabu, 22 Februari."*

BERITA ASIA TENGGARA · 1 MIN READ



Get app

---

BAT KILAT                                                        FEB 17

### Filipina melaporkan bahwa Cina menggunakan laser militer di Laut Cina Selatan | Perppu Ciptaker batal menjadi Undang-Undang

*"... Filipina melaporkan bahwa Cina menggunakan laser militer di Laut
Cina Selatan Foto: AP Pada hari Senin, 13 Februari, Filipina melaporkan
bahwa pasukan penjaga batas Cina mengarahkan laser tingkat militer ke
arah kapal patroli perbatasannya dan membatasi sementara para awak
kapalnya."*

BERITA ASIA TENGGARA · 1 MIN READ



---

OKKINAWA                                                        FEB 26

### Anak Pejabat Pajak, Ricuh di Wamena, & Satu Tahun Invasi Rusia

*"... Kerusuhan pecah di Wamena, Jayawijaya, Papua pada hari Kamis, 23
Februari 2023."*

OKKI SUTANTO · 3 MIN READ



# Discord



# FIND YOUR COMMUNITY ON DISCORD

From gaming, to music, to learning, there's a place for you.



taro

## 3291 Results Found

| | | |
|---|---|---|
| 🧭 All | 3291 | |
| 🎮 Gaming | 1622 | |
| 🎭 Entertainment | 1244 | |
| 🎓 Education | 386 | |
| 🎵 Music | 316 | |
| 🔬 Science & Tech | 178 | |




### Melysid Tarot & Astroloji
Tarot ve Astroloji
153 Online • 20419 Members
**PARTNERED**




### Comunidad Tarolera
LosTaroleros Network | mc.lostaroleros.com puerto 19132 ¡Entra ya!
515 Online • 4859 Members

### r/NieRRe[in]carnation
Welcome to the NieR Re[in]carnation Discord! Reincarnation is a mobile game from Square Enix from the mind of Yoko Taro.
2279 Online • 7153 Members


### archives
The biggest collection of resources for Witchcraft, Paganism, spirituality, religion, and the Occult.
4504 Online • 25094 Members


### Spider Lily
Spider Lily is a place where spiritual practitioners go to deepen their knowledge and connect with other practitioners.
3272 Online • 19773 Members
**PARTNERED**


### Αγαπηθελημα
This server is dedicated to promulgating the law of Thelema and providing educational resources to everyone interested.
393 Online • 5699 Members
**PARTNERED**


### Phoenix Rising
18+ Occult & Witchcraft server focused on resources, learning, & growth in your practice. All experience levels welcome!
710 Online • 4655 Members


### Fairy Witch Coven
Academia de espiritualidad y brujeria, aprende y diviértete de manera segura en este mundo junto a Fairy Witch Coven
138 Online • 2348 Members



**23**



**Eclipse's Server**

Türkiye'nin en tatlı spiritüel/moda/gelişim/oyun discord sunucusu!

114 Online   •   2115 Members



**WitchesVsPatriarchy**

WitchesVsPatriarchy Discord Coven is a woman-centered community aimed at healing, supporting, and uplifting one another.

572 Online   •   2085 Members



**Thelema**

This server is dedicated to introducing and promulgating the law of Thelema.

189 Online   •   1969 Members



**VR Mystery School**

The VR community for all things relating to personal development, spirituality and mysticism. VR Headset not required!

579 Online   •   1698 Members

‹ Back   **1**   2   3   4   5   6   ...   275   Next ›

## Have a server you want to add to Discovery?

Make Your Community Public

## Find a place where you belong

Discord servers are organized into topic-based channels where you can collaborate, share, and just talk about your day without clogging up a group chat.

Join Discord



24





Download    Nitro    Discover    Safety    Support    Blog    Careers    Login

# FIND YOUR COMMUNITY ON DISCORD

From gaming, to music, to learning, there's a place for you.



tari

## 2893 Results Found

| | |
|---|---|
| All | 2893 |
| Entertainment | 2191 |
| Gaming | 1475 |
| Education | 279 |
| Music | 233 |
| Science & Tech | 139 |



**Tarik**
If you're a gamer and enjoy memes, then the official Tarik server is a perfect fit for you.
15880 Online • 45547 Members



**Paradise City™**
Paradise-City yeki az motefavet tarin server haye irani, Slimefun OP Survival va Event Haye Khafan!
90 Online • 2514 Members



**Grand Roleplay**
Grand Roleplay projesi, 4 Aralık 2020 tarihinde işleyişe girmiş bir MTA sunucusudur.
129 Online • 2015 Members



**Kemalist Birlik #Kemalizm #1.5K #KB #Türkiye #KP**
Türk Tarihini ve Kültürünü daha iyi öğreneceğiniz, sohbet edip arkadaş edinebileceğiniz Discord Sunucusu!
363 Online • 1774 Members



**Countryballs Türkiye**
Countryballs Türkiye, Türk Animasyon ve Tarih Severlerin Toplandığı En Büyük Sunucu!
282 Online • 1568 Members



**Nutuk | AtaTürkiye**
Nutuk: Tarih, felsefe, psikoloji, sanat ve sohbet üzerine kurulmuş bir sunucudur. Samimi ve sıcak bir ortama sahiptir.
94 Online • 1320 Members



**E.S.G.**
E.S.G. Türkiye'nin ilk ve en büyük ezoterik/okült sunucusudur.
823 Online • 18171 Members



**Baylar Topluluğu | Siyaset ve Gündem**
Discord Türkiye'nin en aktif ve en büyük siyaset & gündem topluluğu. Burada sohbet etmekten çekinme! Hoş geldin.
153 Online • 3075 Members



26



**YNPY**

2005 yılından beri oyun ve teknoloji sektöründeyiz. Siz de bu kadim aileye katılın.

164 Online  •  2117 Members



**Förbır'ın Çerileri**

Förbır Youtube kanalının resmi Discord sunucusudur.

260 Online  •  1964 Members



**§ Saltanat-ı Seniyye**

Osmanlı Roleplay Sunucusu. Bir Sunucudan Daha Fazlası...

120 Online  •  1537 Members



**Mahşer**

İyi Sohbetler!

120 Online  •  1479 Members

‹ Back   **1**   2   3   4   5   6   ...   242   Next ›

## Have a server you want to add to Discovery?

Make Your Community Public

## Find a place where you belong

Discord servers are organized into topic-based channels where you can collaborate, share, and just talk about your day without clogging up a group chat.

Join Discord





# Twitter







TOTAL DAMAGE
5,084,832

6    64    761    5,954

haekalekal@comms progress  @DuperTaro · 12h
a bit suggestive dodol

13    140    3,199

USAFacts ✔ @USAFacts
How diverse is your neighborhood? Explore data on your state and county.

OUR CHANGING POPULATION
HAWAII WAS THE MOST RACIALLY
DIVERSE
STATE IN THE US IN 2020
See more data

USA FACTS

usafacts.org
Explore US population trends and demographic shifts

889    733    2,519

Promoted

SentaiFive (戦隊ファイヴ) @SentaiFive · Feb 26
Reason why Momoi Taro is losing his memories. Damn I'm about to cry.
#Donbrothers

7    34    315    13.4K

TaroTea with some milk ¹²⁷ 🍵 (SUNGTAROO... @0tter_Taro... · 20h
new nctzens dont know how 127 on twitter literally ran a poll voting for yuwin vs haewin vs czenniewin and yuwin won

milez ☆• @NoirBeatz · Feb 26
new nct fans will never know about the deeply homoerotic building relationship between yuta and winwin because after five years this is what it's been reduced to

Show this thread



**Don't miss what's happening**
People on Twitter are the first to know.















○ 9    ⇄ 3    ♡ 68    ᴸᴵ 2,285    ⬆

Tari Odubo @odubo_tari · Feb 25    •••
#NigeriaElections2023
@inecnigeria
@channelstv
Happening live in Bayelsa

**Don't miss what's happening**
People on Twitter are the first to know.
Log in    Sign up