# Exhibit F

Exhibit F

Materials Considered

### Court Documents

- Answer of Defendant Lightning Labs, Inc. to the Complaint, *Tari Labs, LLC v. Lightning Labs, Inc,* United States District Court, Northern District of California San Francisco Division, Case No. 3:22-cv-07789-WHO, dated February 7, 2023.

- Complaint for Trademark Infringement and Unfair Competition, *Tari Labs, LLC v. Lightning Labs, Inc,* United States District Court, Northern District of California, Case No. 4:22-cv-07789, dated December 8, 2022, and exhibits.

- Declaration And Preliminary Expert Report of Dr. Robert Palmatier in Support Of Plaintiff's Ex Parte Application For Temporary Restraining Order To Preserve The Status Quo And Motion For Preliminary Injunction, *Tari Labs, LLC v. Lightning Labs, Inc,* United States District Court, Northern District of California, Case No. 3:22-cv-07789-WHO, dated February 21, 2023, and exhibits.

- Declaration of Elizabeth Stark, February 27, 2022.

- Memorandum of Points and Authorities in Support Of Plaintiff's Ex Parte Application For Temporary Restraining Order To Preserve The Status Quo And Motion For Preliminary Injunction, *Tari Labs, LLC v. Lightning Labs, Inc,* United States District Court, Northern District of California, Case No. 3:22-cv-07789-WHO, dated February 21, 2023.

### Survey Literature

- Barber, W.G. and Yaquinto, G.E. (2022.) The Universe, pp. 31-56 in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* 2nd ed., Shari Seidman Diamond and Jerre Swan, eds., Chicago IL: American Bar Association.

- Diamond, S. (2011) Reference guide on survey research, pp. 359-423 in the *Reference Manual on Scientific Evidence,* Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council.

- Edwards, G. K. and Mayberry, J. D. (2022). The *Daubert* revolution and Lanham Act surveys, *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 2nd ed., Shari Seidman Diamond and Jerre Swan, eds., Chicago IL: American Bar Association.

- McCarthy, J.T, McCarthy on Trademarks and Unfair Competition, 4th ed. *Chapter 32. Procedure in Trademark Infringement and Unfair Competition Litigation*, McCarthy on Trademarks and Unfair Competition, 4th ed. § 32:163. Survey methodology—Approximating market conditions.

- Peterson, G., Griffin, J., et al. (2017). "Smartphone Participation in Web Surveys." *Total survey error in practice: Improving quality in the era of big data,* ed. by Paul P. Biemer et al. John Wiley & Sons, pp. 203-233.

- Simonson, I. and Kivetz, R. (2012). Demand effects in likelihood of confusion surveys: The importance of marketplace conditions, *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* Shari Seidman Diamond and Jerre Swan, eds., Chicago IL: American Bar Association, pp. 243-259.

- Swann, J. (2022). Likelihood-of-confusion surveys, *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* 2nd ed., Shari Seidman Diamond and Jerre Swan, eds., Chicago IL: American Bar Association, pp. 59-78.

## Websites

- https://bitcoinmagazine.com/search?query=tari, last accessed February 23, 2023.
- https://bitcoinmagazine.com/search?query=taro, last accessed February 23, 2023.
- https://bitcoinmagazine.com/search?query=taro+tari, last accessed February 23, 2023.
- https://bitcoinmagazine.com/technical/addressing-realities-of-taros-limitations, last accessed February 24, 2023.
- https://bitcoinmagazine.com/technical/how-bitcoin-taro-protocol-works, last accessed February 27, 2023.
- https://bitcoinmagazine.com/technical/taro-launches-stablecoins-on-bitcoin, last accessed February 24, 2023.
- https://coinshares.com/research/taro-a-new-asset-issuance-protocol-on-bitcoin, last accessed February 23, 2023.
- https://data.census.gov/table?q=american+community+survey&tid=ACSST1Y2021.S0101, last accessed February 26, 2023.
- https://discord.com/servers?query=bitcoin, last accessed February 27, 2023.
- https://discord.com/servers?query=blockchain, last accessed February 27, 2023.
- https://discord.com/servers?query=digital, last accessed February 27, 2023.
- https://discord.com/servers?query=tari, last accessed February 27, 2023.
- https://discord.com/servers?query=taro, last accessed February 27, 2023.
- https://discord.com/servers?query=taro+tari, last accessed February 27, 2023.
- https://docs.lightning.engineering/the-lightning-network/taro, last accessed February 23, 2023.

2

- https://lightning.engineering/posts/2022-4-5-taro-launch/, last accessed February 24, 2023.

- https://static.tron.network/pdf/TRON_Crypto%20ETFs%200917.pdf

- https://substack.com/search/bitcoin, last accessed February 27, 2023.

- https://substack.com/search/blockchain, last accessed February 27, 2023.

- https://substack.com/search/digital, last accessed February 27, 2023.

- https://substack.com/search/tari?searching=all_posts, last accessed February 27, 2023.

- https://substack.com/search/taro?searching=publication, last accessed February 27, 2023.

- https://substack.com/search/taro%20tari?searching=all_posts, last accessed February 27, 2023.

- https://tanthetaa.com/?utm_medium=referral&utm_source=clutch.co, last accessed February 24, 2023.

- https://tarilabs.com/faq/, last accessed February 24, 2023.

- https://tezos.com, last accessed February 24, 2023.

- https://twitter.com/search?q=bitcoin&src=typed_query, last accessed February 27, 2023.

- https://twitter.com/search?q=blockchain&src=typed_query&f=top, last accessed February 27, 2023.

- https://twitter.com/search?q=digital&src=typed_query&f=top, last accessed February 27, 2023.

- https://twitter.com/search?q=tari&src=typed_query&f=top, last accessed February 27, 2023.

- https://twitter.com/search?q=taro&src=typed_query&f=top, last accessed February 27, 2023.

- https://twitter.com/search?q=taro%20tari&src=typed_query&f=top, last accessed February 27, 2023.

- https://web.archive.org/web/20200329135219/https://en.longhash.com/news/blockchains-gender-divide-a-data-story, last accessed February 27, 2023.

- https://www.cyberstates.org/pdf/CompTIA_Cyberstates_2022.pdf, last accessed February 27, 2023.

3

- https://www.google.com/search?q=lightning+labs&safe=active&rlz=1C1GCEA_enUS1028US1028&ei=Dub8Y6uML6Sp5NoPg-KC0AM&ved=0ahUKEwiry5vrmrb9AhWkFFkFHQOxADoQ4dUDCBA&uact=5&oq=lightning+labs&gs_lcp=Cgxnd3Mtd2l6LXNlcnAQAzIFCAAQgAQyBAgEEMyBQgAEIAEMgUIABCABDIFCAAQgAQyBQgAEIAEMgUIABCABDIFCAAQgAQyBQgAEIAEMgUIABCABDoLCC4QgAQQxwEQ0QM6CwguEIAEELEDEIMBOhEILhCABBCxAxCDARDHARDRAzoRCC4QgAQQsQMQxwEQ0QMQ1AI6DguEIAEELEDEIMBENQCOgUIABCRAjoRCC4QsQMQgwEQxwEQ0QMQkQI6BAguEEM6DgguEIAEELEDEMcBENEDOgUILhCRAjoICAAQgAQQsQM6BwgAELEDEEMEJECOgcIABCABBAKOg0IABCABBCxAxCDARAKOg0ILhCABBCxAxAKOg0ILhCABBCxAxAKOgsILhCABBCxAxDHARCvARAKOgoIABCABBCxAxAKOgsILhCABBDHARCvAToOCC4QgAQQsQMQxwEQrwE6CwguEK8BEMcBEIAESgQIQRgAUABYhw1g1A9oAHABeACAAdIBiAHWDpIBBjMuMTAuMZgBAKABAcABAQ&sclient=gws-wiz-serp, last accessed February 27, 2023.

- https://www.google.com/search?q=lightning+labs+taro&safe=active&rlz=1C1GCEA_enUS1028US1028&ei=Jeb8Y96HFZCv5NoPlaKY2AI&ved=0ahUKEwierv31mrb9AhWQF1kFHRURBisQ4dUDCBA&uact=5&oq=lightning+labs+taro&gs_lcp=Cgxnd3Mtd2l6LXNlcnAQAzIFCAAQgAQyBQgAEIAEMgUIABCGAzIFCAAQhgMyBQgAEIYDMgUIABCGAzoKCAAQRxDWBBCwAzoHCAAQsAMQQzoNCAAQ5AIQ1gQQsAMYAToSCC4QxwEQ0QMQyAMQsAMQQxgCOgQIABBDOgQIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgQIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDOgkIABBDIQARgI&sclient=gws-wiz-serp, last accessed February 27, 2023.

- https://www.google.com/search?q=tari+blockchain&safe=active&rlz=1C1GCEA_enUS1028US1028&ei=W-b8Y4v_BfabptQP_eW32Aw&ved=0ahUKEwjLmM6Pm7b9AhX2jYkEHf3yDcsQ4dUDCBA&uact=5&oq=tari+blockchain&gs_lcp=Cgxnd3Mtd2l6LXNlcnAQAzIFCAAQgAQyBQgAEIYDOgQIABBDOgILhBDOgsIABCABBCxAxCDAToLCC4QgAQQxwEQ0QM6DguEIAEEMcBENEDENQCOgoILhCxAxDRBDOg4ILhCABBCxAxDHARCvAQ4ILhCABBCxAxDHARCvAToLCC4QgAQQsQMQgwE6CAguEEEQCOgoILhCABBCxAxAKOgcILhCABBAKOgcIABBAKOgcIABBAKOgsIABBAWEB4QDxAKOgYIABBYQDxDzoJCAAQFhAeEOgsIABAWEB4QDxDxBEoECEEYAAWMUMYMoNaABwAXgAgAHTAYgBhA-SAQY0LjEwLjGYAQCgAQHAAQE&sclient=gws-wiz-serp, last accessed February 27, 2023.

- https://www.google.com/search?q=tari+protocol&safe=active&rlz=1C1GCEA_enUS1028US1028&ei=e-b8Y8SPNbqgptQP2Z-mwAk&ved=0ahUKEwiEuZ6fm7b9AhU6kIkEHdmPCZgQ4dUDCBA&uact=5&oq=tari+protocol&gs_lcp=Cgxnd3Mtd2l6LXNlcnAQAzIFCAAQgAQyCQgAEBYQHhxBDIJCAAQFhAeEPEEMgUIABCGAzIFCAAQhgMyBQgAEIYDOgoIABBHENYEELADOgUILhCABDoGCAAQFhAeOgsIABAWEB4Q8QQ8QQoECEEYAFC-DliKFWCmFmgEcAF4AIABeogB6QWSAQM0LjSYAQCgAQHIAQjAAQE&sclient=gws-wiz-serp, last accessed February 27, 2023.

4

- https://www.google.com/search?q=taro+blockchain&safe=active&rlz=1C1GCEA_enUS1028US1028&ei=-OP8Y7D5I4rk5NoPxJyZsAo&ved=0ahUKEwiw1b_smLb9AhUKMlkFHUROBqYQ4dUDCBA&uact=5&oq=taro+blockchain&gs_lcp=Cgxnd3Mtd2l6LXNlcnAQAzIFCAAQgAQyBQgAEIYDMgUIABCGAzIFCAAQhgMyBQgAEIYDOgQIABBDOgsIABCABBCxAxCDAToLCC4QgAQQxwEQ0QM6DgguEIAEEMcBENEDENQCOg4ILhCABBBDxAxDHARDRAzoICC4QsQMQgwE6DgguEIAEELEDEIMBENQCOg4ILhCxAxCDARDHARDRAzoICAAQsQMQgwE6CAgAEIAEELEDOgsIABCABELEDEJECOgoIABCxAxCDAQxDOgoILhCxAxCDAQxDOggIABCxAxDLAQxRBDOgoIABCxAxDLARBDOggILhCABBCxAzoHCAAQgAQQCjoJCAAQFhAeEPEEOgYIABAWEB46CAgAEBYQHhAKSgQIQRgAUABY9gtghA1oAHABeACAAYgBiAHDDJIBBAzYuOZgBAKABAcABAQ&sclient=gws-wiz-serp, last accessed February 27, 2023.

- https://www.google.com/search?q=taro+lightning&safe=active&rlz=1C1GCEA_enUS1028US1028&ei=P-b8Y46CMuKs1QHl24nIBg&ved=0ahUKEwjOnc2Cm7b9AhViVjUKHeVtAmkQ4dUDCBA&uact=5&oq=taro+lightning&gs_lcp=Cgxnd3Mtd2l6LXNlcnAQAzIECAAQQzIFCAAQgAQyCQgAEBYQHhDxBDoECC4QQzoFCAAQkQI6CwgAEIAEELEDEIMBOgsILhCABBDHARDRAzoKCAAQsQMQgwEQQzoKCC4QsQMQgwEQQzoOCC4QgAQQsQMQgwEQ1AI6CAgAEIAEELEDOgsIABCABELEDEJECOggILhCxAxDLAQxDOggILhCABBDLARBDOggIABDLAQxUILhCRAjoHCAAQgAQQCjoHCC4QgAQQCjoNCC4QgAQQxwEQrwEQCjoFCAAQgNKB AhBGABgAFjECmCnC2gAcAF4AIAB0wGIAB0wGIAdUMkgEFNC45LjGYAQCgAQHAAQE&sclient=gws-wiz-serp, last accessed February 27, 2023.

- https://www.google.com/search?q=taro+protocol&safe=active&rlz=1C1GCEA_enUS1028US1028&ei=tOX8Y8rFE_mfptQPqcOM4AM&ved=0ahUKEwjK74rAmrb9AhX5j4kEHakhAzwQ4dUDCBA&uact=5&oq=taro+protocol&gs_lcp=Cgxnd3Mtd2l6LXNlcnAQAzIFCAAQgAQyBQgAEIAEMgkIABAWEB4Q8QQyBggAEEBYQHjIFCAAQhgMyBQgAEIYDMgUIABCGAzoKCAAQRxDWBBCwAzoFCAAQkQI6CAgAEIAEELEDOgAEBYQHhAKSgQIQRgAUOkFWPwMYMIOaAJwAXgAgBH-AYgB4giSAQUUyLjQuMpgBAKABAcgBCMABAQ&sclient=gws-wiz-serp, last accessed February 27, 2023.

- https://www.pewresearch.org/fact-tank/2021/11/11/16-of-americans-say-they-have-ever-invested-in-traded-or-used-cryptocurrency, last accessed February 27, 2023.

- https://www.reddit.com/r/Bitcoin/comments/108fpic/taro_a_new_asset_issuance_protocol_on_bitcoin/, last accessed February 23, 2023.

- https://www.reddit.com/r/lightningnetwork/search/?q=tari&restrict_sr=1&sr_nsfw=, last accessed February 24, 2023.

- https://www.reddit.com/r/tari/search/?q=taro&restrict_sr=1&sr_nsfw=, last accessed February 24, 2023.

- https://www.reddit.com/search/?q=bitcoin, last accessed February 27, 2023.

- https://www.reddit.com/search/?q=blockchain, last accessed February 27, 2023.

5

- https://www.reddit.com/search/?q=digital, last accessed February 27, 2023.
- https://www.reddit.com/search/?q=tari, last accessed February 27, 2023.
- https://www.reddit.com/search/?q=taro, last accessed February 27, 2023.
- https://www.reddit.com/search/?q=taro%20tari, last accessed February 27, 2023.

**Other Documents**

- 3367_Dat_020623.xlsx.