Christopher S. Ford (State Bar No. 337795)
    csford@debevoise.com
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Tel: 415-644-5628

Megan K. Bannigan (*Pro Hac Vice*)
    mkbannigan@debevoise.com
Timothy Cuffman (*Pro Hac Vice*)
    tcuffman@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: 212-909-6000

*Attorneys for Defendant*
*Lightning Labs, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

---

TARI LABS, LLC,

    Plaintiff,

-against-

LIGHTNING LABS, INC.

    Defendant.

---

CASE NO.: 3:22-cv-07789-WHO

**DECLARATION OF JP SINGH IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Jaswinder ("JP") Singh, hereby declare:

1. I am a resident of the State of New York and I am over the age of eighteen. I submit this declaration based on my extensive academic experience and personal knowledge in connection with computing systems and applications, including software development and design in general and in the blockchain and cryptocurrency space in particular.

2. I have been asked by counsel for Defendant Lightning Labs Inc. ("Lightning Labs") to explain (1) how Bitcoin and open-source software development works; (2) the nature of the Bitcoin software developer community; (3) the meaning of the terms "developer-facing" and "consumer-facing" as they are used in the software development community; and (4) Lightning Labs' proposed TARO protocol for the Bitcoin blockchain. My opinions on each of those topics is set forth below.

3. I am being compensated at a rate of $1,400 per hour for my work in preparing this declaration.

**My Background and Professional Experience**

4. I am currently a Professor of Computer Science at Princeton University, a position I have held for more than 15 years. I hold an endowed professorship as the inaugural Professor of Computer Science, Technology, and Societal Change at Princeton University. Before becoming a Full Professor, I was an Assistant, and then Associate, Professor at Princeton. I became an Assistant Professor at Princeton in 1995. My current curriculum vitae ("CV") is attached to this declaration as Exhibit A.

5. In December 2022, I testified as an expert by deposition in *Advanced Cluster Systems, Inc. v. NVIDIA Corp.*, No. 19 CV 2032 (D. Del.), on behalf of the Plaintiff.

6. I received a Bachelor's Degree in Electrical Engineering and Computer Science, summa cum laude, from Princeton in 1987. I received an M.S. Degree in Electrical Engineering in 1989 and a Ph.D. Degree in Electrical Engineering in 1993, both from Stanford University. For my Ph.D. thesis, I researched the boundary of applications and

parallel computer systems. In 1997, I was honored with a Presidential Early Career Award for Scientists and Engineers (PECASE), which is awarded to about twenty young scientists and engineers in the United States selected from all areas of science/engineering by the National Science Foundation, and in 1998 with the Sloan Research Fellowship, awarded to about ten Computer Scientists nationwide by the Alfred Sloan Foundation. I am a member of the Association for Computing Machinery and the Institute of Electrical and Electronics Engineers.

7. I am the inaugural Professor of Computer Science, Technology, and Societal Change at Princeton University in the Department of Computer Science. I joined Princeton in 1995 as an assistant professor. I became a tenured associate professor in 1999 and full professor at Princeton in 2005, and I was named to my current endowed professorship in 2022. In general, my academic research focuses on large-scale computing systems and applications, and the implications of such applications for software and architectural design. Among other works, I am the author of *Parallel Computer Architecture: A Hardware/Software Approach*, a primary textbook in the parallel computing field. For the past two years, I have taught a class at Princeton focused on blockchain technology called "Web3 – Blockchains, Cryptocurrencies, and Decentralization."

8. Since 2010, I have taught a new class at Princeton called "Innovating at the Boundary of Technology and Business," which aims to trains students toward becoming highly effective chief technology officers ("CTOs").

9. I am currently the founding co-director of the Princeton Center for the Decentralization of Power Through Blockchain Technology, also called the "DeCenter," a university-wide interdisciplinary center originating in the School of Engineering and Applied Science. The DeCenter focuses on technology, applications, and policy and social implications of blockchains.

10. From 1999 to 2010 I was the director of Princeton's "Program in Integrative Computer and Application Sciences" (PICASso), a multi-department, university-wide

interdisciplinary program focused on scalable parallel and distributed computing at the boundary of computer science and a broad range of application areas.

11. I am the author of a leading textbook on parallel computing, "Parallel Computer Architecture: A Hardware-Software Approach," by David E. Culler, Jaswinder Pal Singh with Anoop Gupta, Morgan Kaufmann Publishers, 1999. I have also published more than 100 referenced conference and journal publications.

12. I am co-founder of a startup called Trust Machines, that builds on the Bitcoin blockchain, to build a large ecosystem of novel applications and needed technologies that take advantage of the most important properties of the Bitcoin blockchain.

**Background on Bitcoin and Open-Source Protocols**

13. Bitcoin is the oldest and most well-known of the modern public, cryptographically secured blockchains. In simple terms, a blockchain is a ledger that records information. Each piece of information in the ledger is stored in a unit called a "block" and, over time, those blocks are linked together, forming a "chain" of information. Unlike traditional databases, whose maintenance and accuracy are typically entrusted to a centralized entity, or perhaps a federation of entities, blockchains like Bitcoin are designed to be public and decentralized. No single entity (or fixed set of entities) maintains the blockchain, and no single entity must be trusted to maintain the authoritative ledger.

14. The Bitcoin blockchain was first proposed in 2008 in a white paper by the pseudonymous Satoshi Nakamoto. That white paper, called *Bitcoin: A Peer-to-Peer Electronic Cash System*, launched the modern blockchain industry by proposing a way to cryptographically secure information and maintain agreement about it in a public, decentralized ledger without centralized authorities. This solved a major problem in achieving trust among an unknown set of system participants without any centralized intermediary or authority. The invention of Bitcoin is considered one of the most significant technical innovations of the past several decades.

15. In 2009, the software for the Bitcoin blockchain was released by Satoshi Nakamoto as "Bitcoin Qt." That software, now known as Bitcoin Core, is open source and available on Github (a commonly used code repository) at www.github.com/bitcoin/bitcoin.

16. Bitcoin has an active developer community and a healthy ecosystem, of which I am a member. The Bitcoin ecosystem contains, among others, developers who work on the Bitcoin blockchain itself (referred to as the "layer one" Bitcoin blockchain) as well as developers who work on additional layers of technology on top of the Bitcoin blockchain (which rely on Bitcoin's stability and other core properties but add new features and capabilities) and developers who work on applications. All of these developers are members of the Bitcoin developer community, which I discuss in the next section.

17. Bitcoin's original design was solely intended to support a decentralized peer-to-peer payment platform (as the title of the white paper referenced). Bitcoin's layer one – sometimes called "mainnet" or "mainchain" or the "base layer" – is the core of the Bitcoin network and includes the distributed ledger of the Bitcoin blockchain itself. Integral to Bitcoin's proper functioning are nodes that maintain copies of the ledger and process transactions, Bitcoin's proof-of-work consensus mechanism, and miners who contribute the "work" needed for the consensus mechanism.

18. Bitcoin's layer one is remarkably simple and elegant from a technical perspective—which is a great strength. It has demonstrated integrity and durability through nearly 14 years of continuous operation with minimal disruptions and with minimal modifications to the core protocol.

19. Blockchains that were developed after Bitcoin—like Ethereum—used the basic concept of the blockchain that Satoshi Nakamoto pioneered and added additional features, such as the ability to create general-purpose smart contracts, that do not exist in Bitcoin's layer one, and decentralized applications ("dApps") that rely on these smart contracts. Recognizing the value those additional features can bring to a blockchain ecosystem, many

5
Case No.: 3:22-cv-07789-WHO
Declaration of JP Singh in Opposition to Plaintiff's Motion for a Temporary Restraining Order

members of Bitcoin's community (including myself) are developing applications and contributing to additional layers on Bitcoin.

**The Bitcoin Developer Community**

20. Software developers who work on Bitcoin layer one or other Bitcoin layers must understand Bitcoin's software or protocol to build their technologies. Although today there are many blockchains out in the world, each blockchain has different software with different features and different functionality.

21. In my experience, many developers who work on Bitcoin or on other Bitcoin layers do so because they believe it is the best layer one blockchain protocol: it has proven and tested decentralization, stability, and security. Many developers also recognize that Bitcoin has tremendous potential beyond the peer-to-peer payments functionality (with limited scalability) of Bitcoin layer one.

22. Like other software developers, Bitcoin developers are highly technical and sophisticated individuals, who use programming languages as well as developer-focused tools as an ordinary part of their jobs. Like other professionals, developers take great care in selecting the tools that they use for their work. Developers also pay close attention to the tools that they are using, because each tool has specific features and characteristics. For example, a software developer will know exactly what programming language they are working in. Software developers will also know exactly what protocols or application programming interfaces ("APIs") they are using, because the resulting software being developed will not function if they misuse these protocols or interfaces.

23. In my experience, the Bitcoin developer community is distinct from the community of developers that works on other blockchains, which also have their own distinct developer communities. For example, Ethereum is another widely known and used blockchain. To my knowledge, very few developers actively work on software for both the Bitcoin and Ethereum blockchains. The underlying code base is different, and the protocols

and functionality of the blockchains are different. To the best of my knowledge, as a general matter, an active Bitcoin developer is not likely to work on projects for other blockchains, or use developer-facing tools designed for other blockchains, because those are not relevant to their work. In my experience, Bitcoin developers are well aware of what developer-facing tools are useable on the Bitcoin blockchain, and, with the exception of some very prominent and widely used tools on one or two other blockchains (which Bitcoin developers would be aware are not able to be used with the Bitcoin blockchain), they generally they pay little (if any) attention to those that are not.

24. Reputationally, developers are attracted to different blockchain protocols for a variety of reasons, many of which are specific to those protocols. In particular, many Bitcoin developers believe that Bitcoin is the best blockchain because it has proven properties including durability and utility. Bitcoin solved a real-world problem by enabling peer-to-peer electronic payments without a centralized intermediary, and the bitcoin cryptocurrency today has significant real-world value for consumers or businesses who want to store and transfer value over the internet in a decentralized manner.

**Developer-Facing Software Versus Consumer-Facing Software**

25. Within the software development community, it is widely understood that some software is developer-facing and other software is consumer-facing, and developers use those (or similar) terms to distinguish between different types of software. Developer-facing software refers to tools, protocol implementations, or platforms that other developers use to build their own software. Consumer-facing software refers to applications or "end products" that are targeted to consumers who want to use the application without needing to know how it is built or what tools, protocols, or platforms the developers used to build it.

26. To illustrate the difference between developer-facing tools or protocols, and consumer-facing end products, we can consider the example of email. Ordinary consumers send and receive email using consumer-facing applications like Gmail, Yahoo Mail, or

Hotmail. Those applications make sending and receiving email easy: you press a button and your email is sent or new email appears. The developers who created the core functionality of applications like Gmail – how the application interacts with underlying Internet related protocols to enable the sending or receiving of email – would need to be intimately familiar with the developer-facing protocols that are used by, or to build, the consumer-facing software that allows people to send emails. For example, the Simple Mail Transfer Protocol (SMTP) governs how a mail message is sent from a mail client to a mail server. The Internet Message Access Protocol (IMAP) governs how mail messages are retrieved by a mail client from a mail server. Underlying SMTP and IMAP is the Transmission Control Protocol, and underlying it is the Internet Protocol (together called TCP/IP) that is the foundational framework for the internet itself. So, when a user checks their Gmail inbox or sends an email, they are using a consumer-facing application that uses SMTP, IMAP, and TCP/IP to function, but ordinary consumers need never be aware of any of those protocols. They just know their Gmail works.

27. I am also familiar with the defendant in this case, Lightning Labs. The Lightning Network protocol (sometimes called Lightning or LN) is a "layer two" payment protocol on Bitcoin for fast and inexpensive payments. Lightning Labs builds developer-facing tools for the Lightning Network. I had heard of Lightning Labs and its co-founder, Elizabeth Stark, very positively for some years. When colleagues and I were organizing the Princeton DeCenter's inaugural summit (held in November 2022 at Princeton University), I proposed inviting Elizabeth to speak at the summit. She was our lunchtime fireside-chat speaker, interviewed about topics concerning Bitcoin, its protocols and history, and the Lightning Network.

28. Because the Lightning Network is intended to solve a real-world problem for consumers, by making cryptocurrency payments cheaper and faster, the Lightning brand itself is used by consumer-facing applications, like wallets (which store digital assets).

29. Lightning Labs builds developer-focused products that can be used to build those consumer-facing applications. For example, Lightning Labs has products called Pool, Loop, Lightning Network Daemon, and Neutrino. *See* https://lightning.engineering/products. These products are intended to be used by developers and other sophisticated users of the Lightning Network, not ordinary consumers. Ordinary consumers may use their Lightning wallet to send digital assets to a friend, and that transaction may be facilitated by the Lightning Network Daemon or Neutrino, but ordinary consumers would not be aware of those developer-facing products.

**Bitcoin's Taproot Update and the TARO Protocol**

30. In November 2021, the Bitcoin protocol was updated to include a new set of features that are called Taproot. Taproot is intended to make Bitcoin transactions more efficient and increase their privacy. Taproot can significantly expand the types of transactions that are possible on Bitcoin.

31. In April 2022, Lightning Labs announced development of the TARO protocol. TARO stands for Taproot Asset Representation Overlay. Because I actively follow developments in the Bitcoin space, I learned about TARO very soon after it was announced. The TARO protocol, which is currently still in testing and does not exist on Bitcoin's mainnet, leverages the Taproot update to allow developers to structure Bitcoin transactions in new ways and issue new assets that can be transacted on the Bitcoin blockchain, either on Bitcoin layer one or using the Lightning Network layer. The company I co-founded, Trust Machines, has also published an article on the TARO project that is intended to help our audience for such articles (comprised mostly of technical Bitcoin developers) understand TARO. Trust Machines, *What is Taro and Bitcoin Multi-Asset Issuance?*, https://trustmachines.co/learn/bitcoin-taro-protocol/. Trust Machines has also published similar developer-focused articles (like "An Introduction to Building on Bitcoin" and "What are Bitcoin Discreet Log Contracts (DLCs)?").

32. TARO is not itself a blockchain or a digital asset. TARO can be used to issue new digital assets that can be transferred on the Bitcoin blockchain, either on Bitcoin layer one or using the Lightning Network layer. Digital assets that are created with TARO can be held in ordinary Bitcoin or Lightning Network wallets.

33. The initial open-source alpha release of TARO occurred on September 28, 2022, when Lightning Labs published the TARO code repository on a public Github.

34. It is my understanding that within the Bitcoin developer community, the TARO proposal was widely recognized as a potentially important tool that Bitcoin developers will be able to use to create new digital assets or other products on the Bitcoin blockchain. While ordinary consumers who hold Bitcoin or use Bitcoin to make peer-to-peer payments are unlikely to ever see the TARO name, it is my understanding that many Bitcoin developers have paid close attention to the features and functionality of the TARO protocol, and developers are contributing to the TARO code and experimenting with the alpha TARO software on Bitcoin's test network.

**Conclusions**

35. For the reasons set forth above, in my opinion, software developers are a highly technically sophisticated group of professionals. Software developers, and those in the software development industry, commonly understand the difference between developer-facing and consumer-facing software. When choosing developer-facing software, developers pay careful attention to what they are using. In the blockchain space, there are distinct communities of developers around different blockchain projects. The Bitcoin developer community focuses on Bitcoin and developer-facing software that functions on or utilizes the Bitcoin blockchain. To the best of my knowledge, the Bitcoin developer community in particular pays careful attention to the developer-facing software they use to create software or applications for the Bitcoin blockchain, and, with few exceptions, generally they pay little (if any) attention to software or applications that are developed for

other blockchains. It is my understanding that many Bitcoin developers have paid close attention to the Bitcoin Taproot update and the proposed TARO protocol as they develop other software or products for use on the Bitcoin blockchain, as these are developer-facing protocols with associated software for the Bitcoin blockchain.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February 2023, in New York, New York.

_____
JP Singh