# EXHIBIT 3

← **Tweet**

 **Nassim Nicholas Taleb** ✓ @nntaleb · Feb 12, 2021
I've been getting rid of my BTC. Why? A currency is never supposed to be more volatile than what you buy & sell with it.
You can't price goods in BTC

In that respect, it's a failure (at least for now). It was taken over by Covid denying sociopaths w/the sophistication of amoebas

💬 3,293       ↻ 3,669       ♡ 13.4K

 
@starkness

Replying to @nntaleb

This is what a lot of people get wrong about bitcoin. It's an interoperable protocol of value for internet transactions.

It can be a medium of exchange without being unit of account.

Many users in the future will be using #bitcoin  without even knowing it. 🤯

12:44 PM · Feb 12, 2021

**98** Retweets   **12** Quote Tweets   **913** Likes