# EXHIBIT 8

Technology
Crypto

# Valor, Brevan Howard Back Lightning Labs to 'Bitcoinize the Dollar'

- Valor, Brevan Howard join as investors as Lightning expands
- Lightning Labs builds protocol for high-volume transfers



Lightning Labs Chief Executive Officer Elizabeth Stark  *Photographer: Eva Marie Uzcategui/Bloomberg*

By Sonali Basak
April 5, 2022 at 11:00 AM EDT

From **Crypto**

Crypto technology firm Lightning Labs said it is bringing in new financing as it creates a protocol to facilitate fiat currency transfers to Bitcoin.

The protocol -- called Taro -- aims to enable high-volume transfers instantly for fiat currencies and other assets, Lightning Labs said in a statement. Valor Equity Partners, Brevan Howard Asset

Management LLP and Vlad Tenev, CEO of Robinhood Markets Inc., are among new investors in the $70 million, Series B financing round. While Valor Equity was an early backer of Tesla and SpaceX, hedge fund Brevan Howard has been ramping up its own, new crypto unit with capital and staff.

Taro will help developers issue assets such as stablecoins on the Bitcoin blockchain and convert them to other assets through the Lightning Network. The network is a decentralized system that intends to eliminate the custodial risk associated with high-volume micropayments, its website states. The idea is to make the crypto assets more easily transferable at a low fee, globally.

"In essence, dollars will route through the Bitcoin monetary network using Lightning," the firm said. "This new protocol cements Bitcoin in its place as the internet's native digital money and protocol for value transfer."

Lightning Labs, run by Chief Executive Officer Elizabeth Stark and backed by entrepreneur Jack Dorsey, said its in talks with stablecoin issuers about using its technology. Lightning's network, which is layered over Bitcoin, facilitates fast, micro transactions that typically take Bitcoin's blockchain longer to process. Through the infrastructure, customers can use Bitcoin to pay for purchases across large corporations like Starbucks and Twitter.

Stark's firm expects Taro to speed up use of Bitcoin payments and transfers among emerging markets. Her firm has helped expand such movement in El Salvador since its adoption of Bitcoin as legal tender last year.

Venture capital firms including Goldcrest Capital, Kingsway, Moore Strategic Ventures, bitcoin technology firm NYDIG and Silvergate Capital Corp. CEO Alan Lane also participated in the Series B funding round.

BREAKING    Amazon employees express dismay, anger about sudden return-to-offi    ✕

    ○ WATCH LIVE    🔍



**CRYPTO DECODED**

# There's a new way to quickly send U.S. dollars around the world with bitcoin

PUBLISHED TUE, APR 5 2022•11:00 AM EDT   UPDATED TUE, APR 5 2022•11:37 AM EDT

   **MacKenzie Sigalos**
@KENZIESIGALOS                    WATCH LIVE

## KEY POINTS

Blockchain start-up Lightning Labs announced Tuesday that it is launching the Taro protocol, a technology that will route fiat-pegged stablecoins and other digital assets through the bitcoin monetary network.

Taro uses Lightning — a payments platform built on top of bitcoin's base layer that enables global, high volume, virtually instantaneous, and low-fee transactions using the security of the bitcoin blockchain.

         
MARKETS          CNBC TV          WATCHLIST          MENU



There's a new and low-cost way to quickly send US digital dollars around the world without a bank. And it's built on bitcoin.

Blockchain start-up Lightning Labs announced Tuesday that it's launching the Taro protocol, a technology that will route fiat-pegged stablecoins and other digital assets through the bitcoin monetary network. The project is still in development.

Taro uses Lightning, a payments platform built on top of bitcoin's base layer that enables global, high volume, virtually instantaneous, and low-fee transactions using the security of the bitcoin blockchain.

"It's one of those things where people don't really know how the credit card system works – and it just works," Lightning Labs CEO Elizabeth Stark told CNBC.

Typically, this 'layer two' payments platform is all about making bitcoin easier to spend and receive – but Lightning Labs has decided to extend the use case of this tech to other types of virtual cash.

"With this technology, you could route all the world's currencies through bitcoin," said Stark.

"People will be able to seamlessly go between bitcoin and say, a USD stablecoin, or peso, euro, yen, etc. And they can send those globally, instantly and with extremely low fees," she said.

## How it works

There is bitcoin, the asset class, and then there's the global interoperable bitcoin monetary network. Lightning Labs is piggybacking off the latter.

You can think of Taro's payment workflow as enabling bitcoin to serve as a hybrid of the SWIFT financial messaging system (the communication layer) and correspondent banking (routing component).

Typically, all nodes must agree to confirm a transaction on the bitcoin network, verifying every transaction on the blockchain. The process highlights one of bitcoin's greatest strengths: its high degree of network decentralization, which is a big part of what ensures its security. But it is also





MARKETS          CNBC TV          WATCHLIST          MENU

Bitcoin powers a fast new way to send us dollars around the world

Amazon employees express dismay, anger about sudden return-to-offi

 WATCH **LIVE**

On the Lightning Network, not all participants in the network need to agree. Instead, nodes only verify transactions with which they are directly interacting.

That difference is key. Stark tells CNBC that it's possible to execute hundreds of thousands of transactions per second on Lightning.

And then there's the cost.

"Lightning transactions can be fractions of a penny…while a bitcoin transaction at the core protocol layer can be much more expensive than that," said Alyse Killeen, founder and managing partner of bitcoin-focused venture firm Stillmark.

Twitter integrated Lightning tipping in 2021 and the technology is already deployed around the world in places like El Salvador, which made bitcoin legal tender in Sept. 2021.

But Lightning Labs says that the Taro protocol marks a major step in Lightning's capacity to serve as the underlying value transfer protocol of the internet.

"From our standpoint, we're particularly interested in the fiat and stablecoin aspects, because we're really big into emerging markets," explained Stark. "That's something near and dear to our hearts. We've seen a lot of adoption there, and there's a big demand for that."

The ultimate goal is to create a frictionless on-ramp to the global economy requiring only a mobile phone, in order to include as many people as possible in the process.

Lightning Labs – which also announced it raised $70 million in Series B funding led by early Tesla and SpaceX backer Valor Equity Partners – says it is releasing the technical spec for the Taro protocol, so that it can incorporate feedback from developers as it continues to build the protocol.

**RELATED**



**If you invested $1,000 in bitcoin this year, you'd have about $800 now. You may want to buy more**



MARKETS



CNBC TV

WATCHLIST

MENU

Amazon employees express dismay, anger about sudden return-to-offi



○ WATCH **LIVE**



**Crypto scammers took a record $14 billion in 2021**



**These 23-year-old Texans made $4 million last year mining bitcoin off flare gas from oil drilling**



**Crypto.com buys naming rights to Lakers' Staples Center in a $700 million deal**

# MORE IN CRYPTO DECODED







○ **WATCH LIVE**



## Gibraltar became a hub for crypto — now it wants to tackle attempts to manipulate the market

**Ryan Browne**



**MARKETS**



**CNBC TV**



**WATCHLIST**

**MENU**



○ WATCH **LIVE**

**VIDEO**  02:13

**Crypto-exposed stocks slip as Coinbase and Robinhood tumble 45% year to date**

**This real estate investor has a side hustle mining more than $110,000 in bitcoin every month**

**MacKenzie Sigalos**

READ MORE ⌄



Subscribe to CNBC PRO

CNBC Councils

CNBC on Peacock

Supply Chain Values

Closed Captioning

News Releases

Corrections

Ad Choices

Podcasts

Help

Licensing & Reprints

Select Personal Finance

Join the CNBC Panel

Select Shopping

Digital Products

Internships

About CNBC

Site Map

Careers

Contact

      

**News Tips**

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

**Advertise With Us**



○ WATCH **LIVE**

## CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2023 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by





**MARKETS**          **CNBC TV**          **WATCHLIST**          **MENU**

AXIOS

🔍  Log In  ☰

---

Apr 6, 2022 - Economy & Business

# Lightning Labs raises $70M to bring DeFi to Bitcoin

 Brady Dale, author of [Axios Crypto](#)

f  🐦  in  ✉



Illustration: Sarah Grillo/Axios

Bitcoin has always claimed the potential to compete with the existing global financial rails, but the trouble is people don't want to transact in bitcoin — they want to transact in dollars. Lightning Labs has raised $70 million to build Taro, a way for bitcoin to do dollars (and euros, and yen, and so on).

**Why it matters?** [Lightning Labs](#) is a leading developer of the [Lightning Network](#), a layer on top of Bitcoin. It raised the funds to build Taro, a way for all kinds of assets to move more quickly and cheaply using bitcoin than with existing financial rails — *at least that's the pitch.*

**Details:** The Series B round was led by led by Valor Equity Partners, with global asset manager Baillie Gifford, alternative investment manager Brevan Howard, bitcoin startup

AXIOS

Search    Log In

in emerging markets who have trouble accessing the present financial system.

- "I'm a firm believer that we're going to easily see leapfrogging," Elizabeth Stark, CEO of Lightning Labs, told Axios.

- Leapfrogging refers to moments when emerging markets skip a prior era of technology to go straight to the latest technology. A famous example: building cell phone networks without ever laying down landlines.

- We're already seeing uptick in emerging markets' citizens holding crypto (not to mention one nation making it legal tender).

**How it works:** Bitcoin is big and slow, by design. Its ponderousness is what makes it probably the most secure open network in the world. The Lightning Network was built for faster transactions, guaranteed by Bitcoin.

- The new Taro protocol should enable institutions to make Bitcoinized-versions of the stablecoins that have been popular on other blockchains, such as Ethereum.

- Those stablecoins could then move over the Lightning Network very fast and for very little cost.

**What they're saying:** "Today if I want to send a photo on the internet I can send it in any application. But even in the world of crypto I can't easily send money or value," Stark said. "The goal here is to easily embed value"

- By using Lightning, the transactions will be much cheaper than they would be on the second biggest blockchain, Ethereum, and probably more secure than they would be on the newer, faster blockchains, such as Solana or Tron.

**Under the hood:** Lightning is a liquidity network which has over 36,000 nodes (real people or companies with little servers) that hold $170 million worth of bitcoin that they send and receive between users for very small fees.



- So, the more people use Lightning, the better the company does. Creating a whole new use case for Lightning is very much in their interest.

- Taro could open up possibilities for decentralized finance (DeFi) on Bitcoin, but it will need other developers to build that. Lightning Labs builds infrastructure, not apps.

- Some nodes will be able to hold tokenized assets such as stablecoins and some will still just hold bitcoin, but all the transfer of value will be done in bitcoin, with swaps at each end for stablecoin transactions.

- Taro should go live this year, if all goes well.

**Yes, but:** Lots of things in crypto work well enough. The real question is whether or not anyone chooses to use them.

## Go deeper

Michael Mooney, author of [Axios Dallas](#)
Apr 26, 2022 - Business

### Fort Worth becomes the first U.S. city to mine bitcoin

AXIOS                                                    🔍   Log In   ☰

**Why it matters:** At every level of government, officials are recognizing that cryptocurrency will be an important part of the future. Some, like Fort Worth, are signaling that they are open for business.

Go deeper (1 min. read) ⟶

f   🐦   in   ✉

---

Emily Peck, author of Axios Markets
59 mins ago - Economy & Business

## Chip makers must provide child care plan for fund access



Illustration: Natalie Peeples/Axios

Chip makers who want access to billions of dollars in new federal funding will first have to figure out how workers will access affordable child care, per a new requirement from the Commerce Department.

**Why it matters:** Parents, particularly women, can't go to work if they can't find child care — a problem that's only grown more acute, first in the pandemic and now in the tight labor market.

Go deeper (1 min. read) ⟶



Search    Log In

Russell Contreras, Keldy Ortiz

1 hour ago - Politics & Policy

## The rush to save fading Black history

Blues artist Tada Ikemasu plays outside the Club Vegas Blues Lounge, April 13, 2013, in Clarksdale, Mississippi. The state is home to many buildings that once housed Juke Joints and gave rise to blues. Many are gone. Photo: Scott Olson/Getty Images

Hundreds of sites important to Black history are at risk of disappearing as buildings sit abandoned, forgotten, or dismissed amid urban renewal and climate change.

**Why it matters:** The sites tell stories about abolition, civil rights, and Black entertainment.

[Go deeper (2 min. read) →](#)

   

## News worthy of your time.

[Download the app →](#)

### About

About Axios

Advertise with us

Careers

### Subscribe

Axios newsletters

Axios Pro

Axios app



Log In

Axios HQ                                                    Earn Axios rewards

Privacy and terms

Online tracking choices

Do not sell my personal information

Contact us

Case 3:22-cv-07789-WHO Document 39-8 Filed 02/27/23 Page 17 of 31

FORBES   FORBES DIGITAL ASSETS

EDITORS' PICK

# Elizabeth Stark's Lightning Labs Raises $70 Million To 'Bitcoinize' The U.S. Dollar

**Nina Bambysheva** Forbes Staff

*Senior Reporter, Digital Assets*

Follow

 0

Apr 5, 2022, 11:00am EDT



Lightning Labs CEO and cofounder Elizabeth Stark on stage at the
Lightning Conference.   LIGHTNING LABS / ENID VALU

Bitcoin developer Lightning Labs raised $70
million from early investors in Tesla and SpaceX
to help turn the first major blockchain into a
network capable of transacting trillions of dollars
in volume annually, making it a competitor to the
likes of Visa.

While bitcoin is conducting $50 billion in volume
daily, the public network is only capable of
handling a few transactions per second, compared
to Visa's 65,000. Since 2016, Lightning Labs has
been working to fix that problem by developing
the Lightning Network, a so-called layer-2
solution that sits on top of the bitcoin blockchain.

With the investment, the California-based
Lightning Labs plans to build out Taro, a protocol
that, it hopes, will open Lightning Network to
assets other than bitcoin, including stablecoins
and fiat currencies. "That's really significant
because the potential here is for all the world's
currencies to route through Bitcoin over the
Lightning Network," Elizabeth Stark, CEO and co-

founder of Lightning Labs, told *Forbes* ahead of
the announcement.

To realize that vision and ensure the company's
further growth, the bitcoin payments startup
raised a Series B funding round, led by Valor
Equity Partners and global asset manager Baillie
Gifford, both early backers of Tesla and SpaceX.
Among other high-profile investors are
Robinhood CEO Vlad Tenev, NYDIG and
Silvergate CEO Alan Lane. This follows on a $10
million Series A in 2020, following an even earlier
investment by Twitter and Block co-founder Jack
Dorsey. Stark declined to disclose the firm's post-
money valuation.

In 2018, Lightning Labs launched what many saw
as a solution to bitcoin's slow throughput—the
Lightning Network. Originally described in a 2016
paper by academics Joseph Poon and Thaddeus
Dryja, the network now operates via more than
30,000 nodes and enables cheap and fast bitcoin
transactions by conducting small and frequent
payments away from Bitcoin's main layer. Stark
compares the network to Visa, a global online
system handling electronic payments between
over 100 million merchants and 15,000 financial
institutions. But unlike its counterpart, Lightning
relies on bitcoin's liquidity, and anyone can run a
Lightning node.

Growth in the network's capacity, or the amount
of bitcoin locked up in its channels, has slowed

down in recent months, but the network continues to gain adoption, according to Stark. More than 300 companies are building on Lightning Labs' open source technology. Just last week, leading cryptocurrency exchange Kraken joined the Lightning Network with its own node. Earlier in September, Twitter added support for bitcoin-based payment features, including Lightning wallets.

The first step in Lightning Labs' plan to turn the network into a multi-asset layer on top of Bitcoin is to add stablecoins. With the launch of the new protocol, developers will be able to issue these assets (which are pegged to other assets, like the U.S. dollar) on the bitcoin blockchain, and then move them onto Lightning for speed and scalability, explained Stark.

According to a statement provided to *Forbes*, "Lightning Labs is already in talks with numerous major players about issuing stablecoins and building on its platform using this technology." Stark declined to disclose additional details but shared that the protocol could offer support for various types of assets, including in-game collectibles and NFTs (Lightning Labs is *not* actively working on these assets).

The launch of Taro is the latest effort to unwrap the potential of the blockchain that started it all. In February, Muneeb Ai, cofounder of Stacks, a smart contracts network linked to Bitcoin, raised

$150 million to bring applications and assets like NFTs that took off on chains like Ethereum and Solana to Bitcoin.

Taro's development was accelerated by Taproot, a recent upgrade to bitcoin that introduced a number of improvements, including making it easier and faster to confirm transactions on the bitcoin network.

*Editor's note: The story was edited to clarify that Lightning Labs is not actively working on 'unique', or non-fungible, assets.*
*Follow me on* Twitter *or* LinkedIn. *Send me a secure* tip.

 **Nina Bambysheva**                    Follow

I report on all things crypto and oversee the Forbes Crypto Confidential newsletter and the annual Forbes Blockchain 50 list which features billion-dollar leaders in distributed... **Read More**

Editorial Standards                    Reprints & Permissions

ADVERTISEMENT



Flash Sale! 25% Off Consensus 2023 - Use Code: AGENDA    ✕

☰                        CoinDesk                        👤  🔍

Bitcoin ▼  $24,147.66 -2.99%   Ethereum ▼ $1,643.62 -3.09%   Binance Coin ▼ $307.71 -2.19%   XRP ▼ $0.39035863 -1.27%   Aptos ▼ $13.13 -5.51%   Cardano  ▶

Crypto Prices →                          CoinDesk Market Index →

**Tech**

# Lightning Labs Releases Software to Allow Bitcoin Developers to Mint and Transfer Assets on the Blockchain

The alpha version of Taro will make it possible to create peer-to-peer Bitcoin and Lightning-native stablecoins.

**By Frederick Munawa**

🕐 Sep 28, 2022 at 2:46 p.m. EDT

Updated Sep 28, 2022 at 4:03 p.m. EDT

f  in  🐦  ✉



*(Fox Photos/Getty Images)*



**CONSENSUS会**
by CoinDesk

Join the most important conversation in crypto
and Web3 taking place in Austin, Texas, April 26-
28.

**Secure Your Seat**

Lightning Network infrastructure firm Lightning Labs has released a test version of the Taro daemon, a new piece of software that will allow Bitcoin developers to create, send and receive assets on the Bitcoin blockchain.

Taro is a Taproot-powered protocol that was introduced in April and that allows bitcoiners to issue assets such as stablecoins on the Bitcoin blockchain. Those assets can then be transferred over the Lightning Network for instant, high-volume and low-fee transactions.

*Read more:* *Lightning Labs Raises $70M to Bring Stablecoins to Bitcoin*

According to Lightning Labs, Bitcoin, Lightning and now, Taro, will make it possible to create peer-to-peer Bitcoin and Lightning-native stablecoins that settle instantly, with low transaction fees and no financial intermediaries.

"With Taro and the incredible developer community, we can build a world where users have [U.S. dollar]-denominated balances and BTC-denominated balances (or other assets) in the same wallet, trivially sending value across the Lightning Network just as they do today," Lightning Labs wrote in its announcement on Wednesday.



**Read more about**

Bitcoin    Lightning Labs    Stablecoins



View All Prices

**Sign up for Valid Points, our weekly newsletter breaking down Ethereum's evolution and its impact on crypto markets.**

Email address

Sign Up

*By signing up, you will receive emails about CoinDesk product updates, events and marketing and you agree to our terms of services and privacy policy.*

## DISCLOSURE

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*



### Frederick Munawa

Frederick Munawa is a Technology Reporter for Coindesk. He covers blockchain protocols with a specific focus on bitcoin and bitcoin-adjacent networks.

Follow @FrederickMunawa on Twitter

Learn more about **Consensus 2023**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

## Trending

**1** Finance

**Solana-Themed Storefronts Close Shop, Ending Experiment in IRL Blockchain Evangelism**

Feb 21, 2023



**2** Markets

**First Mover Asia: Deconstructing Crypto's China Narrative**

Feb 21, 2023



**3** CoinDesk Podcast Network

**How Retail Investors Fared After FTX's Collapse; Litecoin Network Gets Its First NFTs**

Feb 21, 2023



**4** Markets

**Filecoin, Storj Tokens Outperform Bitcoin Amid Increased Use of Decentralized Storage Protocols**

Feb 21, 2023





About                          Stay Updated

About
Masthead
Contributors
Careers
Company News

Consensus
Newsletters
Follow

## Get In Touch

Contact Us
Advertise
Accessibility Help
Sitemap

## The Fine Print

Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2022 CoinDesk

English

# yahoo!

 Sign in      Mail

Mail    News    Finance    Sports    Entertainment    Life    Shopping    Yahoo Plus    More...

◆ forkast

# Lightning Labs raises $70m to bring stablecoins to Bitcoin

**Pradipta Mukherjee**

April 5, 2022 · 1 min read



[Lightning Labs](#) raised $70 million in series B funding to build a stablecoin and asset protocol on the Bitcoin network.

***See related article:*** [Will the growing regulatory heat on stablecoins stifle innovation?](#)

## Fast facts

- Investors include Valor, Baillie Gifford, Goldcrest, Kingsway, Stillmark, Brevan Howard, NYDIG, and others.

- [Elizabeth Stark](#), co-founder and CEO of Lightning Labs, [announced](#) Taro and its bid to bring assets, like stablecoins, to the Bitcoin blockchain, for instant USD and other fiat-pegged assets settlements.

- Taro is an open protocol based on taproot, a recent upgrade to the Bitcoin blockchain, that enables greater contracting capabilities, along with privacy and efficiency benefits.

- With Taro, developers will be able to issue assets on the Bitcoin blockchain, and then move them onto Lightning for speed and scalability, making use of BTC liquidity to



Temu拼多多陪你迎兔年
Temu

## TRENDING

1. **Sex worker suspect in Nevada brothel shooting identified as former 'Hustler' cover model**

2. **Diversity activist who claimed to be Latino, Arab, South Asian outed as white by her mother**

3. **Orlando Bloom says his relationship with Katy Perry can be 'really, really, really, challenging' because they run in different circles**

4. **Florida's Great Displacement has already begun**

5. **Russia suspends only remaining major nuclear treaty with US**

ensure interoperability between assets, Lightning Labs
said.

**See related article:** Why are stablecoins overwhelmingly
backed by the US dollar?

---

Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are temporarily suspending article commenting

## LATEST STORIES



**NBC News**
**Puerto Rican universities adapted through crises, offering lessons, a new report finds**
Universities in Puerto Rico adapted after natural disasters and financial crises, offering lessons to other universities, an Excelencia in Education report found.
8m ago



**NBC News**
**Housekeeper's husband is arrested in fatal shooting of 'peacemaker' Catholic bishop**
A housekeeper's husband was arrested near Los Angeles on Monday in connection with the fatal shooting of a Catholic bishop, who might've been killed over a financial beef,...
17m ago



**Ad** • OnlineShoppingTools
**Prime Is Now $179, But Few Know This Saving Hack**
Think you're getting the best deal when you shop online? Don't buy a single thing until you try this - you won't regret it.



Temu拼多多陪你迎兔年
Temu



**USA TODAY**
**When is Mardi Gras 2023: Why does it date change each year and how long does it last?**
Mardi Gras 2023 will be Tuesday, Feb. 21 in New Orleans. The biggest day of the Mardi Gras celebration is Shrove Tuesday, before Ash Wednesday.
23m ago



**AFP**
**SpaceX Dragon crewed flight to ISS pushed back 24 hours**
US space agency NASA and SpaceX on Tuesday pushed back by 24 hours the launch of a Falcon 9 rocket that is to carry four astronauts to the International Space Station."And so...
24m ago



**USA TODAY**

### Nikki Haley casts Trump as 'status quo'; Barbara Lee jumps into CA Senate race: Recap

In her first visit to Iowa since announcing for president, former SC Gov. Nikki Haley said voters should pick her over former President Donald Trump.

26m ago



**Ad · Prostadine**   ⋯

### Keep Your Prostate Great: Do This Daily

Plenty of Men With An Enlarged Prostate Do Not Know About This Simple Solution



**NBC News**

### Petition seeks release of pregnant Florida inmate, saying fetus has received inadequate care

A legal petition seeks to free an eight-months-pregnant Florida inmate who says her fetus has received inadequate medical care while in custody.

26m ago



**Associated Press**

### Man tied to Lyft driver slaying charged in separate case

A man who police say was driving the car of a dead South Florida Lyft driver was charged with murder and other counts Tuesday in a separate case. A grand jury in Hardee…

28m ago



**USA TODAY**

### Growing group of mayors at odds with experts over whale deaths and offshore windmills

Groups that have advocated for whale protection for decades say the whale deaths are being exploited to advance a political agenda.

5m ago



**Ad · WalletGenius | Search Ads**   ⋯

### Don't Pay More than $10/Month for Cable & Internet

Perform A Simple Search On The Next Page To See Internet Plan Prices Near You



**Associated Press**

### Prosecutor gets case involving 6-year-old who shot teacher

Detectives in the Virginia city where a 6-year-old shot his teacher have finished their criminal investigation and turned it over to the local prosecutor's office for review, the police…

28m ago



**AFP**

### Narwhals' climate-vulnerable winter feeding crucial for survival: study

Narwhals are likely more dependent on fat reserves and abundant prey in climate-threatened winter habitats than previously thought, researchers said Wednesday, warning o…

34m ago

Lightning Labs raises $70m to bring Stablecoins to Bitcoin



**TODAY**

### Jansen Panettiere, actor and younger brother of Hayden Panettiere, dies

Jansen Panettiere, brother of actor Hayden Panettiere who landed roles in television shows like "The Walking Dead," has died.

34m ago



**Ad · Lendio**

### SBA Business Loans - Top Lenders. One Application

At least 6 months in business & monthly revenue of $8k? Come get your loan!



**The Daily Beast**

### How a Liberal NY Senator Became a Primary Target of the Left

Photo Illustration by Elizabeth Brockway/The Daily Beast/ReutersIn most blue states, Sen. Kirsten Gillibrand would probably cruise to re-election.Since arriving in the...

35m ago



**NBC News**

### Georgia grand jury recommended indictments for more than a dozen people in Trump probe,

The Georgia grand jury that investigated possible interference in the 2020 election by Donald Trump and his allies recommended indictments against more than a doze...

40m ago



**Politico**

### Buttigieg feuds with Florida's GOP senators on Twitter over derailment

The public sparring highlights Buttigieg's dual roles as Biden's Transportation secretary and as a Democratic star with perceived presidential ambitions

44m ago



**Ad · CompareCredit**

### 2 Cards Charging 0% Interest Until Nearly 2025

With these, you can focus on paying off your balance rather than your interest. Read full review for details >>



**Associated Press**

### 4th Fire Department employee probed in Tyre Nichols case

A top city official said Tuesday that a fourth Memphis Fire Department employee is being investigated as part of the probe into the violent arrest and death of Tyre Nichols....

49m ago



**Bloomberg**

### Philippines to Join Largest Trade Pact After Senate Approval

(Bloomberg) -- The Philippine Senate has approved the country's participation in the Regional Comprehensive Economic Partnership, the world's largest trade deal that...

51m ago



**USA TODAY**

### Rift between private military and Kremlin forces widens; Russia can't produce enough arms for its

The owner of a private Russian military company accused Kremlin military leaders of "high treason" and attempting to destroy his force. Updates.

53m ago



Ad • Fisher Investments    •••

### 3 Things to Know Before Retiring with $500k

Thinking about retirement? If you have a $500k portfolio, download our free whitepaper, "When to Retire: A Quick & Easy Planning Guide."



**Politico**

### McClellan elected as Virginia's first Black woman in Congress

The Virginia state senator has won a special election to replace the late Rep. Don McEachin in a heavily Democratic district.

55m ago



**Bloomberg**

### China Calls Russia Ties 'Solid as Rock' Amid Ukraine Peace Push

(Bloomberg) -- China's top diplomat Wang Yi said relations with Russia were "solid as rock" even as Beijing moves to portray itself as a neutral actor that can broker peace in…

56m ago



**CBS News**

### FDA hasn't reviewed some food additives in decades

Proposed legislation in California would ban five common chemicals from all goods sold, distributed or made in the state.

58m ago