# EXHIBIT 11





Product Solutions Open Source Pricing Search GitHub / Sign in Sign up

Taro On Chain

Backlog | v0.2 | By priority | By size | By Worker | Sprints | v0.1.1 | v0.3

Filter by keyword or by field

| | Title | Assignees | Status |
|---|---|---|---|
| 1 | tarod: crash during minting when running v0.15.1 -- need Ind... #100 | | ✅ Done |
| 2 | send+recv: add new chainwatcher (?) sub-system to watch fo... #74 | guggero | ✅ Done |
| 3 | Small fixes and cleanup #133 | | ✅ Done |
| 4 | multi: add new proof.Courier interface for async proof distrib... #132 | | ✅ Done |
| 5 | rpc: enable ability to specify multiple assets to be minted bel... #60 | | ✅ Done |
| 6 | multi: properly read split commitment roots from disk, elimin... #156 | | ✅ Done |
| 7 | mssmt: fix unit test data race #140 | | ✅ Done |
| 8 | multi: refactor proof file format #134 | | ✅ Done |
| 9 | receive: add new chainwatcher component to watch for sends... #81 | | ✅ Done |
| 10 | multi: complete new tarofregither sub-system for batched as... #123 | | ✅ Done |
| 11 | multi: send utils in taroscript package #80 | | ✅ Done |
| 12 | send+recv: state machine to manage send process #85 | jharveyb and R... | ✅ Done |
| 13 | taro: extend RPC server with queries to list asset balances #130 | | ✅ Done |
| 14 | proofs: extend proof file data structure w/ new routine to _ap... #98 | guggero | ✅ Done |
| 15 | proof: add function to append state transition to proof file #117 | | ✅ Done |
| 16 | misc: store optional key tweak in `internal_keys` table and ... #112 | | ✅ Done |
| 17 | vm+addr: always use BIP 86 keys for script keys #94 | bhandras | ✅ Done |
| 18 | tarod: add integration test framework #45 | guggero | ✅ Done |
| 19 | tarofreighter: introduce new package to house batched send... #113 | | ✅ Done |
| 20 | tarofreighter: add new ExportLog interface for committing sp... #114 | | ✅ Done |
| 21 | proofs: case for bip 86 tapscript exclusion proofs is incompl... #120 | guggero | ✅ Done |
| 22 | tarodb: update on disk SMT implementation to support name... #111 | | ✅ Done |
| 23 | fuzzing: slice panics in TLV decoding #59 | | ✅ Done |
| 24 | ms-smt: rename `NodeKey` to `NodeHash` #82 | bhandras | ✅ Done |
| 25 | maintenance: more small fixes #108 | | ✅ Done |
| 26 | multi: fix known fuzzing failures for asset TLV decoding #106 | | ✅ Done |
| 27 | address: fix HRP validation bug on string decode #68 | | ✅ Done |
| 28 | mssmt: create disk based storage interface #39 | bhandras | ✅ Done |
| 29 | rpc: add new calls for Import/Export/Validation of a proof file #47 | Roasbeef | ✅ Done |
| 30 | lnrpc/walletrpc: expose pubkey import for taproot address... #6657 | | ✅ Done |
| 31 | multi: add new RPC calls for ImportProof, VerifyProof, and Ex... #77 | | ✅ Done |
| 32 | tarodb+tarogarden: construct+store proof files on disk for all ... #66 | | ✅ Done |
| 33 | Address send utils #67 | | ✅ Done |
| 34 | mssmt: optimized smt tree to reduce storage pressure #71 | bhandras | ✅ Done |
| 35 | mssmt: add a compacted MSSMT type to reduce storage bur... #78 | | ✅ Done |

Product Solutions Open Source Pricing Search GitHub / Sign in Sign up

# Taro On Chain

Backlog | v0.2 | By priority | By size | By Worker | Sprints | v0.1.1 | v0.3

Filter by keyword or by field

| | Title | Assignees | Status |
|---|---|---|---|
| 34 | mssmt: optimized smt tree to reduce storage pressure #71 | bhandras | ✅ Done |
| 35 | mssmt: add a compacted MSSMT type to reduce storage bur... #78 | | ✅ Done |
| 36 | rpc: add a `DecodeAddress` call #63 | Roasbeef | ✅ Done |
| 37 | proof: Add full proof file verification #34 | guggero | ✅ Done |
| 38 | bip-taro-proof-file: create encode+decode routines for the pr... #16 | | ✅ Done |
| 39 | multi: create on-disk storage of addresses, and new RPC call... #73 | bhandras | ✅ Done |
| 40 | bip-taro: implement non-inclusion proof verification+generati... #20 | guggero | ✅ Done |
| 41 | tarodb: use the golang-migrate library for schema creation #38 | | ✅ Done |
| 42 | bip-taro-proof-file: implement proof file verification #17 | | ✅ Done |
| 43 | vm: Implement Taro VM based on initial script version #27 | | ✅ Done |
| 44 | bip-taro-vm: implement initial state transition verification via ... #18 | | ✅ Done |
| 45 | tlv: make TLV serialization more explicit #1 | | ✅ Done |
| 46 | tarodb+sqlc: update sqlc version, add pragma option scaffold... #50 | | ✅ Done |
| 47 | asset+commitment: add new genesis signer interface, use Ke... #51 | | ✅ Done |
| 48 | bip-taro: fix prevID reference to factor in key families #54 | | ✅ Done |
| 49 | bip-taro: implement base asset issuance #19 | | ✅ Done |
| 50 | asset+commitment: bind to output_index and asset_type in a... #49 | | ✅ Done |
| 51 | assets: use lnd's new Schnorr signing API to sign asset ID #58 | guggero | ✅ Done |
| 52 | multi: Commitment updating and exported CommitmentKey f... #56 | | ✅ Done |
| 53 | assets: during asset creation check that the key family sig is ... #33 | guggero | ✅ Done |
| 54 | lnrpc/signrpc: add schnorr option for SignMessage RPC #6656 | | ✅ Done |
| 55 | assets: further bind asset ID derivation #42 | guggero | ✅ Done |
| 56 | bip-taro-addr: create initial implementation of the taro addres... #15 | jharveyb | ✅ Done |
| 57 | address: Address type and encoding #55 | | ✅ Done |
| 58 | assets: fully bind asset key family derivation #41 | guggero | ✅ Done |
| 59 | tarodb+tarogarden: add new sub-systems for batched asset ... #46 | Roasbeef | ✅ Done |
| 60 | multi: move more functionality into taroscript, add TxValidato... #115 | | ✅ Done |
| 61 | lncli+chainrpc: add chainkit RPC service with endpoints Ge... #7197 | | ✅ Done |
| 62 | tarod: add explicit chain fee tracking for all relevant operatio... #144 | positiveblue | ✅ Done |
| 63 | proofs: add additional backend checks for merkle proof verif... #143 | ffranr | ✅ Done |
| 64 | bip-taro+bip-taro-proof: update BIP w/ new root inclusion pr... #145 | guggero | ✅ Done |
| 65 | multi: support non-interactive full-value sends #159 | | ✅ Done |
| 66 | tarofreighter+tarodb: record and use height hint #171 | | ✅ Done |
| 67 | tarodb: refactor + generalize sql storage engine to support s... #174 | guggero | ✅ Done |
| 68 | proof: close todo, make proof verification concurrent #186 | | ✅ Done |
| 69 | tarodb: add Postgres support #177 | | ✅ Done |

# ⊕ Taro On Chain

| | Backlog | v0.2 | By priority | By size | By Worker | Sprints |
|---|---|---|---|---|---|---|

| | Title | |
|---|---|---|
| 67 | ⊙ tarodb: refactor + generalize sql storage engine to support sqlite+postgres | #174 |
| 68 | ⑃ proof: close todo, make proof verification concurrent | #186 |
| 69 | ⑃ tarodb: add Postgres support | #177 |
| 70 | ⊙ tarodb+rpc: resolve name collision bug for asset creation | #119 |
| 71 | ⊙ bip-taro: rename key family to asset group | #142 |
| 72 | ⊙ bip-taro+proofs+commitment: account for sweep case and collectible transfer to non… | #121 |
| 73 | ⊙ asset+tlv: generate Taro NUMs point for uniformity in serialization code and bonus poi… | #31 |
| 74 | ⊙ addr+bip-taro-addr: extend address scheme logic to work for collectibles and also full… | #99 |
| 75 | ⑃ multi: support non-interactive collectible sends | #176 |
| 76 | ⑃ tarodb: fix bug in asset coin selection related to key families | #182 |
| 77 | ⑃ tarogarden+proofs: proof verification includes block header verification | #199 |
| 78 | ⑃ Create exclusion proofs for P2TR change addresses, prepare for script spend | #206 |
| 79 | ⑃ Minting with group key | #214 |
| 80 | ⑃ Add chainkit | #135 |
| 81 | ⊙ proof: improve robustness of hashmail proof distribution for async send flow | #164 |
| 82 | ⊙ rpc+assets: add support for issuing an asset into an existing key_family | #110 |
| 83 | ⊙ taroscript: further encapsulate the discrete send methods into a single "builder" type | #122 |
| 84 | ⊙ received critical error from subsystem: error fetching asset proof: sql: no rows in resu… | #227 |
| 85 | ⊙ bip-taro-universe: fully specify MS-SMT structure universes and multi | #178 |

Product Solutions Open Source Pricing Search GitHub / Sign in Sign up

Taro On Chain

Backlog | v0.2 | By priority | By size | By Worker | Sprints | v0.1.1 | v0.3

Filter by keyword or by field

| | Title | Assignees | Status |
|---|---|---|---|
| 67 | tarodb: refactor + generalize sql storage engine to support s... #174 | guggero | Done |
| 68 | proof: close todo, make proof verification concurrent #186 | | Done |
| 69 | tarodb: add Postgres support #177 | | Done |
| 70 | tarodb+rpc: resolve name collision bug for asset creation #119 | ffranr | Done |
| 71 | bip-taro: rename key family to asset group #142 | jharveyb | Done |
| 72 | bip-taro+proofs+commitment: account for sweep case and c... #121 | jharveyb | Done |
| 73 | asset+tlv: generate Taro NUMs point for uniformity in serializa... #31 | | Done |
| 74 | addr+bip-taro-addr: extend address scheme logic to work for... #99 | | Done |
| 75 | multi: support non-interactive collectible sends #176 | | Done |
| 76 | tarodb: fix bug in asset coin selection related to key families #182 | | Done |
| 77 | tarogarden+proofs: proof verification includes block header ... #199 | | Done |
| 78 | Create exclusion proofs for P2TR change addresses, prepar... #206 | | Done |
| 79 | Minting with group key #214 | jharveyb | Done |
| 80 | Add chainkit #135 | | Done |
| 81 | proof: improve robustness of hashmail proof distribution for ... #164 | ffranr | Done |
| 82 | rpc+assets: add support for issuing an asset into an existing ... #110 | jharveyb | Done |
| 83 | taroscript: further encapsulate the discrete send methods in... #122 | guggero | Done |
| 84 | received critical error from subsystem: error fetching asset ... #227 | guggero | Done |
| 85 | bip-taro-universe: fully specify MS-SMT structure universes ... #178 | Roasbeef | In review |
| 86 | addr+rpc: add code paths for creating an address w/ a script ... #75 | guggero | In review |
| 87 | rpc+tarocli: Implement method to decode proofs into human... #181 | habibitcoin | In review |
| 88 | multi: remove existing meta field in asset TLV to replace w/ ... #249 | | In review |
| 89 | Create `list batches` funcitonality to enumerate asset-upd... #272 | jharveyb | In review |
| 90 | subserver: add tarod sub-server as both integrated and rem... #485 | positiveblue | In progress |
| 91 | multi: introduce status server and sub-server manager #442 | | In progress |
| 92 | assets: decide on if genesis asset details serialization should ... #62 | halseth | In progress |
| 93 | bip-taro: update taro commitment uniqueness logic with addit... #76 | Roasbeef | In progress |
| 94 | BIP updates #210 | jharveyb | In progress |
| 95 | send: Improper re-anchoring of assets #241 | ffranr | In progress |
| 96 | universe: add initial database and API support for base univ... #270 | | In progress |
| 97 | minting: Add Finalize, Cancel, and ListBatches methods #274 | | In progress |
| 98 | bip-taro+assets+vm: remove group key duplication, add expli... #91 | halseth | Ready |
| 99 | [tracking] Encode internal key as minting witness #231 | halseth | Ready |
| 100 | universes: better specify the canonical Universe construct #8 | dstadulis and ... | Ready |
| 101 | Support multi-asset groups during the minting process #233 | jharveyb | Ready |

