# EXHIBIT 14





# lightninglabs / taro Public

Code | Issues 62 | Pull requests 13 | Discussions | Actions | Project

main

Commits on Apr 29, 2022

- **mssmt: add new TestHistoryIndependence** … — Verified — 8f7a084
  **Roasbeef** committed on Apr 29, 2022
- **mssmt: fix issue in TestInsertion** … — Verified — b6fd36f
  **Roasbeef** committed on Apr 29, 2022
- **mssmt: fix linter errors** — Verified — ac335a3
  **Roasbeef** committed on Apr 29, 2022 ✕
- **build: add basic Github Actions CI** — Verified — f3077f8
  **Roasbeef** committed on Apr 29, 2022 ✕
- **bip-taro: update to version w/ burning + commitment uniqueness** — Verified — 620905e
  **Roasbeef** committed on Apr 29, 2022

Commits on Apr 28, 2022

- **Merge pull request #12 from lightninglabs/mssmt** … — Verified — a3e153d
  **Roasbeef** committed on Apr 28, 2022
- **mssmt: Add MS-SMT implementation** … — Verified — 5b8d6b4
  **wpaulino** committed on Apr 28, 2022

Commits on Apr 14, 2022

bip-taro: sync with main repo  ⋯    Verified    aab9dda

Roasbeef committed on Apr 13, 2022

Commits on Apr 13, 2022

Merge pull request #13 from lightninglabs/key-addr-rename-propagate  ⋯    Verified    8717790

Roasbeef committed on Apr 13, 2022

bip-taro: propagate rename of asset script hash to keys in addr bip    e355adc

Roasbeef committed on Apr 13, 2022

bips: update bip-taro submodule    db0a1e2

Roasbeef committed on Apr 12, 2022

bip-taro: use the bip-taro branch as the target sub-module    Verified    0128769

Roasbeef committed on Apr 12, 2022

taro: add roasbeef's BIP repo as a sub-module    bd4592e

Roasbeef committed on Apr 12, 2022

Commits on Apr 11, 2022

Initial commit    Verified    c3a7571

Roasbeef committed on Apr 11, 2022

Newer    Older





lightninglabs / **taro** Public

<> **Code** Issues 62 Pull requests 13 Discussions Actions Project

main

Commits on May 18, 2022

| | | |
|---|---|---|
| **multi: clean up lingering Incli/lnd references**<br>**Roasbeef** committed on May 18, 2022 ✓ | Verified | 8cc1b4e |

Commits on May 17, 2022

| | | |
|---|---|---|
| **multi: fix linter issues** ···<br>**Roasbeef** committed on May 17, 2022 ✓ | Verified | 0361430 |
| **build: inherit tools system for pinning linter/CI deps** ···<br>**Roasbeef** committed on May 17, 2022 | Verified | e4b6ec5 |
| **git: update .gitignore file**<br>**Roasbeef** committed on May 17, 2022 | Verified | 4fbc0c8 |
| **cmd/tarocli: add initial tarocli command** ···<br>**Roasbeef** committed on May 17, 2022 | Verified | 749db39 |
| **cmd/tarod: add initial taro daemon binary along with conf+cli config ...** ···<br>**Roasbeef** committed on May 17, 2022 | Verified | 72eb658 |
| **server: add initial server that manages the RPC server and future deps** ···<br>**Roasbeef** committed on May 17, 2022 | Verified | d18f176 |
| **taro: add initial logging infrastructure**<br>**Roasbeef** committed on May 17, 2022 | Verified | 472dc36 |

rpcperms: inherit slimmed down rpcperms package from lnd  ⋯

`Verified`    `0a3ae79`    `<>`

**Roasbeef** committed on May 17, 2022

build: update makefile to support RPC compilation and other goodies  ⋯

`Verified`    `cff6d0f`    `<>`

**Roasbeef** committed on May 17, 2022

tarorpc: commit compiled protos for the Taro service

`Verified`    `7de371e`    `<>`

**Roasbeef** committed on May 17, 2022

tarorpc: add initial tarorpc skeleton definitions

`Verified`    `2292513`    `<>`

**Roasbeef** committed on May 17, 2022

tarorpc: create initial package for gRPC proto compilation+definition  ⋯

`Verified`    `e295d55`    `<>`

**Roasbeef** committed on May 17, 2022

build: copy over build package from lnd project  ⋯

`Verified`    `7a1a03a`    `<>`

**Roasbeef** committed on May 17, 2022

○ Commits on May 16, 2022

bip-taro: update spec sub-modules  ⋯

`Verified`    `7306af9`    `<>`

**Roasbeef** committed on May 16, 2022

Commits on May 12, 2022



**Merge pull request #23 from lightninglabs/commitment-mint** ⋯

Roasbeef committed on May 12, 2022

Verified · 2020c11 · <>

**commitment: Add initial test cases**

wpaulino committed on May 12, 2022 ✓

Verified · 8c7f16e · <>

**commitment: Add Taro commitment proof for assets**

wpaulino committed on May 12, 2022

Verified · 46d45bb · <>

**commitment: Add support for minting new Taro commitments**

wpaulino committed on May 12, 2022

Verified · adfcddf · <>

**commitment: Introduce Asset and Taro commitments structs** ⋯

wpaulino committed on May 12, 2022

Verified · 27189a7 · <>



Commits on May 11, 2022

asset: Add Leaf method to Asset
wpaulino committed on May 11, 2022
Verified    4249f54

asset: Hash asset FamilyKey whenever used as a MS-SMT key
wpaulino committed on May 11, 2022
Verified    9cbedd2

asset: Add FamilyKey derivation  ···
wpaulino committed on May 11, 2022
Verified    68643d3

asset: Properly handle empty PrevID (not nil) in asset witness  ···
wpaulino committed on May 11, 2022
Verified    603cfd7

asset: Use correct records size hint in EncodeRecords
wpaulino committed on May 11, 2022
Verified    37e45d2

Merge pull request #29 from lightninglabs/compressed-proof-encoding  ···
Roasbeef committed on May 10, 2022
Verified    9f3160c

Commits on May 10, 2022

asset: Replace SplitCommitmentRoot struct with mssmt.Node  ···
wpaulino committed on May 10, 2022 ✓
Verified    6d33f92

mssmt: Add CompressedProof serialization  ···
wpaulino committed on May 10, 2022
Verified    1b1147e

mssmt: Add ComputedNode struct  ···
wpaulino committed on May 10, 2022
Verified    e6cabdc

mssmt: Remove Leaf from Proof and CompressedProof
wpaulino committed on May 10, 2022
Verified    a24a67f

Commits on May 5, 2022



Merge pull request #14 from lightninglabs/asset-tlv ···

Roasbeef committed on May 5, 2022

Verified   0565d66

Commits on May 4, 2022



bip-taro: update to latest BIP commit head

Roasbeef committed on May 4, 2022

Verified   30a7966

asset: Introduce Asset struct with leaf TLV encoding ···

wpaulino committed on May 4, 2022 ✓

Verified   2002955

Commits on Apr 30, 2022



Merge pull request #26 from lightninglabs/github-actions ···

Roasbeef committed on Apr 29, 2022

Verified   cbda599

mssmt: fix package race condition w/ concurrent callers ···

Roasbeef committed on Apr 29, 2022 ✓

Verified   848296f

Newer    Older



lightninglabs / **taro** Public

Code | Issues 62 | Pull requests 13 | Discussions | Actions | Project

main

Commits on Jun 27, 2022

**Merge pull request #50 from lightninglabs/sqlc-config-updates** …
Roasbeef committed on Jun 27, 2022 — Verified — c4bfd4e

**tarodb: catch migrate.ErrNoChange error** …
Roasbeef committed on Jun 27, 2022 ✓ — Verified — 9f7506c

**tarodb: activate WAL mode for sqlite by default** …
Roasbeef committed on Jun 27, 2022 — Verified — f6cff65

**tarodb: set up scaffolding for sqlite pragma options, active foreign ...** …
Roasbeef committed on Jun 27, 2022 — Verified — f6d0a17

**script: update sqlc code gen script to use version v1.14.0** …
Roasbeef committed on Jun 27, 2022 — Verified — 22b226a

**Merge pull request #51 from lightninglabs/asset-genesis-signer** …
Roasbeef committed on Jun 27, 2022 — Verified — 5c2fa83

Commits on Jun 24, 2022

**asset+commitment: add new GenesisSigner interface, switch to using ke...** …
Roasbeef committed on Jun 24, 2022 ✓ — Verified — b91b96b

asset: add a String() method to asset.Type

Roasbeef committed on Jun 24, 2022

Verified   |   d3d1f81   |   <>

Merge pull request #52 from lightninglabs/split-commitments ⋯

Roasbeef committed on Jun 23, 2022

Verified   |   9d7234b   |   <>

commitment: add test case for error case of no external splits ⋯

Roasbeef committed on Jun 23, 2022 ✓

Verified   |   15abb8e   |   <>

commitment: add some style spacing to addAssetSplit, add TODO re splits

Roasbeef committed on Jun 23, 2022

Verified   |   f77c37b   |   <>

commitment: use regular types instead of type alias for InputSet/Spli... ⋯

Roasbeef committed on Jun 23, 2022

Verified   |   76c4636   |   <>

asset: add TODO re being able to reference assets w/ a key family

Roasbeef committed on Jun 23, 2022

Verified   |   67a29f8   |   <>

build: disable sqlc check action ⋯

Roasbeef committed on Jun 23, 2022

Verified   |   b85bd68   |   <>

commitment: Add split commitments

wpaulino authored and Roasbeef committed on Jun 23, 2022

Partially verified   |   65d8d18   |   <>

asset: Concretely specify asset SplitCommitmentProof

wpaulino authored and Roasbeef committed on Jun 23, 2022

Partially verified   |   eaea946   |   <>

mssmt: extend Proof with deep Copy method

wpaulino authored and Roasbeef committed on Jun 23, 2022

Partially verified   |   9e3c44b   |   <>

mssmt: export MaxTreeLevels

wpaulino authored and Roasbeef committed on Jun 23, 2022

Partially verified   |   a9c0c37   |   <>

-o- Commits on Jun 20, 2022

Merge pull request #38 from
lightninglabs/golang-migrate-library  ···
🌎 Roasbeef committed on Jun 20, 2022

Verified      8c27c9e      <>

-o- Commits on Jun 8, 2022

Merge pull request #40 from bhandras/typo-
fixes  ···
🌎 Roasbeef committed on Jun 8, 2022

Verified      e011efd      <>

multi: fix some random typos
🧑 bhandras committed on Jun 8, 2022 ✓

Verified      c36b252      <>

tarorpc: fix mixed up comments
🧑 bhandras committed on Jun 8, 2022

Verified      af9986a      <>

-o- Commits on Jun 7, 2022

tarodb: use the golang-migrate library for
schema creation  ···
🌎 Roasbeef committed on Jun 6, 2022 ✓

Verified      04aee92      <>

Merge pull request #30 from
lightninglabs/macaroons-sqlc  ···
🌎 Roasbeef committed on Jun 6, 2022

Verified      7a4148d      <>

Commits on May 18, 2022

**build: fix linter errors, increase linter timeout**
Roasbeef committed on May 18, 2022 ✓
Verified    d42bdc5  <>

**cmd/tarod: fix incomplete godoc comments**
Roasbeef committed on May 18, 2022 ✗
Verified    d9f6cbd  <>

**server: create macaroons service and register all necessary permissions**
Roasbeef committed on May 18, 2022
Verified    c8e3c38  <>

**cmd/tarocli: switch default network to testnet**
Roasbeef committed on May 18, 2022
Verified    085789e  <>

**cmd/tarod: use single macaroon path, create open sqlite3 db at startup**
Roasbeef committed on May 18, 2022
Verified    b1da819  <>

**cmd/tarod: use network string instead of old bool format**
Roasbeef committed on May 18, 2022
Verified    e205c83  <>

**tarodb: use embed package to embed schema definitions into binary** …
Roasbeef committed on May 18, 2022
Verified    5ef9f23  <>

**tarodb: add persistence wrapper for bakery.RootKeyStore interface** …
Roasbeef committed on May 18, 2022
Verified    6040153  <>

**tarodb: introduce new package, add SQL schema+queries for macaroon st...** …
Roasbeef committed on May 18, 2022
Verified    4f520dc  <>

**build: add initial sqlc config file, and Makefile helpers and CI pipe...** …
Roasbeef committed on May 18, 2022
Verified    e09d258  <>

**Merge pull request #28 from lightninglabs/project-scaffolding** …
Roasbeef committed on May 18, 2022
Verified    b64d38d  <>

Newer   Older

🖥 **lightninglabs** / **taro**   `Public`

<> **Code**    ⊙ Issues **62**    ⑂ Pull requests **13**    💬 Discussions    ▷ Actions    ⊞ Project

⑂ main ▾

◇— Commits on Jul 12, 2022

| | | | |
|---|---|---|---|
| taro: add implementation of asset.GenesisSigner backed by lnd  ⋯ 🌐 Roasbeef committed on Jul 11, 2022 | Verified | ⧉  458b869 | <> |
| taro: add implementation of tarogarden.KeyRing backed by lnd 🌐 Roasbeef committed on Jul 11, 2022 | Verified | ⧉  aa1a843 | <> |
| taro: add implementation of tarogarden.WalletAnchor backed by lnd 🌐 Roasbeef committed on Jul 11, 2022 | Verified | ⧉  8611b1e | <> |
| tarodb: add new AssetStore db middleware for fetching info re active ...  ⋯ 🌐 Roasbeef committed on Jul 11, 2022 | Verified | ⧉  815ee0a | <> |
| tarodb/sqlite: add new query to fetch all assets, regenerate SQL mode...  ⋯ 🌐 Roasbeef committed on Jul 11, 2022 | Verified | ⧉  e4ffe19 | <> |
| tarodb/sqlite: fix bug in AnchorPendingAssets query  ⋯ 🌐 Roasbeef committed on Jul 11, 2022 | Verified | ⧉  8679342 | <> |
| tarodb/sqlite: update witnesses and proofs table to use proper foreig...  ⋯ 🌐 Roasbeef committed on Jul 11, 2022 | Verified | ⧉  ecee018 | <> |
| tarogarden: simplify ChainBridge interface, always set BatchKey in ntfns  ⋯ 🌐 Roasbeef committed on Jul 11, 2022 | Verified | ⧉  52cf6e6 | <> |

**asset: sign the hash of the ID instead of the ID** …

Roasbeef committed on Jul 11, 2022

Verified    d85c7dd    <>

**tarogarden: fill out initial systems test harness, add basic batch mi...** …

Roasbeef committed on Jul 11, 2022

Verified    2184848    <>

**tarogarden: add new internal state queries re current active batches**

Roasbeef committed on Jul 11, 2022

Verified    1b496f1    <>

**tarogarden: add initial systems testing scaffolding**

Roasbeef committed on Jul 11, 2022

Verified    19ebdbd    <>

**build: update to latest version of modernc.org/sqlite and btcutil/psbt**

Roasbeef committed on Jul 11, 2022

Verified    4a80b23    <>

**tarogarden: add the ChainPlanter which is responsible for batched ass...** …

Roasbeef committed on Jul 11, 2022

Verified    59b7362    <>

**chanutils: create new package for generic channel related utilities**

Roasbeef committed on Jul 11, 2022

Verified    ef2a040    <>

**tarodb: register the AssetMintingSTore w/ the tarogarden pkg as a driver**

Roasbeef committed on Jul 11, 2022

Verified    44ed2d9    <>

**tarodb: add basic test coverage for AssetMintingStore**

Roasbeef committed on Jul 11, 2022

Verified    cbb7863    <>

**tarodb: add initial persistent tarogarden.MintingStore implementation**

Roasbeef committed on Jul 11, 2022

Verified    7e50247    <>

**tarodb/sqlite: run sqlc code generation for asset+minting tables**

Roasbeef committed on Jul 11, 2022

Verified    1107622    <>

**tarodb/sqlite: add initial queries for a tarogarden.MintingStore impl...** ···

Verified    90e003e    <>

🌍 **Roasbeef** committed on Jul 11, 2022

**tarodb/sqlite: add initial table schema structure for asset minting+recv** ···

Verified    f5ffabb    <>

🌍 **Roasbeef** committed on Jul 11, 2022

**tarodb: add some useful sql related utilities** ···

Verified    2b18b64    <>

🌍 **Roasbeef** committed on Jul 11, 2022

**tarogarden: add new taro garden package with fundamental types/interface** ···

Verified    b95740e    <>

🌍 **Roasbeef** committed on Jul 11, 2022

**commitment: fix taro commitment key bug related to family keys** ···

Verified    5f488fe    <>

🌍 **Roasbeef** committed on Jul 11, 2022

**build: update to use latest versions of lnd+lndclient**

Verified    0e90109    <>

🌍 **Roasbeef** committed on Jul 11, 2022

○ Commits on Jul 7, 2022

Merge pull request #27 from lightninglabs/taro-vm ⋯

Verified    05bdd75    <>

Roasbeef committed on Jul 6, 2022

vm: improve code style, add new comments and TODOs

Verified    8086f1d    <>

Roasbeef committed on Jul 6, 2022 ✓

vm: define and use new zeroIndex constant where applicable

Verified    d1ce21b    <>

Roasbeef committed on Jul 6, 2022

vm: update API usage for new key desc usage

Verified    b73a9e4    <>

Roasbeef committed on Jul 6, 2022

vm: use new IsEqual method for key family

Verified    acf9da8    <>

Roasbeef committed on Jul 6, 2022

vm: add Unwrap method to errors to useable w/ modern Go error funcs

Verified    856f225    <>

Roasbeef committed on Jul 6, 2022

vm: Implement Taro VM based on initial script version

Partially verified    d0cd965    <>

wpaulino authored and Roasbeef committed on Jul 6, 2022

○ Commits on Jun 30, 2022

bips: udpated to latest version of BIPs

Verified    ad6c899    <>

Roasbeef committed on Jun 30, 2022

Commits on Jun 29, 2022

Merge pull request #53 from
bhandras/family-key-mismatch-fix ⋯

Verified    🗗    6a79abf    <>

Roasbeef committed on Jun 29, 2022

commitment: fix pointer comparison of
family keys ⋯

Verified    🗗    bfc69b8    <>

bhandras committed on Jun 29, 2022 ✓

Newer    Older

 lightninglabs / **taro**   Public

<> **Code**   ⊙ Issues **62**   ⥢ Pull requests **13**   💬 Discussions   ▶ Actions   ⊞ Project

ᛘ main ▾

○ Commits on Jul 29, 2022

**address: simplify HRP names, add missing godoc comments**
🌐 Roasbeef committed on Jul 28, 2022       Verified    ⧉   `3cf6e3e`   <>

**address: add RW mutex to make registration threadsafe**
🌐 Roasbeef committed on Jul 28, 2022       Verified    ⧉   `c105cbd`   <>

**address: un-export TLV types, add godoc comments**
🌐 Roasbeef committed on Jul 28, 2022       Verified    ⧉   `c344707`   <>

**Merge pull request #68 from lightninglabs/address-type-decode-fix** ···
🌐 Roasbeef committed on Jul 28, 2022       Verified    ⧉   `24f98e2`   <>

○ Commits on Jul 26, 2022

**Merge pull request #65 from lightninglabs/sqlc-workaround** ···
🌐 Roasbeef committed on Jul 26, 2022       Verified    ⧉   `53271b1`   <>

○ Commits on Jul 20, 2022

**address: fix HRP validation bug on string decode**
🌐 jharveyb committed on Jul 20, 2022 ✓       ⧉   `3432d8a`   <>

Commits on Jul 19, 2022



Merge pull request #58 from
lightninglabs/sign-message-schnorr  ···
🌎 **Roasbeef** committed on Jul 19, 2022
Verified    4dd73b2

Merge pull request #56 from
lightninglabs/commitment-updating  ···
🌎 **Roasbeef** committed on Jul 19, 2022
Verified    2417a6f

scripts: use sed to work around sqlc LEFT
JOIN issue  ···
🌎 **Roasbeef** committed on Jul 19, 2022 ✓
Verified    11872d1

Commits on Jul 15, 2022



tarodb: remove raw_priv field from asset
family table
🧑 **guggero** committed on Jul 15, 2022 ✓
Verified    e96ffdf

mod+asset: use new Schnorr signer API
🧑 **guggero** committed on Jul 15, 2022
Verified    542f064

multi: support updating existing commitments
👤 **jharveyb** committed on Jul 14, 2022 ✓
c8fb675

asset: export CommitmentKey functions
👤 **jharveyb** committed on Jul 14, 2022
fe20ef3

Commits on Jul 14, 2022

Merge pull request #55 from
lightninglabs/address-type  ···
🌎 **Roasbeef** committed on Jul 14, 2022
Verified    c3bffba

address: Address type and encoding
👤 **jharveyb** committed on Jul 14, 2022 ✓
a36cebe



Commits on Jul 13, 2022

Merge pull request #49 from lightninglabs/commit-asset-type ···
Roasbeef committed on Jul 13, 2022
Verified    720ee71

asset: remove unnecessary type cast
guggero committed on Jul 13, 2022 ✓
Verified    fd51125

asset: bind output index and asset type to asset key family ···
guggero committed on Jul 13, 2022
Verified    d142abf

asset+commitment: bind asset type to asset ID ···
guggero committed on Jul 13, 2022
Verified    31e960c

multi: embed Genesis in Asset, pass by value
guggero committed on Jul 13, 2022
Verified    f8b9d04

Commits on Jul 12, 2022

Merge pull request #46 from lightninglabs/assets-sql-mint ···
Roasbeef committed on Jul 12, 2022
Verified    fc97620

tarorpc: add comments to initial minting protos
Roasbeef committed on Jul 12, 2022 ✓
Verified    4d96c71

tarodb/sqlite: populate tear down of migration for asset tables
Roasbeef committed on Jul 11, 2022 ✓
Verified    9c3bed3

tarodb: add new TestDuplicateFamilyKey to exercise UPSERT ···
Roasbeef committed on Jul 11, 2022
Verified    097518d

tarodb: ony read anchor hash if the tx is confirmed
Roasbeef committed on Jul 11, 2022
Verified    19e68de

**tarogarden: extend systems tests w/ proper restart cases** ⋯

Verified  8112327  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**tarogarden: use 219 for the taro key family**

Verified  f14a2f2  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**tarogarden: move MintingBatch to new file**

Verified  be8154f  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**tarodb/sqlite: manually add sql.NullInt32 for assets query regen**

Verified  4ad6b18  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**cmd/tarocli: add CLI command for mint+list asset**

Verified  ab21b36  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**rpc: implement Mint+List Asset calls**

Verified  622fab7  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**tarorpc: fill out definitions for MintAsset + ListAssets**

Verified  bfc19d1  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**tarodb: use lnd connections to create fundamental minting interfaces** ⋯

Verified  58c0a13  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**cmd/tarod/config: add config parsing for remote lnd connections**

Verified  5103387  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

**taro: add implementation of tarogarden.ChainBridge backed by lnd**

Verified  13efbec  <>

🌐 **Roasbeef** committed on Jul 11, 2022

---

Newer    Older



## Commits on Aug 9, 2022

**Merge pull request #67 from lightninglabs/address-send-utils** ···
Roasbeef committed on Aug 8, 2022

Verified    `ff469d1`    <>

**Merge pull request #79 from lightninglabs/vm-key-spend** ···
Roasbeef committed on Aug 8, 2022

Verified    `d16ccd0`    <>

## Commits on Aug 8, 2022



**vm: export witness creation for keypath spends**
jharveyb committed on Aug 8, 2022 ✓

`906cd4b`    <>

Commits on Aug 5, 2022

rpc: always display full 33-byte public keys
on the RPC interface

Verified    e9a367b

Roasbeef committed on Aug 5, 2022 ✓

tarodb/sqlite: add constraint on stored keys
to ensure they're 33 bytes  ⋯

Verified    fd4dc1e

Roasbeef committed on Aug 5, 2022

tarogarden: construct+store proof file for all
minted assets  ⋯

Verified    671f79c

Roasbeef committed on Aug 5, 2022

tarodb: extend MarkBatchConfirmed to
accept proof files for minted as...  ⋯

Verified    a131505

Roasbeef committed on Aug 5, 2022

tarodb: add SQL queries for inserting and
looking up proof files

Verified    b443904

Roasbeef committed on Aug 5, 2022

tarodb/sqlite: enforce unique constraint of
one proof file per asset ID  ⋯

Verified    33286a9

Roasbeef committed on Aug 5, 2022

tarodb/sqlite: make all internal keys unique
⋯

Verified    f300c3b

Roasbeef committed on Aug 5, 2022

proof: add NewMintingBlobs func for making
asset minting proofs  ⋯

Verified    81a408b

Roasbeef committed on Aug 5, 2022

tarogarden: for minting conf requests,
always request the block as well  ⋯

Verified    48c4685

Roasbeef committed on Aug 5, 2022

build: update to version of lnd+lndclient with
conf ntfns w/ blocks

Verified    20a82e7

Roasbeef committed on Aug 5, 2022

Commits on Aug 3, 2022

Merge pull request #34 from lightninglabs/taro-proof ···
Verified    f8dea55    <>
Roasbeef committed on Aug 3, 2022

address: check sender tree against address
b1c4fea    <>
jharveyb committed on Aug 3, 2022 ✓

proof: move to self-describing values for the tapscript sibling pre-i... ···
Verified    bc6676a    <>
Roasbeef committed on Aug 3, 2022 ✓

multi: fix linter issues, use uniform pointer receivers
Verified    6c5351a    <>
Roasbeef committed on Aug 3, 2022

proof: verify input proofs in parallel using a sync.ErrGroup ···
Verified    f5735c7    <>
Roasbeef committed on Aug 3, 2022

proof: move the test block data into proper files
Verified    a79c254    <>
Roasbeef committed on Aug 3, 2022

proof: update to use latest key family API ···
Verified    2986d1b    <>
Roasbeef committed on Aug 3, 2022

proof: add full proof file verification
Partially verified    c645504    <>
wpaulino authored and Roasbeef committed on Aug 3, 2022

Merge pull request #73 from lightninglabs/addr-book ···
Verified    8a865e3    <>
Roasbeef committed on Aug 2, 2022

cmd/tarocli: create new taro addr CLI commands
Verified    386aedc    <>
Roasbeef committed on Aug 2, 2022 ✓

rpc: implement new taro addr calls
Verified    882b9c0    <>
Roasbeef committed on Aug 2, 2022

**tarorpc: add new taro addr calls: create, list, decode**

Verified    76368f9    <>

🌍 **Roasbeef** committed on Aug 2, 2022

---

**tarod: instantiate new taro address book database during start up**

Verified    a7a5ff5    <>

🌍 **Roasbeef** committed on Aug 2, 2022

---

**tarodb: create new TaroAddressBook DB for addr storage**

Verified    f2be610    <>

🌍 **Roasbeef** committed on Aug 2, 2022

---

**tarodb/sqlite: run sqlc code gen for addr table**

Verified    ff69c20    <>

🌍 **Roasbeef** committed on Aug 2, 2022

---

**tarodb/sqlite: add queries to insert+query addrs**

Verified    e871dbe    <>

🌍 **Roasbeef** committed on Aug 2, 2022

---

**tarodb/sqlite: add new addrs table for storing taro addrs**

Verified    94ef5de    <>

🌍 **Roasbeef** committed on Aug 2, 2022

---

**addr: add new address book abstraction for addr creation**

Verified    a421857    <>

🌍 **Roasbeef** committed on Aug 2, 2022

---

**address: add ParamsForChain helper function** …

Verified    aa3fa79    <>

🌍 **Roasbeef** committed on Aug 2, 2022

Commits on Jul 29, 2022

**address: add missing godoc comments, fix line wrapping**
**Roasbeef** committed on Jul 28, 2022
Verified 34a5473

**address: run sub tests in parallel**
**Roasbeef** committed on Jul 28, 2022
Verified ef8ac79

**address: reduce nesting in DecodeAddress by exiting early when possible**
**Roasbeef** committed on Jul 28, 2022
Verified 08c9da9

Newer Older



lightninglabs / **taro**  Public

<> **Code**    ⊙ Issues  62    ⊃⊂ Pull requests  13    💬 Discussions    ▷ Actions    ⊞ Project

⑂ main ▾

⊶ Commits on Aug 24, 2022

**rpcs: implement VerifyProof, ImportProof, and ExportProof**    Verified    ⧉    `353f3a5`    <>
🌐 Roasbeef committed on Aug 23, 2022

**tarorpc: add new RPC calls for VerifyProof, ExportProof, and ImportProof**    Verified    ⧉    `ea6dbd1`    <>
🌐 Roasbeef committed on Aug 23, 2022

**proofs: add new MultiArchiver implementation of Archiver** ⋯    Verified    ⧉    `50059d9`    <>
🌐 Roasbeef committed on Aug 23, 2022

**proof: add new proof.FileArchiver implementation of Archiver** ⋯    Verified    ⧉    `e3a1b27`    <>
🌐 Roasbeef committed on Aug 23, 2022

**tarodb: make Asset store implement the new proof.Archiver interface**    Verified    ⧉    `7e396da`    <>
🌐 Roasbeef committed on Aug 23, 2022

**proof: add new proof.Archiver interface for proof storage/retrieval** ⋯    Verified    ⧉    `1062fd4`    <>
🌐 Roasbeef committed on Aug 23, 2022

**tarodb: extend MarkBatchConfirmed to accept proof files for minted as...** ⋯    Verified    ⧉    `cc6f355`    <>
🌐 Roasbeef committed on Aug 23, 2022

**chain_bridge: don't defer the cancel for RegisterConfirmationsNtfn** ⋯    Verified    ⧉    `dd53abd`    <>
🌐 Roasbeef committed on Aug 23, 2022

Commits on Aug 23, 2022

**Merge pull request #87 from lightninglabs/chanutils-additions** ...
guggero committed on Aug 23, 2022

Verified · 16d56c1 · <>

**rpcserver: log correct error**
guggero committed on Aug 23, 2022 ✓

Verified · 0c10172 · <>

**server: store rpcServer variable correctly**
guggero committed on Aug 23, 2022

Verified · 682c150 · <>

**build: use lnd's build package** ...
guggero committed on Aug 23, 2022

Verified · f1fd5f4 · <>

**multi: fix godoc, typos and receivers**
guggero committed on Aug 23, 2022

Verified · 786e0fc · <>

○ Commits on Aug 19, 2022

---

**multi: refactor error handling**

guggero committed on Aug 19, 2022

Verified | 76d688c | <>

---

**chain_bridge+tarogarden: fix chain confirmation** ···

guggero committed on Aug 19, 2022

Verified | d3bd068 | <>

---

**chanutils+tarogarden: create and use ContextGuard**

guggero committed on Aug 19, 2022

Verified | e6a7006 | <>

---

**multi: add event subscribers to book**

guggero committed on Aug 19, 2022

Verified | 2fba154 | <>

---

**chanutils: create generic event subscription**

guggero committed on Aug 19, 2022

Verified | 8241514 | <>

---

**chanutils: create generic version of ConcurrentQueue**

guggero committed on Aug 19, 2022

Verified | e257de7 | <>

---

**address+tarodb: expose CreationTime on AddrWithKeyInfo**

guggero committed on Aug 19, 2022

Verified | 18a0f25 | <>

---

**address: fix godoc comments**

guggero committed on Aug 19, 2022

Verified | 0b44098 | <>

---

**address: export TaroCommitmentKey, fix formatting**

guggero committed on Aug 19, 2022

Verified | fecf1ef | <>

---

**multi: create and use PayToTaprootScript** ···

guggero committed on Aug 19, 2022

Verified | 09d14e8 | <>

---

**multi: replace an address' HRP with chain params** ···

guggero committed on Aug 19, 2022

Verified | 68f36df | <>

---

Commits on Aug 18, 2022

**Merge pull request #88 from lightninglabs/commitment-store-fetcher** ...

Verified    0fa035e    <>

Roasbeef committed on Aug 18, 2022

**commitment: type commitment stores, expose equally**

dcc9d6f    <>

jharveyb committed on Aug 18, 2022 ✓

Commits on Aug 16, 2022

**Merge pull request #78 from bhandras/compressed-smt** ...

Verified    73b6942    <>

Roasbeef committed on Aug 15, 2022

Commits on Aug 15, 2022

**misc: replace mssmt.FullTree with mssmt.CompactedTree**
bhandras committed on Aug 15, 2022 ✓    Verified    dd4929f    `< >`

**mssmt: clean up compressed proof**
bhandras committed on Aug 15, 2022    Verified    619fe24    `< >`

**mssmt: add store read/write counters**
bhandras committed on Aug 15, 2022    Verified    d96d643    `< >`

**mssmt: add test for key replace**
bhandras committed on Aug 15, 2022    Verified    f1cfc4f    `< >`

**mssmt: cover CompactedTree with existing tests**
bhandras committed on Aug 15, 2022    Verified    9cbffd2    `< >`

**mssmt: add a new compacted version of the full SMT** ···
bhandras committed on Aug 15, 2022    Verified    9181447    `< >`

**mssmt: define the mssmt.Tree interface and rename Tree to FullTree**
bhandras committed on Aug 15, 2022    Verified    a6c2748    `< >`

Commits on Aug 9, 2022

**Merge pull request #66 from lightninglabs/mint-with-asset-proof** ···
guggero committed on Aug 9, 2022    Verified    0084c3f    `< >`

Newer    Older



📖 **lightninglabs** / **taro**    Public

<> **Code**    ⊙ Issues    62    ⣎ Pull requests    13    💬 Discussions    ▶ Actions    ⊞ Project

⑂ main ▾

∘─ Commits on Aug 26, 2022

**tarodb: turn UpsertChainTx into actual update** ⋯
👤 guggero committed on Aug 26, 2022
Verified    ⧉    9b02f37    <>

**tarodb: use encodeOutpoint consistently**
👤 guggero committed on Aug 26, 2022
Verified    ⧉    3995bd2    <>

**tarodb: modify InsertManagedUTXO to be an UPSERT** ⋯
👤 guggero committed on Aug 26, 2022
Verified    ⧉    8a2d18e    <>

**tarodb: rename upsert queries to be more explicit** ⋯
👤 guggero committed on Aug 26, 2022
Verified    ⧉    b232d51    <>

Commits on Aug 25, 2022

Merge pull request #72 from lightninglabs/itest  ···
Roasbeef committed on Aug 25, 2022

Verified    8543a8e

asset: simplify AssetCommitmentKey, use pointer receivers  ···
guggero committed on Aug 25, 2022 ✓

Verified    2ccecb8

multi: enable more linters, fix issues
guggero committed on Aug 25, 2022

Verified    ccb0973

GitHub: run integration tests in CI
guggero committed on Aug 25, 2022

Verified    a66c908

multi: add itest framework
guggero committed on Aug 25, 2022

Verified    7b396d2

tarocfg: remove unused parsers
guggero committed on Aug 25, 2022

Verified    f0166a7

cmd/tarod+tarocfg: move CLI config to tarocfg package
guggero committed on Aug 25, 2022

Verified    4434ea6

multi: fix godoc, typos and formatting
guggero committed on Aug 25, 2022

Verified    bffbe4f

Commits on Aug 24, 2022

Merge pull request #77 from lightninglabs/proof-import-export  ···
Roasbeef committed on Aug 24, 2022

Verified    915f015

tarodb: make the InsertInternalKey UPSERT actually a noop  ···
Roasbeef committed on Aug 23, 2022 ✓

Verified    e8e14c9

tarodb: use UPSERT to handle duplicate chain_txns, add import test case  ···
Roasbeef committed on Aug 23, 2022

Verified    8a3b992

cmd/tarodb: fix rebase issue

Roasbeef committed on Aug 23, 2022

Verified    17382e1    <>

proof: add initial unit test coverage for MultiArchiver and FileArchiver

Roasbeef committed on Aug 23, 2022

Verified    742d4b6    <>

proof: add new Verifier interface to abstract away from proof decode+...

Roasbeef committed on Aug 23, 2022

Verified    33577b3    <>

cmd/tarocli: add import proof command

Roasbeef committed on Aug 23, 2022

Verified    917aea4    <>

rpc: implement ImportProofs

Roasbeef committed on Aug 23, 2022

Verified    0c9a5cb    <>

tarorpc: add proof_file argument to ImportProofRequest

Roasbeef committed on Aug 23, 2022

Verified    1b509b6    <>

tarodb: implement importing an asset based on its proof into the DB  ...

Roasbeef committed on Aug 23, 2022

Verified    b18c14b    <>

proof: implement ImportProofs for the MultiArchiver  ...

Roasbeef committed on Aug 23, 2022

Verified    09a5956    <>

proof: add additional information to the AssetSnapshot verify result  ...

Roasbeef committed on Aug 23, 2022

Verified    3a9771c    <>

tarodb: run sqlc code gen, update AssetMintingStore w/ API changes

Roasbeef committed on Aug 23, 2022

Verified    f44d55e    <>

tarodb/sql: allow all fields of chain_txn to be nullable for InsertCh...  ...

Roasbeef committed on Aug 23, 2022

Verified    625e8d4    <>

tarodb/sql: return asset_id primary key for FetchAssets  ...

Roasbeef committed on Aug 23, 2022

Verified    33d133a    <>

tarodb/sql: return asset_id for InsertNewAsset, add utxo_id arg ···

Verified    9da69b9    <>

Roasbeef committed on Aug 23, 2022

tarodb/sql: modify InsertGenesisPoint to be an UPSERT ···

Verified    5507edc    <>

Roasbeef committed on Aug 23, 2022

tarodb/sql: update InsertInternalKey with an UPSERT ···

Verified    7040fdd    <>

Roasbeef committed on Aug 23, 2022

tarodb/sqlite: add queries for inserting/fetching asset witnesses ···

Verified    8d86dde    <>

Roasbeef committed on Aug 23, 2022

tarodb: split out prev_id for asset_witnesses table, use int primary key

Verified    802b12d    <>

Roasbeef committed on Aug 23, 2022

build: update to latest version of lndclient

Verified    41ba161    <>

Roasbeef committed on Aug 23, 2022

rpc: always display full 33-byte public keys on the RPC interface

Verified    447374a    <>

Roasbeef committed on Aug 23, 2022

cmd/tarod+cmd/tarocli: add calls for import, export, verify proof ···

Verified    76f1883    <>

Roasbeef committed on Aug 23, 2022

Newer    Older

lightninglabs / taro    Public

<> Code    ⊙ Issues    62    ⇂ Pull requests    13    💬 Discussions    ▷ Actions    ⊞ Project

⌥ main ▾



Commits on Sep 2, 2022

lint: ignore testing, fix formatting
guggero committed on Sep 2, 2022 ✓
Verified   21a5d51   <>

GitHub: run CI on main instead of master branch
guggero committed on Sep 2, 2022 ✗
Verified   ff485d1   <>

multi: run rpc-check, use REST prefix, add missing RPCs …
guggero committed on Sep 2, 2022
Verified   4dc9988   <>

tarorpc: use clang-format, fix typos
guggero committed on Sep 2, 2022
Verified   9bce176   <>

server: don't use %w for logging …
guggero committed on Sep 2, 2022
Verified   addcedc   <>

tarogarden: export mocks, move helpers to internal package
guggero committed on Sep 2, 2022
Verified   4b8932f   <>

tarodb: export sqlite store, remove cleanup
guggero committed on Sep 2, 2022
Verified   342f41a   <>

Merge pull request #105 from lightninglabs/asset-tlv-fuzzing …
Roasbeef committed on Sep 1, 2022
Verified   8d1edde   <>

asset: add fuzz test for asset decoding
Crypt-iQ authored and Roasbeef committed on Sep 1, 2022 ✓
Unverified   3cc66aa   <>

Merge pull request #80 from lightninglabs/taro-script …
Roasbeef committed on Sep 1, 2022
Verified   e285e2e   <>

Commits on Sep 1, 2022

**taroscript: add createSpendOutputs func** ···
jharveyb committed on Sep 1, 2022 ✓
`fcd3cb1` <>

**taroscript: add createSpendCommitments func** ···
jharveyb committed on Sep 1, 2022
`b8da6e4` <>

**taroscript: add completeAssetSpend func** ···
jharveyb committed on Sep 1, 2022
`5a04cc8` <>

**taroscript: add prepareAsset* funcs** ···
jharveyb committed on Sep 1, 2022
`5938a52` <>

**taroscript: add areValidIndexes to check TX indexes**
jharveyb committed on Sep 1, 2022
`9bbf154` <>

**multi: move input checking for send to new package**
jharveyb committed on Sep 1, 2022
`393e49b` <>

Commits on Aug 31, 2022

**Merge pull request #102 from lightninglabs/lnd-min-version** ···
guggero committed on Aug 31, 2022
Verified    `1d874b9` <>

**mod: bump to latest lnd and lndclient versions**
guggero committed on Aug 31, 2022 ✓
Verified    `d6d43f0` <>

**tarocfg: require master branch of lnd**
guggero committed on Aug 31, 2022 ✗
Verified    `40ddf30` <>

**Merge pull request #101 from bhandras/daemon-version** ···
guggero committed on Aug 31, 2022
Verified    `3b351d4` <>

**tarocfg: correct displayed version**
bhandras committed on Aug 31, 2022 ✓
Verified    `2f44578` <>

Commits on Aug 30, 2022

Merge pull request #97 from
bhandras/nodekey-nodehash ···
bhandras committed on Aug 30, 2022

Verified    [copy]    42722cd    <>

misc: replace NodeKey and related refs with
NodeHash
bhandras committed on Aug 30, 2022 ✓

Verified    [copy]    f6a1ae3    <>

Merge pull request #90 from bhandras/tree-
storage ···
bhandras committed on Aug 30, 2022

Verified    [copy]    ca90ff2    <>

mssmt: skip race tests to avoid long CI runs
bhandras committed on Aug 30, 2022 ✓

Verified    [copy]    86766bb    <>

mssmt: run tests on all registred stores
bhandras committed on Aug 30, 2022

Verified    [copy]    6cac779    <>

tarodb+mssmt: tree store registry
bhandras committed on Aug 30, 2022

Verified    [copy]    613fc3d    <>

mssmt: (compacted tree) should not store
empty branches
bhandras committed on Aug 30, 2022

Verified    [copy]    448ad37    <>

tarodb: test cases covering
tarodb.TaroTreeStorage
bhandras committed on Aug 30, 2022

Verified    [copy]    24f5b0e    <>

tarodb: add mssmt store implementation
bhandras committed on Aug 30, 2022

Verified    [copy]    4205ad5    <>

tarodb: add schema and queries for mssmt
storage
bhandras committed on Aug 30, 2022

Verified    [copy]    2ae9044    <>

mssmt: reduce the use of uint8 where
unnecessary
bhandras committed on Aug 30, 2022

Verified    [copy]    7794854    <>

misc: change the mssmt.Store and
mssmt.Tree to be transactional ···
bhandras committed on Aug 30, 2022

Verified    [copy]    db688bb    <>



**Merge pull request #93 from lightninglabs/tarodb-fixes** ···

Roasbeef committed on Aug 29, 2022

Verified    8f90013

Commits on Aug 26, 2022

**sqlite: drop indexes for UNIQUE fields, make conflict more explicit** ···

guggero committed on Aug 26, 2022 ✓

Verified    b3368fa

Newer    Older

lightninglabs / taro    Public

<> Code     ⊙ Issues 62     ⑂ Pull requests 12     💬 Discussions     ▷ Actions     ⊞ Project

⑂ main ▼

⊶ Commits on Sep 15, 2022

Merge pull request #113 from
lightninglabs/coin-select  ···
🌍 Roasbeef committed on Sep 15, 2022 ✓
Verified    ⎘    58c474b    <>

tarodb: add implementation of
CommitmentSelector for assets store  ···
🌍 Roasbeef committed on Sep 15, 2022 ✓
Verified    ⎘    b897f80    <>

tarodb: extract fetchAssetsWithWitness
from FetchAllAssets  ···
🌍 Roasbeef committed on Sep 15, 2022
Verified    ⎘    e3d83a5    <>

tarodb: refactor FetchAllAssets to extract
dbAssetsToChainAssets
🌍 Roasbeef committed on Sep 15, 2022
Verified    ⎘    05ded3c    <>

tarodb: rename FetchAllAssets to
QueryAssets  ···
🌍 Roasbeef committed on Sep 15, 2022
Verified    ⎘    8df3634    <>

tarodb: extend FetchAllAssets to support
query by: amt, assetID, fami...  ···
🌍 Roasbeef committed on Sep 15, 2022
Verified    ⎘    c3e2741    <>

tarofreighter: introduce new
CommitmentSelector for asset input coin ...
···
🌍 Roasbeef committed on Sep 15, 2022
Verified    ⎘    3ffbffc    <>

tarofreighter: create new package to house
batched sending logic
🌍 Roasbeef committed on Sep 15, 2022
Verified    ⎘    8b7f154    <>

-o- Commits on Sep 14, 2022

**Merge pull request #116 from lightninglabs/signer-interface** ···  Verified    b0310cd  <>

guggero committed on Sep 14, 2022 ✓

**multi: add Signer interface for virtual TX signing**    3670cc8  <>

jharveyb committed on Sep 13, 2022 ✓

-o- Commits on Sep 13, 2022

**Merge pull request #115 from lightninglabs/validator-interface** ···  Verified    ec89edb  <>

guggero committed on Sep 13, 2022 ✓

**multi: add TxValidator interface for VM execution**    d1d1803  <>

jharveyb committed on Sep 13, 2022 ✓

**multi: move virtual TX utils to taroscript**    e20e870  <>

jharveyb committed on Sep 13, 2022

**multi: move VM and Address utilities to taroscript**    6ed61ae  <>

jharveyb committed on Sep 13, 2022

**taroscript: export utils, make tests a package**    a29a1c2  <>

jharveyb committed on Sep 13, 2022

-o- Commits on Sep 8, 2022

**Merge pull request #111 from lightninglabs/tree-db-root-hash** ···  Verified    888ede1  <>

Roasbeef committed on Sep 8, 2022 ✓

**multi: fix linter errors**    Verified    1ae66ce  <>

Roasbeef committed on Sep 8, 2022 ✓

**mssmt: run tests in parallel when possible, use nesting to make namin...** ···  Verified    92cea27  <>

Roasbeef committed on Sep 8, 2022

multi: update mssmt.TreeStore to expose root node read/write ⋯

Verified    c418ece    <>

🌐 Roasbeef committed on Sep 8, 2022

---

tarodb/smt: add implementations for UpdateRoot and RootNode() ⋯

Verified    6edad63    <>

🌐 Roasbeef committed on Sep 8, 2022

---

tarodb/smt: run sqlc code generation, thread through new namespace

Verified    36aafeb    <>

🌐 Roasbeef committed on Sep 8, 2022

---

tarodb/smt: add new mssmt_roots table to track tree roots ⋯

Verified    5623f8c    <>

🌐 Roasbeef committed on Sep 8, 2022

---

tarodb/smt: add namespace field to existing node table ⋯

Verified    9cb4376    <>

🌐 Roasbeef committed on Sep 8, 2022

---

Merge pull request #106 from lightninglabs/asset-tlv-fuzzing-fixes ⋯

Verified    1de9b30    <>

🌐 Roasbeef committed on Sep 8, 2022 ✓

---

chanutils+mssmt: move Reduce to chanutils

Verified    8b43b36    <>

🌐 Roasbeef committed on Sep 8, 2022 ✓

---

asset: use 16 MB (2^24 -1) as limit for varbytes decoding ⋯

Verified    33f7804    <>

🌐 Roasbeef committed on Sep 8, 2022

---

asset: limit number of decoded witness items ⋯

Verified    79a191d    <>

🌐 Roasbeef committed on Sep 8, 2022

---

mssmt: run tests in parallel

Verified    a3eed3f    <>

🌐 Roasbeef committed on Sep 8, 2022

---

asset: limit the size of any encoded byte slice to ~4 GB ⋯

Verified    d11c537    <>

🌐 Roasbeef committed on Sep 8, 2022



asset: limit the number of decoded prev inputs to 65k ···

Roasbeef committed on Sep 8, 2022

Verified    3f698b9

proof+mssmt: add input validation to CompressedProof.Decompress() ···

Roasbeef committed on Sep 8, 2022

Verified    9d018e7

tarodb: typo fix

Roasbeef committed on Sep 8, 2022

Verified    333b3ef

Merge pull request #108 from lightninglabs/multi-fixes ···

Roasbeef committed on Sep 8, 2022 ✓

Verified    d0e57be

Commits on Sep 6, 2022



Merge pull request #109 from Liongrass/main ···

Roasbeef committed on Sep 6, 2022

Verified    d649755

Commits on Sep 2, 2022



add Taro README.md

Liongrass committed on Sep 2, 2022 ✓

Unverified    c9c7d19

Newer   Older



□ **lightninglabs** / **taro**   `Public`

<> **Code**    ⊙ Issues  62    �11 Pull requests  12    💬 Discussions    ▷ Actions    ⊞ Project

⑂ main ⌄

○ Commits on Sep 19, 2022

| | | |
|---|---|---|
| **proof: verify SplitRootProofs** <br> 🧑 jharveyb authored and **guggero** committed on Sep 19, 2022 | Verified | ⧉  b274d80  <> |
| **proof: add optional SplitRootProof** <br> 🧑 jharveyb authored and **guggero** committed on Sep 19, 2022 | Verified | ⧉  3a60d99  <> |
| **multi: add and use DeepEqual methods** <br> 🧑 **guggero** committed on Sep 19, 2022 | Verified | ⧉  5120429  <> |
| **tarogarden: add TODO about exclusion proofs and FundPsbt** ⋯ <br> 🧑 **guggero** committed on Sep 19, 2022 | Verified | ⧉  4b9df26  <> |
| **proof: add exclusion proofs to mint and append** <br> 🧑 **guggero** committed on Sep 19, 2022 | Verified | ⧉  fa87b81  <> |
| **proof: add BIP86 field to Taproot exclusion proof** <br> 🧑 **guggero** committed on Sep 19, 2022 | Verified | ⧉  ca30d3b  <> |
| **proof: add AppendTransition** <br> 🧑 **guggero** committed on Sep 19, 2022 | Verified | ⧉  a032867  <> |
| **proof+tarogarden: add BaseProofParams, extract baseProofs** <br> 🧑 **guggero** committed on Sep 19, 2022 | Verified | ⧉  a082602  <> |
| **proof: fix pointer to loop variable bug** ⋯ <br> 🧑 **guggero** committed on Sep 19, 2022 | Verified | ⧉  6db3dba  <> |

proof: add SplitAsset to asset snapshot
guggero committed on Sep 19, 2022
Verified    65cea69    <>

proof: store proof file version
guggero committed on Sep 19, 2022
Verified    5b47e3d    <>

multi: fix typos, nits and formatting
guggero committed on Sep 19, 2022
Verified    df873d4    <>

proof+tarodb: use SerializedKey for
AssetBlob  …
guggero committed on Sep 19, 2022
Verified    3d043f1    <>

multi: use SerializedKey for SplitLocator's
ScriptKey
guggero committed on Sep 19, 2022
Verified    6586e63    <>

multi: use SerializedKey for PrevID's
ScriptKey  …
guggero committed on Sep 19, 2022
Verified    6c8e825    <>

multi: add and use SerializedKey
guggero committed on Sep 19, 2022
Verified    27d8255    <>

tarodb+tarogarden: fix review comments
from #125  …
guggero committed on Sep 19, 2022
Verified    3b048f6    <>

asset: drop parity for tweaked script key  …
guggero committed on Sep 19, 2022
Verified    a214861    <>

Merge pull request #125 from
lightninglabs/bip86-keys-fixes  …
guggero committed on Sep 19, 2022 ✓
Verified    a775d85    <>

multi: switch to using a distinct script_keys
table for assets  …
Roasbeef committed on Sep 18, 2022 ✓
Verified    ca38ea9    <>

tarodb: extend TestImportAssetProof by
exporting proof after import  …
Roasbeef committed on Sep 18, 2022
Verified    6b8fe85    <>

**tarodb: restore DROP TABLE IF EXISTS asset_proofs**

Verified   994ed0c

Roasbeef committed on Sep 18, 2022

**address: use the new asset.TweakedScriptKey field to store the script...** ···

Verified   897489e

Roasbeef committed on Sep 18, 2022

**tarodb: move the script key tweak inside the asset itself** ···

Verified   a8077ac

Roasbeef committed on Sep 18, 2022

**multi: add new struct to house tweaked script key information** ···

Verified   0da9fd0

Roasbeef committed on Sep 18, 2022

**proof: use the raw tweaked key as the map key** ···

Verified   1d1b59d

Roasbeef committed on Sep 18, 2022

**taroscript: share scriptKeys in tests**

Verified   ad75bb3

jharveyb authored and Roasbeef committed on Sep 18, 2022

**misc: script key tweak support + bip0086 tweaks**

Verified   4f038c8

bhandras authored and Roasbeef committed on Sep 18, 2022

**tarodb: extend queries with the internal key tweak**

Verified   34acc4f

bhandras authored and Roasbeef committed on Sep 18, 2022

**tarodb: add key tweak to the internal_keys table**

Verified   a40838d

bhandras authored and Roasbeef committed on Sep 18, 2022

Commits on Sep 17, 2022

**tarodb: reduce duplication in asset transfer row, return asset deltas** ···

Roasbeef committed on Sep 16, 2022 ✓   Verified   abe6222   <>

**Merge pull request #114 from lightninglabs/asset-re-anchor** ···

Roasbeef committed on Sep 16, 2022 ✓   Verified   d0d95b0   <>

**tarodb+tarofreighter: store transfers as deltas only apply on commit** ···

Roasbeef committed on Sep 16, 2022 ✓   Verified   874086c   <>

**tarodb/sqlite: add implementation of tarofreighter.ExportLog**

Roasbeef committed on Sep 16, 2022   Verified   08bb115   <>

**tarofreighter: add new ExportLog interface for committing spends** ···

Roasbeef committed on Sep 16, 2022   Verified   af4a127   <>

Newer   Older

lightninglabs / **taro**   Public

<> **Code**     ⊙ Issues  **62**     ⇄ Pull requests  **12**     💬 Discussions     ▷ Actions     ⊞ Project

⑂ main ▾

○ Commits on Sep 21, 2022

**proof+rpc: always use 33-byte version of pubkeys for disk+rpc**
🌐 Roasbeef committed on Sep 21, 2022        ⧉   `4341d87`   <>

**tarofreighter: undo higher level buf fix in inputAnchorPkScript**
🌐 Roasbeef committed on Sep 21, 2022        ⧉   `4f98f70`   <>

**tarogarden: fix the happy path of addrMatchesAsset**
🌐 Roasbeef committed on Sep 21, 2022        ⧉   `4ed940e`   <>

**tarogarden: make sure proof files are written on disk after minting**
🌐 Roasbeef committed on Sep 21, 2022        ⧉   `485d608`   <>

**tarodb: ensure that minted assets have a proper genesis witness**
🌐 Roasbeef committed on Sep 21, 2022        ⧉   `d3d3f8f`   <>

**taro: include genesis point and asset version in balances RPC**
👤 bhandras committed on Sep 21, 2022  ✓      Verified   ⧉   `d2db6f3`   <>

**tarodb: surface version and genesis point in the balance query**
👤 bhandras committed on Sep 21, 2022      Verified   ⧉   `bd5c807`   <>

**multi: fix proof creation defaults, bump Timeout**
👤 jharveyb committed on Sep 21, 2022  ✗      ⧉   `d5558ab`   <>

**multi: fix issues around chain sends**
👤 guggero committed on Sep 21, 2022  ✗      Verified   ⧉   `9f496cb`   <>

**tarofreighter: Add SIgnPsbt, signer fixes**
jharveyb committed on Sep 21, 2022 ✕

15622b1

**tarofreighter: WIP fixes**
jharveyb committed on Sep 21, 2022 ✕

0ac8cbd

**itest: update e2e send itest to use the send RPC call directly**
Roasbeef committed on Sep 20, 2022 ✕

d904f87

**tarofreighter: complete state machine by adding proof extension**
Roasbeef committed on Sep 20, 2022

8f5faae

**tarofreighter: add table for transfer proofs**
jharveyb authored and Roasbeef committed on Sep 20, 2022 ✕

0933a1e

**proof+taroscript: account for split assets during inclusion proof ver...** ···
Roasbeef committed on Sep 20, 2022 ✕

b2637e5

**cmd/tarocli: fix compile error in send+list assets**
Roasbeef committed on Sep 20, 2022

8ae2789

**multi: asset splits always have a zero prev ID** ···
Roasbeef committed on Sep 20, 2022

9bbeb4a

**asset: export ZeroPrevID**
Roasbeef committed on Sep 20, 2022

ab32238

**tarofreighter: create receiver proofs**
jharveyb authored and Roasbeef committed on Sep 20, 2022 ✕

c2ce98e

**taroscript: test fixes**
jharveyb authored and Roasbeef committed on Sep 20, 2022

a19442c

**tarofreighter: also update split commit root information if needed**
Roasbeef committed on Sep 20, 2022

75c09c5

tarofreighter: populate witness data for
LogPendingParcel

Roasbeef committed on Sep 20, 2022

82a1ddf

tarofreighter: only send the response to the caller during
live execu... ...

Roasbeef committed on Sep 20, 2022

83eb90f

tarofreighter: add resumption logic for broadcast+conf
after restart

Roasbeef committed on Sep 20, 2022

809556c

tarogarden: add missing return in taroCultivator

Roasbeef committed on Sep 20, 2022

af65da6

build: remove mainnet option

Roasbeef committed on Sep 20, 2022

9b43099

multi: fix compile errors due to API changes

Roasbeef committed on Sep 20, 2022

123a956

tarofreighter: add missing send endpoint

jharveyb authored and Roasbeef committed
on Sep 20, 2022

c8c94a7

multi: type and test fixes

jharveyb authored and Roasbeef committed
on Sep 20, 2022

e04da16

cmd/tarocli: add asset send CLI command

Roasbeef committed on Sep 20, 2022

5811cb3

rpc: implement SendAsset RPC call

Roasbeef committed on Sep 20, 2022

07aad35

tarorpc: add SendAsset RPC call

Roasbeef committed on Sep 20, 2022

f8d211f

taroscript: remove now replaced AdjustFundedPsbt func

Roasbeef committed on Sep 20, 2022

f3e3663

tarod: initialize the ChainPorter on start up

Roasbeef committed on Sep 20, 2022

f21328e

**tarofreighter: implement PSBT funding+signing for transfer tx**

bacd4c2

🌍 **Roasbeef** committed on Sep 20, 2022

Newer   Older

🖥 **lightninglabs** / **taro**    Public

<> **Code**    ⊙ Issues    62    ⑃ Pull requests    12    💬 Discussions    ▷ Actions    ⊞ Project

⑂ main ▾

◦ Commits on Sep 21, 2022

**tarogarden: rename ImportPubKey to ImportTaprootOutput**
🌍 **Roasbeef** committed on Sep 20, 2022

2e8dbcc    <>

**tarofreighter: move sendPackage into new parcel file**
🌍 **Roasbeef** committed on Sep 20, 2022

2cd9aac    <>

**tarod: properly import public keys into the backing wallet**
🌍 **Roasbeef** committed on Sep 20, 2022

31ee094    <>

**tarodb: return the managed UTXO value and internal key desc from Sele...** ⋯
🌍 **Roasbeef** committed on Sep 20, 2022

6e1a047    <>

**tarofreighter: add logic for funding PSBT**
👤 **jharveyb** authored and **Roasbeef** committed on Sep 20, 2022

ae73109    <>

**tarofreighter: intialize sender keys, accept address from request**
👤 **jharveyb** authored and **Roasbeef** committed on Sep 20, 2022

0f651ee    <>

**send: split template TX creation from embedding**
👤 **jharveyb** authored and **Roasbeef** committed on Sep 20, 2022

df688ff    <>

**tarofreighter: add logic for db commit, tx broadcast, pubkey import, ...** ⋯
🌍 **Roasbeef** committed on Sep 20, 2022

024c01e    <>

**taroscript+tarofreighter: update to use new interfaces**

Roasbeef committed on Sep 20, 2022

275dfc1

**tarofreighter: rename package to tarofreighter**

Roasbeef committed on Sep 20, 2022

7ae1eed

**multi: add new virtual tx Signer interface, aliases for tarogarden in...** ⋯

Roasbeef committed on Sep 20, 2022

d61676c

**tarofreight: add coin selection pass to send state machine**

Roasbeef committed on Sep 20, 2022

8a56661

**tarofreight: add external request flow, use local variable instead of...** ⋯

Roasbeef committed on Sep 20, 2022

550975a

**tarofreight: move send state machien to new package, export taroscrip...** ⋯

Roasbeef committed on Sep 20, 2022

8046cc2

**taroscript: initial state machine and scaffolding**

jharveyb authored and Roasbeef committed on Sep 20, 2022

a7b9dea

**address: fix TaroCommitment bug** ⋯

Roasbeef committed on Sep 20, 2022 ✕

Verified    bc93a9f

**multi: fix lingering compile errors**

Roasbeef committed on Sep 20, 2022

059ed69

**tarorpc+cmd+itest: refactor address to contain genesis**

guggero authored and Roasbeef committed on Sep 20, 2022

95bc5f7

**multi: refactor address to contain genesis**

guggero authored and Roasbeef committed on Sep 20, 2022

8fb9348

**tarodb: refactor address to contain genesis**

guggero authored and Roasbeef committed on Sep 20, 2022

1825f51

**multi: move helpers, create RandAsset**
guggero authored and Roasbeef committed on Sep 20, 2022

`6cda037`

**asset+tarodb: fix DeepEqual of split commitment** ···
guggero authored and Roasbeef committed on Sep 20, 2022

`7251cf6`

**tarodb: don't blank out the tapscript sibling in TestAddrEventCreation** ···
Roasbeef committed on Sep 20, 2022

`58fae27`

**tarogarden: run tests serially as a temporary measure** ···
Roasbeef committed on Sep 20, 2022

`713ee74`

**itest: add address itest**
guggero authored and Roasbeef committed on Sep 20, 2022

`092299a`

**tarorpc+rpcserver: implement AddrReceives RPC**
guggero authored and Roasbeef committed on Sep 20, 2022

`f7d8593`

**multi: add internal key to anchor info**
guggero authored and Roasbeef committed on Sep 20, 2022

`a3dc3e4`

**multi: return more info for addresses, fix bugs**
guggero authored and Roasbeef committed on Sep 20, 2022

`3013bb4`

**multi: add chain params to addr**
guggero authored and Roasbeef committed on Sep 20, 2022

`4ccf634`

**multi: add asset custodian**
guggero authored and Roasbeef committed on Sep 20, 2022

`5e2a32d`

**address+tarodb: use new addr_events table**
guggero authored and Roasbeef committed on Sep 20, 2022

`867e620`

**sqlite: add new addr_event table**
guggero authored and Roasbeef committed on Sep 20, 2022

`1e75a01`





**address+tarodb: add new managed_from column to addr**
**guggero** authored and **Roasbeef** committed on Sep 20, 2022
bc85333

**address+tarodb: add taproot_output_key to addr**
**guggero** authored and **Roasbeef** committed on Sep 20, 2022
be97a32

**tarodb: extract common code into upsertAssetsWithGenesis** ...
**guggero** authored and **Roasbeef** committed on Sep 20, 2022
a4d98f6

Newer Older

📖 **lightninglabs** / **taro**    Public

<> **Code**    ⊙ **Issues**  62    ⭑⭑ **Pull requests**  12    💬 **Discussions**    ▶ **Actions**    ⊞ Project

⑂ main ⌄

⊸ Commits on Sep 21, 2022

---

**sqlite: return proof and asset ID in FetchAssetProof**
👤 guggero authored and Roasbeef committed
on Sep 20, 2022
□  35a9d50    <>

---

**tarodb: modify InsertGenesisAsset to be an UPSERT**
👤 guggero authored and Roasbeef committed
on Sep 20, 2022
□  a43405b    <>

---

**proof+tarocfg: turn multi archive into publisher**
👤 guggero authored and Roasbeef committed
on Sep 20, 2022
□  69ca9f1    <>

---

**proof+internal: export MockVerifier, move helper funcs**
👤 guggero authored and Roasbeef committed
on Sep 20, 2022
□  32f8057    <>

---

**internal+key_ring: add DeriveNextTaroKey to mock**
👤 guggero authored and Roasbeef committed
on Sep 20, 2022
□  3b24e20    <>

---

**proof: export ExtractTaprootKey**
👤 guggero authored and Roasbeef committed
on Sep 20, 2022
□  2316392    <>

---

**address+asset: create TaroCommitment on addr,
LeafSend on asset**  ⋯
👤 guggero authored and Roasbeef committed
on Sep 20, 2022
□  6575820    <>

---

**wallet_anchor+tarogarden: add transaction related RPCs**
👤 guggero authored and Roasbeef committed
on Sep 20, 2022
□  140047c    <>

---

Merge pull request #130 from lightninglabs/list-asset-balances ···
Roasbeef committed on Sep 20, 2022 ✓

Verified    3578cc2    <>

---

tarorpc: add REST annotations for list balances
Roasbeef committed on Sep 20, 2022 ✓

Verified    ab7cdb1    <>

---

itest: extend itests with new balance call at end of minting
Roasbeef committed on Sep 20, 2022

Verified    f864fda    <>

---

rpc: update logic for balance calls to use map, always use 33 byte keys
Roasbeef committed on Sep 20, 2022

Verified    b01a8e6    <>

---

tarorpc: use a map for the balance call responses ···
Roasbeef committed on Sep 20, 2022

Verified    428874c    <>

---

tarodb: add basic test coverage for new balance calls
Roasbeef committed on Sep 20, 2022

Verified    d1d8979    <>

---

tarodb: return a map of assetID/keyFam for the balance call
Roasbeef committed on Sep 20, 2022

Verified    05a404f    <>

---

tarodb: remove LEFT JOIN for QueryAssetBalancesByFamily ···
Roasbeef committed on Sep 20, 2022

Verified    cad55ef    <>

---

tarocli: query asset balances from the cli
bhandras authored and Roasbeef committed on Sep 20, 2022

Verified    eb0c98c    <>

---

taro: extend rpc server with balance query
bhandras authored and Roasbeef committed on Sep 20, 2022

Verified    b882687    <>

---

tarorpc: extend tarorpc proto with balance query
bhandras authored and Roasbeef committed on Sep 20, 2022

Verified    4600f57    <>



**tarodb: add high level asset balance queries**
bhandras authored and Roasbeef committed on Sep 20, 2022
Verified 7ad6c4b

**tarodb: add sqlite queries for balance queries**
bhandras authored and Roasbeef committed on Sep 20, 2022
Verified d4802f2

**tarodb: break out cte's used in QueryAssets into views**
bhandras authored and Roasbeef committed on Sep 20, 2022
Verified b1af757

Commits on Sep 20, 2022

Merge pull request #129 from
lightninglabs/proof-update-in-place ...
Roasbeef committed on Sep 20, 2022 ✓

Verified    e53a7ac    <>

proof: export append creation, in-place updates
jharveyb committed on Sep 20, 2022 ✓

ada831a    <>

Merge pull request #127 from
lightninglabs/split-witness-inclusion ...
Roasbeef committed on Sep 19, 2022 ✓

Verified    8dcbf8f    <>

taroscript: simplify updating the root asset
split w/ witness data
Roasbeef committed on Sep 19, 2022 ✓

Verified    057f104    <>

taroscript: attach root witness to split assets
jharveyb committed on Sep 19, 2022 ✓

cdc86f9    <>

Merge pull request #126 from
lightninglabs/sqlite-19-1 ...
Roasbeef committed on Sep 19, 2022 ✓

Verified    f49c196    <>

tarogarden: fix bug that would cause a nil
taro root to be written ...
Roasbeef committed on Sep 19, 2022 ✓

Verified    f1f220c    <>

tarodb: restore old version of
assetWitnessEqual ...
Roasbeef committed on Sep 19, 2022 ✗

Verified    996d0f4    <>

tarodb: allow witness_stack to be NULL for
genesis assets
Roasbeef committed on Sep 19, 2022

Verified    063957b    <>

build: update to sqlite version 1.19.1 ...
Roasbeef committed on Sep 19, 2022

Verified    96734c7    <>

Commits on Sep 19, 2022



**Merge pull request #117 from lightninglabs/append-proof** ⋯

🌐 **Roasbeef** committed on Sep 19, 2022 ✓

Verified | 68d353b | <>

**proof: add test case for split asset proof append**

👤 **guggero** committed on Sep 19, 2022 ✓

Verified | 9b69cd1 | <>

**append: integrate splitRootProof**

👤 **jharveyb** authored and **guggero** committed on Sep 19, 2022

Verified | f0bcbbd | <>

Newer | Older



📖 **lightninglabs** / **taro**   Public

<> **Code**   ⊙ Issues  62   ⣀ Pull requests  12   💬 Discussions   ▶ Actions   ▦ Project

⌥ main ▾

⚬ Commits on Sep 28, 2022

tarofreighter: use WithCtxQuitNoTimeout
instead of WithCtxQuit  …
🌐 Roasbeef committed on Sep 28, 2022
Verified   📋   5248792   <>

Merge pull request #148 from
lightninglabs/enforce-fee-floor  …
👤 guggero committed on Sep 28, 2022 ✓
Verified   📋   c427692   <>

Merge pull request #152 from
lightninglabs/compile-with-tag  …
👤 guggero committed on Sep 28, 2022 ✓
Verified   📋   31a7d4f   <>

make: fix package name for build env
variables  …
👤 guggero committed on Sep 28, 2022 ✓
Verified   📋   45e6679   <>

Merge pull request #151 from guggero/fix-
readme  …
👤 guggero committed on Sep 28, 2022 ✓
Verified   📋   6823b82   <>

update README.md with send and
receive functionality
👥 Liongrass authored and guggero
committed on Sep 28, 2022        ✓
💬 1   Verified   📋   485f36b   <>

tarofreighter: redo fee accounting for PSBT
send pkt after adding input  …
🌐 Roasbeef committed on Sep 27, 2022 ✗
Verified   📋   a3ca525   <>

cmd/tarocli: fix error message for send
🌐 Roasbeef committed on Sep 27, 2022
Verified   📋   efe90a4   <>

## Commits on Sep 27, 2022

**Merge pull request #139 from lightninglabs/merkle-proof-fixes** ⋯
Verified    3ec2b82    <>
Roasbeef committed on Sep 27, 2022 ✓

**Merge pull request #140 from bhandras/tree-data-race-fix** ⋯
Verified    e72a61d    <>
Roasbeef committed on Sep 27, 2022 ✓

**mssmt: fix unit test data race**
Verified    c7f9443    <>
bhandras committed on Sep 27, 2022 ✓

**Merge pull request #138 from lightninglabs/send-coin-select-err-amt** ⋯
Verified    b1487f5    <>
Roasbeef committed on Sep 27, 2022 ✓

**proof: fix tx proof off-by-2, add new test block**
e93b565    <>
jharveyb committed on Sep 27, 2022 ✓

**tarodb+tarofreighter: properly handle case when send can't succeed** ⋯
Verified    12f952e    <>
Roasbeef committed on Sep 26, 2022 ✓

## Commits on Sep 26, 2022

**Merge pull request #136 from lightninglabs/fix-command-help** ⋯
Verified    8811aa0    <>
Roasbeef committed on Sep 26, 2022 ✓

**cmd/tarocli: fix help fall through for assets send** ⋯
Verified    01effe6    <>
Roasbeef committed on Sep 26, 2022 ✓

**Merge pull request #133 from lightninglabs/fixes-cleanup** ⋯
Verified    3206f82    <>
Roasbeef committed on Sep 26, 2022 ✓

Commits on Sep 22, 2022

tarofreighter: fix linter issue
guggero committed on Sep 22, 2022 ✓     Verified     549beb3     <>

multi: add genesis bootstrap info to balance calls
guggero committed on Sep 22, 2022     Verified     dba904b     <>

tarogarden: fix address to asset comparison
guggero committed on Sep 22, 2022     Verified     0628ff6     <>

proof: remove workaround for empty block ...
guggero committed on Sep 22, 2022     Verified     c323460     <>

cmd/tarocli: add addrs receives command
guggero committed on Sep 22, 2022     Verified     8046d6f     <>

multi: bump sqlc to v1.15.0
guggero committed on Sep 22, 2022     Verified     6be3fb8     <>

tarofreighter: add basic logging
Roasbeef committed on Sep 22, 2022 ✗     Verified     4387fd1     <>

tarorpc: add version field to the GenesisInfo
Roasbeef committed on Sep 21, 2022 ✓     Verified     3254573     <>

Merge pull request #131 from bhandras/asset_balances_fixup ...
Roasbeef committed on Sep 21, 2022 ✗     Verified     e14bf70     <>

Merge pull request #123 from lightninglabs/send-state-machine ...
Roasbeef committed on Sep 21, 2022 ✓     Verified     70d41f7     <>

tarofreighter: fix linter errors
Roasbeef committed on Sep 21, 2022 ✓     Verified     9dca29b     <>

tarofreighter: add comments, and code style changes
Roasbeef committed on Sep 21, 2022 ✗     Verified     4c4fc68     <>

Commits on Sep 21, 2022



**multi: fix linter errors**
🌐 Roasbeef committed on Sep 21, 2022 ✓          Verified   ⧉  2081fcf   <>

**tarodb: add numerical primary key to asset table**
🙂 guggero authored and **Roasbeef** committed
on Sep 21, 2022   ✕          ⧉  709dd03   <>

**tarorpc: fix REST yaml**
🌐 Roasbeef committed on Sep 21, 2022          ⧉  b9779c9   <>

**tarogarden: create mock proof archive for unit tests**
🌐 Roasbeef committed on Sep 21, 2022          ⧉  bb9a792   <>

**tarodb: always add a witness to randomly generated assets** …
🌐 Roasbeef committed on Sep 21, 2022          ⧉  e9dfd8b   <>

**itest: hook up e2e send+receive itest w/ proof import+export**
🌐 Roasbeef committed on Sep 21, 2022 ✕          ⧉  542ddaa   <>

Newer    Older

 **lightninglabs** / **taro**    Public

<> **Code**    ⊙ Issues    62    ⅂⅃ Pull requests    12    💬 Discussions    ▷ Actions    ▦ Project

⑂ main ▾



⊶ Commits on Oct 25, 2022

**asset: introduce unspendable script key**

jharveyb committed on Oct 25, 2022          20a9b03    <>

Commits on Oct 20, 2022

Merge pull request #172 from lightninglabs/input-script-fixes  ⋯

Verified    252175c    <>

guggero committed on Oct 20, 2022 ✓

itest: add new round trip split spend test case

9222b01    <>

jharveyb committed on Oct 20, 2022 ✓

tarofreighter: fix anchor pkscript reconstruction

679f0ee    <>

jharveyb committed on Oct 20, 2022

taroscript: fix mutation and TX construction bugs

f19898d    <>

jharveyb committed on Oct 20, 2022

itest: refactor send and proof transfer logic

de59db7    <>

jharveyb committed on Oct 20, 2022

itest: reuse existing secondary LND node

a49b88d    <>

jharveyb committed on Oct 20, 2022

Merge pull request #168 from halseth/receiver-output-index  ⋯

Verified    896c3da    <>

Roasbeef committed on Oct 19, 2022 ✓

Merge pull request #170 from positiveblue/build-tags  ⋯

Verified    72c2ab6    <>

Roasbeef committed on Oct 19, 2022 ✓

-o- Commits on Oct 18, 2022



multi: wrap math.MaxInt64 in int64() for 32-bit cross-compilation  ⋯    Verified    556d3ae    <>
jacohend committed on Oct 18, 2022 ✓

Merge pull request #173 from lightninglabs/is-valid-input-error-wrap  ⋯    Verified    e3bce6d    <>
Roasbeef committed on Oct 18, 2022 ✓

taroscript: add add more error context to IsValidInput  ⋯    Verified    b6a712c    <>
Roasbeef committed on Oct 17, 2022 ✓

-o- Commits on Oct 17, 2022

build: get binary build info from debug/buildinfo  ⋯    Verified    73768d6    <>
positiveblue committed on Oct 17, 2022 ✓

build: bump lnd version  ⋯    Verified    dc90d90    <>
positiveblue committed on Oct 17, 2022

tarogarden: fix typo    Verified    702ff73    <>
positiveblue committed on Oct 17, 2022

-o- Commits on Oct 14, 2022

Merge pull request #169 from halseth/gitignore-log-files  ⋯    Verified    3204936    <>
bhandras committed on Oct 14, 2022 ✓

gitignore: ignore itest log files    Verified    b522223    <>
halseth committed on Oct 14, 2022 ✓

itest: assert RPC output  ⋯    Verified    8da4547    <>
halseth committed on Oct 14, 2022 ✓

parcel: correct receiver output index  ⋯    Verified    73f650a    <>
halseth committed on Oct 14, 2022

Commits on Oct 12, 2022



**Merge pull request #166 from halseth/gitignore-idea** ···

bhandras committed on Oct 12, 2022 ✓

Verified    b357baa    ⟨⟩

**gitignore: ignore IDEA editor config**

halseth committed on Oct 12, 2022 ✓

Verified    92bdf0c    ⟨⟩

Commits on Oct 6, 2022

Merge pull request #156 from
lightninglabs/re-anchor-bug-fix  ⋯
Verified    2222de5
Roasbeef committed on Oct 6, 2022 ✓

tarofreighter: also update the on disk
archive w/ the new sender proof
Verified    d2cf3e5
Roasbeef committed on Oct 5, 2022 ✓

tarodb: add a default busy_timeout for sqlite
⋯
Verified    d1ff54d
Roasbeef committed on Oct 5, 2022

rpc: fix loop variable shadowing issue  ⋯
Verified    f935c5b
Roasbeef committed on Oct 5, 2022

itest: add new basic send test case  ⋯
Verified    add9fab
Roasbeef committed on Oct 5, 2022

taroscript: operate on copy of taro
commitment in CreateSpendCommitments
⋯
Verified    1d66eee
Roasbeef committed on Oct 5, 2022

commitments+chanutils: add new deep
copy method to TaroCommitment
Verified    1783d67
Roasbeef committed on Oct 5, 2022

commmitment+chanutils: add new deep
copy method to AssetCommitment
Verified    ee90ece
Roasbeef committed on Oct 5, 2022

tarodb: assign the split commitment root in
dbAssetsToChainAssets  ⋯
Verified    f3f61ef
Roasbeef committed on Oct 5, 2022

tarodb: read out the split commitment root
within QueryAssets  ⋯
Verified    deae397
Roasbeef committed on Oct 5, 2022

Commits on Oct 5, 2022

**Merge pull request #134 from lightninglabs/proof-chain** …

Roasbeef committed on Oct 4, 2022 ✓

Verified    f91d236    <>

Commits on Oct 4, 2022

**Merge pull request #155 from lightninglabs/fee-estimation-fix** …

Roasbeef committed on Oct 3, 2022 ✓

Verified    fd729bd    <>

**tarofreighter: fix semantic error when accounting for fee delta in PS…** …

Roasbeef committed on Oct 3, 2022 ✓

Verified    c8c24c5    <>

Commits on Oct 3, 2022

**Merge pull request #161 from FelixWeis/2211-lnd_compile_tags** …

Roasbeef committed on Oct 3, 2022 ✓

Verified    e349501    <>

Newer    Older

# lightninglabs / taro Public

Code Issues 62 Pull requests 12 Discussions Actions Project

main

Commits on Oct 3, 2022

| Commit | Author | Status | SHA |
|---|---|---|---|
| multi: refactor proof file format ... | guggero committed on Oct 3, 2022 | Verified | e1f6fe7 |
| proof: add encoding/decoding benchmark | guggero committed on Oct 3, 2022 | Verified | 94731f0 |
| asset+proof: move RandFamilyKey to asset | guggero committed on Oct 3, 2022 | Verified | fb85add |
| asset+test: use testing.TB instead of *testing.T | guggero committed on Oct 3, 2022 | Verified | 577910e |
| proof+internal: move PayToKeyDesc and ComputeTaprootScript | guggero committed on Oct 3, 2022 | Verified | 2ad532b |
| proof: use asset.RandGenesis | guggero committed on Oct 3, 2022 | Verified | abac464 |
| proof: simplify proof comparison | guggero committed on Oct 3, 2022 | Verified | b5ab2c8 |



Commits on Oct 1, 2022

docs: clarify the necessary build tags for lnd in README/Prerequisites

FelixWeis committed on Oct 1, 2022 ✓

e6c67f6

Merge pull request #154 from lightninglabs/wait-quit-audit ···

Roasbeef committed on Sep 30, 2022 ✓

Verified

720bf07

Commits on Sep 30, 2022

Merge pull request #157 from lightninglabs/proof-import-export ···

Roasbeef committed on Sep 29, 2022 ✓

Verified

900c94a

Commits on Sep 29, 2022

Merge pull request #158 from lightninglabs/list-transfers ···

Roasbeef committed on Sep 29, 2022 ✓

Verified

0bae4b6

itest: add transfers query to the addrs test

bhandras committed on Sep 29, 2022 ✓

Verified

1a461de

tarocli: add asset transfers command

bhandras committed on Sep 29, 2022

Verified

76736ad

taro: add ListTransfers RPC implementation

bhandras committed on Sep 29, 2022

Verified

31f3f31

tarorpc: add protos for ListTransfers

bhandras committed on Sep 29, 2022

Verified

416f73c

misc: add transfer time to OutboundParcelDelta

bhandras committed on Sep 29, 2022

Verified

524aa31

tarodb: add generic parcel query

bhandras committed on Sep 29, 2022

Verified

af7cbca



**multi: add reference to transfer proofs in asset deltas**
bhandras committed on Sep 29, 2022
Verified · 5624098 · <>

**tarodb: do not delete manage utxo to keep reference point**
bhandras committed on Sep 29, 2022
Verified · fd9f242 · <>

**cmd/tarocli: allow stdin/stdout for proof import/export**
guggero committed on Sep 29, 2022 ✓
Verified · edfc9f6 · <>

**cmd/tarocli: fix proof import path**
guggero committed on Sep 29, 2022
Verified · 460ebaa · <>

**cmd/tarocli: fix arg name for proof export**
guggero committed on Sep 29, 2022
Verified · 2e9d062 · <>

**Merge pull request #153 from lightninglabs/tarodb-mssmt-race-fixes** ···
guggero committed on Sep 29, 2022 ✓
Verified · fb7c13c · <>

Commits on Sep 28, 2022

**tarofreighter: use timeout context on start, blocking context for pro...** ···
Roasbeef committed on Sep 28, 2022 ✓
Verified · bc1743d · <>

**proof: fix log message for DeliverProof**
Roasbeef committed on Sep 28, 2022
Verified · 21bcb96 · <>

**tarogarden: use WithCtxQuitNoTimeout for final proof receipt** ···
Roasbeef committed on Sep 28, 2022
Verified · b8222e2 · <>

**tarogarden: properly catch duplicate import error in custodian**
Roasbeef committed on Sep 28, 2022
Verified · 29c864c · <>

**tarodb: Initialize node hashes in MS-SMT tests**
jharveyb committed on Sep 28, 2022 ✓
9ef64a3 · <>

build: Add flakehunting targets

jharveyb committed on Sep 28, 2022    b808f77    <>

Merge pull request #132 from lightninglabs/proof-courier ···    Verified    986e249    <>

Roasbeef committed on Sep 28, 2022 ✓

multi: add new proof.Courier interface for async proof distribution ···    Verified    7cc14e7    <>

Roasbeef committed on Sep 28, 2022 ✓

tarodb: properly read witness data for asset deltas    Verified    a20fe7c    <>

Roasbeef committed on Sep 28, 2022

tarofreighter: fix restart case by using OutboundPkg.AnchorTx ···    Verified    37ea6ff    <>

Roasbeef committed on Sep 28, 2022

multi: catch duplicate addr error from ImportTarootOutput    Verified    aacb60b    <>

Roasbeef committed on Sep 28, 2022

address: add work around for lnd coin type mismatch ···    Verified    365a13c    <>

Roasbeef committed on Sep 28, 2022

Newer    Older



lightninglabs / taro Public

Code Issues 62 Pull requests 12 Discussions Actions Project

main

Commits on Nov 9, 2022

**proof: ErrGroup now passing context to func and limited with numbers ...** …
dkeysil committed on Nov 9, 2022
Unverified 912550c

Commits on Nov 8, 2022

**proof: fix typo, linter, var redefinition in loop**
dkeysil committed on Nov 8, 2022
Unverified b891818

Commits on Nov 7, 2022

**proof: move excpected errs var in test until func**
dkeysil committed on Nov 7, 2022
Unverified 902ff4b

Commits on Nov 4, 2022

**Merge pull request #184 from positiveblue/fix-144** …
Roasbeef committed on Nov 4, 2022
Verified 19af433

**itest: Add new collectible round trip test case**
jharveyb committed on Nov 4, 2022
7268ef7

**tarofreighter: Send collectibles via splits**
jharveyb committed on Nov 4, 2022
9c6bbe6

**taroscript: Add support for collectibles in splits**

jharveyb committed on Nov 4, 2022

ef012b8

**vm: Add support for collectibles in splits**

jharveyb committed on Nov 4, 2022

99120e3

**commitment: Add support for collectibles in splits**

jharveyb committed on Nov 4, 2022

85d2fea

**Merge pull request #187 from lightninglabs/preserve-parity-byte** ...

Verified

guggero committed on Nov 4, 2022 ✓

e17b324

**multi: encode/decode keys with their parity byte**

jharveyb committed on Nov 4, 2022 ✓

249b8a9

**tarodb: store on-chain fees for chain tx** ...

Verified

positiveblue committed on Nov 4, 2022 ✓

257cbae

**multi: add `chain fees` field to minting and transfer txs** ...

Verified

positiveblue committed on Nov 4, 2022

5b492df

**proof: move ErrGroup to chanutils, add tests for ErrGroup**

Unverified

dkeysil committed on Nov 4, 2022

e3819b2

**Merge pull request #182 from lightninglabs/key-family-coin-select-fix** ...

Verified

guggero committed on Nov 4, 2022 ✓

a1ed596

**tarodb: drop usage of hex in QueryAssets** ...

Verified

Roasbeef committed on Nov 3, 2022 ✓

5adff78

**tarodb: enforce uniqueness in asset key fam sig table** ...

Verified

Roasbeef committed on Nov 3, 2022

3d4f9e9

**tarodb: add key family test case to TestSelectCommitment**

Verified

Roasbeef committed on Nov 3, 2022

537e850



tarodb: add coin selection assert at the end of TestImportAssetProof ⋯

Verified    bf0c880    <>

Roasbeef committed on Nov 3, 2022

tarodb: move key family filter into the WHERE clause for QueryAssets ⋯

Verified    acd11a5    <>

Roasbeef committed on Nov 3, 2022

tarofreighter: add more context to errors in state machine

Verified    0e60a97    <>

Roasbeef committed on Nov 3, 2022

tarofreighter: add String method for SendState

Verified    6e7f4fb    <>

Roasbeef committed on Nov 3, 2022

commitment: print duplicate script key w/ err in parseCommon

Verified    69dd76b    <>

Roasbeef committed on Nov 3, 2022

○ Commits on Nov 3, 2022



proof: close todo, make proof verification concurrent

Unverified    a5730ed    <>

dkeysil committed on Nov 3, 2022

docs: remove 🖍 emoji from commands ⋯

Verified    74bbf41    <>

airlacodes committed on Nov 2, 2022 ✓

build: add dev.Dockerfile ⋯

Verified    740dc12    <>

mroxso committed on Nov 2, 2022 ✓

○ Commits on Oct 27, 2022

Merge pull request #183 from halseth/make-fmt ⋯

Verified    a28352c    <>

guggero committed on Oct 27, 2022 ✓

multi: run make fmt

Verified    224675c    <>

halseth committed on Oct 27, 2022 ✓

Commits on Oct 25, 2022

Merge pull request #159 from
lightninglabs/splits-tombstone-roots    ···    Verified    314ecd7    <>

Roasbeef committed on Oct 25, 2022 ✓

itest: add new full value round trip test case    137d3f3    <>

jharveyb committed on Oct 25, 2022 ✓

tarodb: allow duplicate script keys for assets    9ef7231    <>

jharveyb committed on Oct 25, 2022

tarofreighter: add support for full value splits    b0e0355    <>

jharveyb committed on Oct 25, 2022

taroscript: add support for full value splits    e98c80e    <>

jharveyb committed on Oct 25, 2022

vm: enforce unspendable zero-value root assets    71cb47d    <>

jharveyb committed on Oct 25, 2022

commitment: add support for unspendable root split    d6641f6    <>

jharveyb committed on Oct 25, 2022

Newer    Older



🖥 **lightninglabs** / **taro**    `Public`

<> **Code**    ⊙ Issues    62    ⋔ Pull requests    12    💬 Discussions    ▶ Actions    ⊞ Project


⑂ main ▾

o— Commits on Nov 17, 2022



**build: bump version to v0.1.99**
🌍 **Roasbeef** committed on Nov 17, 2022 ✓                    Verified    ⧉    83eaa32    <>

**build: update to latest btcd version**
🌍 **Roasbeef** committed on Nov 17, 2022                    Verified    ⧉    b09dbf6    <>

## Commits on Nov 16, 2022

Merge pull request #177 from lightninglabs/postgres ···
Roasbeef committed on Nov 16, 2022 ✓
Verified    b2476cd    <>

Merge pull request #194 from Roasbeef/errgroup-func-ordering ···
Roasbeef committed on Nov 16, 2022 ✓
Verified    c14e799    <>

tarodb: fix issue with full value send itest
guggero committed on Nov 16, 2022 ✓
Verified    adb0e7f    <>

tarodb: fix incompatible upsert ···
guggero committed on Nov 16, 2022
Verified    8c7bf48    <>

GitHub+itest: add postgres support
guggero committed on Nov 16, 2022
Verified    ab88601    <>

tarocfg+tarodb: allow configuring DB backend
guggero committed on Nov 16, 2022
Verified    6baf498    <>

chanutils: simplify type params for ErrGroup ···
Roasbeef committed on Nov 15, 2022 ✓
Verified    9d8e03f    <>

Merge pull request #186 from dkeysil/verify-proofs-concurrently ···
Roasbeef committed on Nov 15, 2022 ✓
Verified    e6ef331    <>

## Commits on Nov 15, 2022

tarocfg+tarodb: use SqliteConfig for flags
guggero committed on Nov 15, 2022
Verified    0dcce79    <>

GitHub+make: run unit tests with Postgres
guggero committed on Nov 15, 2022
Verified    ba2026b    <>

mod+tarodb: add postgres backend support
guggero committed on Nov 15, 2022
Verified    6279ba3    <>

**tarodb: extract BaseDB struct**
guggero committed on Nov 15, 2022

Verified   ba4b0f4   <>

**tarodb: extract migrations, add replacer FS**
guggero committed on Nov 15, 2022

Verified   c553550   <>

**log+tarodb: add logger for tarodb package**
guggero committed on Nov 15, 2022

Verified   1b65d3e   <>

**tarodb: make queries more generic**
guggero committed on Nov 15, 2022

Verified   72ccf81   <>

**tarodb: use UTC for timestamps**
guggero committed on Nov 15, 2022

Verified   a25c881   <>

**tarodb: fix small issues in macaroon DB**
guggero committed on Nov 15, 2022

Verified   1e1f999   <>

**tarogarden: fix planter test** ···
guggero committed on Nov 15, 2022

Verified   dcee527   <>

**tarodb+tarogarden: put test store behind build flag**
guggero committed on Nov 15, 2022

Verified   ae28069   <>

**tarodb+tarogarden: remove database driver** ···
guggero committed on Nov 15, 2022

Verified   396b00d   <>

**tarodb: simplify generics type params**
guggero committed on Nov 15, 2022

Verified   9b45117   <>

**tarodb: prepare for running tests with different DBs**
guggero committed on Nov 15, 2022

Verified   eba1391   <>

**tarodb: make queries Postgres compatible**
guggero committed on Nov 15, 2022

Verified   06d7381   <>

**multi: move Rand* helpers to mock files**
guggero committed on Nov 15, 2022

Verified   3be3f61   <>



multi: fix formatting and typos
guggero committed on Nov 15, 2022 | Verified | 963f575

tarodb+scripts: rename tarodb/{sqlite => sqlc}/
guggero committed on Nov 15, 2022 | Verified | 2dea003

make: allow unit tests to be targeted
guggero committed on Nov 15, 2022 | Verified | f79bee3

Merge pull request #191 from ffranr/add_editorconfig ...
Roasbeef committed on Nov 14, 2022 | Verified | ee61633

Commits on Nov 10, 2022

add .editorconfig
ffranr committed on Nov 10, 2022 | Verified | 397b71c

Commits on Nov 9, 2022

Merge pull request #176 from lightninglabs/splits-collectibles ...
Roasbeef committed on Nov 9, 2022 | Verified | 77b6919

tarofreighter: replace needsSplit with fullValue ...
jharveyb committed on Nov 9, 2022 | 929981f

taroscript: replace needsSplit with fullValue ...
jharveyb committed on Nov 9, 2022 | d209dd5

tarofreighter: check key family in coin selection
jharveyb committed on Nov 9, 2022 | 2fe14a8

Newer | Older



lightninglabs / taro Public

Code Issues 62 Pull requests 12 Discussions Actions Project

main

Commits on Dec 7, 2022

tarocfg: check cfgLogger for nilness ···
halseth committed on Dec 7, 2022 — Verified — 0e41de8

Commits on Dec 6, 2022

multi: move TaroKeyFamily to taroscript pkg
guggero committed on Dec 6, 2022 — Verified — 49c8d24

commitment: remove outdated comment in commitment ···
guggero committed on Dec 6, 2022 — Verified — 74a18b8

proof: add test cases for all tapscript sibling types
guggero committed on Dec 6, 2022 — Verified — 6581357

proof: refactor tapscript sibling hashing, fix decoding err ···
guggero committed on Dec 6, 2022 — Verified — a7e2d2f

taroscript: use test helper funcs
guggero committed on Dec 6, 2022 — Verified — 2f338e5

internal+vm: remove invalid check, add script tree spend tests ···
guggero committed on Dec 6, 2022 — Verified — e1246ac

multi: allow sighash types to be customized in vm
guggero committed on Dec 6, 2022 — Verified — 3e23e2e

| | | | |
|---|---|---|---|
| **multi: create RandAsset helper function**<br>guggero committed on Dec 6, 2022 | Verified | 🗐 | fa7045b | <> |
| **multi: update to latest lnd, add exclusion proofs**<br>guggero committed on Dec 6, 2022 | Verified | 🗐 | 1f9d26b | <> |
| **tarodb: rename minting_output_index to change_output_index**<br>guggero committed on Dec 6, 2022 | Verified | 🗐 | 54dcbfc | <> |
| **multi: run go mod tidy, add mod-check to CI**<br>guggero committed on Dec 6, 2022 | Verified | 🗐 | e39a177 | <> |
| **Merge pull request #171 from halseth/block-conf-height-hint** ···<br>guggero committed on Dec 6, 2022 ✓ | Verified | 🗐 | 20f8cc1 | <> |
| **caretaker: record and use height hint for minting batch** ···<br>halseth committed on Dec 6, 2022 ✓ | Verified | 🗐 | 5ece13e | <> |
| **tarodb/sqlite: add height_hint column to asset_minting_batches**<br>halseth committed on Dec 6, 2022 | Verified | 🗐 | c588b2e | <> |
| **tarodb/asset_minting_test: actually make random pkt** ···<br>halseth committed on Dec 6, 2022 | Verified | 🗐 | 7a4232b | <> |
| **tarofreighter+tarodb: record and use height hint** ···<br>halseth committed on Dec 6, 2022 | Verified | 🗐 | 02bd6eb | <> |
| **tarodb: fetch height hint in QueryAssetTransfers**<br>halseth committed on Dec 6, 2022 | Verified | 🗐 | 3fcb596 | <> |
| **tarodb: add height_hint column to asset_transfers**<br>halseth committed on Dec 6, 2022 | Verified | 🗐 | af4e3a2 | <> |

**sql: remove unused FetchMintingBatch queries**

Verified    d0a7eeb    <>

halseth committed on Dec 6, 2022

Commits on Dec 1, 2022

**Merge pull request #205 from jacohend/no-short-flags** ⋯

Verified    f6a581b    <>

guggero committed on Dec 1, 2022 ✓

Commits on Nov 30, 2022

**Merge pull request #190 from ffranr/issue119_asset_name_collision** ⋯

Verified    a87601d    <>

Roasbeef committed on Nov 29, 2022 ✓

Commits on Nov 29, 2022

**Merge pull request #200 from lightninglabs/family_to_group_rename** ⋯

Verified    3f693b3    <>

guggero committed on Nov 29, 2022 ✓

**sqlc: rename asset family to asset group**

1cfaf4f    <>

jharveyb committed on Nov 29, 2022 ✓

**tarorpc: rename asset family to asset group**

c2214ac    <>

jharveyb committed on Nov 29, 2022

**multi: rename asset family to asset group**

cfc896a    <>

jharveyb committed on Nov 29, 2022

**tarogarden+tarodb: ensure asset seedling names are unique** ⋯

Verified    f724bc4    <>

ffranr committed on Nov 29, 2022 ✓

## Commits on Nov 28, 2022



**Merge pull request #185 from halseth/list-utxos** ...
guggero committed on Nov 28, 2022 ✓

Verified    d12fd96    <>

**tarocli: add cmd 'assets uxos'**
halseth committed on Nov 28, 2022 ✓

Verified    41a34c6    <>

**tarorpc: impement ListUtxos**
halseth committed on Nov 28, 2022

Verified    6baa751    <>

## Commits on Nov 25, 2022



**remove short flags**
jacohend committed on Nov 25, 2022 ✓

6fb9aff    <>

## Commits on Nov 24, 2022



**rpcserver: extract fetchRpcAssets**
halseth committed on Nov 24, 2022

Verified    10462e4    <>

**tardb: add FetchManagedUTXOs to AssetStore**
halseth committed on Nov 24, 2022

Verified    feee94f    <>

**tarodb: add FetchManagedUTXOs**
halseth committed on Nov 24, 2022

Verified    b66b3e8    <>

## Commits on Nov 17, 2022



**Merge pull request #197 from Roasbeef/btcd-update** ...
Roasbeef committed on Nov 17, 2022 ✓

Verified    997ca91    <>

Newer    Older



lightninglabs / taro Public

Code Issues 62 Pull requests 12 Discussions Actions Project

main

Commits on Jan 6, 2023

docs: add links to API documentation and guides to README.md (#229) ...
Liongrass committed on Jan 5 — Verified — 4c50e50

Commits on Jan 5, 2023

Merge pull request #230 from lightninglabs/txid_reversal_fix ...
guggero committed on Jan 5 — Verified — 7d740a3

itest: update for anchor TXID given as a string
jharveyb committed on Jan 4 — 4bb2b5e

tarorpc: use string everywhere for txids
jharveyb committed on Jan 4 — 1433b72

Merge pull request #216 from lightninglabs/sqlc-v-1-16 ...
Roasbeef committed on Jan 4 — Verified — 22cb07f

build: properly use make sqlc-check to validate sql codegen
Roasbeef committed on Jan 4 — Verified — ae768f5

build: update to sqlc v1.16.0 ...
Roasbeef committed on Jan 4 — Verified — 25c8ebc

-o- Commits on Dec 19, 2022

**ci: update action/cache** ···

ffranr committed on Dec 19, 2022 ✓

Verified   24b0c6c   <>

**ci: update action/setup-go** ···

ffranr committed on Dec 19, 2022

Verified   4758f6a   <>

**ci: update action/upload-artifact** ···

ffranr committed on Dec 19, 2022

Verified   7e6d624   <>

**ci: update action/checkout** ···

ffranr committed on Dec 19, 2022

Verified   9b6cd2d   <>

**ci: add action for go env setup** ···

ffranr committed on Dec 19, 2022 ✓

Verified   f10f429   <>

**ci: split lint, format, and compile checks into
separate jobs**

ffranr committed on Dec 19, 2022

Verified   dc4cc40   <>

Commits on Dec 16, 2022

**Merge pull request #211 from lightninglabs/fetch_assets_with_group**

ffranr committed on Dec 16, 2022 ✓

Verified    ddb0e0d    <>

**itest: add ListGroups usage to itests**

jharveyb committed on Dec 16, 2022 ✓

975308f    <>

**tarocli: add cmd 'assets groups'**

jharveyb committed on Dec 16, 2022

76976ee    <>

**tarorpc: implement ListGroups**

jharveyb committed on Dec 16, 2022

08044f2    <>

**tarodb: add FetchGroupedAssets to AssetStore**

jharveyb committed on Dec 16, 2022

82aa441    <>

**tarodb: add FetchGroupedAssets**

jharveyb committed on Dec 16, 2022

f368731    <>

**Merge pull request #199 from ffranr/issue143_merkle_proof_checks**

ffranr committed on Dec 16, 2022 ✓

Verified    de9f88d    <>



Commits on Dec 15, 2022

itest: add proof block header verifier
ffranr committed on Dec 15, 2022 ✓        Verified        93ae1b2    <>

proof: unit test block header verification  …
ffranr committed on Dec 15, 2022        Verified        be7111e    <>

unit: mock proof header verification in unit
tests
ffranr committed on Dec 15, 2022        Verified        a3f88d9    <>

tarogarden+proof: proof block header
verification  …
ffranr committed on Dec 15, 2022        Verified        2c9b0fc    <>

Merge pull request #219 from
ffranr/fix_ci_lint_vsc_permission_error  …
ffranr committed on Dec 15, 2022 ✓        Verified        9e6278a    <>

ci: fix lint VSC permissions error
ffranr committed on Dec 15, 2022 ✓        Verified        6c4907e    <>

Commits on Dec 13, 2022

Merge pull request #215 from
lightninglabs/sqlite-v-1-20  …
guggero committed on Dec 13, 2022 ✓        Verified        ebd86c4    <>

build: update to sqlite v1.20.0  …
Roasbeef committed on Dec 12, 2022 ✓        Verified        7b9a313    <>

Commits on Dec 10, 2022

Merge pull request #206 from
lightninglabs/script-spend-prepare  …
Roasbeef committed on Dec 9, 2022 ✗        Verified        6b5168d    <>

Commits on Dec 9, 2022



**Merge pull request #207 from halseth/vm-all-splits** ⋯    Verified    e0007b5 ⟨⟩

guggero committed on Dec 9, 2022 ✓

**vm+taroscript: have Execute take slice of splits** ⋯    Verified    9545d14 ⟨⟩

halseth committed on Dec 9, 2022 ✓

**vm: make validateSplit take split as argument** ⋯    Verified    f7f4a56 ⟨⟩

halseth committed on Dec 9, 2022 ✓

**taroscript: remove unused argument to CompleteAssetSpend**    Verified    59cb0a8 ⟨⟩

halseth committed on Dec 9, 2022

Commits on Dec 7, 2022



**Merge pull request #213 from halseth/cfglogger-nil**    Verified    f1e8c13 ⟨⟩

Roasbeef committed on Dec 7, 2022 ✓

**tarocfg: return logger on best-effort basis** ⋯    Verified    0c4d323 ⟨⟩

halseth committed on Dec 7, 2022 ✓

Newer    Older



lightninglabs / taro    Public

<> **Code**    ⊙ Issues  62    ⊪ Pull requests  12    💬 Discussions    ▶ Actions    ⊞ Project

⊬ main ▾

○─ Commits on Feb 7, 2023

**multi: move TaroKeyFamily to simplify imports**
jharveyb committed 2 weeks ago                    ⟦□⟧    80f533d    <>

**tarodb: add FetchGenesisID query**
jharveyb committed 2 weeks ago                    ⟦□⟧    d9f23b3    <>

**tarodb: update seedling to add group genesis ID**
jharveyb committed 2 weeks ago                    ⟦□⟧    1e4c3d4    <>

**multi: update GenSigner to accept two geneses** ···
jharveyb committed 2 weeks ago                    ⟦□⟧    cd1d631    <>

○─ Commits on Feb 6, 2023

**Merge pull request #255 from
lightninglabs/bip-update-split-commits** ···      Verified    ⟦□⟧    a0ed153    <>
🌐 Roasbeef committed 2 weeks ago ✓

○─ Commits on Feb 4, 2023

**bip-taro: update bips submodule to latest commits** ···    ⟦□⟧    fe8e1ba    <>
🌐 Roasbeef committed 2 weeks ago ✓

## Commits on Feb 1, 2023

**Merge pull request #248 from ffranr/add-aperture-itest** ···

 ffranr committed 3 weeks ago ✓    Verified    82daf05    <>

**itest: enable hashmail for basic send test**

 ffranr committed 3 weeks ago ✓    Verified    9f1ea8a    <>

**itest: include aperture harness in test harness**

 ffranr committed 3 weeks ago    Verified    68c1791    <>

**itest: add aperture harness**

 ffranr committed 3 weeks ago    Verified    f1f7348    <>

**itest: pass hashmail flag into setupTarodHarness calls**

 ffranr committed 3 weeks ago    Verified    231055e    <>

**itest: add flag for enabling remote hashmail service**

 ffranr committed 3 weeks ago    Verified    811b4d3    <>

**proof+tarocfg: hashmail: optionally specify aperture TLS cert file**

 ffranr committed 3 weeks ago    Verified    86df6bb    <>

**tarocfg: generalize support for proof courier beyond hashmail**

 ffranr committed 3 weeks ago    Verified    b348249    <>

## Commits on Jan 31, 2023

**itest: replace depreciated use of ioutil**

 ffranr committed 3 weeks ago    Verified    4a6883a    <>

**itest: simplify by removing unused fields**

 ffranr committed 3 weeks ago    Verified    c3e592f    <>

Commits on Jan 30, 2023

**Merge pull request #243 from lightninglabs/psbt-1-of-3-prepare** ⋯
guggero committed 3 weeks ago ✓    Verified    ddf1e56  <>

**asset+proof: move asset encoder to avoid circular dep** ⋯
guggero committed 3 weeks ago ✓    Verified    21a089f  <>

**address+rpcserver+tarorpc: allow addr with custom keys**
guggero committed 3 weeks ago    Verified    ca75160  <>

**rpcserver+tarorpc: show witness in ListAsset RPC**
guggero committed 3 weeks ago    Verified    3ff80b7  <>

**tarorpc: fix go package**
guggero committed 3 weeks ago    Verified    1c72d95  <>

**itest: refactor send assertions** ⋯
guggero committed 3 weeks ago    Verified    a5a7d3a  <>

Commits on Jan 27, 2023

**tarofreighter: fix typo**
guggero committed last month    Verified    f82ad7c  <>

Commits on Jan 24, 2023

**Merge pull request #235 from ffranr/add_sendasset_sub_rpc** ⋯
jharveyb committed last month ✓    Verified    64e9dc9  <>

## Commits on Jan 23, 2023

**itest: add ChainPorter event ntfs check for broadcast state execution**

Verified | 25d50e5 | <>

ffranr committed last month ✓

**tarofreighter: add event which notifies subscribers pre state execution**

Verified | 141d131 | <>

ffranr committed last month

**rpcserver: add server RPC endpoint for streaming ChainPorter ntfs events**

Verified | 9509cf6 | <>

ffranr committed last month

## Commits on Jan 20, 2023

**rpc: add build generated proto and http endpoint files**

Verified | 5d16e30 | <>

ffranr committed on Jan 20

**rpc: add HTTP endpoint for registering asset send notification sub**

Verified | 08788c7 | <>

ffranr committed on Jan 20

**rpc: add proto endpoint for streaming ChainPorter events**

Verified | 1b66a2a | <>

ffranr committed on Jan 20

**tarofreighter: add events subscription notifier to ChainPorter**

Verified | 21ca05a | <>

ffranr committed on Jan 20



**Commits on Jan 11, 2023**

Merge pull request #232 from lightninglabs/minting_timer_fix  ⋯    Verified    d73b1f8

Roasbeef committed on Jan 11 ✓

tarogarden: support forcing a batch while running    b35939b

jharveyb committed on Jan 11 ✓

multi: start minting ticker when planter starts    d7ba089

jharveyb committed on Jan 11

**Commits on Jan 6, 2023**

Merge pull request #221 from ffranr/ci_split_lint_check_job  ⋯    Verified    e40c078

Roasbeef committed on Jan 5 ✓

Newer    Older



lightninglabs / **taro**   Public

<> **Code**   ⊙ Issues   62   ⑂ Pull requests   12   💬 Discussions   ▷ Actions   ⊞ Project

⑂ main ▾

Commits on Feb 9, 2023

proof+tarocfg: add courier DeliveryLog ⋯
ffranr committed 2 weeks ago
Verified   06ad99a   <>

freighter: rename func deliverResponse for
clarity ⋯
ffranr committed 2 weeks ago
Verified   2425afd   <>

freighter: remove sendPackage field
ReceiverAddr ⋯
ffranr committed 2 weeks ago
Verified   3fc1274   <>

freighter: use tx broadcast response
channel found in the sendPackage
ffranr committed 2 weeks ago
Verified   ec66136   <>

freighter: add asset transfer request to
sendPackage struct
ffranr committed 2 weeks ago
Verified   a0280d0   <>

itest: ntfs event assertion function takes
expected count + filter cb
ffranr committed 2 weeks ago
Verified   00ec4a6   <>

proof: wrap DeliverProof errors with extra
context
ffranr committed 2 weeks ago
Verified   e2d8fd4   <>

freighter: remove unnecessary goroutine
ffranr committed 2 weeks ago
Verified   7c7ade8   <>

**tarodb: add insertion and query func for logging proof delivery attempts** ⋯

ffranr committed 2 weeks ago

Verified   a7a9f8d   <>

**freighter: remove unnecessary goroutine**

ffranr committed 2 weeks ago

Verified   4d73973   <>

**tarofreighter: cleanup error handling** ⋯

ffranr committed 2 weeks ago

Verified   673449e   <>

**tarodb: add insertion func for receiver proof transfer attempts table**

ffranr committed 2 weeks ago

Verified   a673fbe   <>

**tarodb: add new table which records receiver proof transfer attempts**

ffranr committed 2 weeks ago

Verified   37d4dbf   <>

**tarofreighter: all states evaluated within the same goroutine**

ffranr committed 2 weeks ago

Verified   4399227   <>

**tarofreighter: async state functions return errors**

ffranr committed 2 weeks ago

Verified   255b544   <>

**tarofreighter: split proof storage and transfer into separate states**

ffranr committed 2 weeks ago

Verified   02652d5   <>

**tarofreighter: refactor advance state function** ⋯

ffranr committed 2 weeks ago

Verified   988c5ba   <>

**tarofreighter: refactor waitForPkgConfirmation and add states** ⋯

ffranr committed 2 weeks ago

Verified   9178473   <>

**tarofreighter: move tx broadcast channel response into state machine**

ffranr committed 2 weeks ago

Verified   138b6d8   <>



**itest: enable hashmail for receiver node basic send test**

ffranr committed 2 weeks ago

Verified   00d23de   `<>`

**docs: fix english language errors**

ffranr committed 2 weeks ago

Verified   41143dc   `<>`

Commits on Feb 8, 2023

**commitment: remove unused method: taro commitment update**

ffranr committed 2 weeks ago ✓

Verified   6603823   `<>`

**commitment: add taro commitment upsert method**

ffranr committed 2 weeks ago

Verified   0c24dc0   `<>`

**commitment: add taro commitment delete method**

ffranr committed 2 weeks ago

Verified   74b6ed3   `<>`

## Commits on Feb 7, 2023

Merge pull request #214 from
lightninglabs/minting_with_group_key
···
Roasbeef committed 2 weeks ago ✕

Verified    e2485ef    ‹›

Merge pull request #256 from
ffranr/cleanup-commitment-method-names
···
ffranr committed 2 weeks ago ✓

Verified    8f66e7f    ‹›

commitment: remove unused method: asset
commitment update
ffranr committed 2 weeks ago ✓

Verified    54dad33    ‹›

commitment: add asset commitment upsert
method
ffranr committed 2 weeks ago

Verified    1bfff89    ‹›

commitment: add asset commitment delete
method
ffranr committed 2 weeks ago

Verified    2f492a2    ‹›

tarocli: update seedling to accept group key
jharveyb committed 2 weeks ago ✓

a312a78    ‹›

itest: add group key usage in new minting itest
jharveyb committed 2 weeks ago

2df4827    ‹›

tarorpc: update seedling to accept group key
jharveyb committed 2 weeks ago

0629718    ‹›

tarogarden: add group genesis ID to seedling
jharveyb committed 2 weeks ago

7fb5a37    ‹›

tarodb: add FetchGroup queries to MintingStore
jharveyb committed 2 weeks ago

bf38d37    ‹›

multi: Add queries to fetch a single asset group
jharveyb committed 2 weeks ago

c186fbf    ‹›

Newer    Older

Case 3:22-cv-07789-WHO   Document 39-14   Filed 02/27/23   Page 103 of 108

2/21/23, 8:09 PM



lightninglabs / **taro** Public

Code Issues 62 Pull requests 12 Discussions Actions Project

main

Commits on Feb 20, 2023

**Merge pull request #244 from lightninglabs/psbt-2-of-3-refactor** ...
**Roasbeef** committed yesterday ✗
Verified 03f236f

Commits on Feb 17, 2023

**tarofreighter: remove empty porter states**
**guggero** committed 4 days ago ✓
Verified 5c8dbd0

**tarofreighter: extract commit and anchor logic**
**guggero** committed 4 days ago
Verified 5fa6bce

**tarofreighter: extract sign logic**
**guggero** committed 4 days ago
Verified f2036d7

**multi: extract address sending logic from porter**
**guggero** committed 4 days ago
Verified f19fa78

**multi: refactor internal key derivation**
**guggero** committed 4 days ago
Verified 0665e9b

**taroscript: remove old send code**
**guggero** committed 4 days ago
Verified 251769e

**taroscript: move still used code over to new file**
**guggero** committed 4 days ago
Verified ac5e25d

multi: update porter to new send code

Verified    0999f7e    `<>`

guggero committed 4 days ago

proof+tarofreighter: add new AssetWallet type

Verified    6b214f5    `<>`

guggero committed 4 days ago

taroscript: add CreateAnchorTx and UpdateTaprootOutputKeys functions   ...

Verified    2f405dc    `<>`

guggero committed 4 days ago

taroscript: add CreateOutputCommitments function   ...

Verified    0065407    `<>`

guggero committed 4 days ago

taroscript: add SignVirtualTransaction function   ...

Verified    3fae0c7    `<>`

guggero committed 4 days ago

taroscript: add PrepareOutputAssets function   ...

Verified    64b44b8    `<>`

guggero committed 4 days ago

taroscript: rename send code files for refactor

Verified    f92f7da    `<>`

guggero committed 4 days ago

tarofreighter+taropsbt: add Bip32Derivation helper func

Verified    688a67e    `<>`

guggero committed 4 days ago

asset: add IsUnSpendable to ScriptKey

Verified    ad724c9    `<>`

guggero committed 4 days ago

taropsbt+chanutils: add new package for virtual transaction PSBTs

Verified    9c9dd2c    `<>`

guggero committed 4 days ago

Commits on Feb 16, 2023



Merge pull request #268 from positiveblue/new-server-signature ⋯

🌍 Roasbeef committed 5 days ago ✓

Verified    8be4303    <>

Merge pull request #269 from Roasbeef/activate-merge-queue ⋯

🌍 Roasbeef committed 5 days ago ✗

Verified    48a1957    <>

build: use the new merge_group selector for the merge queue ⋯

🌍 Roasbeef committed 5 days ago ✓

Verified    af62cb7    <>

server: stop returning an error that is always nil ⋯

🐥 positiveblue committed 5 days ago ✓

Verified    0408a21    <>

Commits on Feb 13, 2023

Merge pull request #222 from ffranr/issue164_improve_hashmail_proof_dist ⋯

🌍 Roasbeef committed last week ✗

Verified    2a0c22e    <>

Commits on Feb 10, 2023

**tarodb: add alias for long generated param struct name**
Verified    4bf1c0a    <>
ffranr committed 2 weeks ago ✓

**itest: test to ensure backoff wait happens between proof tx attempts**
Verified    7d48dfc    <>
ffranr committed 2 weeks ago

**itest: add flag which passes tarod error exit ...**
Verified    342329e    <>
ffranr committed 2 weeks ago

**rpc: add ntfs event: proof delivery backoff wait imminent**
Verified    545c427    <>
ffranr committed 2 weeks ago

**proof: add backoff proof delivery**
Verified    c8ee67c    <>
ffranr committed 2 weeks ago

**proof: add timeout limit waiting for ACK from proof receiver**
Verified    5eef0c9    <>
ffranr committed 2 weeks ago

**cfg+proof: add backoff parameters to hashmail courier config**
Verified    cd2dd89    <>
ffranr committed 2 weeks ago

Commits on Feb 9, 2023

**Merge pull request #260 from ffranr/cleanup-taro-commitment-method-names** …
jharveyb committed 2 weeks ago ✕
Verified 89dc9ed

**proof: hashmail courier accepts config as argument**
ffranr committed 2 weeks ago
Verified 51043cf

**freighter: register event notification subscribers with proof courier**
ffranr committed 2 weeks ago
Verified 98184d6

**courier: add event notification subscribers to proof courier**
ffranr committed 2 weeks ago
Verified 068f91e

**freighter: move generic notification stream Event interface to chanutils** …
ffranr committed 2 weeks ago
Verified c73a508

Newer | Older

