# EXHIBIT 16

**Naveen 🦅 (🧤🧤)**
@NaveenSpark



hi! How are you? Are you going to be in NYC first week of Nov by chance?

10/08/21, 7:18 PM

hey!!



are you still here in bahamas? Would love to catch up!!!

04/26/22, 2:35 PM

also, we need to discuss the TARO name. full disclosure we have an issued trademark on TARI for blockchain networks. Love what you are doing of course but the name will prob cause some confusion... :)



04/26/22, 2:37 PM

hi, i don't think it's similar, it's a root vegetable :)

and it's not consumer-facing anyway

I'm here yes and speaking tomorrow

04/26/22, 7:51 PM ✓



I see! Can we catch up anytime today or tom?

04/27/22, 12:12 PM