# EXHIBIT 17

# Frequently Asked Questions

## What is Tari Labs?   ▼

Tari Labs is a software development company based primarily in Oakland, California and Johannesburg, South Africa. We are actively contributing to the Tari Project (https://tari.com) and carry out cryptography and cryptocurrency research activities (https://tlu.tarilabs.com), particularly relating to Mimblewimble and related technologies.

Tari Labs also maintains and actively develops the Big Neon ticketing platform (https://bigneon.com) and is a contributor to several prominent open-source projects, including Monero (https://getmonero.org), Rust Lightning (https://github.com/rust-bitcoin/rust-lightning), and the Tower project (https://github.com/tower-rs/tower).

## What is Tari?   ▼

Tari (https://tari.com) is an open source, digital assets focused blockchain protocol that is being architected as a merge-mined sidechain with Monero. The protocol focuses specifically on digital assets – things like tickets, loyalty points, in-game items, and crypto-native assets like CryptoKitties. We see a huge opportunity to revolutionize the way these assets are owned, managed and transferred.

## Who are the investors behind Tari Labs? ▼

The Tari Labs organization is very honored to be supported by Redpoint, Trinity Ventures, Canaan Partners, Blockchain Capital, Pantera, Slow Ventures, Aspect Ventures, Vy Capital, Bee Partners, Sora Ventures, Macro Ventures, Draft Ventures, Base Ventures, and more. Thank you to everyone who is supporting us on this journey.

## What's the origin of the name "Tari"? ▼

Tari literally means "newly minted money" in Arabic. It also refers to a small gold coin used in the Mediterranean from the 10th through the 14th centuries. Since it was lightweight and convenient to use compared with other coins of the time, it became a popular medium of exchange for everyday commerce. Similarly, we envision the new Tari protocol being commonly used to create and distribute digital assets of all types.

## How is Tari Labs related to the Tari project? ▼

Tari Labs is a software development company based primarily in Oakland, California and Johannesburg, South Africa.

Tari is an open-source, community-driven cryptocurrency and digital assets project.

It so happens that some Tari Labs employees spend a significant portion of their time contributing to the Tari project, but this does not mean that Tari Labs owns or controls the project in any meaningful way.

Tari Labs is motivated to make the Tari protocol a success by helping build and promote reference businesses and applications for the Tari network, including Big Neon (https://bigneon.com) and the mobile Tari wallets apps.

Tari Labs also pays for some Tari-related infrastructure, including the tari.com website (https://tari.com) and sponsors Tari-related events from time to time.

Tari Labs sees itself as a steward of the Tari project, but the success and direction of the project will ultimately be dependent on the larger Tari community.

One can see the relationship between Lightning Labs (https://lightning.engineering) and the Lightning protocol (https://github.com/lightningnetwork/lightning-rfc/blob/master/00-introduction.md) on Bitcoin in a similar vein.

## Who are the co-founders of Tari Labs?                                    ▼

Naveen Jain
Riccardo "fluffypony" Spagni
Dan Teree

## What's the story behind the Tari logo?                                   ▼

The Tari logo was designed by Office, an iconic San Francisco branding firm. It features two main themes: 1) a "T" for "Tari" centered within a gem, representing the type of digital gems or treasures which will be issued on the Tari blockchain and 2) the shape of a three-dimensional block with a chain wrapped around it (you may miss this one at first glance!), referencing the core technology upon which Tari is built.

## Where can I learn more / join the conversation?                          ▲

Subscribe to our newsletter (/#newsletter) or apply for one of our exciting roles (/contribute) in Oakland or Johannesburg.

Built in **Oakland** & **Johannesburg**

Enter email                    Submit

By clicking 'Submit', you agree to our <u>Privacy Policy (/privacy_policy)</u>.

Copyright © 2020 Tari Labs, LLC. All rights reserved.

<u>Privacy Policy (/privacy_policy)</u>  <u>Disclaimer (/disclaimer)</u>  <u>User Agreement (/user_agreement)</u>

Home (/)                                About (/about)

Join Us (/contribute)                   Blog (/blog)

Newsletter                              FAQ (/faq)
(https://tari.substack.com/people/6766943)

