# EXHIBIT 20



| 0 | 0.0 | 20.7 MH |
|---|---|---|
| Total Txns | Avg Txns / Sec | Hash Rate |
| 0 | 0s | 0 |
| Avg Fee | Avg Block Time | Block Height |

Search for a block by height or hash                Visit Tari.com

## Blocks Overview

0

0

0

0

0

## Latest Blocks

## Historical Hash Rate
The estimated hashrate for the network per block.



19m
16m
13m
9m
6m
3m
0
estimated hash rate

48872  48868  48864  48860  48856  48852  48848  48844
block height

## Circulating tXTR
Total number of mined tXTR circulating on the network.

0
0
0
0
llion tXTR

4 weeks ago   3 weeks ago   2 weeks ago   a week ago

# Network Difficulty Sha3
How hard it is to mine a block on the network.

48842   48852   48862   48872
block height

# Network Difficulty RandomX
How hard it is to mine a block on the network.

48842   48852   48862   48872
block height