# EXHIBIT 21



**FOR EVERYONE**

What is Tari?
Mobile Wallet
Block Explorer
Downloads
Get Involved

**FOR DEVELOPERS**

— Get Started
Explore the Protocol
Make Tari Better
Community
RFC Docs

**FOR CREATORS**

Tari for Creators

## Why Run a Node

Every new node increases the size of the Tari network and contributes to network security. There are many things that you can do with the Tari base node client:

- Mine testnet Tari (tXTR)
- Transact using the CLI wallet
- Query and analyze chain data using your local copy of the ledger
- Build applications that leverage chain data, such as block explorers, analytics tools, and more
- Experiment with custom transaction types, and learn the fundamentals of how Tari works

## How to Run Your Own Node

It's incredibly easy to set up your own Tari base node. There are two ways to accomplish this:

1. Download the binaries and follow the installation instructions on GitHub.
2. Build your own set of binaries from the base node source code by following these instructions on the GitHub repo

Have questions? The Tari community prides itself on being open and inclusive. **There are no dumb questions.** The best places to engage with the Tari developer community are on IRC or Discord#dev.

## Spending testnet Tari (tXTR)

What can you do with tXTR besides experimenting with transactions? You can "spend" your hard-earned, infinite supply, fake Tari on exclusive one-of-a-kind items in the TTL (Tari Testnet Limited) store*. Everything in the store is denominated in tXTR (and is therefore free) except for shipping costs. Check it out here and let folks know what you think on Discord or IRC.

*tXTR has no monetary value and cannot be exchanged for cash, cash equivalent, or other tokens or cryptocurrencies.



Spend tXTR on Real **Exclusive** Stuff

Visit the Store

Collect Different.



