# EXHIBIT 22



# Tari Aurora Updates

This page contains all of the most up-to-date release notes for Tari Aurora.

Review the release notes below.

**Tari Aurora 0.19.0 Release Notes**

**Tari Aurora 0.18.0 Release Notes**

**Tari Aurora 0.17.0 Release Notes**

**Tari Aurora 0.16.0 Release Notes**

**Tari Aurora 0.15.0 Release Notes**

**Tari Aurora 0.14.0 Release Notes**

**Tari Aurora 0.13.0 Release Notes**

**Tari Aurora 0.12.0 Release Notes**

**Tari Aurora 0.11.0 Release Notes**

**Tari Aurora 0.10.0 Release Notes**

**Tari Aurora 0.9.0 Release Notes**



Tari Aurora 0.8.0 Release Notes

Tari Aurora 0.2.0 Release Notes

Tari Aurora 0.1.14 Release Notes

Tari Aurora 0.1.13 Release Notes

Tari Aurora 0.1.3 (iOS) / 0.1.11 (Android) Release Notes

Tari Aurora 0.1.1 Release Notes

Tari Aurora 0.1.0 Release Notes

# Download Tari Aurora

  

**App Updates**

Keep up with Tari Aurora's new features and functionality.

View Updates

**Useful Links**

Support
App Updates
The Tari Project
Contribute to Aurora iOS
Contribute to Aurora Android

**Contribute to the Project**

How can Aurora be improved? Provide feedback, fix a bug, or make an improvement.

Learn More



Copyright © 2020. All rights reserved. User Agreement | Privacy Policy | Disclaimer

Copyright © 2020. All rights reserved. User Agreement | Privacy Policy | Disclaimer