# EXHIBIT 23




MEET AURORA, A MOBILE WALLET FOR TARI

# Beautiful. Radically Simple. Open Source.






 

# What is Aurora?

**Setting the bar for the Tari developer and creator community**

Aurora is a reference-design mobile wallet app for the forthcoming Tari digital currency. The goal is for creators and developers to be able to use the open-source Aurora libraries and codebase as a starting point for developing their own Tari wallets and applications. Aurora also sets the bar for applications that use the Tari protocol. In its production-ready state, it will be a beautiful, easy to use Tari wallet focused on Tari as a default-private digital currency.

Want to contribute to Aurora? Get started for iOS or Android.

 



 

# Download Tari Aurora

 

**App Updates**

Keep up with Tari Aurora's new features and functionality.

View Updates

**Useful Links**

Support
App Updates
The Tari Project
Contribute to Aurora iOS
Contribute to Aurora Android

**Contribute to the Project**

How can Aurora be improved? Provide feedback, fix a bug, or make an improvement.

Learn More



Copyright © 2020. All rights reserved. User Agreement | Privacy Policy | Disclaimer