Christopher S. Ford (State Bar No. 337795)
    csford@debevoise.com
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Tel: 415-644-5628

Megan K. Bannigan (*Pro Hac Vice*)
    mkbannigan@debevoise.com
Timothy Cuffman (*Pro Hac Vice*)
    tcuffman@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: 212-909-6000

*Attorneys for Defendant*
*Lightning Labs, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

---

TARI LABS, LLC,

    Plaintiff,

    -against-

LIGHTNING LABS, INC.

    Defendant.

---

CASE NO.: 3:22-CV-07789-WHO

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1 AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lightning Labs, Inc. states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 28, 2023   DEBEVOISE & PLIMPTON LLP

By: /s/ Megan K. Bannigan
Megan K. Bannigan (*Pro Hac Vice*)
  mkbannigan@debevoise.com
Timothy Cuffman (*Pro Hac Vice*)
  tcuffman@debevoise.com
66 Hudson Boulevard
New York, NY 10001
Tel: 212-909-6000

Christopher S. Ford (State Bar No. 337795)
  csford@debevoise.com
650 California Street
San Francisco, CA 94108
Tel: 415-644-5628

*Attorneys for Defendant Lightning Labs, Inc.*