1  J. Noah Hagey, Esq. (SBN: 262331)
     hagey@braunhagey.com
2  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
3  San Francisco, CA 94104
   Telephone: (415) 599-0210
4  Facsimile: (415) 276-1808

5  Mitchell C. Stein, Esq. (*Pro Hac Vice*)
     stein@braunhagey.com
6  Kirsten Jackson, Esq. (*Pro Hac Vice*)
     dooley@braunhagey.com
7  BRAUNHAGEY & BORDEN LLP
   118 W. 22nd Street, 12th Floor
8  New York, NY 10011
   Telephone: (646) 829-9403
9  Facsimile: (646) 403-4089

10  ATTORNEYS FOR PLAINTIFF
    TARI LABS, LLC
11

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14

15                                          Case No. 3:22-cv-07789-WHO

   TARI LABS, LLC,
16                                          **REPLY DECLARATION OF NAVEEN**
                                            **JAIN IN SUPPORT OF PLAINTIFF'S**
            Plaintiff,                      **MOTION FOR PRELIMINARY**
17                                          **INJUNCTION**
       v.
18
                                            Date:        March 8, 2023
   LIGHTNING LABS, INC.,
19                                          Time:        2:00 p.m.
            Defendant.                      Judge:       Hon. William H. Orrick
20                                          Courtroom:   Via Zoom videoconference

21

22

23

24

25

26

27

28
                                                        Case No. 3:22-cv-07789-WHO

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

1    I, Naveen Jain, declare:

2    1.  I am Chief Executive Officer of Tari Labs, LLC ("Tari").  I have more than six

3 years of experience in the cryptocurrency and blockchain markets, and nearly 25 years in digital

4 entrepreneurship.  I base this declaration on facts within my personal knowledge and documents

5 and information that I have reviewed in the course of performing my job responsibilities.  If called

6 upon to testify, I could and would testify competently to the information below.

7        **Lightning Labs' Infringement is Knowing and Intentional**

8    2.  Lightning Labs' CEO, Elizabeth Stark, and I have been acquaintances for several

9 years. When she lived in California, we would occasionally grab dinner or drinks.

10    3.  I have attended events at Lightning Labs' office at the invitation of Elizabeth and

11 Lightning Labs' CTO, Olaoluwa Osuntokun, and have been privately and publicly supportive of

12 them and Lightning Labs. After one of these events, Elizabeth and I stayed late into the evening

13 discussing strategies to amplify our respective products and services and increase fundraising.

14    4.  Because of our relationship, when Lightning Labs announced TARO in April, 2022,

15 the Tari team decided I should speak with Elizabeth since we both had plans to attend Crypto

16 Bahamas 2022 that same month. We also felt that going straight to the top, *i.e.*, Lightning Labs'

17 CEO, stressed the importance of our concerns.

18    5.  While at the event, I direct messaged Elizabeth explaining that Tari has a trademark

19 for TARI® and that the two names will cause confusion. Elizabeth responded that TARO was not

20 consumer facing and was named after a root vegetable. (Dkt. No. 30.) Unconvinced, I insisted we

21 meet face-to-face so that we could discuss. (*Id*.)

22    6.  Elizabeth and I met in person while at the conference and Elizabeth dismissed my

23 concerns and claimed that TARO would not be consumer facing.

24    7.  After the conference, I spoke with the Tari team.

25    8.  The Tari team agreed on an approach to bring the subject up again with Elizabeth

26 and stress the seriousness and urgency of this issue. We hoped that we could come to a resolution

27 without burdening the court.

28

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

9. In June, another Tari co-founder direct messaged Elizabeth and tried again on behalf of Tari. We offered to help Lightning Labs "brainstorm a new name," come up "with some logo concepts," and "frame the announcement of the name change so that it is a positive, joyous thing." We even offered extended use of our "excellent team of designers" and, for transparency, shared a screenshot of actual confusion that occurred on our Tari Telegram Channel, a social media platform. Elizabeth never responded. We followed up a few days later, and again Elizabeth ignored our attempts at resolution. Attached as **Exhibit 1** is a true and correct copy of these direct messages from Tari to Lightning Labs dated June 18 and June 23, 2022.

10. On September 12, 2022, we sent a cease-and-desist letter directly to Elizabeth.

11. We followed up multiple times, and on September 27, 2022, the day before Lightning Labs launched its alpha version of its TARO protocol, counsel for Lightning Labs finally responded offering a co-exist agreement. We declined and promptly engaged present counsel.

12. On September 28, 2022, the day after Lightning Labs responded to our cease-and-desist, Lightning Labs publicly launched its test "alpha daemon" version of its infringing Taro protocol.

13. In my view, our approach prior to filing this lawsuit reflected reasonable and diligent efforts by Tari in balancing protecting its trademark with trying to resolve this dispute out of court with Lightning Labs.

**Lighting Labs' TARO Protocol is Public Facing**

14. In my earlier declaration, I attached countless examples of public statements by Lightning Labs demonstrating that TARO is a protocol that will be used by ordinary, everyday users, who will need to know whether their assets are built to work on the TARO's protocol, the TARI® protocol, or another blockchain, or else risk confusion and frustration. Here is just a small sampling of those examples:

- Elizabeth Starks's statement that the ideal TARO user is "somebody who doesn't want to understand the protocol or bitcoin. It's just somebody who wants to transact cheaply and globally without holding bitcoin themselves," (Jain Decl. ¶ 22)

- Statements made by Mr. Osuntokun at the Starkware Sessions 23 conference that (1) TARO "also support normal and collectible assets … where people call you know nfts"

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

1   [https://www.youtube.com/watch?v=pStJqHrJhVs, (at 11:47 – 11:56); and (2) that TARO would be able to conduct "auction swaps."  *Id*. at 12:39-12:47.

2  • Statements made by Elizabeth Stark in a *Bitcoin Magazine* article regarding Taro dated
3    April 5, 2022, where she said (1) "Taro seeks to enable the issuance of assets and
     collectibles, which are the protocol's form of non-fungible assets, on Bitcoin as well as
4    their transfer on Lightning in a private and secure manner without bloating the
     blockchain. … The design principles of Taro on Lightning draw from that of the
5    internet, where you have complexity at the edges, but you keep the simplicity in
     between,"  The article further identified that a tokenized baseball card or a treasured
6    reward for videogamers, would be the type of digital assets available on TARO (Jain
     Dec. Ex. 20).

7  • The Lightning Labs FAQs Page that advises users that "You Taro wallet will need to
     store Taproot keys as well as Taro keys, plus the knowledge of which assets were held
8    in which UTXOs" (Jain Dec. Ex. 12)

9  • Statements for Defendant's Technical Content Lead, Leo Weese, that (1) "… there will
     be assets ON Taro, hopefully some stablecoins, but maybe also assets similar to
10   "wrapped' assets, or tokenized gold.  It is also possible to create unique assets (like
     NFTs), but whether there is a strong appetite for other things on Bitcoin's network, I
11   don't know."; (2) "gaming is definitely a big market, and there are already successful
     gaming startups in the Lightning ecosystem; and (3) "The biggest hurdle for the
12   Lightning Network at this moment is "finding people that are willing to sell products
     over the Lightning Network, and others who want to buy things with it." (Jain Decl. Ex.
13   13)

14 • Statements by Defendant's CTO that: "[a]s an example, if Alice wants to send Bob a
     Taro stablecoin asset, she'll create a new invoice that quotes, say, $10," and the TARO
15   protocol will do the rest, i.e., "[t]he Taro protocol will specify the extra information that
     needs to be sent to the Lightning peers at the edges in order to update all channels
16   properly, he added." (Jain Decl. Ex. 20)

17      15.      These statements show that Lightning Labs intends for TARO to be consumer-

18  facing in multiple marketplace scenarios. But during our pre-lawsuit discussions, Lightning Labs

19  insisted that TARO would not be consumer-facing and underrepresented the scope of its public use.

20  As we now realize, at the same time Lightning Labs was pushing forward toward the public-facing

21  release of the protocol.

22      16.      TARO will be used by everyday consumers for a wide range of digital assets,

23  including digitized baseball cards and in-game items for online games, and that the key to its

24  success will be finding enough buyers and sellers to use TARO.

25                          **TARI® Has a Strong Market Presence**

26      17.      Lightning Labs' claim that TARI® doesn't have a strong presence in the market is

27  not accurate. TARI® products have thousands of downloads and TARI® has thousands of

28  subscribers to its various social media pages. For example, there have been over 1,000 downloads

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

1   of the TARI Aurora Wallet from the Google Play Store, over 2,000 members on Tari's site on the

2   apps Discord and Telegram, and nearly 8,000 followers on @Tari's Twitter account.  Attached as

3   **Exhibit 2** is a collection of true and correct copies of Tari's downloads and following.

4         18.     Lightning Labs' suggestion that the TARI® trademark is invalid due to an improper

5   assignment of rights from AccessCoin to Tari does not hold water. AccessCoin, the parent

6   company of Tari, assigned its protocol business, including trademarks, to Tari, it's subsidiary.

7   Public records show that we are registered to the same address, and that AccessCoin, LLC is a

8   manager of Tari.  Attached as **Exhibit 3** is a collection of true and correct copies of public records

9   showing the relationship between AccessCoin and Tari.

10               **The TARI® Platform is Not Limited to the Monero Blockchain**

11         19.     It is incredible that Lightning Labs' claims that its product differs from ours because

12   TARI® is built on the Monero blockchain and TARO is built on the Bitcoin blockchain. In my

13   experience, developers "go where the action is" *i.e.*, they are drawn to work on software where the

14   developers think the best or most opportunity for development presents itself.  I personally know

15   developers who develop for multiple platforms and protocols.  If there are developers who work on

16   a single protocol or platform like Bitcoin, they are far from the majority of developers.

17         20.     As purported industry experts, Lightning Labs must know that TARI® leverages

18   Monero as a security foundation, but it can operate independently from Monero, and blockhain

19   protocols like TARI® and TARO can be made interoperable with other blockchains so that it is

20   foreseeable that a TARI asset could end up on the Bitcoin blockchain and vice versa. In 2018,

21   before TARO's inception, Tari had announced plans to build "a standards compliant [] router," that

22   would make "compatible [] Bitcoin, Monero, and Tari." Attached as **Exhibit 4** is a true and correct

23   copy of a Nasdaq article dated May 22, 2018, wherein this announcement was covered.

24         21.     It is surprising that Lightning Labs' insists that our products could never end up

25   side-by-side when the market already allows for this, and is moving more and more in that

26   direction.  Another real-world example is Wrapped Bitcoin, an Ethereum-based token that enables

27   bitcoin (the cryptocurrency) transfers on the Ethereum blockchain.

28

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

22.     Lightning Lab's CTO recently presented at an Ethereum conference, Starkware

Sessions 2023, on how Ethereum products and services can be integrated into the Bitcoin developer

ecosystem. Attached as **Exhibits 5 and 6** are a true and correct copy of this tweet and Starkware

Sessions 2023's website homepage.

23.     Obviously, developers, creators, and consumers often interact with more than one

blockchain, even where there are allegiances. Beyond Lightning Labs CTO's foray into the

Ethereum ecosystem, there are countless poignant examples. Yuga Labs and the Ordinals protocol

is particularly illustrative.

### Yuga Labs and the Ordinals Protocol are a Glimpse Into a Preventable Future

24.     Yuga Labs is one of the most popular NFT creators. One of its Cryptopunk NFTs

sold for $23 million. Attached as **Exhibit 7** is a true and correct copy of a CryptoSlate article dated

February 13, 2022 covering this sell.

25.     It is also known for being one of the oldest NFT creators on the Ethereum network

but it recently announced that it was expanding from Ethereum to Bitcoin using another digital

assets protocol, called Ordinals. Attached as **Exhibit 8** is a true and correct copy of a Blockworks

article covering Yuga Labs announcement of its debut on Bitcoin dated February 28, 2023.

26.     Until Bitcoin's recent update, the Taproot Asset Representation Overlay, on which

Lightning Labs' TARO is built, Bitcoin could not support digital assets. (Because this is very

recent, it makes no sense that Lightning Labs' points out that our examples of confusion do not

show Bitcoin based networks and protocols when creating or browsing NFTs.)

27.     When commenters asked why Yuga Labs expanded from Ethereum to Bitcoin, it

replied "Stepping into the Ordinals Discord a month ago felt like getting a glimpse of the 2017-era

Ethereum NFT ecosystem." *See* Exhibit 8 above.

28.     Ordinals is similar to TARI® and TARO, and is a real-world example of how

TARO will be public facing and confusing if it is allowed to launch under its infringing name.

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

1    29.    Yuga Labs has not announced the details of its impending auction but within a

2  month of the announcement, wallet developers have jumped at the opportunity to build on Ordinals

3  and cater to consumers eager to purchase a Yuga Labs NFT. On February 15 Xverse Wallet

4  announced that it had "launched 1st class support for ordinals"; on February 16 an unaffiliated

5  "Ordinals Wallet" launched; and Hiro Wallet released that it would "roll out expansive support for

6  both Stacks-based NFTs and Ordinal inscriptions." Attached as **Exhibit 9** is a true and correct copy

7  of an NFT now article dated March 1, 2023 covering the launch of these Ordinals wallets.



17    30.    NFT marketplace, like OpenSea, will also soon promote that they also support

18  Ordinals assets, as they are being called. *See* Exhibit 9 above.

19                    **TARO-Branded Products are Already on the Market**

20    31.    Lightning Labs' claim that it "does not offer, and has no plans to ever offer, a

21  TARO-branded blockchain, a TARO-branded wallet, or a TARO-branded token" is meaningless.

22  There is already a TARO wallet in the development stages, and it provides "Taro (testnet)

23  cryptocurrency." This wallet does not appear to be created by anyone on Lightning Labs' team, but

24  that is exactly the point. As Lightning Labs' must know, the nature of open-source code means that

25  anyone can create a "TARO-branded blockchain, a TARO-branded wallet, or a TARO-branded

26  token." Lightning Labs actively encourages creators and developers to develop consumer facing

27  products. Attached as **Exhibit 13** is a copy of the Taro web wallet website.

28

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

1    32.    The TARO wallet will compete directly against the TARI® wallet for consumers.

2   This will lead to widespread confusion as consumers search, download, and/or purchase wallets for

3   digital assets.

4    33.    Consumers will also need to know whether they are purchasing a "TARO asset," or

5   a "TARI® Asset," as denominated in articles already. Likewise, invoices for digital assets will

6   specify whether it is a TARO asset or a TARI® asset. (Jain Dec. Ex. 20).

7    34.    Again, Lightning Labs' claim that it does not plan to launch a TARO-branded token

8   will not prevent confusion. Lighting Lab seemingly admits this on its own website. ((*Id.* ("be aware

9   of anyone trying to sell you [a TARO Token]!  But there will be assets ON Taro, hopefully some

10  stablecoins . . .")).

11    35.    The danger of such confusion was demonstrated last week when a popular crypto

12  exchange site, Coinbase, announced the launch of a layer two blockchain network, called Base.

13  Despite Coinbase's explicit statements that it had no plans to launch a token in connection with the

14  BASE network, cryptocurrency enthusiasts bought an unrelated and unaffiliated token named

15  BASE, causing the token's price temporarily to rise 250%.  Attached as **Exhibit 10** is a copy of an

16  article from TheBlock dated February 23, 2023, reporting on the confusion.

17              **Tari's Examples of Confusion Show Inevitable Confusion Will Occur**

18    36.    In my earlier declaration I discussed five real world examples of how and where

19  consumers may get confused between TARI and TARO.  The TARO Wallet and TARO

20  cryptocurrency, Ordinals and Yuga Labs underscore those examples. TARI® and TARO will end

21  up side-by-side on these platforms, and it will inevitably confuse developers, creators, and end

22  users. As further illustration of how that confusion will arise, annexed hereto are demonstrative

23  examples, **Exhibit 11**, illustrating how the confusion will likely occur once TARO launches.

24    37.    Lightning Labs' attempts to discredit the examples make no sense. Sites like OpenSea

25  and OpenZeppelin do not currently support Bitcoin, because until the recent upgrade, the Taproot

26  Asset Representation Overlay that enabled TARO, the creation of digital assets on Bitcoin was not

27  feasible. The current NFT marketplaces like OpenSea, and coding wizards, like OpenZeppelin, will

28  expand to support other blockchains and protocols or new marketplaces and wizards will.

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

38.     Lightning Labs' hang up on nomenclature doesn't reflect the current state and evolution of the market, which defies the standard every day. Several of the protocols listed on the example aren't just one of anything or are a combination of several. Polygon, for example, which OpenSea and the Coinbase Wallet support is a Layer 2 protocol built on the Ethereum blockchain, but it is also its own blockchain. Likewise, Solana, Cosmos, and Starknet do not fit neatly into these categories.

39.     As the market changes, the nomenclature on these sites will too. Whether these developers choose to list TARI® and/or TARO under Chains, Network, by logo, or by name, will ultimately be up to the developers, and under a free open-source code, it is less about precise nomenclature but is to alert consumers that the platform or application sells what consumers came to buy. This must be communicated to consumers or consumers will not bother with the product or service.

**Confusion is Already Rampant in the Digital Assets World**

40.     The blockchain industry has had a lot of negative press recently and it is important to its future success that it weeds out bad actors and malfeasance. Preventing further consumer losses and confusion is clearly critical to these efforts. Lightning Labs should be enjoined because it undermines these efforts at the expense of Tari.

41.     Other users have mistyped Tar*o* when meaning to type Tar*i*. Attached as **Exhibit 12** is a collection of true and correct copies of these instances on Tari's Telegram Channel.

JAIN DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO PRESERVE THE STATUS QUO AND MOTION FOR PRELIMINARY INJUNCTION

1        I declare under penalty of perjury that the foregoing is true and correct to the best of my

2   knowledge.

3

4   Dated:  March 2, 2023                  By:

                                             DocuSigned by:

                                             *Naveen Jain*

                                             91E1A101956A45A...

5                                                NAVEEN JAIN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                   Case No. 3:22-cv-07789-WHO