# EXHIBIT 1

 elizabeth stark 💫

> Hellooooooo! Heard that Naveen chatted to you in person at Crypto Bahamas about the Tari / Taro naming issue. Obviously we're looking for the smoothest path to resolve this, and in light of that we've spoken to our GC and our trademark attorneys to get their opinion. The tl;dr is that unless we defend our trademark, we risk losing it. Given that both Tari and Taro are decentralised asset protocols, and given that there's a single letter that separates them, there's no doubt that developers would get confused. Their pronunciation is even similar 😆



> In fact, we've recently started to have users bring it up in the Tari group on Telegram, confused about whether Lightning Labs is now working on Tari, and why Tari is now being built on Bitcoin, so the confusion isn't just hypothetical.

> I wonder if it wouldn't be possible for us to help you brainstorm a new name? We'd happily help with some logo concepts, too - we have an excellent team of designers! And naturally we'd be happy to help you to frame the announcement of the name change so that it is a positive, joyous thing.

> We really want to be as helpful as possible here, please let me know how we can do that :)

Jun 18, 2022, 6:40 PM

> Just checking in to see if you got my message?

Jun 23, 2022, 8:01 PM · Sent

   Start a new message