# EXHIBIT 2

Explore

Settings

Tari
508 Tweets

Follow

**Tari**
@tari

The mission for the Tari project is to be the most useful decentralized platform that empowers anyone to create digitally scarce things people love.

Oakland & Johannesburg tari.com Joined May 2018

**6** Following **7,393** Followers

**Tweets** Tweets & replies Media Likes

Pinned Tweet
**Tari** @tari · Jan 19, 2022
New Year, New Tari testnet

The Dibbler testnet will be starting on January 26, 2022.

There might be some surprises for you leading up to launch so turn notifications on 🔔🔛👀

Read more about the testnet reset here:

tari.com
Tari
The protocol for digital assets

8 9 58

Tari Retweeted
**Dan "fuserleer.eth" Hughes** @fuserleer · Oct 21, 2022
Stonking praise here from @caylesharrock @tari about what we're doing here @radixdlt with #cerberus ☺️

Search Twitter

**New to Twitter?**
Sign up now to get your own pers
Sign up with G
Sign up with A
Create accou
By signing up, you agree to the T Privacy Policy, including Cookie U

**What's happening**

NHL · Last night
**Coyotes at Stars**

Sports · Trending
**#CopaDelRey**
42.8K Tweets

Trending in United States
**#MurdaughTrial**
Trending with OJ Simpson

Trending in United States
**Tornado Watch**
4,955 Tweets

Sports · Trending
**#ElClasico**
97.2K Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ··· © 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

4:55

◀ Search

1

Tari

2,073 members, 203 online

James Scarly Marly

> John Davies
> You are a shit privacy advocate that is associat...

Hey John; how's Radix doing these days? Recognise you from back in 2020 or something , haven't seen you post much for a while. 1:23 PM

John Davies

I'm not leaving tari. I'll never do anything with my yats 1:23 PM

> James Scarly Marly
> Hey John; how's Radix doing these days? Reco...

Never heard of radix besides in this room 1:24 PM

James Scarly Marly

> John Davies
> Never heard of radix besides in this room

Well, we both know that's not true ;-) Sorry if I blew your cover tho 1:24 PM

John Davies

Lol 👍 1:24 PM

February 28

li jingang

Why is a file missing after I download and decompress the installation package 2:19 AM

Mike (stringhandler) admin

do you know which one 2:25 AM

and which version 2:25 AM

Message

   

Games Apps Movies & TV Books Kids

# Tari Aurora

Tari Labs

4.1★
29 reviews

1K+
Downloads

Everyone ⓘ

Install

Add to wishlist

You don't have any devices

## About this app →

SAY HELLO TO EMOJI ID™

Sending and receiving digital currencies is anxiety-inducing. One wrong character, and your money is gone forever. To solve this problem, addresses on the Tari network are strings of Emoji. The Tari community calls this revolutionary address form factor Emoji ID. With Emoji ID, the first three and last three emojis are easier to identify and recall than random characters, and each Emoji ID includes a checksum to ensure the addres…

Updated on

Google Play

Games Apps Movies & TV Books Kids

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

No data shared with third parties
Learn more about how developers declare sharing

No data collected
Learn more about how developers declare collection

See details

## Ratings and reviews

Ratings and reviews are verified

4.1

5
4
3
2
1

29 reviews

N

N S

★★★★★ October 8, 2020

This app is awesome. Really looking forward to Tari mainnet but for now there's plenty of fun to be had on Aurora and Testnet. Created wallet, sent transaction, checked out the store. Everything has worked amazing can't wait to see what's next.

2 people found this review helpful

Did you find this helpful? Yes No

3/2/23, 6:52 PM Case 3:22-cv-07789-WHO Document 45-2 Filed 03/02/23 Page 6 of 7
Tari Aurora - Apps on Google Play

Games Apps Movies & TV Books Kids

On first install the tari network was down.after second try cannot send tari and 3rd go now the app constant crashes . Needs alot of work .

3 people found this review helpful

Did you find this helpful? Yes No

Yakki Bytes

★★★☆☆ August 15, 2022

Battery drainer. Beautiful interface. If you guys could actually get Tari launched it would be a game changer

Did you find this helpful? Yes No

See all reviews

## What's new

In this release, we changed the way how we inform our users about the backup process. Now, pop-ups will appear on the screen when the user reaches a certain token amount.

We also enabled the cloud backup options. From now you can again back up and restore your wallet from the cloud.

## Developer contact

Flag as inappropriate

Google Play

Play Pass

Play Points

Gift cards

Redeem

https://play.google.com/store/apps/details?id=com.tari.android.wallet&hl=en_US&gl=US 3/4


3/2/23, 6:52 PM Case 3:22-cv-07789-WHO Document 45-2 Filed 03/02/23 Page 7 of 7
Tari Aurora - Apps on Google Play

Games Apps Movies & TV Books Kids

Parent Guide

Family sharing

Terms of Service Privacy About Google Play Developers Google Store

United States (English (United States))

https://play.google.com/store/apps/details?id=com.tari.android.wallet&hl=en_US&gl=US 4/4