# EXHIBIT 3

# AccessCoin, LLC
## SEC CIK #0001717137

SEC.report (https://sec.report) › / CIK (https://sec.report/CIK) › / AccessCoin, LLC (https://sec.report/CIK/0001717137)

**AccessCoin, LLC** is incorporated in the state of Delaware. For financial reporting, their fiscal year ends on December 31st. This page includes all SEC registration details as well as a list of all documents (S-1, Prospectus, Current Reports, 8-K, 10K, Annual Reports) filed by AccessCoin, LLC.

### Company Details

| | |
|---|---|
| Reporting File Number | 021-296509 |
| State of Incorporation | DELAWARE |
| Fiscal Year End | 12-31 |
| Date of Edgar Filing Update | 2017-10-12 |
| Business Address | 2201 BROADWAY SUITE 100 OAKLAND CA 94612 |
| Business Phone | 650-838-4434 |
| Mailing Address | 2201 BROADWAY SUITE 100 OAKLAND CA 94612 |

### –Documents

Email Notifications 📢  🔊 (/CIK/0001717137.rss)

| Form | Title | Date |
|---|---|---|
| D | Stock / Securites Offering (/Document/0001717137-21-000001/) | 2021-04-22 00:00:00 |
| D/A | Stock / Securites Offering [Amended] (/Document/0001717137-18-000003/) | 2018-09-11 16:12:57 |
| D | Stock / Securites Offering (/Document/0001717137-18-000002/) | 2018-05-30 12:24:34 |
| D | Stock / Securites Offering (/Document/0001717137-18-000001/) | 2018-05-15 14:53:07 |
| D | Stock / Securites Offering (/Document/0001717137-17-000001/) | 2017-10-12 14:25:36 |

0-50 of 5 Results

© 2022 SEC.report | Contact (https://sec.report/contact.php) | (https://www.reddit.com/search/?q=site%3Asec.report) | (https://twitter.com/EdgarInsider)

Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied.

SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)

SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)





# California
### Secretary of State

- Home
- **Search**
- Forms
- Help

**Business**    UCC

Login

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

### Basic Search

- A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number.

## TARI LABS, LLC (201928310304)  ✕



Request Certificate

| | |
|---|---|
| Initial Filing Date | 10/03/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 2201 BROADWAY, SUITE 100 OAKLAND, CA 94612 |
| Mailing Address | 2201 BROADWAY, SUITE 100 OAKLAND, CA 94612 |
| Statement of Info Due Date | 10/31/2023 |
| Agent | 1505 Corporation 2618 GLOBAL VIRTUAL AGENT SERVICES, INC. 12340 SEAL BEACH BLVD B-424 SEAL BEACH, CA  90740 |


View History


Request Access

Skip to main content    State



California
Secretary of State

Business | UCC

Login

Home
Search
Forms
Help

Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

- An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

- An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the

Skip to main content

TARI LABS, LLC (201928310304)  

Request Certificate

| | |
|---|---|
| Initial Filing Date | 10/03/2019 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 2201 BROADWAY, SUITE 100 OAKLAND, CA 94612 |
| Mailing Address | 2201 BROADWAY, SUITE 100 OAKLAND, CA 94612 |
| Statement of Info Due Date | 10/31/2023 |
| Agent | 1505 Corporation 2618 GLOBAL VIRTUAL AGENT SERVICES, INC. 12340 SEAL BEACH BLVD B-424 SEAL BEACH, CA  90740 |


View History


Request Access

State





California
Secretary of State

Business UCC Login

Home
Search
Forms
Help

*from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

Tari Labs

**Advanced Search**

**Search Filter**

- (•) Contains (Keywords)
- ( ) Starts with

**Search Type**

- (•) Entity Information Search
- ( ) Publicly Traded Disclosure Search

Entity Type: All

Status: All

Initial Filing Date

Start: MM/DD/YYYY

End: MM/DD/YYYY

Search | Clear Filters

## TARI LABS, LLC (201928310304)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 10/03/2019 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 2201 BROADWAY, SUITE 100<br>OAKLAND, CA 94612 |
| *Mailing Address* | 2201 BROADWAY, SUITE 100<br>OAKLAND, CA 94612 |
| *Statement of Info Due Date* | 10/31/2023 |
| *Agent* | 1505 Corporation<br>2618<br>GLOBAL VIRTUAL AGENT SERVICES, INC.<br>12340 SEAL BEACH BLVD B-424<br>SEAL BEACH, CA 90740 |

View History | Request Access

Skip to main content State

California
Secretary of State

Business UCC Login

Home

Search

Forms

Help

| Entity Information | Initial Filing Date |
|---|---|
| TARI LABS, LLC (201928310304) | 10/03/2019 |

## TARI LABS, LLC (201928310304)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 10/03/2019 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 2201 BROADWAY, SUITE 100 OAKLAND, CA 94612 |
| *Mailing Address* | 2201 BROADWAY, SUITE 100 OAKLAND, CA 94612 |
| *Statement of Info Due Date* | 10/31/2023 |
| *Agent* | 1505 Corporation 2618 GLOBAL VIRTUAL AGENT SERVICES, INC. 12340 SEAL BEACH BLVD B-424 SEAL BEACH, CA 90740 |

View History

Request Access

© 2022 CA Secretary of State

Learn how to leverage transparent company data at scale. Subscribe to our emails

# opencorporates

The Open Database Of The Corporate World

Search

● Companies  ○ Officers

- Log in/Sign up

# TARI LABS, LLC branch

Company Number
  201928310304
Status
  Active
Incorporation Date
  3 October 2019 (about 3 years ago)
Jurisdiction
  California (US)
Branch
  Branch of TARI LABS, LLC (Delaware (US))
Registered Address
  - 2201 BROADWAY, SUITE 100
  - OAKLAND
  - 94612
  - United States

Agent Name
  GLOBAL VIRTUAL AGENT SERVICES, INC
Agent Address
  12340 SEAL BEACH BLVD B-424 SEAL BEACH CA 90740

Directors / Officers

  - AccessCoin, LLC, manager
  - GLOBAL VIRTUAL AGENT SERVICES, INC, agent

Inactive Directors / Officers

  - ACCESSCOIN, LLC
  - LOUIS WILLACY, agent

Registry Page
  https://bizfileonline.sos.ca.gov/sear...

**Source** California Secretary of State, https://bizfileonline.sos.ca.gov/sear..., 10 Jul 2022

update from registry

## Company Addresses

[Mailing Address](#)

2201 BROADWAY, SUITE 100, OAKLAND, CA, 94612

## Latest Events

2019-10-03
    [Incorporated](#)
2019-10-03 - 2021-04-30
    [Addition of officer ACCESSCOIN, LLC,](#)
2019-10-03 - 2021-04-30
    [Addition of officer LOUIS WILLACY, agent](#)

[See all events](#)

## Corporate Grouping [User Contributed](#)

None known. [Add one now?](#)
[See all corporate groupings](#)

## [Similarly named companies](#)

- 🇺🇸 [TARI LABS, LLC](#) (Delaware (US), 16 Mar 2018- )

## Home company

🇺🇸 [TARI LABS, LLC](#) (Delaware (US), 16 Mar 2018- )  [details](#)

* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry ([see source](#), above) should always be referred to for definitive information
Data on this page last changed November 2 2022

**Problem/question about this data?** [Click here](#)

**API Open Data**

For access please [Log in / Sign up](#)

# About us

- [About](#)
- [Blog](#)
- [Team](#)
- [Governance](#)
- [Jobs](#)

# Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

# Help

- API Reference
- Glossary
- Status

# Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

# Impact

- Impact
- Grants