# EXHIBIT 5



← **Thread**

**Olaoluwa Osuntokun**
@roasbeef

my talk about STARKs on Bitcoin from #StarkWareSessions2023 is now up: youtube.com/watch?v=pStJqH…

I talk about ways STARKs can be intro'd into BTC dev ecosystem (shouting out @ZeroSync_ along the way), then dive into Taro + outline 3 paths to STARK integration for proofs+validation

---

youtube.com
StarkWare Sessions 23 | STARKs on Bitcoin: From Outside…
About the Talk: STARKs can be introduced into the BTC development ecosystem (bitcoin p2p, chain sync, LN, etc)…

---

11:56 AM · Feb 20, 2023 · **30.8K** Views

**37** Retweets    **5** Quote Tweets    **103** Likes

---

**C**    Tweet your reply                                           Reply

---

**Olaoluwa Osuntokun** @roasbeef · Feb 20
Replying to @roasbeef
link to slides here:

---

docs.google.com
STARKs on Bitcoin: From Outside In
STARKs on Bitcoin: From Outside In Laolu Osuntokun STARKWARE Sessions 2023 …

💬 1        🔁 5        ♥ 10        3,023

---

**L E R** 🍌 @BTC_LER · Feb 20
Replying to @roasbeef and @ZeroSync_
Listening to @roasbeef at 2x before bed