# EXHIBIT 6



AGENDA
SPEAKERS
PARTNERS
ABOUT
GALLERY
Watch StarkWare Sessions 23

# Thanks for joining us on StarkWare Sessions 23!

We want to thank all the hundreds of people attending this special event.

If you missed out on the live event, now is your chance to catch up on all the exciting insights and discussions.

watch the entire StarkWare Sessions event at the link below.

**Watch StarkWare Sessions 23**

GENERAL AGENDA



Jan 31-Feb 7, Tue - Tue

StarkNet Building Hacker House TLV

Feb 1, Wed

STARK 101 Workshops

Feb 2, Thu

Tel Aviv StarkNet Builders Meet-up

Feb 3, Fri

StarkNet 101 Workshop

Feb 5-6, Sun-Mon



StarkWare Sessions

Feb 6, Mon

Startup Day @ StarkWare Sessions

Feb 6, Mon

STARKNIGHT

Feb 8, Wed

M337 MetaMask

MAIN SPEAKERS



**Shafi Goldwasser**

Turing Award Winner
Scientific Advisor @ StarkWare



**Eli Ben-Sasson**

Co-Founder & President @ StarkWare



**Noam Nisan**

Godel Prize Winner
Principal Researcher @ StarkWare



**Dankrad Feist**

Researcher, Ethereum Foundation



**Emin Gün Sirer**

Co-Founder & CEO, Ava Labs



**Olaoluwa Osuntokun**

Co-Founder & CTO, Lightning Labs



**Stani Kulechov**

Founder & CEO, The Aave Companies



**Larry Cermak**

VP of Research, The Block

**VIEW ALL SPEAKERS**

MAIN PARTNERS



# STARK**SCAN**



# Early Birds Tickets
## Will be available until 04/01 (or sold out)

**Sold Out**

**Standard Ticket**

Sold Out

**Student Ticket**

A valid student ID must be shown upon entry

Sold Out