# EXHIBIT 10

**THE BLOCK PRO HAS ARRIVED.** A new platform powered by the industry's most sought-after experts. Learn more

# Base Protocol's token jumps 250% despite no affiliation with Coinbase

by Sam Venis

EXCHANGES • FEBRUARY 23, 2023, 2:23PM EST



The Block

     

**QUICK TAKE**

- Base Protocol's token, BASE, jumped more than 250% today to nearly $7.50 at its peak.
- Speculators believed the coin was associated with Base, a Layer 2 network launched today by Coinbase, despite an announcement stating that "we have no plans to issue a network token."

Advertisement

 THE BLOCK 

LMAX Digital  LIVE   BTCUSD  $ 23,484.50  0.28%    ETHUSD  $ 1,650.01  0.53%    LTC



Base Protocol's token skyrocketed today, reaching a high of nearly $7.50 around 11:30 a.m EST after months of price stagnation below $1.







The spike may have been caused by a misunderstanding.

Earlier today, exchange giant Coinbase announced the launch of Base, a Layer 2 blockchain network built using Optimism's OP Stack.

Despite launching the network with the proviso that "we have no plans to issue a network token," speculators began to buy $base, a token with no direct affiliation to Coinbase.

Within hours, the price of $base had risen nearly four times, despite falling in later hours of trading.

As one Twitter user put it, "nobody reads the fine print..."

# THE BLOCK

## CONTENT

News
Data
PRO
Newsletters

## MULTIMEDIA

Events
Reports
Podcasts

## CONNECT

Google News
Twitter
LinkedIn
Instagram
Telegram
Facebook
Spotify

## COMPANY

About Us
Editorial Team
Advertise
Careers
Conflicts of interest
Disclosures

© 2023 THE BLOCK. ALL RIGHTS RESERVED.
PRIVACY POLICY ▪ TERMS OF SERVICE ▪ SECURITY