# EXHIBIT 11

BRAUN**HAGEY** & BORDEN LLP

*Tari Labs v. Lightning Labs*

**Examples of Likely Overlap Between Tari/Taro in Market**

I.      **EXAMPLE #1: CONFUSION IN CREATING NFTS (JAIN DECL. ¶ 36, EX. 28)**

    A.      **User Chooses to Create Digital Asset**



1

Page 2

B.	Taken to "Create New Item" Page



C. **User Selects Blockchain**



Page 4

    **D.**    **Illustration: User Selects Blockchain with Tari and Taro as Selection Options**



4

Page 5

## II. EXAMPLE #2: BROWSING DIGITAL ASSETS (JAIN DECL. ¶ 37, EX. 29)

### A. OpenSea HomePage



Page 6

    **B.**    **Illustration: OpenSea HomePage with Tari and Taro as Selection Options**



## III. EXAMPLE #3: CHOOSING DIGITAL WALLETS (JAIN DECL. ¶ 38, EX. 30)

### A. Coinbase Wallet (Advertises Compatibility with Protocols)



**B.     Illustration: Coinbase Wallet (Advertises Compatibility with Protocols) including Tari and Taro**



Page 9

## IV. EXAMPLE #4: SMART CONTRACTS (JAIN DECL. ¶ 39, EX. 31)

### A. OpenZeppelin Smart Contract Wizard with Protocol Selection



9

**B.     Illustration: OpenZeppelin Smart Contract Wizard with Protocol Selection with Taro and Tari**



Page 11

## V.　　EXAMPLE #5 DEVELOPMENT TOOLS (JAIN DECL. ¶ 40, EX. 32)

### A.　　Alchemy Infrastructure Tools with Chain Selection



11

**B.  Illustration: Alchemy Infrastructure Tools with Chain Selection including Tari and Taro**

