# EXHIBIT 12



GIF

8:08 PM

**BTCLovera**

Thank's guys!!! I just received the total amount
8:20 PM

Thanks very much for everyone   8:20 PM

June 27, 2020

**patric pan**

Just completed this amazing taro wallet
🔔😿🍺😱🏈🌈🌹📌📈🐸🚂🎨🔪🔩
🌏👹🍫🍔👕💲🍊⭐🔮💕👀🐙🏭
🐛🎈🚗🎸🐱🍵🐫
3:53 AM

Just one doubt, when I created this wallet, I didn't use private key. Where can I get the key if I have problem with current wallet
3:58 AM

Thanks for sending me lot of Tari. Yes Tari is the future.
4:02 AM

Sooo fast transaction. Amazing speed
4:10 AM

**Deleted Account**

I sent you some :)   5:03 AM

**Villarenzo**

How does one open a tari wallet

Q Taro                                    ⊗        Cancel



3:30 AM

**Deleted Account**
Hey it's a <mark>taro</mark>  7:00 AM

Tari  7:00 AM

Curious tari seems like a game changer but people not talking about it. It's like a parallel anonymous net right? Where all the mundane transactions are anonymous am I right?

7:02 AM

Aka Maltese coin  7:04 AM



7:04 AM

**Deleted Account** joined the group

February 22, 2019

**Deepanshu** joined the group

ЮОΞ 🐙 🍴 \ (ʂ₂∘ᗣ∘₂ℓ)ӌ
came across tari on here
multicoin.capital/portfolio/
yours is the only project without a link to its site
idk if it'd be weird for me to contact

Q Taro ⊗     Cancel

notes                                    6:22 AM

**Deleted Account**
Is the constant "==Taro== Aurora wallet service is running" notification a result of a workaround for GSF specifically for the privacy APK, or is this related to the interactive nature of MW?
                                         7:54 AM

No battery issues this time for me btw
                                         7:56 AM

I know I can deactivate the notification, but I am curious which purpose it is for as I don't have a googled android device on hand to check
                                         7:59 AM

Also, what kind of overhead is there for the "always on" interactive transactions of MW for Tari compared to a more passive "scans when you open the app" of wallets like Cake?
                                         8:01 AM

**Strider**
| **Deleted Account**
| Is the constant "Taro Aurora wallet service is r...
This is a requirement of the Android platform when using foreground services. You have to display the notification.
                                         8:04 AM

**Strider**
| This is a requirement of the Android platform...
Display the notification to the user that is.
                                         8:06 AM

**C.Lee Taylor**                          admin
| **reves**
| Hi there, I am trying to run a node and set ter a

9 of 11                              ∧    ∨

10:11

Taro

Cancel

transactions not processing  3  9:50 PM

**Enki**
Whatever the case, Taro has its niche use of digital assets. Once used by game companies the first users and companies will gain lots of wealth. My prediction. Tari is not a privacy by default as I understand it. Correct me if I'm wrong. Tari has privacy options
3  9:50 PM

**Michael Stark**
| I still seem to be having an issue with tran...
Confirmation time is a longer than instant as I understand it.
9:50 PM

**Michael Stark** ⭐
| Enki
| Confirmation time is a longer than instant as I...
Look at the date it was sent
9:51 PM

26 April 2021  9:51 PM

**Arjuna Arjuna**
| Enki
| Whatever the case, Taro has its niche use of di...
not by default but its built on monero so you can chose to use monero privacy features. so for me is not that important gaming usabilities but that tari will be like ethereum private
9:51 PM

**Michael Stark** ⭐
| Arjuna Arjuna
| not by default but its built on monero so you c...
I wouldn't compare it to Ethereum
9:52 PM

Taro                                         Cancel

**Fox Danger Piacenti**
"That's Greg. We know him. Give him some Tari."
4:59 PM

**KYC Enthusiast** ⭐
> **Eric Schwarz**
> can only be purchased with KYC?

We tari is kyc only which is why I'm here I'm enthusiastic about kyc
5:42 PM

**Muh Russia**
I hate KYC     1   6:06 PM

**KYC Enthusiast** ⭐
KYC is important to stop terrorists and pesky money launderers
9:01 PM

**Charles S**
I am sellin taro   9:16 PM

October 2, 2021

**Eric Schwarz**
> **Muh Russia**
> I hate KYC

KYC is shit   1:34 AM

**bizzle**
lmao you guys getting triggered   1:51 AM

KYC will obviously depend on the exchange you use, not the coin
1   1:52 AM

**ZEK**
When we can invest to this project?
1   3:37 AM

7 of 11