UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARI LABS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIGHTNING LABS, INC.,<br><br>　　　　　Defendant. | Case No.  3:22-cv-07789-WHO<br><br>**ORDER FOR DEFENDANTS TO PROVIDE SUR-REPLY**<br><br>Re: Dkt. Nos. 43, 46 |

The plaintiffs filed a reply brief in support of their Motion for a Temporary Restraining Order, which revealed for the first time the existence of the "Taro Web Wallet." [Dkt. Nos. 43, 46 at 1:10-2:3, 9:14-22]. The defendants are ORDERED to file a sur-reply responding **only** to these new allegations. The sur-reply shall be no more than four pages and shall be filed by 3:00 p.m. on Monday, March 6, 2023.

**IT IS SO ORDERED.**

Dated: March 3, 2023



William H. Orrick
United States District Judge