# EXHIBIT A

# Taro Web Wallet [Testnet]

Cryptocurrency wallet for the Taro protocol. Trade, exchange and mint altcoins and NFTs directly on Bitcoin blockchain.



**OUR MISSION**

## User friendly Taro Web Wallet on testnet



**Taro protocol** is an on-chain protocol that allows for the minting of alternative currencies, stablecoins and collectibles/NFT to be recorded on the Bitcoin blockchain. Taro protocol leverages Schnorr signatures and Merkle trees to represent digital assets and it relies both on Bitcoin base layer and well as L2 lightning layer.

Taro wallet gives users a web interface to interract with taro deamon running on Bitcoin testnet without the need for you to operate a Lightning node.

**CREATE WALLET**

STATUS OF TARO WALLET

# Taro wallet is still in Alpha

Taro wallet is based on *tarod deamon*. Tarod is still an experimental software with bugs often causing loss of all funds and the need to nuke the wallet database. The wallet software itself is also in Alpha.

This wallet is still on testnet and the funds being transacted represent no real-life value.



TARO FAUSETS

# Taro asset testnet fausets

We expose a number of facets to help you test your taro testnet node.







© 2023 Adam Ivanksy , All Rights Reserved    Privacy Policy  |  Terms & Conditions