# EXHIBIT B



### Web wallet for Taro protocol

44 sats \ 0 comments \ @snow88488 26 Jan ...

I have written a simple web wallet for Taro Protocol on testnet. If you are experimenting with tarod on top of your lnd this could help you with testing. https://testnet.tarowallet.net/

Please share feedback on how it works for you.

**write**   preview

**reply**

▸ **related**

rewards

analytics  \  chat  \  rss

faq  \  guide  \  story  \  changes  \  privacy

connect:   03cc1d0932bb99b0697f5b5e5961b83ab7fd66f1efc4c9f5c7ba   copy

This is free open source software  made with sound love in Austin  by  @k00bideh