# EXHIBIT C



# Frequently Asked Questions



## 👉 What is Taro?

**Taro protocol** is a cryptographics protocol based on Merke trees and Schnorr signatures that allows for representation of alternative currencies and non-fungible tokens (NFTs) on Bitcoin blockchain.

## 👉 What is taro web wallet

Taro web wallet is a website that allows you to securely access taro protocol without the need to operate Lnd, Tarod, Bitcoind or any other software required.



A cryptocurrency wallet for taro protocol. Send, receive, exchange and store Taro assets.

Your email address    SUBSCRIBE

© 2023 Adam Ivanksy , All Rights Reserved    Privacy Policy  |  Terms & Conditions