1  Christopher S. Ford (State Bar No. 337795)
       csford@debevoise.com
2  DEBEVOISE & PLIMPTON LLP
3  650 California Street
   San Francisco, CA 94108
4  Tel: 415-644-5628

5  Megan K. Bannigan (*Pro Hac Vice*)
       mkbannigan@debevoise.com
6  Timothy Cuffman (*Pro Hac Vice*)
       tcuffman@debevoise.com
7  DEBEVOISE & PLIMPTON LLP
8  66 Hudson Boulevard
   New York, NY 10001
9  Tel: 212-909-6000

10 *Attorneys for Defendant
11 Lightning Labs, Inc.*

12                     UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                          SAN FRANCISCO DIVISION

14

15 ----------------------------------------------------------- x
                                                               :   CASE NO.: 3:22-cv-07789-WHO
16 TARI LABS, LLC,                                             :
                                                               :   **DECLARATION OF
17                  Plaintiff,                                 :   CHRISTOPER S. FORD IN
                                                               :   OPPOSITION TO PLAINTIFF'S
18                  -against-                                  :   MOTION FOR A TEMPORARY
                                                               :   RESTRAINING ORDER**
19 LIGHTNING LABS, INC.                                        :
                                                               :
20                  Defendant.                                 :
                                                               :
21 ----------------------------------------------------------- x

22

23

24

25

26

27

28

I, Christopher S. Ford, hereby declare:

1. I am an attorney licensed to practice before this Court and am counsel of record for Defendant Lightning Labs, Inc. ("Lightning Labs"). I make this declaration based on personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the website https://aurora.dev/start as it appeared on March 6, 2023.

3. Attached as **Exhibit B** is a true and correct copy of the website https://aurora.tari.com, as it appeared on March 6, 2023.

4. Attached as **Exhibit C** is a true and correct copy of the Apple App Store page for "Tari Aurora", as it appeared on March 6, 2023.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March 2023, in San Francisco, CA.

    /s/  Christopher S. Ford
    Christopher S. Ford