# EXHIBIT A

AURORA+ | Claim your free transactions →

# Get started with Aurora

Whether you're an individual looking to use one of the apps or a developer wanting to build on Aurora, now is the time to get started.

Enjoy 50 free transactions a month with your free Aurora+ account!

I want free transactions

## Aurora Network

Aurora is an Ethereum Virtual Machine (EVM) running on the NEAR Protocol, and one of the most exciting Ethereum scaling solution in the ecosystem. Get started today by bridging tokens from Ethereum to Aurora, and then explore the growing number of modern apps running on Aurora!

- Bridge assets on Rainbow Bridge

- See supported tokens
- Browse apps on Aurora
- Join our Discord

- Read the developer docs
- Get Aurora ETH from our faucet

mainnet testnet

RPC URL
https://mainnet.aurora.dev

Chain ID
1313161554

Currency Symbol
ETH

Block Explorer URL
https://aurorascan.dev/

# AURORA Token

$AURORA is the governance token of the Aurora network, used by the AuroraDAO to promote sustainability through the alignment of incentives among users, apps and the protocol itself.

- Read about the tokenomics
- Swap on TriSolaris
- Swap on WannaSwap
- Explore on CoinMarketCap

  Explore on CoinGecko

Contract Address

0x8bec47865ade3b172a928df8f990bc7f2a3b9f79

Symbol

AURORA

Decimals

18

Add token

---

# Jump right in

Whether you're an individual looking to use one of the projects or a developer wanting to build on Aurora, now is the time to get started.

    

## Discover Aurora+

Enjoy free transactions and unique ecosystem rewards.

Get started

## Rainbow Bridge

Transfer tokens between Ethereum, NEAR & Aurora

Transfer tokens

## Aurora

Browse da already laun

Brow

## About

About Aurora

News & Updates

Press Kit ↗

Videos

## Ecosystem

Ecosystem Apps

Tokens

Partner Program

Aurora DAO

AURORA Token

AURORA Futures Token

Faucet

Rainbow Bridge ↗

## Developers

Documentation ↗

Block Explorer ↗

Faucet

Testnet Bridge ↗

3/6/23, 3:48 PM Case 3:22-cv-07789-WHO Document 50-1 Filed 03/06/23 Page 6 of 7 Aurora is NEAR's EVM solution for Ethereum apps to scale.

Audits
Bug Bounty Program ↗
Discord ↗
GitHub ↗
Support
Get Help
Knowledge Base ↗
Contact
Discord ↗
Discord
Forum
Telegram
Twitter
YouTube
GitHub
Instagram
Medium
Facebook
AURORA
© 2023 Aurora
Privacy Policy

https://aurora.dev/start 5/6

3/6/23, 3:48 PM Aurora is NEAR's EVM solution for Ethereum apps to scale.
Case 3:22-cv-07789-WHO Document 50-1 Filed 03/06/23 Page 7 of 7

Terms of Use

https://aurora.dev/start 6/6

