# EXHIBIT B





## What is Aurora?

Setting the bar for the Tari developer and creator community

Aurora is a reference-design mobile wallet app for the forthcoming Tari digital currency. The goal is for creators and developers to be able to use the open-source Aurora libraries and codebase as a starting point for developing their own Tari wallets and applications. Aurora also sets the bar for applications that use the Tari protocol. In its production-ready state, it will be a beautiful, easy to use Tari wallet focused on Tari as a default-private digital currency.

Want to contribute to Aurora? Get started for iOS or Android.





## Say 👋 to Emoji ID™

Human addresses for everyone

Sending and receiving digital currencies is anxiety-inducing. One wrong character and your money is gone forever. To solve this problem, addresses on the Tari network are strings of Emoji. The Tari community calls this revolutionary address form factor Emoji ID. **With Emoji ID, the first three and last three emojis are easier to identify and recall than random characters**, and each Emoji ID includes a checksum to ensure the address isn't malformed. Emoji ID helps further the Tari community's goal of making Tari easy to use for everyone.

Learn more about Emoji ID













## Frequently Asked Questions

How do I get testnet Tari (tXTR)?

What does it mean if my transaction is "in progress"?

Why is my transaction stuck "in progress?"

What can I do if my transaction is stuck "in progress"?

What devices does Tari Aurora support?

My question wasn't answered here. Where can I learn more about Tari Aurora?

Does Aurora use hidden third-party services?

## Download Tari Aurora

