# EXHIBIT C




# App Store Preview

Open the Mac App Store to buy and download apps.

### Tari Aurora [4+]
The Tari wallet of your dreams
**Tari Labs, LLC**
Designed for iPad

★★★★☆ 4.6 • 20 Ratings

Free

## Screenshots   iPad   iPhone

Beautiful. Radically Simple. Open Source.

SAY HELLO TO EMOJI ID™

Sending and receiving digital currencies is anxiety-inducing. One wrong character and your money is  more

Beautiful. Radically Simple. Open Source.

SAY HELLO TO EMOJI ID™

Sending and receiving digital currencies is anxiety-inducing. One wrong character and your money is gone forever. To solve this problem, addresses on the Tari network are strings of Emoji. The Tari community calls this revolutionary address form factor Emoji ID. With Emoji ID, the first three and last three emojis are easier to identify and recall than random characters, and each Emoji ID includes a checksum to ensure the address isn't malformed. Emoji ID helps further the Tari community's goal of making Tari easy to use for everyone.

PRIVACY HAS NEVER LOOKED THIS GOOD

Every aspect of Aurora is meticulously designed to be intuitive and easy to use. Beautiful design doesn't have to take away from serious privacy. Tari is a MimbleWimble implementation written in Rust with meaningful privacy benefits. Default privacy isn't only a mission-critical requirement for Tari, we believe it's a basic human right.

A REFERENCE DESIGN FOR TARI

Aurora is completely open-source via BSD 3-Clause. We hope that developers will be able to use the Aurora codebase to build their own Tari wallets and applications in the future. Want to contribute to Aurora? Get started here.

A FRONT-ROW SEAT TO WATCH TARI COME TO LIFE

The mission for Tari is to build the most useful decentralized platform that empowers anyone to create digitally scarce things people love. It will take time for the Tari community to achieve this audacious goal. Installing and using Aurora is the best way to watch the Tari vision come to life over time.

SPEND tXTR ON REAL EXCLUSIVE STUFF

Once you've downloaded the wallet, check out The TTL Store to spend your "hard-earned" tXTR* on exclusive, one-of-a-kind, stuff produced by the team at Tari Labs. Enjoy!

*Note that tXTR has no monetary value and cannot be exchanged for cash, cash equivalent, or other tokens or cryptocurrencies.

## What's New

Version History

In this release, we changed the way how we inform our users about the backup process. Now, pop-ups will appear on the screen when the user reaches a certain token amount.

Version 0.19.0

We also enabled the cloud backup options. From now you can again backup and restore your wallet from the cloud.

## Ratings and Reviews

See All

**4.6** out of 5

20 Ratings

★★★★★
Red Sniper, 01/27/2022

**Tweaks**

Solid improvements keep coming. Keep up the hard work all.

★★★★★
murdockmadrox, 05/13/2020

**Slick and easy to use**

UX on wallet setup is very aesthetic, I was impressed by the set up process. Love the look and feel of this wallet. Emoji ID is a fun feature too.

★☆☆☆☆
Johnodon, 04/30/2020

**Can't send**

Trying to buy the usb condom from the Tari store, but previous test send still hasn't confirmed after 12 hours. I can't send any funds until it clears. Pretty awful in terms more

## App Privacy

See Details

The developer, **Tari Labs, LLC**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

### Data Not Linked to You

The following data may be collected but it is not linked to your identity:

⚙ Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

**Seller**
Tari Labs, LLC

**Size**
100.3 MB

**Category**
Finance

**Compatibility**
iPhone
Requires iOS 13.0 or later.

iPad
Requires iPadOS 13.0 or later.

iPod touch
Requires iOS 13.0 or later.

Mac
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

**Languages**
English

**Age Rating**
4+

**Copyright**
© Tari Labs LLC

**Price**
Free

Developer Website ↗   App Support ↗   Privacy Policy ↗