# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** March 8, 2023 | **Time:** 1 hour<br>3:06 p.m. to 4:06 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 22-cv-07789-WHO | **Case Name:** Tari Labs, LLC v. Lightning Labs, Inc. | |

**Attorneys for Plaintiff:**   Kirsten L. Dooley and Jonas Noah Hagey
**Attorneys for Defendant:**  Megan K. Bannigan and Christopher S. Ford

**Deputy Clerk:** Jean Davis                **Court Reporter:** Digitally recorded

# PROCEEDINGS

Hearing on Motion for Temporary Restraining Order conducted via videoconference. The Court summarizes the facts presented by the parties, queries counsel as to specific issues and hears the argument of counsel. Motion taken under advisement; a written order will follow. The Court's order maintaining the status quo will remain in effect until superseded by the forthcoming order.