| | |
|---|---|
| J. Noah Hagey, Esq. (SBN: 262331)<br>  hagey@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>351 California Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 599-0210<br>Facsimile: (415) 276-1808<br><br>Mitchell C. Stein, Esq. (*Pro Hac Vice*)<br>  stein@braunhagey.com<br>Kirsten Jackson, Esq. (*Pro Hac Vice*)<br>  dooley@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>118 W. 22nd Street, 12th Floor<br>New York, NY 10011<br>Telephone: (646) 829-9403<br>Facsimile: (646) 403-4089<br><br>ATTORNEYS FOR PLAINTIFF<br>TARI LABS, LLC | Christopher S. Ford (State Bar No. 337795)<br>  csford@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>650 California Street<br>San Francisco, CA 94108<br>Tel: 415-644-5628<br><br>Megan K. Bannigan (*Pro Hac Vice*)<br>  mkbannigan@debevoise.com<br>Timothy Cuffman (*Pro Hac Vice*)<br>  tcuffman@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>Tel: 212-909-6000<br><br>ATTORNEYS FOR DEFENDANT<br>LIGHTNING LABS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARI LABS, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>LIGHTNING LABS, INC.,<br><br>       Defendant. | Case No. 3:22-cv-07789-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONVERTING TEMPORARY RESTRAINING ORDER TO A PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Judge:      Hon. William H. Orrick<br>Courtroom: Via Zoom videoconference |

Pursuant to this Court's Order Entering Temporary Restraining Order dated March 13, 2023 (Dkt. No. 56) (the "March 13 Order"), Plaintiff Tari Labs, LLC and Defendant Lightning Labs, Inc. have met and conferred, and hereby stipulate and agree that the Temporary Restraining Order set forth in the March 13 Order should be converted to a Preliminary Injunction, on the terms stated below, to remain in effect for the duration of this case, or as the Court otherwise may order.

**NOW THEREFORE, IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO**, by and between the attorneys for the undersigned Parties, Lightning Labs, Inc. is hereby PRELIMINARILY ENJOINED, as set forth in the March 13 Order, from making external updates to its TARO protocol, from merging its internal updates with its public-facing open-source code for the TARO protocol, and from announcing or otherwise "launching" the next stage or "milestone" of the TARO protocol. Lightning Labs is not wholesale restrained from responding to communications from non-Lightning developers and users, though it may not use those communications to further develop its internal or public code repositories. Lightning Labs is also not restrained from (a) referencing TARO as the prior name of the protocol in connection with any public announcement that it is changing the name of the TARO protocol to a name that is distinct from and not confusingly similar either to "TARO" or to "TARI" for a reasonable period of time necessary to inform the open-source developer community, (b) referencing TARO as the prior name of the protocol when reasonably necessary to respond to inquiries from third parties, or (c) otherwise taking any action with respect to the protocol following any such change in the protocol's name, subject to the provisions of this Order with respect to uses of TARO.

Dated:  March 15, 2023

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:   */s/ J. Noah Hagey*
         J. Noah Hagey

*Attorneys for Plaintiff*
*Tari Labs, LLC*

Dated:  March 15, 2023

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:  */s/ Megan K. Bannigan*
       Megan K. Bannigan

*Attorneys for Defendant*
*Lightning Labs, Inc.*

*(With consent)*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2023

William H. Orrick
United States District Judge