1  Christopher S. Ford (State Bar No. 337795)
       csford@debevoise.com
2  DEBEVOISE & PLIMPTON LLP
   650 California Street
3  San Francisco, CA 94108
   Tel: 415-644-5628
4
   Megan K. Bannigan (*Pro Hac Vice*)
5      mkbannigan@debevoise.com
   Timothy Cuffman (*Pro Hac Vice*)
6      tcuffman@debevoise.com
   DEBEVOISE & PLIMPTON LLP
7  66 Hudson Boulevard
   New York, NY 10001
8  Tel: 212-909-6000

9  *Attorneys for Defendant
   Lightning Labs, Inc.*

10

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

11

12

13  ----------------------------------------------------------- x
                                                                :
14  TARI LABS, LLC,                                             :
                                                                :    CASE NO.: 3:22-CV-07789-WHO
15                          Plaintiff,                          :
                                                                :    **ORDER ADJOURNING CASE**
16             - against -                                      :    **MANAGEMENT CONFERENCE**
                                                                :
17  LIGHTNING LABS, INC.                                        :
                                                                :
18                          Defendant.                          :
    ----------------------------------------------------------- x
19

20

21

22

23

24

25

[PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE     Case No. 3:22-CV-07789-WHO

**REVISED CASE MANAGEMENT SCHEDULE**

Having reviewed Plaintiff's Motion to Adjourn the Case Management Conference, the Motion is hereby GRANTED.  The Further Case Management Conference will be conducted on April 25, 2023 via Zoom.

**IT IS SO ORDERED**.

DATED: April 7, 2023

_____
Honorable William H. Orrick
UNITED STATES DISTRICT COURT JUDGE