## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** April 25, 2023 | **Time:** 9 minutes 2:11 p.m. to 2:20 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-07789-WHO | **Case Name:** Tari Labs, LLC v. Lightning Labs, Inc. | |

**Attorney for Plaintiff:**  Jonas N. Hagey
**Attorneys for Defendant:**  Christopher S. Ford and Megan K. Bannigan

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Scott Coniam

### PROCEEDINGS

Case Management Conference conducted via videoconference. Counsel reminded of the Court's procedure to address discovery disputes via joint five-page letter.

Counsel have been engaged in settlement discussions and request that the matter be referred to the Hon. Joseph C. Spero for settlement conference.  The matter will be referred to Judge Spero. Litigation will be stayed until one week after the completion of settlement conference and any follow up desired by Judge Spero.

If the case does not settle, the parties should propose a trial schedule in the Joint CMC Statement to be filed by August 8, 2023.

**Further Case Management Conference set for August 15, 2023 at 2:00 p.m.**

**Case referred for settlement purposes to the Hon. Joseph C. Spero.**