**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 22-cv-07789-WHO (JCS)

**Case Name:** Tari Labs, LLC v. Lightning Labs, Inc.

**Date:** June 7, 2023   **Time:** 4.5 Hours

**Deputy Clerk:** Karen Hom   **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Noah Hagey, Kirsten Dooley
**Attorney for Defendant:** Megan Bannigan, Christopher Ford

## ZOOM PROCEEDINGS

(X)   Zoom Settlement Conference - Held

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Further Zoom Settlement Conference

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:**   Parties in attendance:  Louis Willacy, Tari Labs General Counsel. Elizabeth Stark, CEO of Lighting Labs.

Further settlement conference on status of settlement discussions, counsel only, set for June 28, 2023, at 3:00 PM PDT by Zoom Meeting. Zoom Meeting ID: 161 664 4640. Passcode: 841312.