

66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

650 California Street
San Francisco, CA 94108
+1 415 738 5700

August 14, 2023

<u>BY ECF</u>

The Honorable William H. Orrick
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

***Tari Labs, LLC v. Lightning Labs, Inc.*** **- Case No. 3:22-cv-07789-WHO**

Dear Judge Orrick:

We represent Defendant Lightning Labs, Inc. ("Lightning Labs") in the above-referenced case. We write with the consent of counsel for Plaintiff Tari Labs, LLC ("Tari Labs") to respectfully request an adjournment of the Further Case Management Conference scheduled for tomorrow, August 15, 2023.

We are pleased to inform the Court that, pursuant to Your Honor's referral of the case to Chief Magistrate Judge Spero for settlement, the parties participated in productive settlement conferences with Judge Spero and have subsequently executed a settlement agreement that they expect to result in dismissal of this action.

In light of this negotiated resolution and in the interest of making efficient use of the Court's time and resources, the parties respectfully request that the Court adjourn the Further Case Management Conference for a further 30 days, to permit the parties time to fulfill the terms of the parties' settlement agreement.

We appreciate the Court's consideration of this request.

Respectfully submitted,
*/s/ Megan K. Bannigan*
Megan K. Bannigan
Christopher S. Ford

cc Counsel of record (via ECF)