1    J. Noah Hagey, Esq. (SBN: 262331)       Christopher S. Ford (State Bar No. 337795)
      hagey@braunhagey.com       csford@debevoise.com
2    BRAUNHAGEY & BORDEN LLP       DEBEVOISE & PLIMPTON LLP
      351 California Street, 10th Floor       650 California Street
3    San Francisco, CA 94104       San Francisco, CA 94108
      Telephone: (415) 599-0210       Tel: 415-644-5628
      Facsimile: (415) 276-1808
4                   Megan K. Bannigan (*Pro Hac Vice*)
                       mkbannigan@debevoise.com
   Mitchell C. Stein, Esq. (*Pro Hac Vice*)       Jared I. Kagan (Pro Hac Vice)
5     stein@braunhagey.com       jikagan@debevoise.com
   Kirsten Jackson, Esq. (*Pro Hac Vice*)       Timothy Cuffman (*Pro Hac Vice*)
6     dooley@braunhagey.com       tcuffman@debevoise.com
   BRAUNHAGEY & BORDEN LLP       Que Newbill (*Pro Hac Vice*)
7    118 W. 22nd Street, 12th Floor       qnewbill@debevoise.com
   New York, NY 10011       Grace McLaughlin (*Pro Hac Vice*)
   Telephone: (646) 829-9403       gmclaughlin@debevoise.com
8    Facsimile: (646) 403-4089       DEBEVOISE & PLIMPTON LLP
                  66 Hudson Boulevard
9    ATTORNEYS FOR PLAINTIFF       New York, NY 10001
   TARI LABS, LLC       Tel: 212-909-6000
10
                  ATTORNEYS FOR DEFENDANT
11                   LIGHTNING LABS, INC.

12             **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14

15    TARI LABS, LLC,

16           Plaintiff,       Case No. 3:22-cv-07789-WHO

17          v.       **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

18    LIGHTNING LABS, INC.,

19          Defendant.

20

21

22

23

24

25

## EXHIBIT A – STIPULATION OF DISMISSAL WITH PREJUDICE

1        WHEREAS, Plaintiff Tari Labs, LLC filed a complaint on December 8, 2022 against

2 Defendant Lightning Labs, Inc. raising claims for trademark infringement under federal and

3 state law;

4        WHEREAS, the parties have resolved the issues alleged in the complaint pursuant to

5 a confidential settlement agreement (the "Settlement Agreement"), and the parties wish to

6 discontinue this litigation;

7        IT IS HEREBY STIPULATED AND AGREED by and between the parties that the

8 above-captioned action should be dismissed with prejudice pursuant to Rule 41(a) of the

9 Federal Rules of Civil Procedure, that each party shall bear its own costs and attorneys' fees

10 in connection with this action, with this Court to retain exclusive jurisdiction to enforce the

11 Settlement Agreement and disputes arising thereunder.

12        Respectfully submitted,

13 Dated: July 21, 2023

14 BRAUNHAGEY & BORDEN LLP        DEBEVOISE & PLIMPTON LLP

15 By: _____       By: _____
       J. Noah Hagey               Megan K. Bannigan

16

17 *Attorneys for Plaintiff*          *Attorneys for Defendant*
*Tari Labs, LLC*                *Lightning Labs, Inc.*

18

19 Pursuant to the foregoing stipulation of the parties,

20 IT IS HEREBY ORDERED that this action is dismissed with prejudice.

21 IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the Settlement
Agreement between the parties and disputes arising thereunder.

22 Dated: ___August 23___, 2023       _____
                          Honorable William H. Orrick

23                            United States District Judge

24

25